```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE F05-0021--CV (RRB)
              "MELISSA VIRTUE V BETHEL GROUP HOME INC ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 08/29/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (791) Employee Retirement Income Security Act of 1974

             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $250.00 on 08/29/05 receipt # 00126466
           Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1           VIRTUE, MELISSA                Richard H. Friedman
                                                 Friedman Rubin et al
                                                 1227 W. 9th Avenue, Suite 201
                                                 Anchorage, AK 99501
                                                 907-258-0704
                                                 FAX 907-278-6449

                                                 Jim J. Valcarce
                                                 Cooke Roosa et al
                                                 900 3rd Avenue
                                                 POB 409
                                                 Bethel, AK 99559
                                                 907-543-2744
                                                 FAX 907-543-2746

                                                 Margaret Simonian
                                                 Friedman, Rubin & White
                                                 1227 W. 9th Ave., Suite 201
                                                 Anchorage, AK 99501
                                                 907-258-0704
                                                 FAX 907-278-6449

DEF 1.1           BETHEL GROUP HOME INC          Cynthia L. Ducey
                                                 Delaney Wiles et al
                                                 1007 W. 3rd Avenue, Suite 400
                                                 Anchorage, AK 99501
                                                 907-279-3581
                                                 FAX 907-277-1331

3PP 1.1                                          Cynthia L. Ducey
                                                 (see above)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE F05-0021--CV (RRB)
"MELISSA VIRTUE V BETHEL GROUP HOME INC ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| 3DF 1.1 | TRUSTMARK INSURANCE CO | William A. Earnhart<br>Lane Powell et al<br>301 W. Northern Lights, #301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631 |
| 3DF 2.1 | TRUSTMARK LIFE INSURANCE CO | William A. Earnhart<br>(see above) |
| 3DF 3.1 | EMPLOYEE WELFARE BENEFIT PLAN<br>SM46761E0001 | William A. Earnhart<br>(see above) |
| 3DF 4.1 | STARMARKETING & ADMIN INC | William A. Earnhart<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE F05-0021--CV (RRB)
             "MELISSA VIRTUE V BETHEL GROUP HOME INC ET AL"

                          For all filing dates
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
   Referral Rule:
           Filed: 08/29/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (791) Employee Retirement Income Security Act of 1974

          Origin: (2) Removed from State Court
          Demand:
      Filing fee: Paid $250.00 on 08/29/05 receipt # 00126466
        Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/29/05 | 3DF 1-4 Notice of Removal from Superior Court case # 4BE 04-19CI w/att exhs. |
| 2 - 1 | 08/31/05 | RRB Minute Order to Petitioners Subsequent to Removal. Petitioners to file w/crt cy of state crt docs and svc list w/i 10 days. cc: cnsl |
| NOTE - 1 | 09/08/05 | Notation: This action was previously removed and remanded. State Court documents filed with the USDC prior to 06/01/05 can be found in F05-0006CV(RRB). |
| 3 - 1 | 09/08/05 | 3DF 1-4 Response to Minute Order (Notice of Service List). |
| 4 - 1 | 09/14/05 | 3DF 1-4 Notice of compliance. |
| 5 - 1 | 09/14/05 | 3DF 1-4 Notice of filing state court record w/att exhs. |
| 6 - 1 | 09/28/05 | PLF 1 Attorney Appearance of Richard Friedman, Law Firm of Friedman, Rubin & White. |
| 7 - 1 | 09/28/05 | PLF 1 motion for remand to Alaska State Superior Court w/att exhs. |
| 8 - 1 | 10/11/05 | DEF 1 opposition to PLF 1 motion for remand to Alaska State Superior Court (7-1). |
| 9 - 1 | 10/12/05 | 3DF 1-4 Answer to (revised) Third-party Complaint. |
| 10 - 1 | 10/14/05 | 3DF 1-4 opposition to PLF 1 motion for remand to Alaska State Superior Court (7-1) w/att exhs. |
| 10 - 2 | 10/14/05 | 3DF 1-4 motion to dismiss third-party complaint w/att exhs. |
| 11 - 1 | 10/24/05 | PLF 1 reply to Trust Mark Insurance's opposition to PLF 1 motion for remand to Alaska State Superior Court (7-1). |
| 11 - 2 | 10/24/05 | PLF 1 opposition to 3DF 1-4 motion to dismiss third-party complaint w/att exhs (10-2). |

ACRS: R_VDSDX        As of 12/01/05 at 3:56 PM by GARRY                         Page 1

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE F05-0021--CV (RRB)
         "MELISSA VIRTUE V BETHEL GROUP HOME INC ET AL"

                        For all filing dates


Document #   Filed      Docket text

   12 -  1   10/24/05   PLF 1 reply to Bethel Group Home's opposition to PLF 1 motion for remand
                        to Alaska State Superior Court (7-1).

   13 -  1   11/01/05   PLF 1 opposition to 3DF 1-4 motion to dismiss third-party complaint
                        (10-2).

   14 -  1   11/01/05   DEF 1; 3PP 1 opposition to 3DF 1-4 motion to dismiss third-party
                        complaint (10-2).

   15 -  1   11/08/05   3DF 1-4 Unopposed motion for ext of time (till 11/14/05) to file reply
                        to opp to motion to dismiss 3rd party complaint.

   15 -  2   11/10/05   RRB Order granting unopposed motion for ext of time (till 11/14/05) to
                        file reply to opp to motion to dismiss third-party complaint (15-1).
                        cc: cnsl; Judge Beistline.

   16 -  1   11/14/05   3PP 1; 3DF 1-4 reply to opposition to 3DF 1-4 motion to dismiss
                        third-party complaint (10-2).

   17 -  1   11/15/05   DEF 1 Request for Oral Argument re: PLF 1 motion for remand to Alaska
                        State Superior Court (7-1), 3DF 1-4 motion to dismiss third-party
                        complaint (10-2).

   18 -  1   11/21/05   RRB Order concluding that oral argument is not necessary; Denying motion
                        to dismiss third-party complaint w/att exhs (10-2); granting/denying
                        motion for remand to Alaska State Superior Court (7-1). This court will
                        retain defendant's thrid party ERISA claims and remands plaintiff's
                        state law claims to the Alaska Superior Court. cc: cnsl
```