**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

FILED
DEC 8 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

<u>MELISSA VIRTUE</u>   v.   <u>BETHEL GROUP HOME</u>

DATE: <u>December 8, 2005</u>   CASE NO. <u>F05-0021 CV (RRB)</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS GRANTING RECONSIDERATION**

---

Defendant Bethel Group Home has filed a Motion for Reconsideration and/or Clarification (Docket 19), which will be treated as a motion for reconsideration. Pursuant to D. Ak. LR 59.1(d), Plaintiff has until the close of business on **December 19, 2005,** in which to file a response to Defendant's motion, after which the Court will take the matter under advisement.

F05-0021--CV (RRB)
-------------------------
C. DUCEY (DELANEY)
W. EARNHART (LANE)
J. VALCARCE
M.O. GRANTING RECONSIDERATION