FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 PM 3: 31

TG

William A. Earnhart, ASBA No. 9411099
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631
earnhartw@lanepowell.com
Attorneys for Third Party Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

MELISSA VIRTUE,

    Plaintiff,

v.

BETHEL GROUP HOME, INC.,

    Defendant.

BETHEL GROUP HOME, INC.,

    Third Party Plaintiff,

v.

TRUSTMARK INSURANCE COMPANY;
TRUSTMARK LIFE INSURANCE COMPANY;
EMPLOYEE WELFARE BENEFIT PLAN
SM46761e0001 (The Plan); AND
STARMARKETING AND ADMINISTRATION,
INC.,

    Third Party Defendants.

Case No. F05-021 CI (RRB)

**NOTICE OF FILING TRUSTMARK'S OPPOSITION TO BETHEL GROUP HOME'S MOTION FOR RECONSIDERATION**

  Comes now Trustmark Insurance Company, et al. (collectively "Trustmark"), by and through counsel, and gives notice of filing its opposition to Bethel Group Home's (BGH's) motion for reconsideration of the Court's November 21, 2005 Order Regarding Motion to Remand.

Ordinarily, motions for reconsideration do not require oppositions. Local Rule 59.1(d)(1). By order of December 8, 2005, the Court requested that plaintiff Melissa Virtue file an opposition to BGH's motion for reconsideration. (Docket #20) Although the Court did not explicitly request an opposition from Trustmark, Trustmark has an important interest in the reconsideration of the Court's November 21, 2005 order. Trustmark has an interest in preserving a federal forum in which to defend against the ERISA-preempted claims brought by BGH; it was Trustmark which most recently removed this case to federal court. Moreover, Trustmark feels compelled to point out the numerous legal and factual errors in BGH's motion for reconsideration. Trustmark therefore gives notice of filing its opposition and asks the Court to consider its argument.

DATED this 19th day of December, 2005.

        LANE POWELL LLC
        Attorneys for Third Party Defendants

        By _____
        for William A. Earnhart, ASBA No. 9411099

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631