FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 PM 3:30

TG

Richard H. Friedman
Margaret Simonian
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337
360-782-4300

Jim Valcarce
Cooke, Roosa & Valcarce
Box 409
Bethel, Alaska 99559-0409

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE, | ) |
| Plaintiff, | ) |
| v. | ) |
| BETHEL GROUP HOME, INC., | ) |
| Defendant. | ) Case No. F05-0021 CV (RRB) |
| BEHEL GROUP HOME, INC. | ) |
| Third Party Plaintiff | ) |
| v. | ) |
| TRUSTMARK INSURANCE COMPANY TRUSTMARK LIFE INSURANCE COMPANY, EMPLOYEE WELFARE PLAN sm46761e0001 (The Plan); and STARMARKETING and ADMINISTRATION, INC. | ) |
| Third Party Defendants. | ) |

Opposition to Third Motion to Reconsider
*Virtue v. Bethel Group Home*, F05-0021 CV
Page 1 of 2

FRIEDMAN, RUBIN & WHITE
1227 W. 9th Avenue, Second Floor
Anchorage, AK 99501
907-258-0704 – Fax: 907-278-6449

FRIEDMAN, RUBIN & WHITE
1227 W. 9th Avenue, Second Floor
Anchorage, AK 99501
907-258-0704 ~ Fax: 907-278-6449

## Opposition to Third Motion to Reconsider

This is fourth time Bethel Group Home asks this Court to find that Ms. Virtue's claims are governed by ERISA. There was no ambiguity in the Court's Order dated November 21, 2005. Ms. Virtue's claims do not implicate ERISA. The Court did not overlook this in retaining the Third Party Complaint.

Ms. Virtue takes no position on the remaining issues surrounding the propriety of the Court's ruling that ERISA applies to claims asserted in the Third Party Complaint. As discussed in the prior briefing, there is inefficiency and confusion caused by litigating these issues in two forums. This inefficiency underscores the reasons why third-party defendants should not be allowed to remove claims to federal court.[1]

Ms. Virtue respectfully requests that the Court resolve the issue related to remand and dismissal so that the protracted delay plaguing this case will end.

DATED this 19th day of December, 2005 at Anchorage, Alaska.

_____
Richard Friedman
Friedman, Rubin & White
Alaska Bar No. 7911099
Attorney for Plaintiff Melissa Virtue

_____
Jim Valcarce
Cooke, Roosa & Valcarce
Alaska Bar No. 9505011
Attorney for Plaintiff Melissa Virtue

---

[1] 16-107 MOORE'S FEDERAL PRACTICE – CIVIL § 107.11(b)(iv)

Opposition to Third Motion to Reconsider
*Virtue v. Bethel Group Home*, F05-0021 CV
Page 2 of 2

**CERTIFICATE OF SERVICE**
I Hereby Certify That I Have Served The Foregoing Document(s) And: _____
Upon: ~~Phillips Addison~~ William Earnhart Cynthia Ducey
Via (Mail) Hand Delivery
This 19 Day Of Dec., 2005.
Angela Littman
Friedman, Rubin & White