IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MELISSA VIRTUE,

       Plaintiff,

vs.

BETHEL GROUP HOME, INC.,

       Defendant.

_____

BETHEL GROUP HOME, INC.,

       Third-Party
       Plaintiff,

vs.

TRUSTMARK INSURANCE COMPANY;
TRUSTMARK LIFE INSURANCE
COMPANY; EMPLOYE4E WELFARE
BENEFIT PLAN SM46761e0001 (The
Plan); and STARMARKETING AND
ADMINISTRATION, INC.,

       Third-Party
       Defendants.

Case No. F05-0021 CV (RRB)

**ORDER RE MOTION FOR
RECONSIDERATION/CLARIFICATION**

      Before the Court is Defendant Bethel Group Home, Inc.

("Defendant") with a Motion for Reconsideration and/or

Clarification (Docket No. 19). Defendant argues the Court should

ORDER RE MOTION TO RECONSIDER/CLARIFY - 1
F05-0021 CV (RRB)

reconsider its November 21, 2005, "[O]rder and remand Counts I-VIII, as the eight counts [Defendant] has asserted against [Third Party Defendants Trustmark Insurance Company, et al. ("Trustmark")] are based on Alaska state law." Clerk's Docket No. 19 at 7. Alternatively, Defendant suggests "the Court should clarify in its Order which counts in the third-party complaint it is remanding." Id. Plaintiff Melissa Virtue ("Plaintiff") opposes and argues "[t]here was no ambiguity in the Court's Order dated November 21, 2005." Clerk's Docket No. 23 at 2. Inasmuch as the Court agrees, Defendant's Motion (Docket No. 19), as well as its request for oral argument regarding the same, Clerk's Docket No. 19 at 7, is hereby **DENIED**.

By way of its Order Regarding Motion to Remand (Docket No. 18), dated November 21, 2005, the Court retained jurisdiction of Defendant's third-party claims (all of them) and remanded Plaintiff's separate claims against Defendant. "Because the two [sets of] claims involve different facts and very different legal issues, allowing the two sets of claims to proceed in two courts will . . . not result in the inefficient use of judicial resources." Clerk's Docket No. 21 at 6.

ENTERED this 6th day of January, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE