Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
(907) 279-3581
(907) 277-1331 Fax
cld@delaneywiles.com

Attorney for Defendant/Third-Party Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,<br><br>    Plaintiff,<br><br>v.<br><br>BETHEL GROUP HOME, INC.,<br><br>    Defendant,<br>_____<br>BETHEL GROUP HOME, INC.,<br><br>Third-party plaintiff<br><br>    vs.<br><br>TRUSTMARK GROUP HEALTH<br>BENEFITS PLAN, through<br>TRUSTMARK INSURANCE CO.,<br>plan underwriter and insurer,<br>and STARMARKETING AND<br>ADMINISTRATION, INC., AKA<br>STARMARK, d/b/a Plan Sponsor/<br>Administrator,<br><br>Third-party defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) SCHEDULING AND PLANNING<br>) CONFERENCE REPORT<br>)<br>) Case No. 4:05-cv-0021 (RRB) |

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

*Virtue v. Bethel Group Home v. Trustmark, et al.*, Case No. 4:05-cv-0021 (RRB)
Scheduling and Planning Conference Report

1.  **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on February 9, 2006 and was attended by:

    Cynthia L. Ducey attorney for defendant/third-party plaintiff Bethel Group Home

    William Earnhart, attorney for third-party defendant Trustmark Insurance Company, et al.

The parties recommend the following:

2.  **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

    ___   have been exchanged by the parties

    XX   will be exchanged by the parties by **March 30, 2006**

    Proposed changes to disclosure requirements: (*Insert proposed changes, if any*)

    Preliminary witness lists

    ___   have been exchanged by the parties

    XX   will be exchanged by the parties by **April 28, 2006**

3.  **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

    Liability, causation, damages, affirmative defenses.

4.  **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

*Virtue v. Bethel Group Home v. Trustmark, et al.*, Case No. 4:05-cv-0021 (RRB)
Scheduling and Planning Conference Report

Page 2 of 6

See No. 3 above.

B. All discovery commenced in time to be completed by **June 22, 2007** ("discovery close date").

C. Limitations on Discovery.

1.   Interrogatories

XX   No change from F.R.Civ.P. 33(a)

   Maximum of _____ by each party to any other party.

Responses due in _____ days.

2.   Requests for Admissions.

XX   No change from F.R.Civ.P. 36(a).

   Maximum of _____ requests.

Responses due in _____ days.

3.   Depositions.

XX   No change from F.R.Civ.P. 36(a), (d).

   Maximum of _____ depositions by each party.

   Depositions not to exceed _____ hours unless agreed to by all parties.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

*Virtue v. Bethel Group Home v. Trustmark, et al.*, Case No. 4:05-cv-0021 (RRB)
Scheduling and Planning Conference Report

Page 3 of 6

   D.   Reports from retained experts.

   Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

   XX   Reports due:

   From plaintiff **March 14, 2007**   From defendant **April 13, 2007**
   **Rebuttal  May 14, 2007**

   E.   Supplementation of disclosures and discovery responses are to be made:

   Periodically at 60-day intervals from the entry of scheduling and planning order.

   XX   As new information is acquired, but not later than 60 days before the close of discovery.

   F.   A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

   XX   45 days prior to the close of discovery.

   Not later than (*insert date*)

5.   **Pretrial Motions**.

   XX   No change from D.Ak. LR 16.1(c).

   The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

*Virtue v. Bethel Group Home v. Trustmark, et al.*, Case No. 4:05-cv-0021 (RRB)
Scheduling and Planning Conference Report

Page 4 of 6

Motions to amend pleadings or add parties to be filed not later than (*insert date*).

Motions under the discovery rules must be filed not later than (*insert date*).

Motions in limine and dispositive motions must be filed not later than (*insert date*).

6. **Other Provisions**:

    A.    XX    The parties do not request a conference with the court before the entry of the scheduling order.

The parties request a scheduling conference with the court on the following issue(s):

(*Insert issues on which a conference is requested*)

    B.    Alternative Dispute Resolution. [D.Ak. LR 16.2]

This matter is not considered a candidate for court-annexed alternative dispute resolution.

XX    The parties will file a request for alternative dispute resolution if needed.

    Mediation    Early Neutral Evaluation

    C.    The parties **do not consent** to trial before a magistrate judge.

    D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

*Virtue v. Bethel Group Home v. Trustmark, et al.*, Case No. 4:05-cv-0021 (RRB)
Scheduling and Planning Conference Report

Page 5 of 6

      XX    All parties have complied        Compliance not required by any party

7. **Trial.**

    A.    The matter will be ready for trial:

    XX    45 days after the discovery close date.

          not later than (*insert date*).

    B.    This matter is expected to take 6 days to try.

    C.    Jury Demanded    XX  Yes    ____ No

          Right to jury trial disputed?  ____ Yes  XX  No

Delaney Wiles, Inc.
Attorneys for Defendant and
Third-party plaintiffs

Dated: *February 9, 2006*        *Cynthia Ducey*
                                  Cynthia L. Ducey

Lane Powell, LLC
Attorney for Third-party defendants

Dated: 2-10-06

William A. Earnhart

113600

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

*Virtue v. Bethel Group Home v. Trustmark, et al.*, Case No. 4:05-cv-0021 (RRB)    Page 6 of 6
Scheduling and Planning Conference Report