IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT COURT AT BETHEL

| | |
|---|---|
| MELISSA VIRTUE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BETHEL GROUP HOME, INC., | ) ) |
| Defendant, | ) ) |
| | ) Case No. 4BE-04-19 Civil |

**NOTICE OF RULE 30(b)(6) DEPOSITION, SUBPOENA DUCES TECUM OF STARMARK/TRUSTMARK INSURANCE, INC.**

PLEASE TAKE NOTICE that defendant BETHEL GROUP HOME, INC., pursuant to Alaska Rules of Civil Procedure, herein notices the **Rule 30(b)(6) deposition of STARMARK/TRUSTMARK INSURANCE COMPANY** Representative(s) **B. Wendell** on **January 4, 2005** at **3:00 P.M. (C.S.T.)** (12:00 p.m. noon, Alaska Standard Time) at the following location:

**STARMARK / TRUSTMARK INSURANCE COMPANY
400 Field Drive
Lake Forest, IL 60045-2581**

**Contact: Steve McDaniel, Assistant General Counsel, Law Department**

The person(s) to be deposed who are most knowledgeable from STARMARK on the following subjects, including the identity and custodian of previously disclosed STARMARK documents:

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT 4
PAGE 1 OF 7

1. Authentication of a true copy of the group health insurance policy (policies) or certificates of insurance issued under Starmark group number SM 46761E, to employees of Bethel Group Home, Inc., of Bethel, Alaska, which was in effect between January through June 2002.

2. Authentication of a true copy of Starmark records, reflecting chronological entries of apparent attempted enrollment activity on behalf of BGH employee Melissa Virtue under this policy number in May-June 2002.

3. Explanation of the chronological entries referenced in item 2, above.

4. Authentication of true copies and explanation of notations on a "Special enrollee form" bearing the code "TMR date 06/14/2002 VCN: 216501491001" and a "Group premium – fast file" form bearing the code "TMR date 06/14/2002 VCN:216501491001" faxed from Attorney Steve McDaniel to Attorney Jim Valcarce on November 1, 2004.

4. The identity of the Starmark employees, whose identifiers appear to be "YJ5" and "JKA", who are referenced on the May – June 2002 chronological entries.

5. An explanation of Starmark's underwriting and enrollment procedures under policy number SM 46761E; including new enrollee processing

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice of 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.
*Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19-Civil

Page 2 of 7

EXHIBIT A
PAGE 2 OF 7

time, effective date of coverage, pre-existing condition limitations, and procedures relating to certificates of prior creditable coverage.

6. Explanation of claims handling procedures and guidelines regarding pre-existing conditions and coverages to be retroactively granted, any written Starmark procedures and guidelines on what constitutes a pre-existing condition and how such claims are evaluated and processed.

7. Identification, production, and authentication of any and all other documents, whether electronic or written, mentioning "Melissa A. Virtue; SSN 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; dob: 11/15/72" in the possession of Trustmark/Starmark insurance.

8. Identification of the specific Starmark claims administration office and personnel who would have processed claims under certificates of insurance identified in item #1, above.

The deponent is also requested to produce the documents listed in the attached SUBPOENA DUCES TECUM (**Exhibit 1**).

The deposition will be taken before ATKINSON-BAKER COURT REPORTERS, or some other agent with the authority to administer oaths. The examination will continue from day to day until completed. You are invited to attend and cross-examine if you so desire.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice of 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.
*Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19-Civil                                    Page 3 of 7

EXHIBIT  A
PAGE  3  OF  7

James J. Fayette, counsel for defendant, will attend the deposition telephonically from Anchorage, Alaska. The court reporter is asked to call Mr. Fayette at 1 (888) 955 3581 or 1 (907) 257.0727.

DATED this 31st day of December, 2004, at Anchorage, Alaska.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant
BETHEL GROUP HOME, INC.

*for James Fayette - #9106035*

Cynthia L. Ducey
ASBA # 8310161

**CERTIFICATE OF SERVICE**
This certifies that I am an authorized agent of Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., for service of papers pursuant to Civil Rule 5, that the typeface of this documents is Times Roman 13 and that on this 31st day of **December, 2004** a copy of the foregoing document was served by
__X__ fax/ __X__ mail upon:

Jim J. Valcarce
Cooke, Roosa & Valcarce
900 3rd Avenue, Box 409
Bethel, AK 99559

Steve McDaniel, Asst. Gen. Counsel
TRUSTMARK INSURANCE
Law Department
400 Field Drive
Lake Forest, IL 60045-2581
 (847)283.4136
 (847) 615.3872 - fax

James McKnight
LAW OFFICE OF SCOTT G. THOMAS
500 W. Madison St. #2790
Chicago, Illinois 60661
(312) 930 5500
(312) 993 9896 - fax
 (Def, BGH's Local counsel re: deposition)

Notice of 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.
*Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19-Civil

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Page 4 of 7

EXHIBIT A
PAGE 4 OF 7

ATKINSON BAKER COURTREPORTERS
(Ordered Court Reporter online)
800.288.3376
800.925.5910 - fax

*[signature]*

95832

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice of 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.
*Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19-Civil

Page 5 of 7

EXHIBIT A
PAGE 5 OF 7

# EXHIBIT 1

## SUBPOENA DUCES TECUM

The deponent is requested to bring to the deposition all documents or tangible items referencing, reflecting, or responsive to the following items, whether stored electronically or by hard copy.

1. Complete copy of the group health insurance policy (policies) or certificates of insurance issued under Starmark group number SM 46761E, to employees of Bethel Group Home, Inc., of Bethel, Alaska, which was in effect between January through June 2002.

2. Complete and true copies of Starmark records, reflecting chronological entries of apparent attempted enrollment activity on behalf of BGH employee Melissa Virtue under this policy number in May-June 2002.

3. True and complete copies of notations on a "Special enrollee form" bearing the code "TMR date 06/14/2002 VCN: 216501491001" and a "Group premium – fast file" form bearing the code "TMR date 06/14/2002 VCN:216501491001" faxed from Attorney Steve McDaniel to Attorney Jim Valcarce on November 1, 2004.

4. All documents that may identity the Starmark employees, whose identifiers appear to be "YJ5" and "JKA", who are referenced on the May – June 2002 chronological entries.

5. Guidelines, Procedures, policies, memos, and handbooks that explain Starmark's underwriting and enrollment procedures under policy number

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581



EXHIBIT _A_
PAGE _6_ OF _7_

      SM 46761E; including new enrollee processing time, effective date of coverage, pre-existing condition limitations, and procedures relating to certificates of prior creditable coverage.

6. Procedures, Policies, guidelines or memos regarding pre-existing conditions and coverages to be retroactively granted on what constitutes a pre-existing condition and how such claims are evaluated and processed.

7. All documents mentioning "Melissa A. Virtue; SSN 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; dob: 11/15/72" in the possession of Trustmark/Starmark insurance.

8. Documents that identify specific Starmark claims administration office and personnel who would have processed claims under certificates of insurance identified in item #1, above.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice of 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.
*Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19-Civil

Page 7 of 7

EXHIBIT __A__
PAGE __7__ OF __7__