Case 4:05-cv-00021-RRB   Document 29-8   Filed 05/19/2006   Page 1 of 1

```
11/01/04  MON 18:32 FAX 847 615 3872      TRUSTMARK CO /LAW                    ☒002
Page: 1 Document Name: Untitled
```

CI: SM TRANS: TD      GROUPFACTS TEXT DATA MAINTENANCE

FUNCTION: B   TYPE: UA   TEXT DATA ID: 174686905       LANG IND:      PAGE: 0

OPTIONS:

SM 4676 1E

Bethel Grp

-- 1. MELISSA VIRTUE, NO GRP NO, RCVD 5/15/02
-- 2. EE   4/17/01  DOH 1/21/02
-- 3. 5/15/02 TO RTNS...YJ5
-- 4. 6/6/02 NO RESPONCE, CLOSEOUT...YJ5
-- 5. 6/25/02 US POSTAL RTND TO STARMARK FOR INSUFFICENT ADDRESS, I WILL
-- 6. SEND TO THE PO BOX ADDRESS...JKA
-- 7.
-- 8.
-- 9.
-- 10.
-- 11.
-- 12.
-- 13.
-- 14.
-- 15.
-- 16.
WINDOW ID:     WINDOW:


DEFENDANT'S EXHIBIT

Date: 7/16/02 Time: 12:50:46 PM

80

NOV-01-2004  14:24           847 615 3872