11/01/04  MON 10:02 FAX 047 015 0072        STARMARK CO PLAN                      @ 003



# GROUP PREMIUM

## SPECIAL ENROLLEE FORM

Special Enrollees are employees or dependents who previously waived coverage but may now be eligible because they have lost their other coverage, or they have added a dependent through the birth or adoption of a child. If you qualify as a Special Enrollee, please complete this form and return it with your completed Employee Enrollment Form within 31 days of the special enrollment event.

Group Name __The Bethel Group__  Group Number __SM 46761E__

Applicant's Name __Melissa Virtue__  Social Security Number _____

Employee's Name __Melissa Virtue__  Social Security Number __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__

☐ **Loss of other coverage – Termination Date** _____
   **"Please provide Certificate of Creditable Coverage from prior carrier"**

   **Reason Coverage Terminated:**

   ☒ Job Termination

   ☐ Divorce

   ☐ No longer eligible (i.e., beyond limiting age, company policy change, etc.)

☐ Marriage – Date of Marriage _____

☐ Newborn – Date of Birth _____

☐ Adoption – Date of Placement _____
   **"Please provide copy of adoption documentation"**

☐ Full-Time Student – Date of Enrollment in School _____

☒ Other Reason – Provide Detailed Explanation
   __Employee resigned for personal reasons__

TMR Date: 06/14/2002  VCN: 216501491001



NOV-01-2004  14:24              847 615 3872                   96%              P.03