11/01/04 MON 16:32 FAX 847 615 3872   TRUSTMARK CO /LAW

# GROUP PREMIUM

**FAST FILE**

Insured Name  Melissa Virtue
SSN 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  Group No. SM 46061 E
Patient Name _____
Details (include date if accident related)
_____Employee Termination_____
_____
Insured Name (if changed) _____



TMRDate: 06/14/2002 VCN: 216501491001

30

NOV-01-2004  14:25         847 615 3872         96%         P.04