# GLOSSARY

**Age Change:** Occurs when an employee's age moves from one five-year age bracket to another. Premium for the employee will be adjusted the first of the month following his birthday.

**Beneficiary:** The person or other party designated to receive life insurance proceeds.

**Cancellation:** The end of any portion of coverage for an employee or his dependents. The employee will remain employed by you. (See also Termination)

**Claim:** A request for payment of benefits covered under the Certificate of Insurance. The following is a list of some of the forms needed to submit a claim:
    a. for medical and dental benefits - a bill from a provider;
    b. for disability benefits - a Disability Claim form;
    c. for life benefits - a Proof of Death Claim form and a copy of the death certificate and death notice or obituary;
    d. for dismemberment benefits - Proof of Loss of Limb(s) or Sight Statements.
See the Appendix for samples of these forms.

**COBRA:** A federal law that requires an employer to offer an employee or his dependents an extension of group health insurance benefits if the employer employs 20 or more employees. The duration of the extension will depend upon the qualifying event. See the Certificate of Insurance for more details.

**Coinsurance:** The percentage of covered charges payable by the insured. For example: if the plan pays 80% of covered charges, the coinsurance would be 20% of covered charges.

**Continuation:** A state law requires an employer to offer an employee or his dependents an extension of group health insurance benefits. The maximum duration of the extension will be 9 months for employees, unless a longer period is required by state law. See the Certificate of Insurance for more details.

**Contract:** The Contract issued to the Starmark Trust and any amendments, riders or endorsements to that Contract.

**Contribution:** The amount the employer contributes toward the overall cost of insurance.

**Conversion:** Occurs when a terminated employee chooses to continue medical coverage under an individual medical plan because he is no longer eligible for coverage under his employer's group plan or continuation as required by state or federal (COBRA) law.

**Copayment:** The amount of the office visit charge that a covered person must pay when services are rendered by a preferred provider or PCP. This amount does not apply toward satisfaction of any deductible or the out-of-pocket limit. See also Encounter Fee.

**Deductible:** The amount of covered charges a person must pay before any benefits are payable under the Certificate of Insurance.

**Due Date:** The date your premium is due to us. The due date is the first of the month.

**Eligible Dependent:** A person who resides in the United States and who is:
1. your legally married spouse;
2. your unmarried natural child(ren), legally adopted child(ren) or stepchild(ren) who are under the age of 19, provided their legal residence is the same as yours and they are dependent upon you for more than 50% of their support and maintenance. If their legal address is different from yours, they are considered to be a dependent if so ordered by a court decree, or if they are listed as dependents on your most recent Federal tax return and are dependent upon you for more than 50% of their support and maintenance.
3. your child who has coverage in force, who has reached the limiting age, is incapable of self-sustaining employment and is dependent upon you or dependent on Other Care Provider(s) for lifetime care and supervision. You must give us proof of the child's incapacity and dependency within 31 days after the date the limiting age is reached in order to continue his coverage. You may also be required, from time to time,

   to give proof of his continuing incapacity and dependency. If proof is not given within 60 days of a request, his coverage will end 60 days after the request is made.
4. your natural child(ren), legally adopted child(ren) or stepchild(ren) who are age 19 through 25, but only if they are:
   a. not married;
   b. full-time students at an accredited educational institution, college, or university;
   c. dependent upon you for more than 50% of their support and maintenance,
   d. listed as dependents on your most recent Federal tax return.

A child age 19 through 25 ceases to be a dependent on the last day of the month in which the child fails to qualify as a full-time student, except for regularly scheduled vacation periods.

Notwithstanding the above, the following are not considered to be dependents:
1. A person who is eligible for coverage as an employee;
2. A child who is a foster child;
3. A child who is eligible for any other employer-based medical plan as an employee; or
4. A child who is covered as a dependent of another employee.

**Eligible Employee:** A person who works 30 or more hours per week for the employer and who is in a class of eligible employees as determined by the employer.

**Eligibility Period:** The amount of time the employee must be employed before he is eligible for coverage. The employee must complete an Employee Enrollment Form during this period and submit it to Starmark. If approved, coverage will start on the first day of the month following the eligibility period.

**Encounter Fee:** A fee that is payable to a preferred provider at the time of an office visit. See the Certificate of Insurance for details.

**Explanation of Benefits (EOB):** A statement that tells you if benefits are payable and how they are distributed.

**Initial Enrollment Period:** The period of time during which an eligible employee must complete and sign an Employee Enrollment Form for application for insurance. It is the waiting period established by the employer or 31 days from, and inclusive of, the date of employment, whichever is greater. Failure to complete the application may cause the employee to be considered a late enrollee.

**Insured:** An eligible employee or dependent whose coverage has become effective.

**Lapse:** Termination of coverage due to nonpayment of premium after the grace period has ended.

**Late Enrollee:** An eligible employee or dependent who requests enrollment in a health benefit plan of a small employer following the initial enrollment period provided under the terms of the health benefit plan; provided that the initial enrollment period is at least 31 days. See your Certificate of Insurance for details.

**Misstatement:** Any information that is not correctly written on the Employee Enrollment Form.

**Office Visit Deductible:** A deductible that is paid when a non-preferred provider is used. See the Certificate of Insurance for details.

**Participation:** The number of eligible employees that must be enrolled in your health benefit plan for you to be eligible for coverage. At least 75% of eligible employees must be enrolled unless otherwise required by state law.

**Plan Change:** A change the employer requests to its existing plan.

**Portability:** Gives the employee the ability to change jobs without satisfying an additional pre-existing condition limitation period. We will credit the time a person was covered under a prior group health benefit plan toward the satisfaction of the pre-existing condition limitation period under the new group health benefit plan.

**Premium:** The amount of money which the employer pays each month to purchase the insurance benefit provided by the contract.

