12/10/2002  04:35    9075431912                B.G.H. INC.                              PAGE  02

# LSC

ALASKA LEGAL SERVICES CORPORATION
KETCHIKAN OFFICE

306 MAIN STREET, SUITE 218
KETCHIKAN, ALASKA 99901-6483
TELEPHONE (907) 225-6420
FAX (907) 225-6896

November 26, 2002

Bethel Group Home
Box 385
Bethel, Alaska 99559

Starmark
400 Field Drive
Lake Forest, Illinois 60045-2581

Re: Melissa Virtue, SSN 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

Dear Bethel Group Home and Starmark:

We have received no response to our letter dated November 7, 2002, with which we enclosed copies of the outstanding medical bills incurred by Ms. Virtue during the period of April 17, 2002, to present. That letter and an updated summary are attached.

Should we receive no response from you by December 6, 2002 in regard to the medical insurance coverage in question, legal action will be pursued to rectify this matter.

Sincerely,

Alaska Legal Services Corporation
Mark Regan
Attorney at Law

Enclosures: November 7, 2002 letter, summary, copies of bills

Cc: client
    file



Virtue v. Bethel Group Home
10828