No. 7					(Withdrawn)