No. 8                              (Withdrawn)