## MAMMOGRAPHY SCREENING BENEFIT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

### A.  DEFINITION

**Low-dose Mammography:**  Means the x-ray examination of the breast using equipment dedicated specifically for mammography, including the x-ray tube, filter, compression device and image receptor, with radiation exposure delivery of less than 1 rad per breast for 2 views of an average size breast.

### B.  BENEFITS

Benefits will be paid for Covered Charges incurred for screening by Low-dose Mammography by a covered female age 35 or older while coverage is in force. Benefits will be paid as follows.

1.  A baseline mammogram for each such person 35 to 39 years of age.

2.  A mammogram every one to two years for each such person age 40 to 49 years of age.

3.  An annual mammogram for each such person 50 years of age or older.

Benefits will be paid at the Insured Percent of the Comprehensive Medical Benefit, as shown in the Schedule of Benefits, after the Deductible has been met.

S989C/18                                                                                                3/92

## RIDER PROVIDING COVERAGE FOR PSYCHOLOGISTS AND SOCIAL WORKERS

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

The term 'Physician' will include a licensed clinical psychologist and a licensed clinical social worker; but only for treatment of Mental Illness or Nervous Disorders that would be covered if provided by a Doctor of Medicine and only when the psychologist or social worker is acting within the scope of his license.

S989C/20a

3/92

## SKILLED NURSING CARE BENEFIT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

### A. DEFINITION

**Nursing Care Facility:** Means a lawfully operated facility which: (1) provides full time bed care for resident patients; (2) provides 24 hour nursing service by, or supervised by, a registered graduate nurse (R.N.) or licensed practical nurse on duty at all times; (3) regularly provides skilled nursing care supervised by a Physician; and (4) keeps a daily medical record of each patient. Nursing Care Facility does not include: a Hospital; or a rest home or home for the aged; or a facility mainly for drug addicts, alcoholics or the mentally ill; or a custodial care or educational care facility.

### B. BENEFITS

Benefits will be paid for Covered Charges incurred for skilled nursing care by you or your Dependent while coverage is in force. Benefits will be paid for Nursing Care Facility charges for room, board and miscellaneous fees for service and supplies required due to Sickness or Injury. Benefits will only be paid for a confinement which follows within 3 days release from a Hospital; or which follows surgery which requires skilled nursing care.

Benefits will be paid up to the maximum number of days shown in the Schedule of Benefits. The maximum number of days shall be available for each Nursing Care Facility confinement which follows a period of 60 consecutive days during which the patient was not confined in a Nursing Care Facility.

### C. EXCLUSIONS

No benefits will be paid for intermediate level nursing care or custodial care.

As used above, 'custodial care' means: service and supplies provided to you or your Dependent, whether or not disabled, which are not intended to contribute greatly to the improvement of the medical condition according to generally accepted standards. Such care includes, but is not limited to: (1) assisting the person to walk, get in and out of bed, bathe, dress, prepare special diets, supervise medicine which can usually be self administered and which does not require the attention of medical or paramedical personnel; and (2) assisting the person in other activities of daily life. Such care is custodial without regard to the provider by which it is prescribed, referred or performed.

S989C/21

1/94

## HOME HEALTH CARE BENEFIT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

**A. DEFINITION**

**Home Care:** Means the services listed below which: (1) are provided in the home by a licensed or Medicare certified home health agency; (2) are provided following confinement in a Hospital or skilled Nursing Care Facility and when continued confinement would otherwise be required; (3) are required for the care or treatment of Sickness or Injury; and (4) are given on the written request of a Physician.

**Home Care Services Include:** Nursing services; home health aide services consisting mainly of care of the patient; services provided by licensed physical, occupational, speech, nutrition, inhalation or respiratory therapists; and medical equipment and supplies which would be covered if provided by a Hospital while the person was an inpatient in a Hospital or Nursing Care Facility.

**B. BENEFITS**

Benefits will be paid for Covered Charges for Home Care incurred by you or your Dependent while coverage is in force. Benefits will be paid up to the maximum number of days shown in the Schedule of Benefits.

**C. EXCLUSIONS**

No benefits are paid for:

1. food, housing, homemaker services, home-delivered meals;

2. any services not listed above as a benefit;

3. services or supplies not included in the home care plan established for the patient;

4. services provided by the patient's spouse, parent, brother, sister, child, spouse's parent, or anyone residing with the patient.

S989C/22

1/94

14

## HOSPICE CARE BENEFIT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

**A. DEFINITION**

**Hospice Care:** Means the services listed below which are provided: (1) by a licensed or certified Hospice or by any other medically appropriate facility; (2) to terminally ill persons who have, as certified by a Physician, a life expectancy of not more than 6 months; (3) for the purpose of palliative control of pain and not for cure; and (4) are given on the written request of a Physician.

