c.  **Dependent Child/Separated or Divorced Parents.** If two or more Plans cover a person as a dependent of separated or divorced parents, benefits for the child are determined in the following order:

   1) first, the Plan which covers the child as a dependent of the parent with custody of the child;
   2) second, the Plan which covers the child as a dependent of the spouse of the parent with custody; and
   3) finally, the Plan which covers the child as a dependent of the parent without custody of the child.

   However, if the specific terms of a court decree state that one of the parents is responsible for the child's health care expenses, and the entity obligated to pay or provide the benefits of the Plan of that parent has been informed of those terms, the benefits of that Plan are determined first. This paragraph does not apply with respect to any Plan Year during which any benefits are actually paid or provided before the entity has been informed of those terms.

d.  **Dependent Child/Joint Custody.** If the specific terms of a court decree state that the parents shall share joint custody, without naming one parent as responsible for the child's medical expenses, the plan covering the child shall follow the order of benefit determination rules outlined in subsection (b) above.

e.  **Active/Inactive.** A Plan which covers a person as a laid-off or retired employee or as his dependent will pay after a Plan covering the person as an active employee or his dependent. If the other Plan does not have this provision and, as a result, each Plan determines its benefits after the other, then this provision will not apply.

f.  **Continuation.** A plan covering a person as an employee or dependent shall be Primary to a plan covering that person under state or federal continuation. This subsection shall not apply if the other Plan does not contain an order of benefits determination and the plans do not agree on the order.

g.  When these rules do not establish an order of payment, the Plan which has covered the person for the longer period of time will pay first. Two plans shall be treated as one if the claimant was eligible under the second plan within 24 hours after the first plan ended.

**5.  COORDINATED BENEFITS NOT CHARGED TO BENEFIT LIMIT**

If benefits paid under this Plan are reduced because of coordination, each benefit will be reduced proportionately. Only the amount actually paid will be charged against any benefit limit.

**6.  BENEFIT CREDIT DUE TO COORDINATION OF BENEFITS**

If benefits under this Plan are reduced because of coordination, the amount of the reduction will be a benefit credit for the same claim. The credit may be used to pay that portion of Allowable Expense which would otherwise not be paid by any Plan.

The credit may only be used to pay that portion of a charge which is incurred during the same calendar year as the credit. Total benefits paid will not exceed the total payable in the absence of coordination.

**7.  RIGHT TO EXCHANGE INFORMATION**

Trustmark may release to, or obtain from, any other insurance company or organization or person information necessary for Coordination of Benefits without your consent, or notice to you. You are required to provide any information necessary for Coordination of Benefits.

**8.  RIGHT TO MAKE PAYMENTS TO ANOTHER PLAN**

Coordination may result in another Plan making payments which should be made by this Plan. Trustmark will then pay the other Plan all amounts which would otherwise have been paid directly to you.

**9.  RIGHT TO RECEIVE PAYMENTS**

If coordination results in overpayments by Trustmark, it has the right to recover the excess amounts paid.

## MEDICARE

These provisions apply to Comprehensive Medical Benefits.

1.  This subsection applies to: (1) Insureds who are at least 65 years of age; and (2) the spouse of an Insured when the spouse is at least 65 years of age.

    a.  Benefits will be paid secondary to Medicare when your employer has less than 20 employees. Covered Charges will be reduced by any benefits payable by Medicare.
    b.  When your employer has 20 or more employees and is subject to the Social Security Act (Section 1862 (b)), Comprehensive Medical Benefits will be paid primary to Medicare. This will result in an increase in premium. You may choose to voluntarily waive coverage under this plan and elect Medicare as sole payor.

2.  Benefits will be paid primary to Medicare if you or your Dependent are entitled to Social Security benefits solely on the basis of end stage renal disease, but only during a period of up to 18 consecutive months. The 18-month period begins with the earlier of:

    a.  the month in which a regular course of renal dialysis is initiated; or
    b.  in the case of a person who receives a kidney transplant, the first month in which the person becomes entitled to Medicare.

After 18 months, benefits will be paid secondary to Medicare.

S989C/42(R1)                                                                                  8/94

## CONTINUATION OF COVERAGE PROVISIONS

### A. CONTINUATION OF COVERAGE FOLLOWING TERMINATION OF EMPLOYMENT

This continuation of coverage applies only after you have been continuously covered under the Comprehensive Medical Benefit, and any similar group coverage provided by your employer which it replaces, for 3 months.

