**Starmark**
Star Marketing and Administration, Inc.

400 Field Drive
Lake Forest, IL 60045-2500
(847) 615-1313 • (800) 522-1246
Fax (847) 615-3955

**STATUS ON NEW EMPLOYEE ADDITION**

DATE: May 15, 2002

TO: Melissa A. Virtue
_Employee Name_

Participating Employer: 427 Napaskiak

Address: Bethel   AK   99559
_City   State   Zip_

RE: Request to add new employee to group insurance

_____   _____
Group Number          Employee Social Security Number

The processing of your request has been delayed. **Please correct and return.**

☒ Employee Enrollment Form returned for:

☐ Completion of highlighted areas

☐ Completion of signature on the back of the form where highlighted

☐ Date of birth; height and weight

☐ Completion/correction of question no. _____ ; please provide details, if any, in appropriate area and initial answer/change. **Section B must be completed by all new enrollees.**

☒ Name of company or group number.

☐ Social Security Number

☐ Number of hours worked per week; occupation/job title; date employed full-time

☐ We do not accept applications over 60 days old.

☐ Complete proof of prior coverage section.

☐ We do not accept applications completed in pencil.

☐ Please complete enclosed questionnaires.

☐ Other _____

Comments: _Please respond within 10 days for consideration._

CC: _____   [DEFENDANT'S EXHIBIT]   _Melissa [signature]_
                                       Group Administration Department

UW27(6-99)

Administered by


Starmark
Stop Marketing and Administration, Inc.
400 Field Drive • Lake Forest, IL 60045-2581

Insured by


Trustmark
INSURANCE COMPANY

# EMPLOYEE ENROLLMENT FORM
To be completed by the employee only
Type or print with ink
Note: If you make a mistake when completing an answer, please correct and initial.
**NOTICE:** A person who knowingly and with intent to defraud an insurer files an application or statement of claim containing any false, incomplete or misleading information may be guilty of insurance fraud which is a crime.

☒ New Hire  ☐ Family Addition  ☐ Late Enrollment  ☐ Reinstatement  ☐ Plan Change

## EMPLOYER INFORMATION
Group Name: Bethel Group Home          Group No: _____

## EMPLOYEE INFORMATION
Name — First: Melissa   M.I.: Anne   Last: Virtue
Address — Street: 427 Napaskiak / P.O. Box 2643   City: Bethel   State: AK   Zip Code: 99559
Sex: ☐ Male  ☒ Female   Social Security Number: 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   Birthdate: 11/15/72   Marital Status: ☒ Single  ☐ Married
Work Phone: (907) 543-2846   Home Phone: (907) 543-5825
Date Employed Full-Time: January 21, 2002   Job Title: Youth Counselor
Hours worked per week: 40 hours   Annual Salary $ _____
If no longer employed, but on COBRA/Continuation, enter employment termination date: No Applicable

Beneficiary Name — First: Richard   M.I.: Allen   Last: Virtue   Relationship: Brother

### DEPENDENTS TO BE COVERED
| (First) NAME (Last) | BIRTHDATE | SEX M / F |
|---|---|---|
| Not Applicable | | ☐ ☐ |
| Spouse — Occupation | | ☐ ☐ |
| Child | | ☐ ☐ |
| Child | | ☐ ☐ |
| Child | | ☐ ☐ |

Have you or your spouse used any tobacco products in the past 12 months?
Employee ☒ Yes ☐ No
Spouse ☐ Yes ☐ No

Deductible $ _____
Network _____
(When choice is available)

Note: A dependent child is an unmarried child to age 19 or a full-time student to age 25.

## PROOF OF PRIOR COVERAGE
Did you or your dependent(s) have major medical coverage with another carrier(s) within the past 12 months? ☐ Yes ☒ No
If yes, complete the following. (If insured with more than one carrier in the past 12 months, please attach certificate(s) of creditable coverage from prior plan(s)):

Employer Name: Bethel Police Department   Phone: (907) 543-3781
Prior Carrier Name: ~~Etna~~ Etna   Phone: (___) (unknown)
Policy No.: unknown   Effective Date: March 1, 02   Termination Date: 11/26/02
Covered Members (check all that apply): ☒ Self  ☐ Spouse  ☐ Child(ren)

### OFFICE USE ONLY
UND _____   EFF _____   SUB _____

# Bethel Group Home Inc.

*Bethel Group Home*
*Bethel Receiving Home*
*Recovery Resource Center*

Mail: PO Box 385 Bethel, AK 99559 Location: 142 Atsaq St. Bethel Tel: 907 543-2846 Fax: 907 543-1912 e-mail: contactbgh@www.bethelgrouphome.org

We are committed to working with families and children by providing a range of services, designed to address each family and child's emotional, educational, physical, social and behavioral needs. We strive to be sensitive, responsive, innovative and culturally appropriate in meeting the changing needs of Alaskan children, families and communities.

April 17, 2002

MAY 13 2002

Starmark
400 Field Drive
Lake Forest, IL 60045-2581

    In re:    New Enrollment

Please enroll Ms. Melissa Virtue, as per the enclosed application, on Bethel Group Home health plan.

Kenneth Alexander

# Atkinson·Baker
— Court Reporters —

January 12, 2005

Ms. Bernadine Wendell
c/o Mr. Stephen J. McDaniel
Trustmark Insurance Company
400 Field Drive
Lake Forest, IL   60045

RE: VIRTUE VS. BETHEL GROUP HOME, INC.
CASE NO.:  4BE-04-19 CIVIL
ABI FILE NO.:  9E0ADB7
DEPOSITION OF: BERNADINE WENDELL,
         taken on January 4, 2005

Dear Ms. Wendell:

Your original deposition transcript is ready for review and execution. It will be available in our office each weekday from 8:30 to 5:30 for the next 30 days if you intend to come in for reading and signing. Please call for an appointment at (800) 288-3376.

Since the location of our office would be inconvenient for you, we have enclosed a complimentary condensed copy of your transcript for your reading and signature. Please use the enclosed "Letter to Deposition Officer" errata sheet for making any changes to your deposition and the original signature page for your signature.

The signed changes must then be sent to our main office in Glendale via certified or registered mail only with a return receipt requested. We have included a self-addressed envelope for your convenience. Please be sure to return the original "Letter to Deposition Officer" errata sheet and original signature page, as opposed to a copy. We require your original signature.

If you have any questions, please contact our Customer Service Department at 800-288-3376.

Sincerely,

Atkinson-Baker, Inc.
Glendale Office

Enclosure
cc:   J. Valcarce
      J. Fayette
      R. Jacobson
      file
ph