IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT COURT AT BETHEL

MELISSA VIRTUE,                )
                               )
    Plaintiff,              )
                               )
v.                             )
                               )
BETHEL GROUP HOME, INC.,       )
                               )
    Defendant,              )
_____) Case No. 4BE-04-19 Civil

**NOTICE OF VIDEO TAPED 30(b)(6) DEPOSITION OF TRUSTMARK/STARMARK**

To:   STARMARK / TRUSTMARK INSURANCE COMPANY
      400 Field Drive
      Lake Forest, IL 60045-2581
      Contact: Steve McDaniel, Assistant General Counsel, Law Department

PLEASE TAKE NOTICE that the video taped 30(b)(6) deposition of Starmark/Trustmark Insurance Company, will be taken on **May 31, 2006 at 8:00 a.m. (Alaska Time Zone) 11:00 p.m. Illinois time, at Deer Path Inn, 255 East Illinois Road, Boardroom, Lake Forest, IL – 847-234-2280** before a court reporter. This deposition will be taken simultaneously with the notice of deposition and subpoena issued in *Virtue v. Bethel Group Home v. Trustmark/Starmark, et al.*, Case No. F05-0021 CV (RRB).

Pursuant to Alaska R. Civ. Proc. 30(b)(6), Trustmark Insurance Company, Trustmark Life Insurance Company, Starmarketing and Administration shall designate one or more officers, directors, managing agents, or other persons who consent to testify on its

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT D
PAGE 1 OF 11

behalf regarding the substance of the documents sought on Attachment A. The designated person is requested to bring with him or her all documents or tangible items related to or referencing the items on Attachment A, including any information stored electrically.

This deposition will be taken before a court reporter, or some other person or agency authorized to administer oaths and will continue from day to day until completed. You are invited to attend and participate.

DATED this 17 day of May, 2006, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant

*Cynthia Ducey*
Cynthia L. Ducey
ABA No. 8310161

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice of Video Taped 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.
*Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19-Civil

Page 2 of 5

EXHIBIT D
PAGE 2 OF 11

**CERTIFICATE OF SERVICE:**

This certifies that I am an authorized agent of Delaney Wiles, Inc., for service of papers pursuant to Civil Rule 5, and that on the 17th day of May 2006, I caused a true and correct copy of the foregoing was FAXED AND MAILED upon:

Jim J. Valcarce
Cooke, Roosa & Valcarce
900 3rd Avenue, Box 409
Bethel, AK 99559

HAND DELIVERED UPON:
Margaret Simonian
Richard Friedman
1227 W. 9th Avenue, 2nd Floor
Anchorage, AK 99501

William Earnhart
Lane Powell, LLC
301 West Northern Lights Blvd. Suite 301
Anchorage, AK 99503

*[signature]*
11/033

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice of Video Taped 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.
*Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19-Civil                                    Page 3 of 6

EXHIBIT _D_
PAGE _3_ OF _11_

## ATTACHMENT A

Pursuant to Alaska R. of Civ. Proc. 30(b)(c) Trustmark/Starmark is requested to produce the person or persons most knowledgeable on the substance of the documents sought below. The designee is requested to produce at the deposition and provide substantive testimony on the follow documents, including electronically stored documents:

1. All materials received from Bethel Group Home on behalf of Melissa Virtue;

2. Documents stating when Melissa Virtue was eligible for health insurance coverage through her employment at Bethel Group Home;

3. All written correspondence and records of verbal correspondence by Melissa Virtue to Trustmark/Starmark and from Trustmark/Starmark to Melissa Virtue;

4. Any claims made by Virtue for coverage under the policy;

5. Any applications for insurance submitted by Melissa Virtue;

6. Any materials addressing the terms, conditions, and benefits of Melissa Virtue's health insurance coverage;

7. For the time period 1/1/02 – 12/31/02 Trustmark/Starmark's Claim Handling Procedures or procedures for receipt, processing and determination of claims for health benefits made by employees of Bethel Group Home under the Group Health policy;

8. Trustmark/Starmark's Phone Records for any telephone calls to or from Melissa Virtue or Bethel Group Home on Behalf of Melissa Virtue or any note, message, memorandum memorializing such calls;

9. The identity of the Trustmark/Starmark employee that received any telephone call from Melissa Virtue and the substance of the calls;

10. All documents received by Trustmark/Starmark from Mark Regan and/or Alaska Legal Services on Melissa Virtue's behalf and any response to those documents or record of those documents by Trustmark/Starmark, including but not limited to Attachment B and C, affixed hereto;

Notice of Video Taped 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.
*Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19-Civil                                    Page 4 of 5

EXHIBIT _D_
PAGE _4_ OF _11_

11. Materials demonstrating Trustmark's Starmark's profitability for the time period 2000-2002;

12. Procedures or policies for handling health insurance applications that are incomplete or completed incorrectly, that check some but not all boxes in the waiver of coverage section or that completely waive coverage, and where the application for waiver of coverage is ambiguous, incomplete in any respect, or unclear;

