William A. Earnhart, ASBA No. 9411099
LANE POWELL LLC
301 West Northern Lights Blvd., Ste 301
Anchorage, Alaska  99503-2648
Telephone:  907.277.9511
Facsimile:  907.276.2631
earnhartw@lanepowell.com
Attorneys for Third Party Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

MELISSA VIRTUE,

                           Plaintiff,

v.

BETHEL GROUP HOME, INC.,

                           Defendant.

**Case No. F05-021 CI (RRB)**

BETHEL GROUP HOME, INC.,

                  Third Party Plaintiff,

v.

TRUSTMARK INSURANCE COMPANY;
TRUSTMARK LIFE INSURANCE
COMPANY; EMPLOYEE WELFARE
BENEFIT PLAN SM46761e0001 (The Plan);
AND STARMARKETING AND
ADMINISTRATION, INC.,

                  Third Party Defendants.

**ORDER RE: MOTION TO QUASH
SUBPOENA**

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

      The Court, having considered Third-Party Defendants' Motion To Quash Subpoena and any opposition thereto hereby grants Third-Party Defendants' motion.

      DATED this ____day of May, 2006.

                                     _____
                                     Judge Ralph R. Beistline

**CERTIFICATE OF SERVICE**
I certify that on May 19, 2006, a copy
of the foregoing was served electronically on:

COOKE, ROOSA AND VALCARCE LLC
Box 409
Bethel, AK 99559-0409
(Attorneys for Plaintiff)

Margaret Simonian, Esq.
FRIEDMAN, RUBIN & WHITE
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218
(Attorneys for Plaintiff)

Richard Friedman, Esq.
FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, WA 98337-3218
(Attorneys for Plaintiff)

Cynthia L. Ducey, Esq.
DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
1007 W. 3rd Ave., Ste 400
Anchorage, AK 99501-1936
(Attorneys for Defendant/Third Party Plaintiff)

_____/s/ William A. Earnhart_____

117951.0003/155203.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631