William A. Earnhart, ASBA No. 9411099
LANE POWELL LLC
301 West Northern Lights Blvd., Ste 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631
earnhartw@lanepowell.com
Attorneys for Third Party Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MELISSA VIRTUE,

    Plaintiff,

v.

BETHEL GROUP HOME, INC.,

    Defendant.

BETHEL GROUP HOME, INC.,

    Third Party Plaintiff,

v.

TRUSTMARK INSURANCE COMPANY;
TRUSTMARK LIFE INSURANCE
COMPANY; EMPLOYEE WELFARE
BENEFIT PLAN SM46761e0001 (The Plan);
AND STARMARKETING AND
ADMINISTRATION, INC.,

    Third Party Defendants.

Case No. F05-021 CI (RRB)

**MOTION FOR EXPEDITED
CONSIDERATION OF MOTION TO
QUASH SUBPOENA**

Pursuant to Local Rule 7.2(c), Third-Party Defendants hereby move this court for expedited consideration of Third-Party Defendants' Motion to Quash Subpoena. This motion is supported by the attached affidavit.

DATED this 19th day of May, 2006.

        LANE POWELL LLC
        Attorneys for Third Party Defendants


By  /s/ William A. Earnhart
   William A. Earnhart
   LANE POWELL LLC
   301 West Northern Lights Blvd. Suite 301
   Anchorage, Alaska  99503-2648
   Telephone: 907.277.9511
   Facsimile:   907.276.2631
   earnhartw@lanepowell.com
   ASBA No. 9411099

**CERTIFICATE OF SERVICE**
I certify that on May 19, 2006, a copy
of the foregoing was served electronically on:

COOKE, ROOSA AND VALCARCE LLC
Box 409
Bethel, AK 99559-0409
(Attorneys for Plaintiff)

Margaret Simonian, Esq.
FRIEDMAN, RUBIN & WHITE
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218
(Attorneys for Plaintiff)

Richard Friedman, Esq.
FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, WA 98337-3218
(Attorneys for Plaintiff)

Cynthia L. Ducey, Esq.
DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
1007 W. 3rd Ave., Ste 400
Anchorage, AK 99501-1936
(Attorneys for Defendant/Third Party Plaintiff)

  /s/ William A. Earnhart

117951.0003/155188.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631