William A. Earnhart, ASBA No. 9411099
LANE POWELL LLC
301 West Northern Lights Blvd., Ste 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631
earnhartw@lanepowell.com
Attorneys for Third Party Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,<br><br>    Plaintiff,<br><br>v.<br><br>BETHEL GROUP HOME, INC.,<br><br>    Defendant.<br><br>BETHEL GROUP HOME, INC.,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>TRUSTMARK INSURANCE COMPANY; TRUSTMARK LIFE INSURANCE COMPANY; EMPLOYEE WELFARE BENEFIT PLAN SM46761e0001 (The Plan); AND STARMARKETING AND ADMINISTRATION, INC.,<br><br>    Third Party Defendants. | Case No. F05-021 CI (RRB)<br><br><br><br>**AFFIDAVIT OF<br>WILLIAM A EARNHART** |

STATE OF ALASKA    )
             ) ss.
THIRD JUDICIAL DISTRICT )

  WILLIAM A. EARNHART, being first duly sworn, deposes and says:

  (1) I am the attorney for Third-Party Defendants and make this affidavit in support of Third-Party Defendants' Motion For Hearing On Shortened Time.

  (2) On the afternoon of May 17, 2006, I received Plaintiff's Subpoena Duces Tecum and Notice of Video Taped 30(b)(c) Deposition of Starkmark/Trustmark served on my client. This currently calls for a deposition to be scheduled on May 31, 2006, in the State of Illinois, which is less than eight business days away.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

(3) It is my understanding from previous conversations with Attorney Cynthia L. Ducey, Plaintiff's counsel, that this deposition is being scheduled at this time due to the closure of discovery in a related State Court action on May 31, 2006.

Further your affiant sayeth naught.

DATED this 19th day of May, 2006.

                    /s/ William A. Earnhart
                    William A. Earnhart, ASBA 9411099

SBSCRIBED AND SWORN TO before me this 19th day of May, 2006.

                    Dorothy J. Pree
                    Notary Public in and for the State of Alaska
                    My commission expires:     4/27/09

**CERTIFICATE OF SERVICE**
I certify that on May 19, 2006, a copy of the foregoing was served electronically on:

COOKE, ROOSA AND VALCARCE LLC
Box 409
Bethel, AK 99559-0409
(Attorneys for Plaintiff)

Margaret Simonian, Esq.
FRIEDMAN, RUBIN & WHITE
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218
(Attorneys for Plaintiff)

Richard Friedman, Esq.
FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, WA 98337-3218
(Attorneys for Plaintiff)

Cynthia L. Ducey, Esq.
DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
1007 W. 3rd Ave., Ste 400
Anchorage, AK 99501-1936
(Attorneys for Defendant/Third Party Plaintiff)

    /s/ William A. Earnhart
117951.0003/155189.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631