William A. Earnhart, ASBA No. 9411099
LANE POWELL LLC
301 West Northern Lights Blvd., Ste 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631
earnhartw@lanepowell.com
Attorneys for Third Party Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MELISSA VIRTUE,

                              Plaintiff,

v.

BETHEL GROUP HOME, INC.,

                              Defendant.

**Case No. F05-021 CI (RRB)**

BETHEL GROUP HOME, INC.,

                              Third Party Plaintiff,

v.

TRUSTMARK INSURANCE COMPANY;
TRUSTMARK LIFE INSURANCE
COMPANY; EMPLOYEE WELFARE
BENEFIT PLAN SM46761e0001 (The Plan);
AND STARMARKETING AND
ADMINISTRATION, INC.,

                              Third Party Defendants.

**ORDER RE: MOTION FOR
EXPEDITED CONSIDERATION OF
MOTION TO QUASH SUBPOENA**

The Court, having considered Third-Party Defendants' Motion For Expedited

Consideration of Motion To Quash Subpoena, hereby grants Third-Party Defendants' motion.

No deposition of defendants will take place on May 31, 2006. The parties will submit

briefing as to whether said records deposition will take place in the future and to the extent of

that records deposition.

DATED this ____day of May, 2006.

_____
Judge Ralph R. Beistline

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

**CERTIFICATE OF SERVICE**
I certify that on May 19, 2006, a copy
of the foregoing was served electronically on:

COOKE, ROOSA AND VALCARCE LLC
Box 409
Bethel, AK 99559-0409
(Attorneys for Plaintiff)

Margaret Simonian, Esq.
FRIEDMAN, RUBIN & WHITE
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218
(Attorneys for Plaintiff)

Richard Friedman, Esq.
FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, WA 98337-3218
(Attorneys for Plaintiff)

Cynthia L. Ducey, Esq.
DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
1007 W. 3rd Ave., Ste 400
Anchorage, AK 99501-1936
(Attorneys for Defendant/Third Party Plaintiff)

_____ /s/ William A. Earnhart _____
117951.0003/155190.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Order Re: Motion For Expedited Consideration of Motion To Quash Subpoena**
*Virtue v. Bethel Group Home, Inc. v. Trust Mark, et al.* (Case No.F05-021- CI (RRB))

Page 2 of 2