**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


 VIRTUE  v.  BETHEL GROUP HOME 

DATE:  May 22, 2006   CASE NO.  4:05-CV-0021-RRB 


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
RE EXPEDITED MOTION TO QUASH SUBPOENA**

═══════════════════════════════════════════════════════

Third-Party Defendant's Motion for Expedited Consideration is **granted**. Plaintiff shall have until **noon** on **Tuesday, May 23, 2006**, in which to respond to Third-Party Defendants' Motion to Quash Subpoena. Any reply shall be filed by **noon** on **Wednesday, May 24, 2006.**

M.O. RE MOTION TO QUASH SUBPOENA