

## LANE POWELL
ATTORNEYS & COUNSELORS

WILLIAM A. EARNHART
907.264.3323
earnhartw@lanepowell.com

March 20, 2006

**VIA FACSIMILE ONLY**

Cynthia L. Ducey, Esq.
DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
1007 W. 3rd Avenue, Suite 400
Anchorage, AK 99501-1936

Jim J. Valcarce, Esq.
COOKE, ROOSA AND VALCARCE LLC
Box 409
Bethel, AK 99559-0409

RE: *Virtue v. Bethel Group Home, Inc., et al.*
    Our File No. 117951.0003

Dear Cindy and Jim:

I understand that Ms. Virtue's deposition is scheduled for April 7, 2006, in Ketchikan, Alaska. I am currently inquiring of my client but would propose to notice Ms. Virtue's deposition in the federal case concurrently so as to minimize travel costs in this matter. I am also inquiring of my client and each of you as to whether there is any interest in splitting the cost of bringing Ms. Virtue to Anchorage as opposed to the three of us flying to Ketchikan. Please advise as to any thoughts on this idea.

Regarding depositions in these matters, I would propose that we agree to notice all depositions concurrently so none of our clients are exposed to repetitive depositions of the same individuals or on the same topics. Please also advise.

Sincerely,

LANE POWELL LLC

William A. Earnhart

WAE:jp
117951.0003/154274.1

EXHIBIT 2
Page 1 of 1

WWW.LANEPOWELL.COM
T. 907.277.9511
F. 907.276.2631

LANE POWELL LLC
SUITE 301
301 W. NORTHERN LIGHTS BLVD.

LAW OFFICES
ANCHORAGE, AK . OLYMPIA, WA
PORTLAND, OR . SEATTLE, WA