```
0001
 1      IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

 2        FOURTH JUDICIAL DISTRICT COURT AT BETHEL

 3   MELISSA VIRTUE,            )
                                )
 4          Plaintiff,           )
                                )
 5      vs.                     )
                                )
 6   BETHEL GROUP HOME, INC.    )
                                )
 7          Defendant.          )
                      )Case No. 4BE-04-19 CI
 8   _____)_____
         NOTICE OF TAKING VIDEOTAPED DEPOSITION
 9
                       OF
10
                  MELISSA VIRTUE
11   _____
              9:07 a.m.
12           April 7, 2006
         SEAK Professional Services, LLC
13       2415 Hemlock Street Suite 104
           Ketchikan, Alaska 99901
14
15
16
17
18
19
20
21
22
23
24
25
```

EXHIBIT 3
Page ____ of ____

**Virtue, Melissa 4-7-06**                                **Page 1**

0223
1  Q  Okay. Gigi Pilcher testified yesterday -- I think
2     you were present when she testified -- that she was
3     the one that was pushing for you to file a lawsuit.
4     Is that accurate?
5  A  Actually, she mentioned it. I was the one that chose
6     to go through after I talked to Starmark.
7  Q  Uh-huh (affirmative). When did you speak with
8     Starmark?
9  A  It was within the first few weeks after I returned to
10    Ketchikan.
11 Q  Uh-huh (affirmative). Tell me about that.
12 A  I called to find out what was going on because I d --
13    ha -- I did not get any answers from Paul when I left
14    Bethel. I wanted to follow up and find out what was
15    going on. I had called numerous times. I believe it
16    was the second time that I called I was told that I
17    was not in their system, and I didn't really know
18    what that meant. So, I called back, and I spoke to
19    somebody different, and they said that they had no
20    information on me, I was not within their system, and
21    they didn't really explain it.
22 Q  Okay. You.....
23 A  So, I called back a third time. Then I was told that
24    an application had been received. It did not have --
25    it could not be processed because it did not have the

EXHIBIT 3
Page ____ of ____

**Virtue, Melissa 4-7-06**                                    **Page 223**

0224
1   policy number -- the group number, I believe, and
2   that there was another piece of information was
3   missing from the document, it was not processed, that
4   they had sent information back to the Bethel Group
5   Home, and I had not responded. Therefore, it was
6   closed out, and that's what I had been told.
7  Q  So, they said that they had sent information not back
8   to you, but to Bethel Group Home?
9  A  To the Group Home. That is what I was told.
10 Q  Sent a request for information?
11 A  I don't know. I -- I don't know specifically. I
12   don't know if they sent the application back to get
13   the group number put on it.
14 Q  But they sent some -- they told you they had sent
15   some written request for additional information.....
16 A  I.....
17 Q  .....not to you, but to Bethel Group Home?
18 A  I was told that it was sent to the Group Home.
19 Q  Okay.
20 A  Correct, and I have that in writing somewhere. I
21   don't know where.
22 Q  So, they had closed their file?
23 A  The -- supposedly the file had been closed.....
24 Q  Okay.
25 A  .....because they did not get a response. It sounded

EXHIBIT 3
Page ___ of ___

0225
1   as though they had tried to get a hold of -- they --
2   there had been numerous attempts made. I have n -- I
3   have never saw any of the letters that would have
4   been sent. If they were sent to the Group Home, they
5   would have gone to the business office or to the
6   executive director.
7 Q Did you ask this -- for them to send you copies of
8   what they had sent to the Group Home?
9 A I can't remember. I don't remember. I don't
10   remember if I did ask that.....
11 Q Okay.
12 A .....honestly.
13 Q Do you remember who you spoke to on these three
14   occasions?
15 A I don't. It was two gentlemen and a female.
16 Q Do you remember what city or state they were in?
17 A I have no clue.
18 Q Hard to recall?
19 A I mean, it has been -- it has been four years. I
20   mean, it's -- I did this in 2002. It has been quite
21   some time ago, so.....
22 Q When you were told that you were not in their system,
23   that was the first two occasions.....
24 A Yes.
25 Q .....you were told that? Did they give you any

EXHIBIT 3
Page ___ of ___

0226
1   advice on what you should do in order to get into the
2   system?
3 A   No, they -- they said that there was no information
4   in the system on me, that I was not in there. I was
5   not -- they didn't have me down as having
6   insurance.....
7 Q   Okay.
8 A   .....basically.
9 Q   Did you advise them that you thought you had
10   insurance?
11 A   I told them that I should have had insurance. I did
12   the application. I believed that it had been sent
13   in.
14 Q   Did you tell them who your employer was?
15 A   I did.
16 Q   And did they volunteer to do any investigation for
17   you to find out if your application was someplace in
18   process or.....
19 A   I don't think that was ever discussed.
20 Q   Okay.
21 A   I don't think it was ever mentioned.....
22 Q   Okay.
23 A   .....by none.
24 Q   Did they volunteer to call the Group Home and find
25   out what had happened?

EXHIBIT 3
Page _____ of _____

**Virtue, Melissa 4-7-06**                                    **Page 226**

0227
1  A  I don't -- I think -- I think -- because the case had
2     been closed, I don't think anything was said about --
3     about calling the Group Home. I don't believe
4     anything had been said. I don't recollect it being
5     said.
6  Q  Is it possible that you had called someone in the
7     Chicago area?
8  A  I don't -- I can't say yes or no. I don't know.....
9  Q  All right.
10 A  .....specifically. I had the name. I -- I don't
11    know.
12 Q  Okay.
13 A  I can't say.
14 Q  So, the person that you talked to did not tell you
15    that this request for additional information had been
16    sent to you?
17 A  No, I was told that it was sent to the Group Home.
18    The correspondence was sent to the Group Home.
19 Q  Did you follow up with anybody at Bethel Group Home
20    after you had that conversation to see if they had
21    received it?
22 A  I believe I had talked to Ken once.
23 Q  What did he tell you?
24 A  He said that he had not saw anything up to that date.
25 Q  Did you tell him that you had talked to people at

EXHIBIT 3
Page ___ of ___