Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

Attorneys for Bethel Group Home, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,  <br><br>    Plaintiff,  <br><br>vs.  <br><br>BETHEL GROUP HOME, INC.,  <br><br>    Defendant.  <br><br>BETHEL GROUP HOME, INC.,  <br><br>    Third Party Plaintiff,  <br><br>vs.  <br><br>TRUSTMARK GROUP HEALTH BENEFITS PLAN, through TRUSTMARK INSURANCE CO., plan underwriter and insurer, and STARMARKETING AND ADMINISTRATION, INC., aka STARMARK, d/b/a Plan Sponsor/ Administrator,  <br><br>    Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **AFFIDAVIT OF**<br>) **CYNTHIA DUCEY**<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. F05-0021 CV (RRB) |

STATE OF ALASKA                )
                               ) ss.
THIRD JUDICIAL DISTRICT        )

Cynthia L. Ducey, being first duly sworn on oath, deposes and says as follows:

1.  I am a shareholder and director at Delaney Wiles, Inc. I am also the attorney of record and the lead attorney in this case. I have personal knowledge of the matters stated herein.

2.  Eric Ringsmuth is an associate attorney at Delaney Wiles, Inc., who has been assisting me on certain matters in this case.

3.  On January 4, 2005, the 30(b)(6) deposition of Trustmark was begun but not finished. All participants recognized that this would not be the only 30(b)(6) deposition taken of Trustmark and that Bethel Group Home, Inc. would be able to complete the deposition at a later time. It is important to recognize that prior to taking this deposition, all participants recognized that this would not be the only 30(b)(6) deposition taken of Trustmark and that BGH would be able to complete the deposition at a later time. In fact, during the deposition, Mr. McDaniel, counsel for Trustmark, stated that he would make individuals such as Penny Gregory who were more knowledgeable about certain topics to be designated and made available for future depositions. Moreover, documents sought were not produced. Attempts had been made to continue the 30(b)(6) deposition of Trustmark, and depose the representative on additional matters set forth in the Notice of Deposition dated May 17, 2006.

4.  During various telephone conversations that took place between myself and Trustmark's local Alaska counsel William Earhnart, and Eric Ringsmuth and Mr. Earnhart, Mr Earnhart was informed that Bethel Group Home wanted to continue the January 4, 2005, 30(b)(6)

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Cynthia Ducey
Page 2 of 4
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

deposition of Trustmark and depose the representative on additional topics before the close of discovery in the state court case on June 1, 2006. On May 17, 2006, I informed Mr. Earnhart over the telephone that the 30(b)(6) deposition(s) was scheduled for May 31, 2006. He voiced no objection to scheduling the deposition for that day.

5.  Mr. Earnhart never informed myself or Mr. Ringsmuth that he would not be available to defend the 30(b)(6) deposition(s) near the end of May 2006 or that taking a 30(b)(6) deposition of Trustmark during this time frame would impose any burden on Trustmark. At no point did Mr. Earnhart express any concern or reservation about the deposition going forward during this time frame. In fact, Mr. Earnhart stated that he would personally accept service of the subpoena on behalf of Trustmark.

6.  Mr. Earnhart did not discuss with me his intention to file a motion to quash the subpoena. Mr. Earnhart did not attempt to confer in good faith or make any attempt to resolve this matter without court intervention.

FURTHER SAYETH YOUR AFFIANT NAUGHT

_____
CYNTHIA L. DUCEY

SUBSCRIBED AND SWORN to before me this 23 day of May, 2006.

_____
Notary Public for Alaska
My Commission Expires: 2/6/08

DELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Cynthia Ducey
Page 3 of 4
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2006, a copy of the foregoing was served electronically on:

Jim J. Valcarce, Esq.
Cook, Roosa and Valcarce LLC
Box 409
Bethel, AK 99559-0409
(Attorneys for Plaintiff)

Margaret Simonian, Esq.
Friedman, Rubin & White
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218
(Attorneys for Plaintiff)

Richard Friedman, Esq.
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337-3218
(Attorneys for Plaintiff)

William Earnhart, Esq.
Lane Powell, LLC
301 West Northern Lights Blvd. Suite 301
Anchorage, AK 99503-2648
(Attorneys for Third Party Defendants)

/S/ Cynthia L. Ducey

117325

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Cynthia Ducey
Page 4 of 4
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)