Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

Attorneys for Bethel Group Home, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,<br><br>      Plaintiff,<br><br>vs.<br><br>BETHEL GROUP HOME, INC.,<br><br>      Defendant.<br>_____<br><br>BETHEL GROUP HOME, INC.,<br><br>      Third Party Plaintiff,<br><br>vs.<br><br>TRUSTMARK GROUP HEALTH BENEFITS PLAN, through TRUSTMARK INSURANCE CO., plan underwriter and insurer, and STARMARKETING AND ADMINISTRATION, INC., aka STARMARK, d/b/a Plan Sponsor/ Administrator,<br><br>      Third Party Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **AFFIDAVIT OF**<br>) **ERIC RINGSMUTH**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. F05-0021 CV (RRB) |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

Eric Ringsmuth, being first duly sworn on oath, deposes and says as follows:

1. I am an associate attorney at Delaney Wiles, Inc. I have been assisting Cynthia Ducey, the attorney of record and the lead attorney in this case. I have personal knowledge of the matters stated herein.

2. Prior to May 17, 2005, I had at least two telephone conversations with Trustmark's local Alaska counsel William Earhnart. During one or both of these conversations, I explained to Mr. Earnhart that discovery closed in the state court case on June 1, 2006, and that Bethel Group Home wanted to depose the 30(b)(6) representatives of Trustmark. Mr. Earnhart never mentioned any potential problem in deposing Trustmark's representatives before the close of discovery on June 1, 2006. Mr. Earnhart never informed me that he would not be available to defend the 30(b)(6) deposition(s) near the end of May 2006 or that taking a 30(b)(6) deposition of Trustmark during this time frame would impose any burden on Trustmark. At no point did Mr. Earnhart express any concern or reservation about the deposition going forward during this time frame. Mr. Earnhart did not discuss with me his intention to file a motion to quash the subpoena or that he would be filing a motion on shortened time.

FURTHER SAYETH YOUR AFFIANT NAUGHT

_____
ERIC RINGSMUTH

DELANEY WILES, INC.
SUITE 400
907 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Eric Ringsmuth
Page 2 of 4
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

SUBSCRIBED AND SWORN to before me this 23rd day of May, 2006.

[Notary Seal: DONNA K. DANIELS, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires Feb. 6, 2008]

_____
Notary Public for Alaska
My Commission Expires: 9/6/08

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Eric Ringsmuth
Page 3 of 4
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2006, a copy of the foregoing was served electronically on:

Jim J. Valcarce, Esq.
Cook, Roosa and Valcarce LLC
Box 409
Bethel, AK 99559-0409
(Attorneys for Plaintiff)

Margaret Simonian, Esq.
Friedman, Rubin & White
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218
(Attorneys for Plaintiff)

Richard Friedman, Esq.
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337-3218
(Attorneys for Plaintiff)

William Earnhart, Esq.
Lane Powell, LLC
301 West Northern Lights Blvd. Suite 301
Anchorage, AK 99503-2648
(Attorneys for Third Party Defendants)

/S/ Cynthia L. Ducey

1173336

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Eric Ringsmuth
Page 4 of 4
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)