Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

Attorneys for Bethel Group Home, Inc.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE, ) | |
| ) | |
|         Plaintiff, ) | |
| ) | |
|    vs. ) | |
| ) | |
| BETHEL GROUP HOME, INC., ) | |
| ) | |
|         Defendant. ) | |
| _____) | |
| ) | |
| BETHEL GROUP HOME, INC., ) | |
| ) | |
|         Third Party ) | |
|         Plaintiff, ) | |
| ) | |
|    vs. ) | |
| ) | |
| TRUSTMARK GROUP HEALTH ) | |
| BENEFITS PLAN, through ) | |
| TRUSTMARK INSURANCE CO., ) | **ERRATA TO** |
| plan underwriter and insurer, ) | **OPPOSITION TO MOTION** |
| and STARMARKETING AND ) | **TO QUASH SUBPOENA** |
| ADMINISTRATION, INC., aka ) | |
| STARMARK, d/b/a Plan Sponsor/ ) | |
| Administrator, ) | |
| ) | |
|         Third Party ) | |
|         Defendants. ) | |
| _____) | Case No. F05-0021 CV (RRB) |

Bethel Group Home, Inc., by and through their attorneys, Delaney Wiles, Inc., gives notice that on page two of its Opposition to Motion to Quash Subpoena in the second full paragraph there is a typographical error.  The sentence as filed says "BGH has not sought a protective order under Federal Civil Rule 26(c) . . .."   The sentence should state instead "Trustmark has not sought a protective order under Federal Civil Rule 26(c) . . .."

DATED this 23rd day of May, 2006.

DELANEY WILES, INC.
Attorneys for Bethel Group Home

/s/ Cynthia L. Ducey #8310161

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23,  2006, a copy of the foregoing
was served electronically on:

Jim J. Valcarce, Esq.
Cook, Roosa and Valcarce LLC
Box 409
Bethel, AK 99559-0409
(Attorneys for Plaintiff)

Margaret Simonian, Esq.
Friedman, Rubin & White
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218
(Attorneys for Plaintiff)

Richard Friedman, Esq.
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337-3218
(Attorneys for Plaintiff)

William Earnhart, Esq.
Lane Powell, LLC
301 West Northern Lights Blvd. Suite 301
Anchorage, AK 99503-2648
(Attorneys for Third Party Defendants)

/S/ Cynthia L. Ducey

117350

Bethel Group Home, Inc.'s Errata to Opposition to Motion To Quash
Page 2 of 2
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)