William A. Earnhart, ASBA No. 9411099
LANE POWELL LLC
301 West Northern Lights Blvd., Ste 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631
earnhartw@lanepowell.com
Attorneys for Third Party Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BETHEL GROUP HOME, INC.,<br><br>　　　　　　Defendant.<br>_____<br>BETHEL GROUP HOME, INC.,<br><br>　　　　　　Third Party Plaintiff,<br><br>v.<br><br>TRUSTMARK INSURANCE COMPANY;<br>TRUSTMARK LIFE INSURANCE<br>COMPANY; EMPLOYEE WELFARE<br>BENEFIT PLAN SM46761e0001 (The Plan);<br>AND STARMARKETING AND<br>ADMINISTRATION, INC.,<br><br>　　　　　　Third Party Defendants. | **Case No. F05-021 CI (RRB)**<br><br><br><br><br><br><br><br><br><br><br><br>**AFFIDAVIT OF<br>WILLIAM A EARNHART** |

STATE OF ALASKA　　　　　　)
　　　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　　)

　　　　WILLIAM A. EARNHART, being first duly sworn, deposes and says:

　　　(1) I am the attorney for Third-Party Defendants and make this affidavit in support of Third-Party Defendants' Motion To Quash Subpoena.

　　　(2) Stephen McDaniel, in-house counsel for Trustmark (the individual who defended the deposition of Bernadette Wendell prior to commencement of an action against Trustmark), is in a two-week arbitration and is unavailable until May 25, 2006, to coordinate witnesses and discovery in the above-captioned matter.

(3) I am currently in the process of switching from being a partner at Lane Powell LLC to being a partner at Richmond & Quinn and transitioning a large number of files and clients concurrently. In my estimation, the difficulties of changing to new staff as well as the formalities of changing addresses and law firms of record make it very difficult, if not impossible, for me to be out-of-town during the week of May 30, 2006.

(4) Ms. Ducey's office, including Mr. Ringmuth, contacted me on several occasions regarding whether I would accept service of a subpoena on behalf of Trustmark/Starmark. On each of these occasions, my response was to the effect of "I need to check with my client. We are somewhat reluctant to agree to accept service given the last time Trustmark cooperated with your office, a simple records deposition was turned into a sensitive 30(b)(6) deposition, [referring to the deposition of Bernadine Wendell]. If you would like to provide a copy of the topics on which you want to take a 30(b)(6) deposition that would likely make it easier for my client to agree to service as well as we may voluntarily provide witnesses and/or documents, depending on the scope of the request." On the morning of May 17, 2006, I was contacted by Ms. Ducey again regarding service of process for a subpoena to which I responded that I would not make her go through all of the steps of serving an out-of-state subpoena given that we were a party to the matter. Ms. Ducey did not discuss dates for the deposition or as to what topics any 30(b)(6) deposition would include.

Further your affiant sayeth naught.

                /s/ William A. Earnhart
        William A. Earnhart, ASBA 9411099

SBSCRIBED AND SWORN TO before me this 24th day of May, 2006.

                Dorothy J. Pree
        Notary Public in and for the State of Alaska
        My commission expires:    4/27/09

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**CERTIFICATE OF SERVICE**
I certify that on May 24, 2006, a copy
of the foregoing was served electronically on:

COOKE, ROOSA AND VALCARCE LLC
Box 409
Bethel, AK 99559-0409
(Attorneys for Plaintiff)

Margaret Simonian, Esq.
FRIEDMAN, RUBIN & WHITE
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218
(Attorneys for Plaintiff)

Richard Friedman, Esq.
FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, WA 98337-3218
(Attorneys for Plaintiff)

Cynthia L. Ducey, Esq.
DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
1007 W. 3rd Ave., Ste 400
Anchorage, AK 99501-1936
(Attorneys for Defendant/Third Party Plaintiff)

    /s/ William A. Earnhart
117951.0003/155247.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Affidavit of William A. Earnhart**
*Virtue v. Bethel Group Home, Inc. v. Trust Mark, et al.* (Case No.F05-021- CI (RRB))    Page 3 of 3