William A. Earnhart, ASBA No. 9411099
LANE POWELL LLC
301 West Northern Lights Blvd., Ste 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631
earnhartw@lanepowell.com
Attorneys for Third Party Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,<br><br>               Plaintiff,<br><br>v.<br><br>BETHEL GROUP HOME, INC.,<br><br>               Defendant.<br><br>BETHEL GROUP HOME, INC.,<br><br>               Third Party Plaintiff,<br><br>v.<br><br>TRUSTMARK INSURANCE COMPANY; TRUSTMARK LIFE INSURANCE COMPANY; EMPLOYEE WELFARE BENEFIT PLAN SM46761e0001 (The Plan); AND STARMARKETING AND ADMINISTRATION, INC.,<br><br>               Third Party Defendants. | Case No. F05-021 CI (RRB)<br><br><br><br><br><br><br><br>**ERRATA<br>TO REPLY TO OPPOSITION TO<br>MOTION TO QUASH SUBPOENA** |

Third-Party Defendants file this Errata To Reply To Opposition To Motion To Quash Subpoena (Docket No. 34) to include language inadvertently omitted by inserting the following on Page 2, third paragraph, sixth line, immediately following the words " . . . followed up on.":

> *See*, this Court's June 1, 2005, Minute Order From Chambers, Docket No. 31 in F05-0006 CV (RRB) (plaintiff Virtue has no colorable claim to vested benefits.)

DATED this 24th day of May, 2006.

        LANE POWELL LLC
        Attorneys for Third Party Defendants

By  /s/ William A. Earnhart
    William A. Earnhart
    LANE POWELL LLC
    301 West Northern Lights Blvd. Suite 301
    Anchorage, Alaska  99503-2648
    Telephone: 907.277.9511
    Facsimile:   907.276.2631
    earnhartw@lanepowell.com
    ASBA No. 9411099

**CERTIFICATE OF SERVICE**
I certify that on May 24, 2006, a copy of the foregoing was served electronically on:

COOKE, ROOSA AND VALCARCE LLC
Box 409
Bethel, AK 99559-0409
(Attorneys for Plaintiff)

Margaret Simonian, Esq.
FRIEDMAN, RUBIN & WHITE
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218
(Attorneys for Plaintiff)

Richard Friedman, Esq.
FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, WA 98337-3218
(Attorneys for Plaintiff)

Cynthia L. Ducey, Esq.
DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
1007 W. 3rd Ave., Ste 400
Anchorage, AK 99501-1936
(Attorneys for Defendant/Third Party Plaintiff)

  /s/ William A. Earnhart
117951.0003/155258.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Errata To Reply To Opposition To Motion To Quash Subpoena**
*Virtue v. Bethel Group Home, Inc. v. Trust Mark, et al.* (Case No. F05-021- CI (RRB))   Page 2 of 2