William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Third-Party Defendant Trustmark Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BETHEL GROUP HOME, INC., ) <br> ) <br> Defendant. ) <br> <br> BETHEL GROUP HOME, INC., ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRUSTMARK INSURANCE COMPANY; ) <br> TRUSTMARK LIFE INSURANCE COMPANY; ) <br> EMPLOYEE WELFARE BENEFIT PLAN ) <br> SM46761e0001 (The Plan); AND ) <br> STARMARKETING AND ADMINISTRATION, ) <br> INC., ) <br> ) <br> Third-Party Defendants. ) | **MOTION TO COMPEL** <br><br> Case No. 4:05-cv-021-RRB |

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

## MOTION TO COMPEL

Third-Party Defendant Trustmark Insurance Company, by and through counsel, Richmond & Quinn, and pursuant to Civil Rule 26 and 37, hereby moves this court to compel Third-Party Plaintiff, Bethel Group Home, to make company officer Ken Alexander available for deposition. This motion is supported by the attached affidavit of counsel.

DATED this 31st day of July, 2006, at Anchorage, Alaska.

        RICHMOND & QUINN
        Attorneys for Third-Party
        Defendant, Trust Insurance Co.


    By:  s/ William A. Earnhart
       RICHMOND & QUINN, PC
       360 "K" Street, Suite 200
       Anchorage, Alaska 99501
       Ph: (907) 276-5727
       Fax: (907) 276-2953
       wearnhart@richmondquinn.com
       Alaska Bar. No. 9411099

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT TRUSTMARK'S MOTION TO COMPEL
VIRTUE v. BETHEL GROUP HOME v. TRUSTMARK INS., CASE NO. 4:05-cv-021-RRB
PAGE 2 OF 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically this 31st day of July, 2006 to:

Jim J. Valcarce
COOK ROOSA & VALCARCE
Box 409
Bethel, AK 99559-0409

Richard Friedman
FRIEDMAN RIBIN & WHITE
1126 Highland Ave.
Bremerton, WA 98337-3218

Margaret Simonian
FRIEDMAN RUBIN & WHITE
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218

Cynthia L. Ducey
DELANEY WILES HAYES GERETY ELLIS & YOUNG
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1936

        /s/ William A. Earnhart
        RICHMOND & QUINN

2241\001\PLD\COMPEL (MOTION)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953