William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Third-Party Defendant Trustmark Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE, | ) |
|  | ) |
|        Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| BETHEL GROUP HOME, INC., | ) |
|  | ) |
|        Defendant. | ) |
|  |  |
| BETHEL GROUP HOME, INC., | ) |
|  | ) |
|    Third-Party Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| TRUSTMARK INSURANCE COMPANY; | ) |
| TRUSTMARK LIFE INSURANCE COMPANY; | ) |
| EMPLOYEE WELFARE BENEFIT PLAN | ) |
| SM46761e0001 (The Plan); AND | ) **ORDER** |
| STARMARKETING AND ADMINISTRATION, | ) |
| INC., | ) |
|  | ) Case No. 4:05-cv-021-RRB |
|    Third-Party Defendants. | ) |

## ORDER

This court having considered defendant's motion to compel, and all briefing thereto, finds it well founded.

Bethel Group Home will either make Mr. Alexander available at a mutually convenient date within sixty (60) days or will provide a social security number and contact information to counsel for Trustmark within seven (7) days of this order. Mr. Alexander's social security number and contact information need not be filed with the court and can be kept confidential.

IT IS SO ORDERED.

Dated: _____        _____
                              Judge Beistline
                              U.S. District Court

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically served this 31st day of July, 2006 to:

Jim J. Valcarce  
COOK ROOSA & VALCARCE  
Box 409  
Bethel, AK 99559-0409  

Richard Friedman  
FRIEDMAN RIBIN & WHITE  
1126 Highland Ave.  
Bremerton, WA 98337-3218  

Margaret Simonian  
FRIEDMAN RUBIN & WHITE  
1227 W. 9th Ave., 2nd Floor  
Anchorage, AK 99501-3218  

Cynthia L. Ducey  
DELANEY WILES HAYES GERETY ELLIS & YOUNG  
1007 W. 3rd Ave., Ste. 400  
Anchorage, AK 99501-1936  

_____/s/ William A. Earnhart_____  
     RICHMOND & QUINN

2241\001\PLD\COMPEL (ORDER)

LAW OFFICES  
RICHMOND & QUINN  
A PROFESSIONAL CORPORATION  
360 K STREET, SUITE 200  
ANCHORAGE, ALASKA 99501-2038  
(907) 276-5727  
FAX (907) 276-2953