William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Third-Party Defendant Trustmark Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BETHEL GROUP HOME, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| BETHEL GROUP HOME, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRUSTMARK INSURANCE COMPANY; ) | |
| TRUSTMARK LIFE INSURANCE COMPANY; ) | |
| EMPLOYEE WELFARE BENEFIT PLAN ) | **AFFIDAVIT OF** |
| SM46761e0001 (The Plan); AND ) | **WILLIAM A. EARNHART** |
| STARMARKETING AND ADMINISTRATION, ) | |
| INC., ) | |
| ) | |
| Third-Party Defendants. ) | |
| _____ ) | Case No.  4:05-cv-021-RRB |

## AFFIDAVIT OF WILLIAM A. EARNHART

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

I, WILLIAM A. EARNHART, being first duly sworn, depose and state as follows:

1. Attached is Bethel Group Home's preliminary witness list (Exhibit A) and initial disclosures (Exhibit B) both listing Ken Alexander is to be conducted through Delaney Wiles. Presumably Mr. Alexander is part of the control group and attorney-client privilege applies.

2. Attached also to this affidavit is my correspondence of April 17, 2006 and June 22, 2006 requesting Mr. Alexander be made available for deposition or otherwise be provided contact information (Exhibit C).

3. On April 6 or 7, 2006, while in Ketchikan during the depositions of plaintiff Melissa Virtue, and witness Gigi Pilcher. I inquired of Ms. Ducey as to Mr. Alexander's whereabouts and how he could be contacted. Ms. Ducey claimed that she did not know where Mr. Alexander was. I inquired as to her providing a social security number and

last known address, which she stated she felt she could not do due to privacy concerns.

4. I have attempted to resolve this issue with Ms. Ducey. I have left several phone messages over the last three months, most recently on July 24 and have received no response. Mr. Alexander is a very key witness as he was the point of contact for Ms. Virtue in allegedly providing the insurance application to both Bethel Group Home and later forwarding it on to Trustmark/Starmark. Deposition of M. Virtue at 114 (Exhibit D) and Deposition of P. Janowiec at 130-131 (Exhibit E).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
William A. Earnhart
Alaska Bar. No. 9411099

SUBSCRIBED and SWORN TO before me this 31st day of July, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 5-16-2008

State of Alaska
NOTARY PUBLIC
Karol Young
My Commission Expires May 16, 2008

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

AFFIDAVIT OF WILLIAM A. EARNHART
VIRTUE v. BETHEL GROUP HOME v. TRUSTMARK INS., CASE NO. 4:05-cv-021-RRB
PAGE 3 OF 4

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically this 31st of July, 2006 to:

Jim J. Valcarce
COOK ROOSA & VALCARCE
Box 409
Bethel, AK 99559-0409

Richard Friedman
FRIEDMAN RIBIN & WHITE
1126 Highland Ave.
Bremerton, WA 98337-3218

Margaret Simonian
FRIEDMAN RUBIN & WHITE
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218

Cynthia L. Ducey
DELANEY WILES HAYES GERETY ELLIS & YOUNG
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1936

         /s/ William A. Earnhart
         RICHMOND & QUINN

2241\001\PLD\COMPEL (AFFIDAVIT)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953