Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

RECEIVED
MAR 3 0 2006
LANE POWELL LLC

Attorneys for Bethel Group Home, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BETHEL GROUP HOME, INC., ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> BETHEL GROUP HOME, INC., ) <br> ) <br> Third Party ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TRUSTMARK GROUP HEALTH ) <br> BENEFITS PLAN, through ) <br> TRUSTMARK INSURANCE CO., ) <br> plan underwriter and insurer, ) <br> and STARMARKETING AND ) <br> ADMINISTRATION, INC., aka ) <br> STARMARK, d/b/a Plan Sponsor/ ) <br> Administrator, ) <br> ) <br> Third Party ) <br> Defendants. ) <br> _____ ) | **BETHEL GROUP HOME, INC.'S** <br> **INITIAL DISCLOSURES** <br><br><br> Case No. F05-0021 CV (RRB) |

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Exhibit  B
Page  1  of  2  Pages

Bethel Group Home, Inc. ("BGH"), by and through their attorneys, Delaney Wiles, Inc., makes the following disclosures pursuant to Federal Rule of Civil Procedure (26(a)(1):

**A.   Individuals Likely to Have Discoverable Information:**

1. Aeromed International
   6121 South Airpark Place, Suite 201
   Anchorage, Alaska 99502
   (907) 677-7501

   Aeromed International provided medivac transportation from Bethel/YKHC ER to Anchorage and is expected to testify regarding their emergency flight procedures.

2. A Representative of Alaska Regional Hospital
   2801 DeBarr Road
   Anchorage, Alaska 99508
   (907) 276-1131

   A representative of Alaska Regional Hospital is expected to testify as to the authenticity of the medical records they produced.

3. Alexander, Kenneth
   c/o Delaney Wiles, Inc.
   1007 W. Third Avenue, Suite 400
   Anchorage, Alaska 99501

   Mr. Alexander was an employee of Bethel Group Home, Inc., and may have information relevant to liability, damages, and defenses.

4. Anthes, William H., M.D.
   3528 Tongass Avenue
   Ketchikan, Alaska 99901
   (907) 225-9830

   Dr. Anthes is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding his evaluation, care, and treatment of Ms. Virtue.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Bethel Group Home, Inc.'s
Initial Disclosures
Page 2 of 14
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

Exhibit B
Page 2 of 2 Pages