

WILLIAM A. EARNHART
907.264.3323
earnhartw@lanepowell.com

April 17, 2006

**VIA FACSIMILE ONLY**

Cynthia L. Ducey, Esq.
DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
1007 W. 3rd Avenue, Suite 400
Anchorage, AK 99501-1936

RE: *Virtue v. Bethel Group Home, Inc., et al.*
    Our File No. 117951.0003

Dear Cindy:

When can Ken Alexander be made available for a short (estimated one hour) telephonic deposition? We can notice this in the federal case without service on Mr. Valcarce if you prefer.

Sincerely,

LANE POWELL LLC

William A. Earnhart

WAE:jp
Cc: Stephen.McDaniel, Esq.
117951.0003/154688.1

Exhibit __C__
Page __1__ of __2__ Pages

WWW.LANEPOWELL.COM
T. 907.277.9511
F. 907.276.2631

LANE POWELL LLC
SUITE 301
301 W. NORTHERN LIGHTS BLVD.
ANCHORAGE, ALASKA 99503-2648

LAW OFFICES
ANCHORAGE, AK . OLYMPIA, WA
PORTLAND, OR . SEATTLE, WA
LONDON, ENGLAND

# LAW OFFICES
# Richmond & Quinn
A PROFESSIONAL CORPORATION

LAURA J. EAKES
WILLIAM A EARNHART
KENNETH M. GUTSCH
CRAIG S. HOWARD

360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
TELEPHONE (907) 276-5727
FACSIMILE (907) 276-2953

e-mail: info@richmondquinn.com
www.richmondquinn.com

DANIEL T. QUINN
ROBERT L. RICHMOND
SCOTT A. SCHILLINGER
STACY L. WALKER
MARC G. WILHELM

June 22, 2006

TRANSMITTED VIA FAX & MAIL
277-1331



Cynthia L. Ducey
DELANEY, WILES, HAYES, GERETY,
   ELLIS & YOUNG
1007 W. 3rd Avenue, Suite. 400
Anchorage, Alaska 99501-1936

Re: Virtue v. Bethel Group, et al.
    Case No. 4:05-cv-021
    Our File No. 2241.001

Dear Cindy:

We have on several occasions requested a deposition date for Ken Alexander, who is listed in your disclosures and witness list as attorney-client privilege. Previously you discussed that privilege might not be appropriate, however you have failed to provide an address, phone number and/or social security number so that Mr. Alexander can be reasonably located.

Please provide Mr. Alexander's location and proposed dates for his deposition by June 30, 2006. If we do not hear from you by that time, I will ask the court to compel Mr. Alexander's deposition.

Sincerely,

RICHMOND & QUINN

William A. Earnhart

WAE/ky
2241\001\CORR\DUCEY (FAX&MAIL)

cc: Nickie Nelson

Exhibit C
Page 2 of 2 Pages