IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MELISSA VIRTUE,

Plaintiff,

vs.

BETHEL GROUP HOME, INC.

Defendant.

Case No.F05-021-CI(RRB)

BETHEL GROUP HOME, INC.,

Third Party Plaintiff,

vs.

TRUSTMARK INSURANCE COMPANY; TRUSTMARK LIFE INSURANCE COMPANY; EMPLOYEE WELFARE BENEFIT PLAN SM46761E001 (The Plan) and STARMARKETING and ADMINISTRATION, INC.,

Third Party Defendants

RECEIVED
MAY 03 2006
LANE POWELL LLC

VIDEOTAPED DEPOSITION

OF

MELISSA VIRTUE

9:07 a.m.
April 7, 2006
SEAK Professional Services, LLC
2415 Hemlock Street Suite 104
Ketchikan, Alaska 99901

SEAK Professional Services, LLC

A .....the next day.
Q And did you have any discussion with him about it?
A We did. We actually sat down and reviewed the application in full.
Q Okay, and tell me what you remember about that.
A Basically, we went through each question.
Q Okay, and what did he say as he went through it?
A I am sorry, what do you mean?
Q Well, I -- as best you can recall, please recount the conversation that you had with him as he went over the application.
A We just -- we looked at each question to make sure that I had answered it.
Q Okay. Do you remember anything he said?
A No.
Q Okay. So then, when the review of the application was complete, then what happened?
A He said he would send it in.
Q Did he say anything else in that conversation?
A I am unsure.
Q So, you were in his office when you reviewed the application together?
A Yes, I was.
Q Okay, and was he sitting behind his desk?
A Yeah.

111

Q And were you sitting in front of the desk?
A No, I was sitting in a chair right next to him.....
Q Right next to him, okay.
A .....looking at the paper.
Q So, you could both look at.....
A Correct.
Q .....the application right side up at the same time?
A Correct.
Q Okay, and tell me on -- we are looking at the employee enrollment form, which is Exhibit 3, and it starts at document 128 -- what portions of it you completed.
A I am sorry?
Q What portions of the application did you complete?
A I had asked about the group name and the group number, and I was unsure that I was not supposed to fill that out, that that was their responsibility to fill out. I filled out the whole top portion. Pretty much this whole to -- this whole first page I filled out, and we reviewed it, so.....
Q Okay.
A And the second page -- I am sorry, I have to read through it just to make sure. I am pretty su -- I filled out this last page also - the second page.
Q Okay, which is document number 129?

112

A And we reviewed it.
Q Okay. How about the next page?
A Correct. I did fill this out until it gets to the waiver of coverage. I did not fill that out.
Q Okay. Do you know who did?
A I do not know who changed -- who -- or who -- I don't know how that was checked off.
Q Okay. When you were sitting.....
A I did not do that.
Q Okay. When you were sitting with Paul, did he make those checks?
A I am sure he did not do it while I was in there because I am sure I would have said something.
Q It would have clearly been a mistake as far as you were concerned, right?
A Because I had been asking about insurance.
Q Right.
A Yes, I wanted insurance.
Q Did you have any reason to believe, from sitting with Paul, that he misunderstood whether you wanted coverage or not?
A No, I think he knew that I wanted insurance because I had spoken to him about it.
Q Sure, and did you have any reason to believe that he would mark these boxes intentionally in order to

113

deprive you of coverage?
A I can't say how those checkmarks got there.
Q Okay.
A I have -- I have no.....
Q So, it may have been simply an error by somebody?
A Yes.
Q Okay.
A It would have had to be somebody that had access to this paperwork, though. I don't know who.
11:52:57
Q Okay. So, the possibilities are anybody in the BGH office, right?
A It would only be the business director and Paul.
Q Right, was Mr......
A The executive director, I am sorry.
Q Okay, and Mr. Alexander was working there at the time too, right?
A The business office -- he worked in the business office.....
Q Yes.
A .....correct.
Q Well, he in fact forwarded your application, right?
A I believe there was this note.
Q Okay.
MR. EARNHART: I am going to object on foundation.

114