**Primary Care Physician (PCP):** A designated personal physician through whom medical care and/or referrals must be received for benefits to be payable at a higher level. The PCP must be chosen at initial enrollment.

**Provider:** A physician or hospital that provides medical services.

**Reinstatement:** Making your coverage effective again after a termination and all overdue premium is paid.

**Renewal:** Occurs at the end of your rate guarantee period. Premiums will be adjusted and you may have the option of making a plan change.

**Termination:** The end of coverage for you and/or your employees.
    **Employee:** The employee is no longer employed by you.
    **Group:** You are no longer insured by us.

**Timely Enrollee:** An employee who completes his Employee Enrollment Form and submits it to us during the initial enrollment period.

**Wage and Tax Statement:** A form each employer must file with the state on a quarterly basis. It lists all employees working for the employer and their salaries.

**Waiver:** A request from an employee to not be included under the coverage provided by his employer.

# EXHIBITS A - O

Virtue v. Bethel Group Home
10963

# EXHIBIT A

**Starmark®**
Star Marketing and Administration, Inc.

400 Field Drive
Lake Forest, IL 60045-2500
(847) 615-1313 • (800) 522-1246

| GROUP | DIV |
|---|---|
| SM 999999 | 0001 |

DUE DATE: AUG. 01, 1996

DATE OF BILL: AUG. 14, 1996

STARMARK SAMPLE BILL
400 FIELD DRIVE
LAKE FOREST, IL   60045

See reverse side for payment instructions and explanation of billing adjustment codes.

IF PREMIUM REMAINS UNPAID 31 DAYS AFTER DUE DATE, BENEFITS UNDER THE POLICY AUTOMATICALLY TERMINATE. PREMIUMS FOR THAT PERIOD ARE STILL DUE AND PAYABLE.

| INSURED'S NUMBER | NAME OF INSURED | CODE | ELIFE PREM | ELIFE VOL | EAD&D PREM | DENTL PREM | MAJME PREM | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 050505050 | EMPLOYEE FIVE | | 7.80 | 10,000 | .80 | 28.58 | 252.05 | 289.23 |
| | DEPENDENT | | | | | 29.64 | 203.59 | 233.23 |
| 040404040 | EMPLOYEE FOUR | | 1.60 | 10,000 | .50 | 28.58 | 179.79 | 210.47 |
| | DEPENDENT | | | | | 29.64 | 121.47 | 151.11 |
| 090909090 | EMPLOYEE NINE | | .72 | 10,000 | .50 | 28.58 | 143.64 | 173.42 |
| | DEPENDENT | | | | | 29.64 | 98.53 | 128.17 |
| 010101010 | EMPLOYEE ONE | | .70 | 10,000 | .50 | 28.58 | 143.64 | 173.42 |
| 080808080 | EMPLOYEE EIGHT | | 1.00 | 10,000 | .50 | 28.58 | 179.79 | 209.87 |
| 070707070 | EMPLOYEE SEVEN | | 7.40 | 10,000 | .80 | 28.58 | 271.75 | 308.53 |
| 060606060 | EMPLOYEE SIX | | 1.00 | 10,000 | .50 | 28.58 | 179.79 | 209.87 |
| 030303030 | EMPLOYEE THREE | | 7.20 | 10,000 | .50 | 28.58 | 311.17 | 347.45 |
| | DEPENDENT | | | | | 33.78 | 492.60 | 546.38 |
| *** ADJUSTMENTS *** | | | | | | | | |
| 090909090 | EMPLOYEE NINE | A | .70 | | .50 | 28.58 | 143.64 | 173.42 |
| | DEPENDENT | | | | | 29.64 | 98.53 | 128.17 |
| *** NOTICES *** | | | | | | | | |
| 020202020 | EMPLOYEE TWO | T | 1.60- | | .80- | 28.58- | 179.79- | |
| | DEPENDENT | | | | | 24.13- | 144.47- | |

*SAMPLING - Do Not Copy*

| BENEFIT | LIVES INSURED | VOLUME INSURED | INSURED PREMIUM | DEPENDENT LIVES | DEPENDENT PREMIUM |
|---|---|---|---|---|---|
| ELIFE | 8 | 80000 | 28.10 | 0 | .00 |
| EAD&D | 8 | 80000 | 5.10 | 0 | .00 |
| DENTL | 8 | 0 | 257.22 | 5 | 172.34 |
| MAJME | 8 | 0 | 1805.26 | 5 | 1014.72 |

| | |
|---|---|
| | 3,282.74 |
| ADMINISTRATION FEES | 20.00 |
| DISCOUNTS | .00 |
| PAST DUE BALANCE AS OF 08/14/96 | 5,125.52 |
| PAY THIS AMOUNT | 8,428.26 |

AD 7 (11-92)

Virtue v. Bethel Group Home
10964

# Starmark®
Star Marketing and Administration, Inc.

400 Field Drive • Lake Forest, IL 60045-2500
(847) 615-1313 • (800) 522-1246

**EXHIBIT B**

**REQUEST FOR CHANGE**
(Complete and return to Starmark)

| Employer Group Number | Participating Employer |
|---|---|

| Name of Employee | Employee's Social Security Number |
|---|---|

## 1. Termination of Coverage (When an employee continues working, this form should be completed and forwarded as soon as possible.)

I hereby request Starmark to terminate the coverage(s) as indicated below: (choose one)

|   | Total Coverage | Major Medical | Dental |   |
|---|---|---|---|---|
| Employee and any Dependents | ☐ | ☐ | ☐ | Last day of coverage |
| Spouse | ☐ | ☐ | ☐ | (Date must be last day of the month) |
| Child(ren) | ☐ | ☐ | ☐ | (Date) |

Reason for terminating coverage:
☐ Covered under spouse's insurance  ☐ Covered by HMO  ☐ Other

I understand that if I choose to apply for these coverages in the future, my application may be subject to evidence of insurability, and I may be required to furnish such at my own expense. I also understand that additional limitations and waiting periods may apply.