**Hospice Care includes:** fees of Physicians, nurses, paramedicals and home health aides acting within the scope of their practice and providing services directly to the patient; room and board charges; and other medical services and supplies required under the Hospice Care plan.

**B. BENEFITS**

Benefits will be paid for Covered Charges incurred for Hospice Care by you or your Dependent while coverage is in force. Benefits will be paid as shown in the Schedule of Benefits.

**C. EXCLUSIONS**

No benefits will be paid for the following. (1) Care for which no charge would be made in the absence of Hospice Care insurance. (2) Services provided to any person other than the patient.

S989C/23

3/92

15

OPTIONAL PRE-CERTIFICATION REQUIREMENT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have A Pre-certification Requirement.**

A. DEFINITIONS

**Pre-certification:** Means a determination of: whether a proposed Hospital admission will be deemed Medically Necessary and how long a Hospital stay will be so deemed; and whether a proposed surgery will be deemed Medically Necessary.

**Emergency Admission:** Means admission to a Hospital as an inpatient: (a) for a Sickness or Injury which, unless immediately treated on an inpatient basis, would jeopardize the person's life or cause serious health impairment; or (b) for childbirth.

B. EFFECT OF PRE-CERTIFICATION ON BENEFITS

  1. In the event a hospital admission or surgery is not certified as Medically Necessary, you and your Physician will be advised within 48 hours after your Physician's call.

  2. Failure to follow the procedures shall result in any benefits available being reduced as shown in the Schedule of Benefits.

  3. If your Physician's recommendation cannot be certified as Medically Necessary, no benefits will be paid for any expense related to that Hospital confinement or that surgery.

C. PRE-CERTIFICATION PROCEDURES

  1. Hospital Admissions

    All Hospital admissions will be subject to Pre-certification. The procedures listed next must be followed.

    a. Your attending Physician must call the Company's Pre-certification service, at the toll free number provided you, prior to admitting you (or a Dependent) to the Hospital for a non-emergency Hospital stay. The information given by your Physician will be reviewed by the Company. If your Physician's recommendation does not agree with the Company's, a consulting Physician will contact your Physician for further discussion of the case.

    b. The Company will then give written confirmation to your Physician, to you, and to the admitting Hospital of the authorized treatment.

    c. In the case of an Emergency Admission, the call must be made within 48 hours after the admission; or on the next regular working day after the start of treatment, if later. The reason for admission and the details of the care or treatment received must be given. If it is not reasonably possible to make the call within the times provided, the Insured Percent will not be reduced for this reason if the call is made as soon as is reasonably possible.

    d. You or your Physician may at any time ask the Company to re-evaluate or extend the number of days of a Hospital stay deemed necessary.

    e. If your Physician and the Company do not agree about the Medical Necessity of the treatment, you will be informed of the right to a second opinion; and a list of Physicians will be provided you for this second opinion.

    f. Pre-certification may be done by an agency named by the Company to do it. Any functions done by an agency so named shall be treated as if they had been done by the Company.

    g. All Pre-certifications will be valid for 60 days for the Physician and the named health care facility. A change in either will require a new Pre-certification.

S989C/27

16

11/94

2.  Surgery

All surgical procedures, except those done in the Physician's office, will be subject to Pre-certification. The procedures listed next must be followed.

a.  Your Physician must call the toll free number, provided you, prior to scheduling any surgery done other than in his office. The information given by your Physician will be reviewed by the Company. If your Physician's recommendation does not agree with the Company's, a consulting Physician will contact your Physician for further discussion of the case.

b.  The Company will then give written confirmation to your Physician, to you, and to the admitting Hospital or surgical facility of the authorized treatment.

c.  In the case of emergency surgery, the call must be made within 48 hours after the surgery is done; or by the next regular working day after the surgery, if later. The reason for the surgery and the details of the care or treatment received must be given. If it is not reasonably possible to make the call within the times provided, the Insured Percent will not be reduced for this reason if the call is made as soon as is reasonably possible.

d.  If your Physician and the Company do not agree about the Medical Necessity of the surgery, you will be informed of the right to a second opinion; and a list of Physicians will be provided you for this second opinion.

e.  Pre-certification may be done by an agency named by the Company to do it. Any functions done by an agency so named shall be treated as if they had been done by the Company.

f.  All Pre-certifications will be valid for 60 days for the Physician and the named health care facility. A change in either will require a new Pre-certification.

### D.  APPEALS PROCEDURE

As a participant in the Pre-certification procedures, you have the right to request an appeal when you are dissatisfied with a decision by either the pre-certification agency or claims administration.