Your employer will offer to continue any Comprehensive Medical coverage in force for you and your Dependents when it would otherwise end because you are no longer his employee. But, coverage will not be continued (1) for a person who is eligible for Medicare; (2) if the person becomes covered by a similar group coverage; (3) if the person has exercised the conversion privilege; or (4) you have committed a felony in connection with your work and have admitted to, or been convicted of, the crime.

Coverage may be continued for 9 months if premium for the continued coverage is paid when due. Your former employer may require that you pay the premium for the coverage, but not more often than once a month.

Continued coverage will end at the earliest of: (1) the end of a 9 month period; (2) the end of the period for which premium has been paid, if you fail to pay the premium when due; (3) the date the Benefit terminates; (4) the date your former employer ceases to participate under the Contract; (5) the date a person is eligible to be covered for similar group benefits; (6) the date the person is eligible for Medicare; or (7) for a Dependent, the date his coverage would end because he is no longer your Dependent.

The employer must either: (1) give you written notice of the right to continue coverage; or (2) mail you the notice at your last known address.

If you choose to continue coverage you must make written request within a 10 day period following the later of: (1) the date coverage would otherwise end; or (2) the date you are given written notice of the right to continue coverage. In no event may you elect continuation more than 60 days after the date of termination of coverage.

**B. (1)** CONTINUATION OF COVERAGE AFTER DEATH OR RETIREMENT OF INSURED OR DISSOLUTION OF MARRIAGE

Your Employer will offer to continue any Comprehensive Medical Coverage in force for your Dependents on the date of your death, retirement or on the date of dissolution of your marriage if:

1. the Dependents make timely request for continuation as explained below; and
2. the Dependents remain, other than due to your death, retirement or dissolution of your marriage, eligible for coverage; and
3. premium for the continued coverage is paid when due.

Continuation upon your retirement is available only if your spouse is at least 55 years old on the date of such retirement.

A Dependent who chooses to continue coverage shall give the employer written notice of the dissolution of marriage or death or retirement within 30 days. The employer will send written notice to Starmark of the dissolution, death or retirement and will send a copy of the notice to the Dependent. Within 30 days after receipt of written notice, Trustmark or Starmark shall notify the Dependent, by certified mail, return receipt requested, that the coverage may be continued. The notice shall include:

1. a form for election to continue coverage;
2. the amount of premium for continued coverage and the method and place of payment;
3. instructions to return the election form by certified mail, return receipt requested, within 30 days of the date it was mailed to Dependent.

Failure to return the election form and pay the initial premium within 30 days after receipt of the notice shall terminate the continuation of coverage and the right to continuation.

Failure of Trustmark or Starmark to notify the Dependent within 30 days as outlined above will result in premiums being waived from the date the notice was required until it was sent. Coverage will continue in force during that period of time.

The premium for continued coverage will be the same as a current Insured's charge, if any, for coverage plus the employer's contribution. For a former spouse who has attained age 55 at the time continuation begins, the premium after two years of continued coverage may also include an additional amount, not to exceed 20% of the above charge, for costs of administration.

Coverage will be continued until the earliest of:

1. the date the coverage would otherwise end under the terms of the Contract, but at least 120 days, unless the Contract is terminated;
2. for a surviving spouse, the date the spouse remarries;
3. for a spouse who has not reached age 55 at the time continued coverage begins, and for a child, the end of two years from the date continuation began; and for a spouse who has reached age 55 at the time continued coverage begins, the date the spouse reaches the qualifying age for, or otherwise establishes eligibility for, Medicare;
4. the date a person becomes covered under any other group health plan; or
5. the end of the grace period for any unpaid premium.

Upon termination of continued coverage, a Dependent will be entitled to exercise the conversion privilege, unless the Dependent's termination is due to termination of the Contract and another group coverage replaces it.

**B. (2). CONTINUATION OF COVERAGE FOLLOWING TERMINATION OF DEPENDENT CHILD STATUS**

This continuation of coverage applies only after a Dependent has been continuously covered under the Comprehensive Medical Benefit, and any similar group coverage provided by your employer which it replaced, for 3 months.

Your employer will offer to continue any Comprehensive Medical coverage in force for your Dependent child on the date such child is no longer eligible as a Dependent because of the limiting age or student status requirement for Dependent coverage.