13. How to look up an employer's group number on Trustmark/Starmark's computers or in their paper filing system in 2002;

14. Complete and true copies of Trustmark/Starmark records, reflecting chronological entries of apparent attempted enrollment activity on behalf of BGH employee Melissa Virtue under this policy number in May-June 2002;

15. Guidelines, Procedures, policies, memos, and handbooks that explain Trustmark/Starmark's underwriting and enrollment procedures under policy number SM 46761E; including new enrollee processing time, effective date of coverage, pre-existing condition limitations, and procedures relating to certificates of prior creditable coverage;

16. Procedures, Policies, guidelines or memos regarding pre-existing conditions and coverage to be retroactively granted on what constitutes a pre-existing condition and how such claims are evaluated and processed;

17. Documents that identify specific Starmark claims administration office and personnel who would have processed claims submitted by employees of Bethel Group Home; and

18. Authentication of a true copy of the group health insurance policy (policies) or certificates of insurance issued under Starmark group number SM 46761E, to employees of Bethel Group Home, Inc., of Bethel, Alaska, which was in effect between January through June 2002.

**Notice of Video Taped 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.**
*Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19-Civil                                                                 Page 5 of 5

EXHIBIT _D_
PAGE _5_ OF _11_



**ALASKA LEGAL SERVICES CORPORATION**
KETCHIKAN OFFICE

306 MAIN STREET, SUITE 218
KETCHIKAN, ALASKA 99901-6483
TELEPHONE (907) 225-6420
FAX (907) 225-6896

November 26, 2002

Bethel Group Home
Box 385
Bethel, Alaska 99559

Starmark
400 Field Drive
Lake Forest, Illinois 60045-2581

Re: Melissa Virtue, SSN 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

Dear Bethel Group Home and Starmark:

We have received no response to our letter dated November 7, 2002, with which we enclosed copies of the outstanding medical bills incurred by Ms. Virtue during the period of April 17, 2002, to present. That letter and an updated summary are attached.

Should we receive no response from you by December 6, 2002 in regard to the medical insurance coverage in question, legal action will be pursued to rectify this matter.

Sincerely,

Alaska Legal Services Corporation
Mark Regan
Attorney at Law

Enclosures: November 7, 2002 letter, summary, copies of bills

Cc: client
    file

EXHIBIT  D
PAGE  6  OF  11

ATTACHMENT B

Virtue v. Bethel Group Home
10828

# ╪╬ LSC

ALASKA LEGAL SERVICES CORPORATION
KETCHIKAN OFFICE

306 MAIN STREET, SUITE 218
KETCHIKAN, ALASKA 99901-6483
TELEPHONE (907) 225-6420
FAX (907) 225-6896

November 7, 2002

Bethel Group Home
Box 385
Bethel, Alaska 99559

Starmark
400 Field Drive
Lake Forest, Illinois 60045-2581

Re: Melissa Virtue, SSN 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

Dear Bethel Group Home and Starmark:

This letter is to ask for your assistance in paying Melissa Virtue's medical bills. These bills should have been, but have not been, covered by the Bethel Group Home's group medical policy.

According to records we have received from the Bethel Group Home, Ms. Virtue was to be eligible for group health coverage once she had been employed for three months. She began work in January, 2002, and a letter from Kenneth Alexander of the Bethel Group Home to Starmark, dated April 17, 2002, enclosed her application for coverage. We are not certain that Starmark got the letter and application in a timely fashion, and we do not have a record of any decision actually being made on the application. A release form signed by Ms. Virtue is attached; if there was a decision on the application, please send me a copy.

Shortly after April 17, 2002, and continuing through to this fall, Ms. Virtue needed treatment for various medical problems. Relevant bills are attached, preceded by a summary. If you need any more information about Ms. Virtue's medical treatment, we would be glad to supply it. Let me particularly call your attention to the bills for the treatment she needed in April and May, while she was still working for the Bethel Group Home.

EXHIBIT _D_
PAGE _7_ OF _11_

ATTACHMENT C

Virtue v. Bethel Group Home
10829

Ms. Virtue ended her employment with the Bethel Group Home on May 17, 2002. We have no record of any COBRA notices or other documents through which the Bethel Group Home or Starmark notified her of any way to maintain medical coverage.

It's Ms. Virtue's position that the group medical coverage the Bethel Group Home offered to her should have covered, and still should cover, the medical expenses she has incurred since April 17. It is not clear whether the mistake happened at the Group Home's end or at Starmark's end, but whatever the truth may be, Ms. Virtue would like either the Group Home or Starmark to take responsibility for bills. If it is necessary to recapitulate what should have happened under COBRA, Ms. Virtue is ready to do her part.