## 2. Change Name of Employee (Please print)

| Former Name |
|---|
| New Name |
| Reason for Change (correction, marriage, divorce, court order, etc.) |

**SAMPLE DO Not Copy**

## 3. Change of Beneficiary

I hereby request Starmark to change the beneficiary as indicated below:

| | Please print name in full and indicate complete address | Relationship | Age |
|---|---|---|---|
| Beneficiary | | | |

If there are two or more beneficiaries, the insured may specify their respective shares, otherwise they will share equally.
If no designated beneficiary survives, payment shall be made in accordance with the terms of the contract.

**Sign Here for Above Request**

The undersigned agrees to the above request and changes:

| Signature of Employee | Employee Address |
|---|---|
| Date | City | State | Zip Code |

When the change(s) has been recorded, a copy of this form will be returned to you.

AD 6 (1-94)

Virtue v. Bethel Group Home
10965

Administered by

**Starmark®**
Star Marketing and Administration, Inc.
400 Field Drive • Lake Forest, IL 60045-2500

**EXHIBIT C.1**

Insured by

**Trustmark**
INSURANCE COMPANY

## EMPLOYEE ENROLLMENT FORM
To be completed by the employee only.
**Type or print with ink**
Note: If you make a mistake when completing an answer, please correct and initial
**NOTICE: A person who knowingly and with intent to defraud an insurer files an application or statement of claim containing any false, incomplete or misleading information may be guilty of insurance fraud which is a crime.**

☐ New Hire  ☐ Family Addition  ☐ Late Enrollment  ☐ Reinstatement  ☐ Plan Change

**EMPLOYER INFORMATION**

| Group Name: | Group No. |
|---|---|

**EMPLOYEE INFORMATION**

| Name | First | M.I. | Last | | |
|---|---|---|---|---|---|
| Address | Street | | City | State | Zip Code |
| Sex ☐ Male ☐ Female | Social Security Number | | Birthdate | Marital Status ☐ Single ☐ Married | |

Work Phone (_____) _____  Home Phone (_____) _____
Date Employed Full-Time _____  Job Title _____
Hours worked per week _____  Annual Salary _____
If no longer employed, but on COBRA continuation, enter employment termination date _____

| Beneficiary Name | First | M.I. | Last | Relationship |
|---|---|---|---|---|

**SAMPLE — DO NOT COPY**

DEPENDENTS TO BE COVERED

| (First) NAME (Last) | | BIRTHDATE | SEX M F | |
|---|---|---|---|---|
| Spouse _____ Occupation _____ | | | ☐ ☐ | |
| Child _____ | | | ☐ ☐ | |
| Child _____ | | | ☐ ☐ | |
| Child _____ | | | ☐ ☐ | |
| Child _____ | | | ☐ ☐ | |

Have you or your spouse used any tobacco products in the past 12 months?
Employee ☐ Yes ☐ No
Spouse ☐ Yes ☐ No

Deductible $ _____
Network _____
(When choice is available)

Note: A dependent child is an unmarried child to age 19 or a full-time student to age 25.

**PROOF OF PRIOR COVERAGE**

Did you or your dependent(s) have **major medical** coverage with another carrier(s) within the past 12 months? ☐ Yes ☐ No
If yes, complete the following. (If insured with more than one carrier in the past 12 months, please attach certificate(s) of creditable coverage from prior plan(s)):

Employer Name _____ Phone (_____) _____
Prior Carrier Name _____ Phone (_____) _____
Policy No. _____ Effective Date _____ Termination Date _____
Covered Members (check all that apply)  ☐ Self  ☐ Spouse  ☐ Child(ren)

**OFFICE USE ONLY**

UND _____  EFF _____  SUB _____

UW3 (R1)

Virtue v. Bethel Group Home
10966

(3-97)

Administered by

**Starmark®**
Star Marketing and Administration, Inc.
400 Field Drive • Lake Forest, IL 60045-2500

EXHIBIT C.2

Insured by

*Trustmark*
INSURANCE COMPANY

## EMPLOYEE ENROLLMENT FORM
To be completed by the employee only.
**Type or print with ink**
Note: If you make a mistake when completing an answer, please correct and initial
NOTICE: A person who knowingly and with intent to defraud an insurer files an application or statement of claim containing any false, incomplete or misleading information may be guilty of insurance fraud which is a crime.

☐ New Hire ☐ Family Addition ☐ Late Enrollment ☐ Reinstatement ☐ Plan Change

**EMPLOYER INFORMATION**
Group Name _____ Group No. _____

**EMPLOYEE INFORMATION**

Name: First ___ M.I. ___ Last ___ PCP/Med Grp/City ___ Exisiting Patient? ☐ Yes ☐ No

Address: Street ___ City ___ State ___ Zip Code ___

Sex: ☐ Male ☐ Female   Social Security Number ___   Birthday ___   Marital Status: ☐ Single ☐ Married

Work Phone ( ___ )   Home Phone ( ___ )

Date Employed Full-Time ___   Title ___

Hours worked per week ___   Annual Salary $ ___

If no longer employed, but on COBRA Continuation, enter employment termination date ___

Plan information: Deductible $ ___   Network ___

Have you or your spouse used any tobacco products in the last 12 months? Employee ☐ Yes ☐ No   Spouse ☐ Yes ☐ No

**ELIGIBLE DEPENDENTS TO BE COVERED** (legal spouse and unmarried dependent children to age 19 or full-time student to age 25)