You may start an appeal procedure for the following reasons:

1.  If you are denied Pre-certification approval for a hospital confinement or continuation of a confinement.

2.  If you are denied Pre-certification approval for a surgical procedure performed outside a Physician's office.

3.  Whenever you believe that a claim for you or your Dependent(s) was paid at the lower Insured Percent in error or denied in full.

For immediate review of a disapproval from the pre-certification agency given prior to your hospital confinement or surgery, or for an extension of your hospital confinement days, you or your Physician should first call the pre-certification agency. If you do not receive a satisfactory answer, you or your Physician may then call Starmark's Customer Service Department at (800)522-1246. The Customer Service Representative will discuss the situation with you or your Physician and the pre-certification agency, after which a decision will be made regarding the denial.

If you have received an explanation of benefits notice for a claim showing that benefits were paid at the lower percent, denied in full or a penalty was applied on the claim and you disagree with the decision, you may call or send a written notice to Starmark, explaining the reason for your objection and ask for a review. After being reviewed, a written decision, including reason, will be provided to you within 30 calendar days of the receipt of your appeal. You will be notified if it will take longer than 30 days, why additional time is needed, and when you can expect a final resolution.

S989C/28

11/94

## OPTIONAL PREFERRED HOSPITAL BENEFIT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have A Preferred Provider Plan.**

### A. DEFINITIONS

**Preferred Hospital:** Means a Hospital that has contracted with Trustmark Insurance Company and Starmark, through a preferred provider network, to be reimbursed at discounted fees.

**Non-Preferred Hospital:** Means any other Hospital.

**Emergency:** Means an Injury or the sudden onset of a medical condition. The condition must be one which manifests itself by acute symptoms which are sufficiently severe (including severe pain) that without immediate medical care the person could reasonably expect that: (a) his life or health would be in serious jeopardy; (b) his bodily functions would be seriously impaired; or (c) a body organ or part would be seriously damaged. Your Physician must contact the preferred provider network within 48 hours after an Emergency Hospital admission or by the next business day, if later, or as soon as reasonably possible. He must give: (1) the reason for the admission; and (2) the details of the treatment received.

### B. BENEFITS

Starmark encourages its Insureds to use Preferred Hospitals by providing benefit incentives when Preferred Hospitals are used. By using a Preferred Hospital, you make optimum use of your plan.

1.  In the event that a Preferred Hospital is used, you make maximum use of your benefits as shown in the Schedule of Benefits.

2.  In the event that a Non-Preferred Hospital is used, benefits will be reduced as shown in the Schedule of Benefits.

3.  In the event of an Emergency, services rendered by any Hospital (Preferred or Non-Preferred) due to and within the first 24 hours after the onset of the Emergency are covered as if the service had been provided by a Preferred Hospital. After the first 24 hours, services rendered by a Non-Preferred Hospital to treat the Emergency will continue to be covered as if rendered by a Preferred Hospital only until the person can reasonably and safely be transferred so as to receive services by a Preferred Hospital.

## PRESCRIPTION DRUG CARD BENEFIT

**This Benefit Applies Only If The Schedule Of Benefits Shows That You Have Prescription Drug Card Coverage.**

The Deductible and Insured Percent of the Comprehensive Medical Benefit do not apply to this Prescription Drug Card Benefit.

### A. DEFINITIONS

**Co-pay(s):** The amount of expenses for Covered Drugs that must be incurred by each person insured, each time a prescription is filled or refilled, before benefits are payable. The Co-pays, if any, are shown on the Schedule of Benefits.

**Covered Drugs:**
1. Federal legend drugs, except those excluded below;
2. Compound medications of which at least one ingredient is a prescription legend drug;
3. Insulin on prescription, including all other necessary diabetic supplies; and
4. Any other drug which under the applicable state law may only be dispensed upon the written prescription of a Physician or other lawful prescriber.

**Emergency:** A situation due to an Injury or a medical condition, which reasonably requires the insured person to seek immediate medical care under circumstances or at locations which reasonably prevent him from obtaining Covered Drugs from a Member Pharmacy.

**Long Term Medication:** Covered Drugs taken for a medical condition which require that the dosage remain unchanged for more than 34 days.

**Member Pharmacy:** A Pharmacy which is under an appropriate contract with the provider of the identification card used with the Prescription Drug Card benefit.

**Non-Member Pharmacy:** A Pharmacy which is not under an appropriate contract with the provider of the identification card used with the Prescription Drug Card benefit.

**Pharmacy:** A licensed establishment where prescription drugs are dispensed by a pharmacist licensed under the law of the state where such pharmacist practices.