Coverage will not be continued for a Dependent child who:

1. is covered by a comparable group plan; or
2. exercises the conversion privilege.

Coverage may be continued for 6 months. Premium charged shall be the same as the rate applicable to a current insured. Premium must be paid to the employer on a monthly basis.

Continued coverage will end at the earliest of:

1. the end of a 6-month period;
2. the end of the period for which premium is paid;
3. the date the employer terminates coverage herein;
4. the date the Benefit terminates;
5. the date the Dependent becomes covered by a comparable group plan; or
6. the date the Dependent marries.

To elect continuation coverage, the Dependent must make a written request to Starmark within 10 days of: (a) reaching the limiting age; or (2) ceasing to be a full-time student, whichever applies. The Dependent must pay the initial premium within 30 days after receipt of a notice of premium due. Failure to submit a written request or pay the initial premium within the times provided shall terminate this continuation privilege.

At the end of any continuation period, the Dependent may exercise the conversion privilege unless the continuation period ended because the employer terminated coverage or the Dependent became covered under a comparable group plan.

S989C/44.1                                              4/92

## C. CONTINUATION OF COVERAGE FOLLOWING TERMINATION OF EMPLOYMENT OR REDUCTION IN WORK HOURS

**This continuation of coverage applies only if your employer has 20 or more full-time employees.**

This continuation applies only if you are covered under the Comprehensive Medical and/or Dental Benefit. When this continuation applies, no other continuation of coverage applies.

Your employer will offer to continue any Comprehensive Medical or Dental coverage for you and your Dependents when it would otherwise end because you are no longer his employee or because of a reduction in your work hours. But, coverage will not be continued: (1) for a person who is eligible for Medicare; (2) for a person who is covered by a similar group coverage and who has met any pre-existing condition limitation under such coverage; or (3) if you have committed a felony in connection with your work and have admitted to, or been convicted of, the crime.

Coverage may be continued if the first premium for the continued coverage is paid within 45 days after the date you chose to continue coverage. Your former employer may require that you pay the entire premium for the coverage in advance, but not more often than once a month. After 9 months of continued coverage, your premium may include an additional amount, not to exceed 2%, for costs of administration.

Continued coverage will terminate at the earliest of: (1) the end of an 18 month period, or a 29-month period if termination of work was due to your being disabled as determined by the Social Security Administration; (2) with respect to your Dependents, the end of a 36-month period if you become eligible for Medicare before your employment terminates; (3) the end of the period for which premium has been paid, if you fail to pay the premium when due; (4) the date the Benefit terminates; (5) the date your former employer ceases to participate under the Contract; (6) the date a person is eligible to be covered for similar group benefits, including being covered for pre-existing conditions; or (7) the date a person becomes eligible for Medicare. When continued coverage ends, the conversion privilege may apply.

Your employer must give you notice of the right to continue at the time your coverage becomes effective; and at the time you qualify for continuation.

If you are disabled, as determined by the Social Security Administration, you must notify your employer within 60 days after the date of such determination.

If you choose to continue coverage you must make written request within a 60 day period following the later of: (1) the date coverage would otherwise end; or (2) the date you are given written notice of the right to continue coverage.

## D. CONTINUATION OF COVERAGE FOR DEPENDENTS

**This continuation of coverage applies only if your employer has 20 or more full time employees.**

This continuation applies only if your Dependents are covered under the Comprehensive Medical and/or Dental Benefit. When this continuation applies, no other continuation of coverage applies. If the Dependent's coverage is being continued under the continuation described in C. (on the previous page) of this Certificate, he qualifies for this continuation, this continuation can apply instead. But, the maximum number of months the Dependent can continue in total under both will not exceed the number of months he can continue under this continuation.

Your Employer will offer to continue any Comprehensive Medical or Dental coverage in force for your Dependents on the date of your death, legal separation or dissolution of your marriage, or the date a covered child reaches the limiting age for coverage if:

1. the Dependents make timely request for continuation as explained below; and
2. premium for the continued coverage is paid when due.

Coverage will not be continued:

1. for a person who is covered by another similar group coverage; or
2. for a person who is eligible for Medicare.