If you have documents showing why neither the Bethel Group Home nor Starmark should be responsible for the insurance share of Ms. Virtue's medical bills, please send them to me.

Thank you very much.

Sincerely,

Mark Regan
Attorney at Law

Enclosures: release (to Starmark), summary, copies of bills

cc: client; file

Melissa Virtue letter to
Bethel Group Home and
Starmark
November 7, 2002
Page 2 of 2

EXHIBIT D
PAGE 8 OF 11

Virtue v. Bethel Group Home
10830

# MELISSA VIRTUE
# MEDICAL BILLS

| Date | Provider | Amount |
|---|---|---|
| 04/22/02 | Yukon-Kuskokwim Delta Regional Hospital | $10,116.50 |
| 04/22/02 | Yukon-Kuskokwim Delta Regional Hospital | $ 5,439.08 |
| 04/22/02 | Transcare Medical Services, Inc | $ 585.00 |
| 04/23/02 | Denali Emergency Med Assoc. | $ 432.21 |
| 04/24/02 – 05/03/02 | Alaska Imaging Associates, LLC | $ 2,380.00 |
| 04/25/02 – 05/01/02 | Anchorage Pathology Group | $ 1,270.18 |
| Statement: 09/17/02 | Anchorage Pathology Group | $ 199.08 |
| 04/23/02 – 04/26/02 | Wayne Downs, M.D. | $ 2,340.00 |
| 04/23/02 – 05/09/02 | Alaska Regional Hospital | $59,551.23 |
| 04/27/02 – 05/03/02 | Anchorage Pathology Group | $ 392.17 |
| 04/30/02 | Women's Care of Alaska  07/26/02 Write – Off | $ 250.00  $ -250.00 |
| 04/30/02 – 05/08/02 | Susitna Neurological, LLC | $ 2,255.00 |
| 05/01/02 – 05/06/02 | Mary K. Downs, M.D. | $ 254.00 |
| 06/09/02 – 06/19/02 | Ketchikan General Hospital | $ 2,052.80 |
| 06/19/02 – 10/10/02 | William H. Anthes, M.D. | $ 717.00 |
| 06/26/02 | Payment to Dr. Anthes by Ms. Virtue | $ -114.00 |
| 08/07/02 | Payment to Dr. Anthes by CAMA | $ -121.67 |
| 08/07/02 | Medicaid Write-Off | $ - 10.33 |
| 10/10/02 | Payment to Dr. Anthes by CAMA | $ - 65.65 |
| 10/10/02 | Payment to Dr. Anthes by CAMA | $ - 65.65 |
| 10/10/02 | Payment to Dr. Anthes by CAMA | $ - 65.65 |
| 10/10/02 | Medicaid Write-Off | $ - 21.35 |
| 10/10/02 | Medicaid Write-Off | $ - 10.35 |
| 10/10/02 | Medicaid Write-Off | $ - 12.35 |

EXHIBIT D
PAGE 9 OF 11

| | | | |
|---|---|---|---|
| 06/07/02 – 10/11/02 | Island Pharmacy | $ | 82.20 |
| Paid to Island Pharmacy by Ms. Virtue | | $ - | 82.20 |
| 06/15/02 | Island Pharmacy | $ | 21.99 |
| Paid to Island Pharmacy by Ms. Virtue | | $ - | 21.99 |
| 07/23/02 – 10/22/02 | George E. Shaffer DMD | $ | 870.92 |

Note: Per notification on November 14, 2002, the following accounts have been assigned to Cornerstone Credit Services, LLC, P.O. Box 92090, Anchorage, AK 99509, (907)770-8100:

| | | |
|---|---|---|
| Denali Emergency Med Assoc. | $ | 432.21 |
| Interest @ 10.5% | $ | 25.34 |
| Transcare Medical Services, Inc | $ | 585.00 |
| Interest @ 10.5% | $ | 33.78 |
| Mary K. Downs, M.D. | $ | 254.00 |
| Interest @ 10.5% | $ | 13.93 |

EXHIBIT D
PAGE 10 OF 11

Melissa Virtue Medical Bills

Page 2 of 2

**DELANEY, WILES, HAYES,**
**GERETY, ELLIS & YOUNG, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

28078
89-6-1252

DATE 5/15/06

PAY TO THE ORDER OF  Records Custodian -- Starmark/Trustmark           $ 12.50

Twelve and 50/100------------------------------------------ DOLLARS

First National Bank
A L A S K A
www.fnbalaska.com

⑆028078⑆ ⑈125200060⑈ 0110 087 4⑈

DETACH AND RETAIN THIS STATEMENT
DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.   THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com
DELUXE - FORM DVCG-2 V-7

Records Custodian -- Starmark/Trustmark -- Records deposition of records custodian

CLD

Virtue v. Bethel Group Home

EXHIBIT  D
PAGE  11  OF  11