Existing Patient? Yes No

| (First) NAME (Last) | SSN | Birthdate | Sex M F | PRIMARY CARE PHYSICIAN (PCP) | |
|---|---|---|---|---|---|
| Spouse ___ | SSN ___ | ___ | ☐ ☐ | PCP ___ Med Grp ___ City ___ | ☐ ☐ |
| Child ___ | SSN ___ | ___ | ☐ ☐ | PCP ___ Med Grp ___ City ___ | ☐ ☐ |
| Child ___ | SSN ___ | ___ | ☐ ☐ | PCP ___ Med Grp ___ City ___ | ☐ ☐ |
| Child ___ | SSN ___ | ___ | ☐ ☐ | PCP ___ Med Grp ___ City ___ | ☐ ☐ |

Beneficiary Name: First ___ M.I. ___ Last ___ Relationship ___

**PROOF OF PRIOR COVERAGE**
Did you or your dependent(s) have major medical coverage with another carrier(s) within the past 12 months? ☐ Yes ☐ No
If yes, complete the following. (If insured with more than one carrier in the past 12 months, please attach certificate(s) of creditable coverage from prior plan(s)):

Employer Name ___   Phone ( ___ )
Prior Carrier Name ___   Phone ( ___ )
Policy No. ___   Effective Date ___   Termination Date ___

Covered Members (check all that apply) ☐ Self ☐ Spouse ☐ Child(ren)

**OFFICE USE ONLY**
UND ___   EFF ___   SUB ___

UW3 PPP   (9-97)

Virtue v. Bethel Group Home
10967

*SAMPLE — DO NOT COPY*

**Starmark**
Star Marketing and Administration, Inc.

**EXHIBIT D   PCS PRESCRIPTION DRUG CLAIM FORM**

Please read REVERSE SIDE before completing this form: YOUR CLAIM CANNOT BE PROCESSED UNLESS THIS FORM IS COMPLETE.

1. [ ] 2. [ ] 3. [ ] 4. [ ] 5. [ ]

Copy numbers from PCS plastic card into spaces above as explained on the reverse side.

Insured Name: _____ First _____ Middle _____ Last

Insured Address: _____ Street _____ City _____ State _____ Zip

Employer Name: _____

Prescription(s) were for:   SEX  M  F  (CIRCLE ONE)   Insured Person ☐   Insured's Spouse ☐   Insured's Son/Daughter ☐   whose age is _____ years.

I certify that the above information is correct and that the above checked person is eligible for benefits. I/we received the medication described hereon and authorize release of all information contained on this voucher to PCS and the underwriter.

I agree that any benefits payable hereunder for prescription drugs are not assignable and that any assignment or attempted assignment thereof shall be void. I further represent that there has been no assignment of benefits hereunder.

Is this medication for an on-the-job injury?  ☐ Yes  ☐ No

Is this medication covered under any other group insurance plan?  ☐ Yes  ☐ No
If Yes: name of insurance company and other employer.

Signed _____ (Insured Person)

PLEASE ASK YOUR PHARMACIST TO COMPLETE THE REMAINING PORTION. WE CANNOT PROCESS THIS FORM WITHOUT THIS INFORMATION.

*SAMPLE DO NOT COPY*

| RX NUMBER | DATE FILLED | CHECK ONE | QUANTITY | RX DIRECTIONS | DAY SUPPLY | RX PRICE INCL. TAX | FOR PCS USE | |
|---|---|---|---|---|---|---|---|---|
| 1. | | NEW RX ☐ REFILL RX ☐ | | | | | 1) | R R | P A P |
| MEDICATION NAME DOSAGE FORM & STRENGTH | | | MFG NAME | | NDC NUMBER | | | |
| 2. | | NEW RX ☐ REFILL RX ☐ | | | | | 2) | R R | P A P |
| MEDICATION NAME DOSAGE FORM & STRENGTH | | | MFG NAME | | NDC NUMBER | | | |
| 3. | | NEW RX ☐ REFILL RX ☐ | | | | | 3) | R R | P A P |
| MEDICATION NAME DOSAGE FORM & STRENGTH | | | MFG NAME | | NDC NUMBER | | | |
| 4. | | NEW RX ☐ REFILL RX ☐ | | | | | 4) | R R | P A P |
| MEDICATION NAME DOSAGE FORM & STRENGTH | | | MFG NAME | | NDC NUMBER | | | |
| 5. | | NEW RX ☐ REFILL RX ☐ | | | | | 5) | R R | P A P |
| MEDICATION NAME DOSAGE FORM & STRENGTH | | | MFG NAME | | NDC NUMBER | | | |

PLACE PHARMACY LABEL HERE OR ENTER:

PHARMACY NAME _____
STREET NAME _____
CITY _____ STATE _____ ZIP CODE _____

ARE YOU A PCS MEMBER PHARMACY?  ☐ Yes  ☐ No
IF YES, WHAT IS YOUR PCS NUMBER? _____

NOTE: BENEFITS ARE PAYABLE DIRECTLY TO THE COVERED INDIVIDUAL AND ANY ASSIGNMENT OF THESE BENEFITS IS VOID.

RETURN COMPLETED FORM TO THE ADDRESS SHOWN ON THE REVERSE SIDE

CL16 (3-96)      CL16 (4-93)

Virtue v. Bethel Group Home
10968

## Starmark®
Star Marketing and Administration, Inc.

**EXHIBIT E**

**PRIOR COVERAGE QUESTIONNAIRE**

400 Field Drive
Lake Forest, IL 60045-2500
(847) 615-1313 • (800) 522-1246
FAX (847) 234-7910

Complete this form if you were insured in the past 12 months. Attach a copy of your prior carrier I.D. card.