**Prescription Deductible:** The amount, if any, for Covered Drugs that must be incurred by each person insured in a Calendar Year, before benefits are payable. The Prescription Deductible, if any, is shown on the Schedule of Benefits.

### B. IDENTIFICATION CARD

1. Each Insured will be given an identification card, or two cards will be given per family. The Insured must show this card each time he buys a Covered Drug at a Member Pharmacy. He does not have to file a claim for benefits. The Member Pharmacy will keep track of any required Calendar Year Prescription Deductible which the insured person must pay, and the individual Co-pays, if any, required for each prescription. If a Covered Drug is bought at a Non-Member Pharmacy, the insured person must pay the entire cost of the drug and file a claim for benefits. The benefit may, in such cases, be lower than if he had bought the drug at a Member Pharmacy and shown his card.

2. In the event of an Emergency, benefits for Covered Drugs obtained from a Non-Member Pharmacy will be paid as if they were purchased at a Member Pharmacy.

S989C/29.1(R3)                                                                                    8/00

## C.  BENEFITS

Benefits are payable for charges incurred for Covered Drugs when dispensed by a pharmacist legally licensed to dispense drugs, which exceed the Prescription Deductible.

A Member Pharmacy will accept payment of the Prescription Deductible as full payment for Covered Drugs if the Insured shows his identification card at the time of filling the prescription.

If the Insured does not show his identification card, or if he buys a Covered Drug at a Non-Member Pharmacy, he must pay the entire cost of the drug and file a claim for benefits. The claim must be submitted on a form approved by Us.

Benefits may not be assigned to a Non-Member Pharmacy, and any such attempted assignment shall be void.

If a Covered Drug is purchased without use of the identification card during the first 30 days that a person is Insured under this Prescription Drug Card Benefit, benefits will be paid for actual charges, up to the Reasonable and Customary Fee, reduced by the Prescription Deductible. The Insured must file a claim for benefits.

No more than a 34 day supply will be covered each time a prescription is filled or refilled. Up to two 34 day supplies of Long Term Medications may be filled at a Member Pharmacy. Limits on quantities and days supply may apply to certain therapeutic drug classes. Subsequent refills of a Long Term Medication must be submitted through the mail service program.

## D.  EXCLUSIONS AND LIMITATIONS

The exclusions of the Comprehensive Medical Benefit Section apply. In addition, no benefits are paid for:

1.  Any drug containing nicotine or other smoking deterrent medications;
2.  Minoxidil (Rogaine) for the treatment of alopecia;
3.  Anorectics (any drug used for the purpose of weight control);
4.  Infertility medications;
5.  Non-legend drugs other than those specifically listed as covered;
6.  Charges for the administration or injection of any drug;
7.  Therapeutic devices or appliances, including needles, syringes, support garments and other non-medicinal substances, regardless of intended use, except as otherwise specified;
8.  Prescriptions which a person is entitled to receive without charge under any Worker's Compensation Law;
9.  Drugs labeled "Caution-limited by federal law to investigational use," or experimental drugs, even though a charge is made to the person;
10. Any prescription refilled in excess of the number specified by the Physician, or any refill dispensed after one year from the Physician's original order;
11. Medication which is to be taken by or administered to a person, in whole or part, while he is a patient in a licensed hospital, rest home, sanitarium, extended care facility, convalescent hospital, nursing home or similar institution which operates on its premises, or allows to be operated on its premises, a facility for dispensing pharmaceuticals;
12. Immunization agents, biological sera, blood or blood plasma; and
13. Contraceptives, oral or other, whether medication or device, regardless of intended use.

## TRANSPLANT BENEFIT

**This Benefit Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

**A.  DEFINITIONS**
**Approved Transplant:**  A human organ or bone marrow transplant procedure currently performed at a Designated Transplant Facility.

**Approved Transplant Services:**  Medically Necessary services and supplies which are related to an Approved Transplant procedure; are approved in writing under the Pre-certification process; and include but are not limited to:
    1.  pre-transplant patient evaluation for the Medical Necessity of the transplant;
    2.  Hospital charges;
    3.  Physician charges;
    4.  tissue typing and ancillary services; and
    5.  organ procurement or acquisition.

**Designated Transplant Facility:**  A facility which has an agreement with Us to render Approved Transplant Services to Insureds and their Dependents. This agreement will be made through a national organ transplant network and may not be located in the person's geographic area.

**Non-designated Transplant Facility:**  A facility which does not have an agreement with Us to render Approved Transplant Services to Insureds and their Dependents.

**Transplant Benefit Period:**  The period of time from the date the person receives prior authorization and has an initial evaluation for the transplant procedure until the earliest of:
    1.  one year from the date the transplant procedure was performed;
    2.  the date coverage under the Comprehensive Medical Benefit Section terminates; or
    3.  the date of the Insured's or their Dependent's death.