A Dependent who chooses to continue coverage must give the employer written notice of the legal separation, dissolution of marriage, death or non-dependency within 60 days. The employer must send written notice to Starmark of the event within 15 days and send a copy of the notice to the Dependent. Within 14 days after receipt of written notice, Trustmark or Starmark shall notify the Dependent, by certified mail, return receipt requested, to the last known address of the Dependent, that the coverage may be continued. The notice shall include:

1. a form for election to continue coverage;
2. the amount of premium for continued coverage and the method and place of payment;
3. instructions to return the election form by certified mail, return receipt requested, within 60 days of the date it was mailed to Dependent.

The election form must be returned within 60 days after the later of: the date of receipt of the notice; or the date the coverage would otherwise end. The first premium for the continued coverage must be paid within 45 days after the date the Dependent elects to continue. Failure to return the form and pay the premium within these time periods shall terminate the continuation of coverage and the right to continuation.

Failure of Trustmark or Starmark to notify the Dependent as outlined above will result in premiums being waived from the date the notice was required until it was sent. Coverage will continue in force during that period of time.

The premium for continued coverage will be the same as a current Insured's charge, if any, for coverage plus the employer's contribution. For a former spouse who has attained age 55 at the time continuation begins, the premium after two years of continued coverage may also include an additional amount, not to exceed 2%, for costs of administration. Premiums will be due monthly and in advance.

Coverage will be continued until the earliest of the following:

1. the date the coverage or your employer's participation under it ends;
2. for a spouse who has not reached age 55 at the time continued coverage begins, and for a child, the end of 36 months from the date continuation began;
3. the date a person reaches the qualifying age for, or otherwise establishes eligibility for, Medicare;
4. the date a person becomes covered under any other group health plan; or
5. the end of the grace period for any unpaid premium.

Upon termination of continued coverage, the conversion privilege may apply.

S989C/46

## MEDICAL CONVERSION PRIVILEGE

Conversion applies only after you or your Dependents have been continuously covered under the Comprehensive Medical Benefit, and any similar group coverage provided by your employer which it replaces, for three months.

1. Except as explained in 2. below, conversion to an individual health insurance policy may be made if any of the following occur.

   a. Your coverage ends for any reason. You and your Dependents may convert.
   b. A person's coverage ends because he is no longer your Dependent. That person may convert.
   c. Your Dependent ceases to be eligible under any Insurance Class and the Benefit remains in force. All such Dependents may convert.
   d. You die while your coverage is in force. Your Dependents may convert.

Conversion may be made after any of the above occur, or after any continuation of coverage.

2. Conversion may not be made if any of the following occur.

   a. The person is, or is eligible to be, covered for similar benefits by: (1) another group plan, medical service subscriber contract, medical practice or other prepayment plan; or (2) any government program including Medicare; and (3) the benefits under such other coverage plus the benefits of the conversion policy would result in overinsurance according to our then current standards.
   b. Coverage ends because contributory premium due is not paid.
   c. The Benefit or the Contract is terminated and replaced by similar group coverage within 31 days.
   d. Your employer ceases to be a Participating Employer under the Benefit and replaces it with similar group coverage within 31 days.

3. The policy will be issued as follows.

   a. It will be one that Trustmark then has available for this conversion privilege in the state in which the person resides.
   b. Evidence of insurability will not be required.
   c. The policy will generally provide basic hospital and surgical benefits which are less than those provided by this coverage.
   d. The policy may exclude any condition excluded by this coverage.
   e. The effective date of the policy will be the day after this coverage ends.

4. To convert

   a. make written application to Starmark or Trustmark, within 31 days after the date coverage ends; and
   b. pay, within these 31 days, the first premium for the policy.

5. You will be given notice of the right to convert at least 15 days before the end of the 31-day period allowed for conversion. If notice is not given within this time, you will have an additional period of time to apply for conversion. This additional period of time will be 15 days after notice is given, but not longer than 60 days after the 31 days otherwise allowed.

Benefits of the conversion policy will be reduced by any amount payable under this coverage for the same expense. Amounts "payable" include amounts that would have been paid if you made claim.

During the first year benefits of the conversion policy will not exceed the amount that would have been paid under this policy had it remained in force.

Trustmark or Starmark will provide you with information about available conversion policies upon request.