Employee Name _____  Soc. Sec. No. _____ / _____ / _____
                  (Last)           (First)          (MI)

1. Prior Employer _____ Phone No. (     ) _____

   Address _____

   Prior Insurer _____ Phone No. (     ) _____

   Policy No. _____  Covered members  ☐ Self  ☐ Spouse  ☐ Children

   Coverage Effective Date _____  Termination Date _____

   Coverage provided by:  ☐ Medicare/Medicaid          ☐ Champus
                          ☐ Employer-Sponsored Group Plan  ☐ COBRA/Continuation
                          ☐ Individual – If so, was any portion of the premium paid by the employer?  ☐ Yes  ☐ No

If insured less than 12 months with employer noted in Section 1, complete Section 2.

2. Prior Employer _____ Phone No. (     ) _____

   Address _____

   Prior Insurer _____ Phone No. (     ) _____

   Policy No. _____  Covered members  ☐ Self  ☐ Spouse  ☐ Children

   Coverage Effective Date _____  Termination Date _____

   Coverage provided by:  ☐ Medicare/Medicaid          ☐ Champus
                          ☐ Employer-Sponsored Group Plan  ☐ COBRA/Continuation
                          ☐ Individual – If so, was any portion of the premium paid by the employer?  ☐ Yes  ☐ No

Note: The pre-existing limitation period may be reduced by the number of months other coverage existed.

I certify to the best of my knowledge and belief that all answers made on this questionnaire are complete and true.

_____        _____
      Employee Signature                              Date

---

**OFFICE USE ONLY**

EFF. DATE _____

TERM. DATE _____

DEPENDENTS _____

VERIFIED BY _____

UW50 (6-95)

Virtue v. Bethel Group Home
10969

*[SAMPLE Do Not Copy watermark overlaid on form]*

# EXHIBIT F

**Starmark®**
Star Marketing and Administration, Inc.
400 Field Drive
Lake Forest, IL 60045

Insured By
**Trustmark**
INSURANCE COMPANY

## Continuation Election Form - Employee

*To Be Completed By The Employer*

Employee Name _____     Date _____

Social Security No. _____     Group Number _____

Home Address _____     Employer Name _____

_____     Employer Address _____

Last Work Day _____

Date Coverage Ends _____     Currently Monthly Premium _____

                                            Premium Due Date _____

### RE: NOTICE OF RIGHT TO CONTINUE COVERAGE

Your Comprehensive Medical Benefits coverage would normally terminate as of the date indicated. State law permits you to continue this coverage for a maximum of 6 months. An explanation of this right is on the reverse side. Please read it carefully.

Whether or not you decide to continue coverage, please complete the section below. If you elect to continue coverage, this form and the first monthly premium (amount shown above) must be returned to the Employer within 10 days after you receive this notice. Failure to do so will terminate your right to continue coverage.

The monthly premium is based on your coverage as of your termination date. If you elect alternate coverage, the monthly premium will be adjusted. The premium must be received by the Employer no later than the Premium Due Date. A late premium payment will be cause to terminate coverage without reinstatement. Premium must be paid by check or money order and made payable to the Employer.

_____     _____
Authorized Employer Signature                Date

*To Be Completed By The Terminated Employee*

☐ I elect to continue my Comprehensive Medical Benefits coverage as follows.
   Only those insured on the date of termination may be included:

   ☐ Self Only

   ☐ Employee and Spouse

   ☐ Employee, Spouse and Children

☐ I do NOT elect to continue my Comprehensive Medical Benefits coverage.

_____     _____
Terminated Employee's Signature              Date

_____
Home address (City, State, Zip Code)

White - Starmark              Yellow - Employee              Pink - Employer

AD14(9-97)

Virtue v. Bethel Group Home
10970

# Starmark®
Star Marketing and Administration, Inc.
400 Field Drive
Lake Forest, IL 60045

**EXHIBIT G**

Insured By
**Trustmark**
INSURANCE COMPANY

## Continuation Election Form - Spouse and Child(ren)

---

*To Be Completed By The Employer*

Insured's Name _____     Date _____

Social Security No. _____     Group Number _____

Home Address _____     Employer Name _____

_____     Employer Address _____

Date Coverage Ends _____

Continuation Event:

☐ Death of Employee (Date of Death _____)
☐ Retirement of Employee (Last Work Day _____)
☐ Dissolution of Marriage (Date of Decree _____)
☐ Child Attaining Limiting Age (Birthday _____)

**RE: NOTICE OF RIGHT TO CONTINUE COVERAGE**

Your comprehensive Medical Benefits coverage would normally terminate as of the date indicated. State law or a policy benefit permits you to continue this coverage for a specified period of time. An explanation of this right is on the reverse side. Please read carefully.

Whether or not you decide to continue coverage, please complete the section below. If you elect to continue coverage, this form and the Initial Premium (shown below) must be returned within 31 days from the date of this notice. Failure to do so will terminate your right to continue coverage. It is recommend that you use certified mail, return receipt requested.

The Monthly Premium is based on your coverage as of your termination date. If you elect alternate coverage, the monthly premium will be adjusted. After the Initial Premium, payment must be received by the Employer at the address noted above no later that the **first day of each month**. A late premium payment will be cause to terminate coverage without reinstatement. Premium must be paid by check or money order and made payable to the Employer.

Initial Premium $_____     Monthly Premium $_____

_____     _____
Authorized Starmark Signature     Date of Notice

---

*To Be Completed By The Insured*

☐ I elect to continue my Comprehensive Medical Benefits coverage as follows
(only those insured on the date coverage ends may be included):

☐ Self Only (Date of Birth _____)
☐ Spouse and Children (Spouse Date of Birth _____ SS No. _____)

☐ I do NOT elect to continue my Comprehensive Medical Benefits coverage.