If, during the same admission as the initial transplant a retransplant occurs, the period of time is one year from the date of the initial transplant. If a retransplant will be done during a subsequent admission, a new Transplant Benefit Period starts from the date the person receives authorization for the transplant.

**B.  DESIGNATED FACILITIES FOR APPROVED TRANSPLANT SERVICES**
This provision only applies to transplant procedures listed in the definition of Approved Transplant.

Transplant procedures must have prior authorization. The Insured or his Physician must call the toll free number provided to the Insured for this purpose. Retransplantation procedures must also have prior authorization.

If the Physician and We do not agree that the transplant procedure is Medically Necessary, the Insured will be informed, in writing of the right to a second opinion. A Board Certified Specialist will be provided for this second opinion.

A person who will be undergoing a transplant procedure will be referred to a Designated Transplant Facility. If the person is denied the procedure by the Designated Transplant Facility, he will be referred to a second such facility for evaluation. If the second facility determines, for any reason, that the person is not an acceptable candidate for the procedure, no benefits will be paid for any services or supplies related to that procedure. This applies regardless of whether the services or supplies are provided at a third Designated Transplant Facility or at a Non-designated Transplant Facility.

**C.  BENEFITS**
Benefits for Approved Transplant Services provided during a Transplant Benefit Period will be paid as shown in the Schedule of Benefits. Benefits will be different for services provided at a Designated Transplant Facility than services provided at a Non-designated Transplant Facility. Other transplant procedures will be considered for benefit payment according to the provisions of this Certificate for any other surgical procedures.

Benefits will be paid for expenses incurred for Approved Transplant Services done at a Designated Transplant Facility for:
    1.  organ procurement or acquisition;
    2.  reasonable and necessary lodging and meal expenses incurred near the facility by the patient and by one companion accompanying him; and
    3.  air ambulance or other emergency transportation to, but not from, a Designated Transplant Facility, when necessary and approved, up to the limits shown in the Schedule of Benefits.
These limits apply, in the aggregate, to all amounts paid for lodging, meals and transportation for the patient and a companion.

The benefits listed above will be paid as shown in the Schedule of Benefits for procedures done at a Non-designated Transplant Facility. The organ transplant limitations will apply.

S989C/29.3a(R1)                                                                                    6/00

HIGH DOSE CHEMOTHERAPY FOLLOWED BY STEM CELL INFUSION OR AUTOLOGOUS OR ALLOGENIC BONE MARROW TRANSPLANT

High Dose Chemotherapy (HDC) followed by Stem Cell Infusion (SCI) will only be covered when Medically Necessary for neuroblastoma, acute leukemia in remission, resistant non-Hodgkin's lymphomas, advanced Hodgkin's disease, aplastic anemia, leukemia, hemoglobinopathies, metabolic storage disease, severe combined immunodeficiency disease (SCID), or treatment of Wiskott-Aldrich syndrome.

High Dose Chemotherapy followed by an Autologous Bone Marrow Transplant (ABMT) will only be covered when Medically Necessary for neuroblastoma, acute leukemia in remission, resistant non-Hodgkin's lymphomas, or advanced Hodgkin's disease.

High Dose Chemotherapy followed by an Allogenic Bone Marrow Transplant (ABMT) will only be covered when Medically Necessary for aplastic anemia, leukemia, hemoglobinopathies, metabolic storage disease, severe combined immunodeficiency disease (SCID), or treatment of Wiskott-Aldrich syndrome.

We will provide benefits for an Insured for covered HDC followed by SCI or ABMT up to the maximum amount shown on the Schedule of Benefits for this benefit.

The HDC/SCI/ABMT benefit period starts 5 days before the date the procedure is done and ends 12 months after the procedure is done. Only charges incurred during the HDC/SCI/ABMT benefit period will be considered for payment.

It is important to notify Us before such procedure is done to make certain that it will be covered. The Physician must submit a complete medical history including current diagnosis. The Physician must certify that the procedure is Medically Necessary and that alternative procedures, services or courses of treatment would not be effective in the treatment of the patient's condition.

## D. EXCLUSIONS

No benefits will be paid for any service:
1. related to the transplantation of any non-human organ or tissue;
2. for a facility or Physician outside the United States of America;
3. which are eligible to be repaid under any private or public research fund, whether or not such funding was applied for or received;
4. which results from complications of Approved Transplant Services unless such complications are determined by us to be the immediate and direct result of Approved Transplant Services; or
5. for High Dose Chemotherapy (HDC) followed by Stem Cell Infusion (SCI) or Autologous or Allogenic Bone Marrow Transplant (ABMT) except as described above.