S989C/47                                                                                     1/94

**LIMITED RIGHT OF REIMBURSEMENT**

If you or your Dependent incur hospital, medical or dental expense due to Sickness or Injury, and if that expense occurs due to the negligence of a third party, Trustmark will not pay benefits unless you (and the Dependent, if applicable) agree in writing:

1.  to pay to Trustmark, from any damages collected, whether by action at law, settlement or otherwise, all benefits it pays for the same hospital or medical expenses as a result of that Sickness or Injury; and

2.  to provide Trustmark with a lien to the extent of benefits it pays. The lien may be filed with the third party, his agent or a court having jurisdiction in the matter.

S989C/48

## AMENDMENT TO CERTIFICATE

**This Amendment makes the following changes to the Certificate to which it is attached, but only when the Participating Employer has chosen this optional benefit in its application.**

This following benefit rider is added:

### OPTIONAL PREVENTIVE CARE BENEFIT RIDER

This Rider applies only if the Schedule of Benefits shows that you have Optional Preventive Care Benefits.

### BENEFITS

Benefits will be provided for the following specific preventive care procedures:

1. Physician office visits for routine physical. Limited to 1 visit per Calendar Year, except for children under age 2 for whom visits are covered at the following age intervals; birth, 2, 4, 6, 9, 12, 15, and 18 months.
2. C.B.C. (complete blood count).
3. Chemistry panel.
4. Hemocult.
5. Urinalysis.
6. Pap test.
7. A baseline mammogram for each female age 35 to 39. A screening mammogram every one to two years for each such person age 40 to 49. A screening mammogram for each such person 50 years of age or older.
8. P.S.A. (prostate specific antigen) test for males age 40 and older.
9. Immunizations (including flu and pneumonia shots).
10. Screening E.C.G. (electrocardiogram) for persons over age 40 who have 2 or more cardiac risk factors.

Benefits under this rider are payable as shown in the Schedule of Benefits, and thereafter such services are subject to the Comprehensive Medical Benefit Section of the Certificate.

All other terms and conditions of the Certificate remain unchanged except as stated above.

S989C–03

11/94

## AMENDMENT TO CERTIFICATE

This Amendment makes the following changes, in accordance with the Health Insurance Portability and Accountability Act, to the Certificate to which it is attached.

### COMPREHENSIVE MEDICAL BENEFIT SECTION

Under A. Definitions Section, the definitions of Late Enrollee, Pre-existing Condition and Qualifying Previous Coverage are deleted and replaced with the following:

**Late Enrollee:** A person who enrolls under a group health plan other than during the initial enrollment period. A person who is a Special Enrollee shall not be considered a Late Enrollee. An 18 month postponement period will apply to all Late Enrollees.

**Pre-existing Condition:** A Sickness or Injury for which a person has during the 6 months just prior to his enrollment date under this plan, (1) received medical care, advice, or treatment; (2) had drugs or medicines prescribed whether taken or not; or had diagnostic tests ordered whether performed or not. Such condition will be deemed to be pre-existing whether or not a final diagnosis has been made. Pregnancy is not a Pre-existing Condition. Genetic information shall not be treated as a Pre-existing Condition in the absence of a diagnosis of the condition related to such information.

**Creditable Coverage:** Means coverage under any of the following:
1. a group health plan;
2. an individual health plan;
3. Part A and Part B of Medicare (Title XVIII of Social Security Act);
4. Medicaid (Title XIX of Social Security Act);
5. health plans for the uniformed services (Chapter 55 of Title 10, United States Code);
6. a medical care program of the Indian Health Service or of a tribal organization;
7. state health benefits risk pool;
8. a health plan offered under Federal Employees Health Benefit Program (Chapter 89 of Title 5, United States Code);
9. a public health plan (as defined in regulations); or
10. a health benefit plan under Section 5(e) of the Peace Corps Act (U.S.C. 2504(e)).

Under E. EXTENDED BENEFITS, item 3., the following is added:

d. the date the person becomes eligible under any other group medical benefit or service plan.

Under F. BENEFIT LIMITATION FOR PRE-EXISTING CONDITIONS, items 1, 2 and 3 are deleted and replaced with the following:

1. No benefits will be paid for expenses that result from care or treatment of any Pre-existing Condition until the end of a 12-month period, 18 months, in the case of a Late Enrollee, during which the person with the Pre-existing Condition is continuously covered under this benefit.

2. This limitation shall not apply to:
   a. a newborn if coverage is applied for within 30 days of birth;
   b. a child adopted prior to age 18 years if coverage is applied for within 30 days of the date of adoption or placement for adoption; and
   c. a Late Enrollee who has already satisfied an 18-month postponement period.