_____     _____
Insured's Signature     Date

Home Address (City, State, Zip Code)

White - Starmark     Yellow - Employee     Pink - Employer

AD15(9-97)

Virtue v. Bethel Group Home
10971

# EXHIBIT H.

**Administered by**
**Starmark®**
Star Marketing and Administration, Inc.
P. O. Box 60
Freeport, IL 61032
(800) 284-9545 • (815) 235-1183

**DENTAL INSURANCE CLAIM FORM**
Pre-authorization required for all treatment plans in excess of $300

☐ DENTIST'S PRE-TREATMENT ESTIMATE    ☐ DENTIST'S STATEMENT OF ACTUAL SERVICES

**Insured by**
**Trustmark**
INSURANCE COMPANY

Any person who knowingly and with intent to defraud, files a statement of claim containing false or misleading information may be committing insurance fraud which may be a crime.

*SAMPLE - Do Not Copy*

I HEREBY CERTIFY THAT THE PROCEDURES AS INDICATED BY DATE HAVE BEEN COMPLETED.

_____    _____
SIGNED (DENTIST)                        DATE

Virtue v. Bethel Group Home
10972



Form approved by the Council on Dental Care Program of the A.D.A. 1975

CL3 (5-95)

# EXHIBIT J



Virtue v. Bethel Group Home
10973

**Starmark**®
Star Marketing and Administration, Inc.

P.O. Box 7922
Lake Forest, IL 60045-7922
(847) 615-1313 • (800) 522-1246

**EXHIBIT K**

Insured by
**Trustmark**
INSURANCE COMPANY

**PROOF OF DEATH (Group Life Insurance)**

In furnishing this form the Trustmark Insurance Company does not waive any of its rights or defenses nor admit liability.

**To the Participating Employer:** We are anxious to process this claim as promptly as possible. You can help by being sure that the statements below are properly completed. Please return this form to the address above along with a certified copy of the death certificate and the deceased employee's booklet certificate, if available.

**PARTICIPATING EMPLOYER'S STATEMENT**

**NOTICE:** A person who knowingly and with intent to defraud an insurer files an application or statement of claim containing any false, incomplete or misleading information may be guilty of insurance fraud which may be a crime.

1. Name of Employee (First Name) (Middle Initial) (Last Name) Date of Birth
2. Home Address (Street) (City) (State) (Zip Code)
3. Social Sec. No. Title Amount of Insurance $ Annual Salary $
4. Date first entered our employ Date last worked or dead Reason for stopping work
5. Status of employee at date of death ☐ Active ☐ Retired ☐ Premium waiver claim for Disability filed  Date of Death  Name of Employer
6. Employer Group Number
7. Signature Title Date

If claim is for Dependent Life Benefits, please complete the following:
8. Full name of Dependent  ☐ Child ☐ Spouse  State of Dependent's birth  Amount of Insurance $

**BENEFICIARY'S STATEMENT**

| Name of Beneficiary | Relationship to Insured | Age | Address of Beneficiary |||||
|---|---|---|---|---|---|---|---|
| | | | No. | Street | City or Town | State | Zip Code |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Payment in Monthly Installments Desired ☐ Yes ☐ No

Dated _____ 19 ____           _____
                                          Signature of Beneficiary(s)

**TO THE BENEFICIARY**

It is not necessary for you to take the insurance payment in a lump sum. If you wish, you may elect to have all or part of the insurance paid to you in equal monthly installments extending for a period of time from one to ten years. If you are interested in this option, please indicate your choice above and further details will be provided.

CL54(5-95)

Virtue v. Bethel Group Home
10974

# Starmark®
Star Marketing and Administration, Inc.

P.O. Box 7922
Lake Forest, IL 60045-7922
(847) 615-1313 • (800) 522-1246

**EXHIBIT L**

Insured by
**Trustmark**
INSURANCE COMPANY

## PROOF OF DEATH STATEMENTS
### PART I - STATEMENT OF BENEFICIARY

NOTICE: A person who knowingly and with intent to defraud an insurer files an application or statement of claim containing any false, incomplete or misleading information may be guilty of insurance fraud which may be a crime.

| (1) NAME OF DECEASED (AS APPEARS IN POLICY) | (2) DECEASED'S DATE OF BIRTH | (3) GROUP NUMBER |
|---|---|---|
| (4) DECEASED'S HOME ADDRESS - NO. AND STREET    CITY    STATE | | (5) CERTIFICATE AMOUNT |
| (6) NAME AND ADDRESS OF DECEASED'S EMPLOYER | (7) DECEASED'S OCCUPATION WHEN INJURED OR ON THE LAST DAY HE WORKED. | |
| (8) DATE OF ACCIDENT | (9) TIME OF ACCIDENT ___ ☐ AM ☐ PM | (10) WHERE DID ACCIDENT HAPPEN? |

(11) HOW DID ACCIDENT HAPPEN? (DESCRIBE FULLY)

(12) WHAT INJURIES DID DECEASED RECEIVE?

(13) WHEN DID HE QUIT WORK?
DATE _____ HOUR _____ ☐ AM ☐ PM

(14) WHEN DID THE DEATH OCCUR?
DATE _____ HOUR _____ ☐ AM ☐ PM

(15) WHEN DID DECEASED FIRST CONSULT A PHYSICIAN FOR THIS INJURY?
DATE _____ PHYSICIAN'S NAME AND ADDRESS:

(16) NAME AND ADDRESS OF ANY OTHER PHYSICIAN(S) CONSULTED FOR THIS INJURY:

(17) IF HOSPITALIZED - NAME AND ADDRESS OF HOSPITAL
DATE ADMITTED
DATE _____ ☐ AM
HOUR _____ ☐ PM

DATE DISCHARGED
DATE _____ ☐ AM
HOUR _____ ☐ PM

(18) WAS AN AUTOPSY OR CORONER'S INQUEST HELD?  ☐ NO  ☐ YES
IF "YES", A REPORT OF THE AUTOPSY AND A COPY OF THE FINDINGS OF THE INQUEST MUST ACCOMPANY THIS FORM.