S989C/29.3b(R1)

6/00

## CONDITIONS OF INSURANCE

### A. ELIGIBILITY

1. If you are at work on the date your employer becomes a Participating Employer under the Contract you are eligible for coverage on that date.

2. If you start work after the date your employer becomes a Participating Employer, you are eligible for coverage on the first day of the calendar month coinciding with or next following completion of the waiting period selected by your employer.

3. Your employer will determine your Insurance Class. If it changes after your effective date you will become eligible under the new Insurance Class on the first day of the calendar month coinciding with or next following the date of the change.

4. An Eligible Dependent who is in an Insurance Class which provides coverage for Dependents will be eligible for coverage on the later of the following dates:

   a. the date you are eligible for coverage;
   b. the date he becomes an Eligible Dependent.

### B. EFFECTIVE DATE OF COVERAGE

1. The effective date of your coverage is shown on the first page of this Certificate. You must be at work on each of your five scheduled work days immediately before your effective date, and on your effective date, for your coverage, any coverage on your Eligible Dependents, or any increase in coverage, to become effective. If for any reason you are not at work on one or more of these six days, then your effective date shall be delayed until the sixth consecutive scheduled work day you are at work.

2. Except as provided in 3. below, an Eligible Dependent's effective date will be delayed if sickness or injury cause him to be hospital confined or unable to do his normal activities on his effective date. His coverage will not become effective until: (1) the 'hospital stay' is completed; and (2) he is also released by his Physician to do, and he in fact does, his normal activities. For purposes of this provision, two or more hospital confinements will be considered as the same 'hospital stay' if they are due to the same or related causes and are separated by less than 30 consecutive days.

3. For your newborn child, the above delay of coverage will only apply to any Dependents Life or Dependents Accidental Death and Dismemberment Benefits. For any Comprehensive Medical or Dental Benefit, a child born to you while your coverage is in force is covered from the moment of birth. The newborn is covered for 31 days for all such Benefits provided for Dependents. You must notify Starmark of the birth and pay any additional premium required within such 31 days to continue coverage for the newborn after that period of time.

   If you reject Dependent coverage and later want to cover Dependents, you must apply in writing and provide evidence satisfactory to Trustmark of the Dependent's insurability.

S989C/35                                                                                           3/92

23

C.  TERMINATION OF COVERAGE

1.  Your coverage under a Benefit Section will end:

    a.  if you do not pay, when due, any required contributory premium;
    b.  if you ask to end your coverage;
    c.  when you become a member of any military, naval or air force on active duty;
    d.  when any continuation of coverage ends, if you do not return to work for the Participating Employer;
    e.  when the date the Benefit Section terminates, except for any extended benefits;
    f.  on the last day of the month in which your work terminates;
    g.  when maximum benefits have been paid for you.

2.  A Dependent's coverage under a Benefit Section will end:

    a.  If you do not pay, when due, any required contributory premium for the Dependent's coverage.
    b.  If you ask to end his coverage;
    c.  the Dependent becomes a member of any military, naval or air force on active duty;
    d.  when your coverage terminates, unless it terminates due to payment of maximum benefits;
    e.  when his status as a Dependent ends;
    f.  when Dependent's coverage terminates for his Insurance Class;
    g.  when the Benefit Section terminates, except for any extended benefits;

D.  RESUMPTION OF COVERAGE

Coverage which ends due to leave of absence or layoff of not more than 6 months may be resumed on the first day of the month following the date you return to full time work, if you are otherwise eligible and your premium is paid. If you are not at work, or are disabled, on the date coverage would resume, it will be delayed until you are at work. If a Dependent is confined in a hospital or unable to do his normal activities on the date coverage would resume, the resumption of his coverage will be delayed. If you return to work after leave of absence or layoff of more than 6 months you must apply in writing for coverage and complete the required length of service as if you were a new employee.

E.  REPORTING OF ELIGIBLE EARNINGS

1.  Your employer will report to Trustmark the amount of your Eligible Earnings when you apply for any benefits related to salary. The amount of reported earnings will be used to determine the amount of those benefits until the next following anniversary of the employer's participation.

2.  Your employer will thereafter report Eligible Earnings annually before each anniversary of his participation. Reported Eligible Earnings will be used to determine the amount of your benefits during the 12 month period starting on each such anniversary.

3.  "Eligible Earnings" means only:

    a.  your regular salary or wages as last reported by your employer; plus
    b.  the average rate of commission payments that has been or is reasonably expected to be paid to you by your employer, as last reported.

Overtime, bonuses, and other special pay are excluded from the calculation of Eligible Earnings.