3. The time a person was covered under Creditable Coverage will be credited against the limitation in 1. above if such Creditable Coverage:
   a. was continuous and there was no break in coverage of more than 90 days before the effective date of this coverage, exclusive of any applicable waiting period, and
   b. provided the same or greater benefits as those provided herein.

Under G. EXCLUSIONS AND LIMITATIONS, item 1.g. has been revised by deleting the phrase "that occurs while covered by this benefit".

## CONDITIONS OF INSURANCE

Under A. ELIGIBILITY, the following is added to item 1:

If you are not actively at work due to hospital confinement or disability, this provision will not will not apply to Comprehensive Medical coverage.

Under A. ELIGIBILITY, following is added:

**Special Enrollees**

An Eligible Employee who declined enrollment for himself or his Eligible Dependents because of other health insurance coverage, may be able to enroll himself or his Eligible Dependents in this plan at a later date.

You will be eligible to enroll as a special enrollee if you previously declined coverage because:
a. You had other group health insurance coverage, which was terminated because you were no longer eligible due to death, divorce or termination of employment;
b. You had other group health insurance coverage, which was terminated because your Participating Employer stopped contributing to the plan; or
c. You were covered under COBRA benefits, which have expired.

Special enrollees must enroll within 30 days after termination or expiration of coverage.

You and/or your Eligible Dependents will be eligible to enroll as special enrollees upon the occurrence of one of the following events:
a. marriage of the Eligible Employee;
b. the birth of his child or a child's adoption by an Eligible Employee; or
c. a child's placement for adoption with the Eligible Employee.

You and/or Eligible Dependent(s) must enroll within 30 days after the occurrence of the event.

Under item 1 of B. EFFECTIVE DATE OF COVERAGE, following is added:

If You are not at work due to hospital confinement or disability, this provision will not apply to Comprehensive Medical coverage.

Under item 2 of B. EFFECTIVE DATE OF COVERAGE, the following is added:

This provision will not apply to Comprehensive Medical coverage.

Under B. EFFECTIVE DATE OF COVERAGE, the following is added:

4. If you or your Dependent applies for coverage as a special enrollee, during the first 30 days after the date you are eligible, your effective date shall be the first day of the month coinciding with or next following the date he applies.

Under subsection D. RESUMPTION OF COVERAGE, the second and third sentences of the paragraph are deleted and replaced the following:

**For coverages other than Comprehensive Medical,** if you are not at work, or are disabled, on the date coverage would resume, the resumption of coverage will be delayed until you are at work. **For coverages other than Comprehensive Medical,** if a Dependent is confined in a hospital or unable to do his normal activities on the date coverage would resume, the resumption of his coverage will be delayed.

## AMENDMENT

EFFECTIVE DATE OF AMENDMENT: January 1, 1999

This Amendment is attached to and made a part of the Certificate. It is issued in consideration of the payment of the required premium. Except as herein stated, it will not change any of the terms or provisions of the Certificate.

Benefits will be paid according to the terms and conditions of the Certificate, including determinations of medical necessity and reasonable and customary charges. Coinsurance and deductibles will also continue to apply as permitted by state law. Benefits under this amendment will not duplicate any benefits under any other provision of the Certificate, including any other amendment thereto.

### Reconstructive Surgery Following Mastectomy

When medical and surgical benefits are provided under the Certificate with respect to a mastectomy, coverage will include:

1. Reconstruction of the breast on which the mastectomy has been performed;
2. Surgery and reconstruction of the other breast to produce a symmetrical appearance; and
3. Prostheses and physical complications of all stages of mastectomy, including lymphedemas.

### Maternity Length of Stay

When maternity benefits are provided under the Certificate, coverage will include a hospital length of stay for the woman and newborn following childbirth of at least 48 hours for a vaginal delivery and 96 hours for a cesarean delivery. The length of stay begins at the time of delivery if the delivery takes place in a hospital. If the delivery does not take place in a hospital, the length of stay begins once the woman and newborn are admitted to the hospital as inpatients.

Pre-certification procedures for maternity hospital stays will be required as described in your Certificate.

This Amendment will automatically terminate on the date the Certificate terminates.

TRUSTMARK INSURANCE COMPANY


J. Grover Thomas Jr.                    Frank G. Gramm
President & Chief Operating Officer     Corporate Secretary & General Counsel

WH-1298

41