(19) WAS DECEASED INSURED IN ANY OTHER COMPANY, ASSOCIATION OR LODGE FOR THIS LOSS?
IF "YES" GIVE NAME OF COMPANIES:              AMOUNT OF INSURANCE?
☐ NO   ☐ YES

AUTHORIZATION   I authorize any physician, hospital, insurer or other organization, or person having any records, data or information concerning the deceased to furnish such records, data or information as may be requested by such company to Star Marketing and Administration. A photocopy of this Authorization shall be considered as effective and valid as the original.

Beneficiary's Signature _____ Date of Birth _____

Beneficiary's Address _____

_____ Date _____
City        State        Zip Code

CL55(5-95)

Virtue v. Bethel Group Home
10975

*SAMPLE Do Not Copy* (watermark)

Plan Administered By

# Starmark®
Star Marketing and Administration, Inc.
P.O. Box 7922 • Lake Forest, IL 60045-7922
(847) 615-1313 • (800) 522-1246

**EXHIBIT M**

**BASIC DISABILITY CLAIM**

Insured By

**Trustmark**
INSURANCE COMPANY

NOTICE for insureds residing in Alaska, Florida, Idaho, Indiana, New Hampshire and Ohio: Any person who knowingly and with intent to defraud files a statement of claim containing false or misleading information commits insurance fraud which is a crime.

All questions must be answered. Please print. Return completed claim form to Employer within 10 days.

**EMPLOYEE'S STATEMENT OF CLAIM FOR BASIC DISABILITY BENEFITS**

1. Employee's Name | Social Security Number | Date of Birth | ☐ Male ☐ Female | Marital Status: ☐ Single ☐ Widowed ☐ Married ☐ Divorced | Group #

2. Employee's Address | Street No. | City | State | Zip Code

3. Date Total Disability Commenced | Date Total Disability Ceased

4. Is Claim Due to Accident? ☐ Yes ☐ No | If "Yes", Where Did Accident Occur? | Date of Accident

Describe Accident:

5. Did this claim result from job activity during your work hours? ☐ Yes ☐ No
6. Have You Filed for State Unemployment Insurance Benefits? ☐ Yes ☐ No | On What Date Did You File Your Claim? | From What Date Did Unemployment Insurance Benefits Commence?

7. If You Are Receiving Any Income Benefits Under Any of the Following, Check Appropriate Box:
   ☐ Salary Continuance Plan
   ☐ Federal Social Security Railroad Retirement Act
   ☐ Other (Please Explain):

I certify that the above is true and correct. I hereby authorize all doctors, hospitals or other institutions rendering care and treatment to furnish Star Marketing and Administration, Inc. (Starmark) with full information regarding treatment rendered (including copies of their records).

8. Signature of Employee | Date

**PARTICIPATING EMPLOYER'S STATEMENT**

1. Employee's Name | Date

2. Effective Date of Insurance | Occupation | Brief Job Description

3a. Weekly Wages as of Effective Date of Last Renewal
3b. Employee Participation Percent | Weekly Benefit | Date Employee Last Worked | Date Disability Commenced

4. Disability Ceased | Has Employee Returned to Work? ☐ Yes ☐ No | If "Yes", on What Date?

5. Do You Have Information Re: Workers Compensation or Other Disability Income Benefits That Would Affect This Claim? ☐ Yes ☐ No
   If "Yes", Please Explain:

6. Do You Have Any Information That Would Assist Starmark in Determining the Merits of This Claim? ☐ Yes ☐ No
   If "Yes", Please Explain:

7. Participating Employer's Name

8. Employer's Address

9. Signature of Employer's Representative | Title | Date

CL 14 (4-97)

Virtue v. Bethel Group Home

10976

*SAMPLE — Do Not Copy*

## Starmark®
Star Marketing and Administration, Inc.

P.O. Box 7922
Lake Forest, IL 60045-7922
(847) 615-1313 • (800) 522-1246

**EXHIBIT N**

Insured by
**Trustmark**
INSURANCE COMPANY

### PROOF OF LOSS OF LIMB(S) OR SIGHT STATEMENTS

**PART I — STATEMENT OF INSURED**

**NOTICE:** A person who knowingly and with intent to defraud an insurer files an application or statement of claim containing any false, incomplete or misleading information may be guilty of insurance fraud which may be a crime.