S989C/36

## CLAIM PAYMENT PROVISIONS

### A. CLAIM PAYMENT - FOR LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS

NOTE: All claims will be handled through Trustmark's authorized representative, Starmark. You should submit claims to Starmark and request claims information from Starmark, not Trustmark.

#### 1. LIFE BENEFITS

Benefits will be paid to your beneficiary when proof of your death is received. You will be the beneficiary for any Dependent Life Benefits. You designate your beneficiary on a form provided for that purpose. If there are two or more beneficiaries, you may specify their respective shares. Otherwise, they will share equally. If your beneficiary dies before you, his beneficiary interest ends unless you have made written request to the contrary.

If there is no designated beneficiary, or if no beneficiary survives, benefits will be paid to the first of the following classes in which there is a survivor:

    a. Your spouse
    b. Your children
    c. Your parents
    d. Your brothers and sisters
    e. Your executors or administrators

Affidavits or statements may be required in making payment under this provision. Up to $500.00 of any benefits may first be paid to any person considered to be entitled to the benefits by reason of having incurred funeral or other expenses related to your last illness or death.

#### 2. ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS

Benefits will be paid to you, if you are living, otherwise to your beneficiary. Benefits will be paid when proof of loss is received. If there is no designated beneficiary, or no beneficiary survives, benefits will be paid either to your estate or under the "Facility of Payment" provision.

#### 3. BENEFICIARY DESIGNATION—PRIOR GROUP INSURERS

If the Contract replaces other group coverage, beneficiaries in effect under the prior coverage may be recognized until a new designation is made.

#### 4. CHANGE OF BENEFICIARY

You may change your beneficiary at any time by giving Starmark written notice. You will be sent acknowledgement of the change. The new beneficiary designation will take effect on the date you sign the notice. Trustmark is discharged of its liability to the extent of any payment it makes before notice of the change is received.

### B. CLAIM PAYMENT - FOR ALL BENEFITS OTHER THAN LIFE AND ACCIDENTAL DEATH BENEFITS

#### 1. NOTICE OF CLAIM

Written notice of claim must be given within 90 days after the loss starts or as soon as reasonably possible. But, Starmark will not deny the claim for failure to file notice within 90 days if the failure is caused solely by the physical inability or mental incapacity of the claimant to file such notice of claim because of a period of emergency hospitalization.

#### 2. CLAIM FORMS

When notice of claim is received you will be provided with forms for filing proof of loss. If claim forms are not given to you within 15 days, you will meet the proof of loss requirements by giving a written statement of the nature and extent of the loss within the time limit stated under Proofs of Loss.

S989C/37

3.  PROOFS OF LOSS

For Basic or Long Term Disability Benefits, written proof of loss must be given within 90 days after the end of each period for which benefits are payable. For any other loss, written proof must be given within 90 days after the loss. If it was not reasonably possible to give written proof in the time required, the claim will not be reduced or denied for this reason if the proof is filed as soon as reasonably possible.

4.  TIME OF PAYMENT OF CLAIMS

After written proof of loss is received, any monthly or weekly benefits then due for disability will be paid. Benefits for any other covered loss will be paid as soon as written proof is received.

5.  PAYMENT OF CLAIMS

We may, at our option, choose to make payment directly to the Hospital or person providing a covered service. We will do this unless you tell us otherwise, in writing, and not later than when you file proof of loss with us. In the case where a Dependent child is in the custody of a person other than the Insured, we may make payment to the custodian of the child, at our discretion or as required by law. Any benefits unpaid at death will be paid either to your estate or under the "Facility of Payment" provision. Other benefits will be paid to you.

6.  BENEFITS PAYABLE

Total benefits paid will never exceed actual expense incurred.

C.  FACILITY OF PAYMENT – FOR ALL BENEFITS OTHER THAN LIFE BENEFITS

If benefits are payable to your estate, up to $1000.00 of benefits may be paid to someone related to you by blood or marriage who is considered to be entitled to the benefits. If you are physically, mentally, or otherwise incapable of giving a valid release for any payment, up to $1000.00 of benefits may be paid to someone related to you by blood or marriage, or to any person or institution which has assumed financial responsibility for your affairs.

## STATUTORY PROVISIONS

A.  INCONTESTABILITY – FOR LIFE BENEFITS ONLY

Life coverage will be incontestable after it has been in force during a person's lifetime for two years from the effective date of his coverage, except for nonpayment of premium.

B.  TIME LIMIT ON CERTAIN DEFENSES – FOR ALL BENEFITS OTHER THAN LIFE

After coverage has been in force during a person's lifetime for two years from his effective date only fraudulent misstatements in his application may be used to void his coverage or to deny any claim made by him for loss incurred starting after such two year period.