| | | |
|---|---|---|
| (1) NAME (AS APPEARS IN CERTIFICATE) | (2) DATE OF BIRTH | (3) SOCIAL SECURITY NO. |
| (4) HOME ADDRESS — NO. AND STREET   CITY   STATE | | (5) GROUP NUMBER |
| (6) NAME AND ADDRESS OF EMPLOYER | (7) OCCUPATION WHEN INJURED OR ON THE LAST DAY YOU WORKED. | |
| (8) DATE OF ACCIDENT | (9) TIME OF ACCIDENT ☐ AM ☐ PM | (10) WHERE DID ACCIDENT HAPPEN? |
| (11) HOW DID ACCIDENT HAPPEN? (DESCRIBE FULLY) | | |
| (12) WHAT INJURIES DID YOU RECEIVE? | | |
| (13) WHEN DID YOU STOP WORKING? DATE _____ HOUR _____ ☐ AM ☐ PM | (14) HAVE YOU RETURNED TO WORK? ☐ YES ☐ NO | (15) DATE OF RETURN TO WORK |
| (16) WHEN DID YOU FIRST CONSULT A PHYSICIAN FOR THIS INJURY? DATE _____ PHYSICIAN'S NAME AND ADDRESS: | | |
| (17) NAME AND ADDRESS OF ANY OTHER PHYSICIAN(S) CONSULTED FOR THIS INJURY: | | |
| (18) WHEN DID TOTAL LOSS OF LIMB(S) OR SIGHT OCCUR? | (19) DID YOU HAVE ANY PREVIOUS INJURY, DEFECT OR DISEASE WHICH AFFECTED THE INJURED LIMB(S) OR EYE? ☐ YES ☐ NO | |
| (20) IF HOSPITALIZED — NAME OF HOSPITAL | DATE ADMITTED DATE _____ HOUR _____ ☐ AM ☐ PM | DATE DISCHARGED DATE _____ HOUR _____ ☐ AM ☐ PM |
| (21) ARE YOU MAKING CLAIM AGAINST ANY OTHER COMPANY, ASSOCIATION OR LODGE FOR THIS LOSS? ☐ YES ☐ NO   IF SO, GIVE NAME OF ORGANIZATION | (22) HAVE YOU MADE ANY CLAIM AGAINST THIS COMPANY BEFORE? ☐ YES ☐ NO | |
| (22) IF CLAIM IS FOR DEPENDENT DISMEMBERMENT BENEFITS, PLEASE COMPLETE THE FOLLOWING: | | |
| Full name of Dependent | ☐ Child ☐ Spouse | State of Dependent's Birth | Amount of Insurance $ |

### AUTHORIZATION

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company, Medical Information Bureau, or other organization, institution or person that has any records or knowledge or me or my health to disclose to Star Marketing and Administration any such information. A copy of this authorization shall be considered as valid as the original.

DATE _____   Insured's Signature ► _____

**Attending Physician Please Complete Part IV.**

CL56(5-95)

Virtue v. Bethel Group Home
10977

*SAMPLE — Do Not Copy*



EXPLANATION OF BENEFITS

PLAN ADMINISTERED BY:
STARMARK
P.O. BOX 7922
LAKE FOREST, IL 60045-7922

NAME/ID 1

2 PARTICIPATING EMPLOYER        CHECK NO.

3 GROUP NO. 13671N        DATE: 10/30/97

4 CLAIM FOR

5 CLAIM NO.

EXHIBIT O

| CHECK DISTRIBUTION | |
|---|---|
| | 57.00 |
| 6 | |
| TOTAL | 57.00 |

| 7 DATES OF SERVICE-PROVIDER/SERVICE | AMOUNT CHARGED | AMOUNT INELIGIBLE | DISCOUNT | AMOUNT ALLOWED | ENCOUNTER FEE | DEDUCTIBLE | COINSURANCE | BENEFIT | ANSI CODE |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 = 1-2-3 | 5 | 6 | 7 | 8 = 4-5-6-7 | |
| 09/24-09/24/97: 99213 PHYSICIAN'S MEDICAL FEES | 53.00 | 0.00 | 5.00 | 48.00 | 15.00 | 0.00 | 0.00 | 33.00 | 41 N8 |
| 09/24-09/24/97: 66588 LABORATORY | 37.00 | 0.00 | 24.00 | 13.00 | 0.00 | 0.00 | 0.00 | 13.00 | 41 N8 |
| 09/24-09/24/97: B7060 LABORATORY | 34.00 | 0.00 | 23.00 | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | 41 PZ |
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| ** EXPLANATION OF CODES   TOTALS | 124.00 | 0.00 | 52.00 | 73.00 | 15.00 | 0.00 | 0.00 | 57.00 | |

ITEMS 2, 5, 6, & 7 MAY BE BILLED TO PATIENT
PREFERRED PROVIDER: DISCOUNT APPLIES
41 /N8 PPO PROVIDER. THIS REPRESENTS A NEGOTIATED DISCOUNT AMOUNT. DO NOT BILL BALANCE TO PATIENT.
41 /PZ THE DISCOUNT COLUMN REPRESENTS A NEGOTIATED RATE WITH THE PROVIDER. THE CHARGES IN THE DISCOUNT COLUMN ARE NOT BILLABLE TO THE PATIENT.

18

| OTHER COVERAGE ADJUSTMENTS | 0.00 |
|---|---|
| | 0.00 |
| AMOUNT OF PAYMENT | 17 |
| | 57.00 |

PART 919 OF THE RULES OF THE IL DEPARTMENT OF INSURANCE REQUIRES THAT OUR COMPANY ADVISE YOU THAT IF YOU WISH TO TAKE THIS MATTER UP WITH THE IL DEPARTMENT OF INSURANCE, IT MAINTAINS A CONSUMER DIVISION IN CHICAGO AT 100 W RANDOLPH ST, SUITE 15-100, CHICAGO, 60601 AND IN SPRINGFIELD AT 320 W WASHINGTON ST, SPRINGFIELD, 62767
BENEFITS ARE CALCULATED BASED ON PROVIDER'S CONTRACT WITH PRIVATE HEALTH CARE SYSTEMS NETWORK. 19

| PLEASE REFER YOUR CONCERNS OR QUESTIONS DIRECTLY TO: STARMARK, P.O. BOX 7922, LAKE FOREST, IL 60045-7922 OR CALL: (800) 522-1246    20 | TOTAL 1997 DEDUCTIBLE REMAINING     $250.00 REMAINING AMOUNT OF LIFETIME LIMIT $1,993,914 OTHER LIMITS MAY APPLY TO SOME SERVICES   21 |
|---|---|

FOR YOUR INFORMATION, THIS IS A COPY OF BENEFIT INFORMATION SENT TO THE MEMBER

EXPLANATION OF BENEFITS
THIS IS NOT A BILL

CL71

Virtue v. Bethel Group Home
10978