Pre-existing conditions must be clearly identified on your application. Failure to identify a pre-existing condition on the application may result in loss of coverage for a person as of its effective date.

C.  STATEMENTS IN APPLICATION

All statements you make in your application are representations and not warranties. No such statement shall be used to contest the validity of coverage or reduce benefits unless it is in writing, signed by you, and a copy of the statement is furnished to you or your beneficiary, whichever applies.

D.  PHYSICAL EXAMINATIONS AND AUTOPSY

Trustmark has the right, at its own expense, to have a person examined as often as reasonably necessary while a claim on the person is pending and to have an autopsy made where allowed by law.

E.  LEGAL ACTION

No legal action may be brought to recover on the Contract within 60 days after written proof of loss has been given as required. No such action may be brought after 3 years from the time written proof is required to be given.

S989C/38                                                                                                            8/94

## MISCELLANEOUS PROVISIONS

A.  A copy of the Contract will be kept at the principal office of Starmark. You may inspect the Contract during regular business hours.

B.  The Contract may be amended at any time without your consent or notice to you. Amendment of the Contract will not affect a claim starting before the effective date of the amendment. The Company has full, exclusive and discretionary authority to determine all questions arising in connection with this Contract including its interpretation.

C.  Reimbursement

You shall, on behalf of yourself and your Dependents, if any, reimburse us for benefits provided or paid for, for which a person was not eligible under the terms of this Certificate. You must pay us back as soon as we notify you and request the reimbursement. At our option, we may reduce or refuse payment for subsequent requests for benefits as a set-off toward such reimbursement. The acceptance of premium or other fees or the providing or paying of benefits by us shall not constitute a waiver of our rights to enforce these provisions in the future. This provision shall be in addition to, and not in lieu of, any other remedy available to us at law or in equity.

S989C/39

1/94

## COORDINATION OF BENEFITS

This provision applies separately to the Comprehensive Medical plan and the Dental Benefit.

### 1.  DEFINITIONS

**Coordination of Benefits:**   Means taking other Plans into account when paying benefits. Coordination of Benefits will apply separately to Comprehensive Medical and Dental Benefits.

**Plan:** Any plan that provides benefits or services for medical, dental or vision care expenses on a group or group-type basis. This includes group and blanket insurance, self-insured and prepaid plans, no-fault insurance and government plans (except Medicaid). It does not include group hospital indemnity benefits of $100 per day or less or school accident type coverages.

**Allowable Expense:** A necessary, usual and customary expense incurred due to Sickness or Injury which you are required to pay. A part of the expense must be paid under at least one Plan. When a Plan provides benefits by services, the cash value of each service will be treated as both an Allowable Expense and a benefit paid.

A benefit reduction under a Primary Plan for noncompliance with plan provisions will not be considered an Allowable Expense. Such plan provisions include: second surgical opinions; precertification; preferred provider arrangements and similar provisions.

As the Secondary Plan, we will not refuse to pay benefits when an HMO member elects to use the services of a non-HMO provider and, pursuant to contract, the HMO is not obligated to cover such services.

### 2.  WHEN COORDINATION OF BENEFITS APPLIES

Coordination of Benefits will apply when benefits that would be paid under all Plans exceed the Allowable Expense.

### 3.  LIMITATION OF BENEFITS UNDER COORDINATION

When Coordination of Benefits applies, benefits payable under this Plan may be reduced. They will be reduced so that the sum of the benefits paid under this Plan, plus benefits payable under all other Plans, does not exceed the total Allowable Expense. Benefits 'payable' under other Plans include benefits that would be paid if you made claim.

### 4.  RULES FOR PAYMENT WHEN TWO OR MORE PLANS CONTAIN A COORDINATION OF BENEFITS PROVISION

The rules for the order of benefit payment are summarized below. When this Plan must pay first, coordination will not apply.

   a. **Non-dependent/Dependent.** A Plan which covers a person other than as a dependent will pay before a Plan which covers that person as a dependent. If, however, the person is also a Medicare beneficiary, Medicare is: (a) secondary to the plan covering the person as a dependent; and (b) primary to the plan covering the person as other than a dependent.

   b. **Dependent Child/Parents not Separated or Divorced.** A Plan which covers a person as a dependent of a person whose date of birth, excluding year of birth, occurs earlier in a calendar year will pay before a Plan which covers that person as a dependent of a person whose date of birth, excluding year of birth, occurs later in a calendar year. If both parents have the same birthday, the Plan which has covered the person for the longer period will pay first. If the other Plan does not have this provision and this results either: (i) in each Plan determining its benefits before the other; or (ii) in each Plan determining its benefits after the other; this provision shall not apply and the rules set forth in the Plan which does not have this provision shall determine the order of benefits.