Page 1

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT BETHEL

MELISSA VIRTUE, )
)
    Plaintiff, )
)
v. )
)
BETHEL GROUP HOME INC., )
)
    Defendant. )
_____ )



Case No. 4BE-04-19 Civil

VIDEOTAPE DEPOSITION OF PAUL JANOWIEC
Pages 1 through 248, Inclusive
Taken: Thursday, December 2, 2004
Place: Juneau, Alaska

Exhibit E
Page 1 of 3 Pages

Paul Janowiec * 12-2-2004
Virtue v. Bethel Group Home, Inc. * 4BE-04-19

Page 127

1  A.  Well, everybody has different -- I mean,
2  there's different things in their resume -- you
3  know, some people have a resume; some people don't.
4  I mean, so there are documents --
5  Q.  Okay.  You said at the end of the 90-day
6  introductory period that there is often an
7  evaluation --
8  A.  Yes.
9  Q.  -- of the employee?
10  A.  Yes.  That's what policy prescribes.
11  Q.  Okay.  Is that evaluation reduced to
12  writing?
13  A.  Usually, yeah.
14  Q.  Okay.  And would that be in her
15  personnel file?
16  A.  Could -- yeah, it should be.
17  Q.  Okay.  If she had put anything in
18  writing requesting coverage under the health
19  insurance plan, would that be in her personnel file?
20  A.  Probably.  I mean, if she had done that.
21  Q.  Okay.  And I'm just trying to --
22  A.  Right.  I know --
23  Q.  -- see what kinds of things are in her
24  file.
25  A.  Anything that has to do with the

Page 128

1  employee, you know, is generally in there.
2  Q.  Okay.
3  A.  You know, I don't know what was the
4  general practice of the business manager or
5  bookkeeper or whatever in terms of making copies of
6  things, you know, but I -- you know, probably they
7  should have --
8  Q.  Okay.
9  A.  -- made copies of stuff.  I mean, when
10  documents that originated from BGH, you know, were
11  copied in there.
12  Q.  Okay.
13      MR. COOKE:  Item to mark as Exhibit
14  8, consisting of about five pages.
15      MR. FAYETTE:  Counsel, can I make a
16  suggestion?
17      MR. COOKE:  Sure.
18      THE REPORTER:  Can we go off record
19  for just a moment?
20      (Off record)
21      (Exhibits 8A and 8B duly marked)
22      THE REPORTER:  We're back on the
23  record following a brief break.  It's 1:42 p.m.  You
24  may proceed.
25      MR. COOKE:  Yes.  Thank you.

Page 129

1  BY MR. COOKE:
2  Q.  Mr. Janowiec, I have marked an item as
3  Exhibit 8A and Exhibit 8B.  It has Bates stamp
4  number 10027 on 8A and 10028 through 10031 on 8B.
5  Item 8B is a four-page document.
6      First of all, have you seen this
7  before?
8  A.  I have never seen this cover letter
9  before.
10  Q.  You have never seen 8A before?
11  A.  Well, I saw it because my attorney
12  showed it to me the other day, yesterday, and that
13  was the first time I'd ever seen it.
14  Q.  Okay.  What about 8B?  Have you ever
15  seen that before?
16  A.  Yes.
17  Q.  The title of this four-page document is
18  "Employee Enrollment Form"?
19  A.  Yes.  Yes.  I assume that -- yes.  I
20  assume that this is a copy of the application that
21  Melissa made.
22  Q.  You assume it is?
23  A.  Yeah.
24  Q.  Well, have you seen the document before,
25  you know, completed as this one is?

Page 130

1  A.  Yeah.  Yeah.  I mean -- yes.
2  Q.  Did you see it in the course of your
3  work as executive director of the Bethel Group Home?
4  A.  I -- it was in my possession and, you
5  know, I didn't read it probably, you know, word for
6  word, line for line.  I mean, I just kind of -- just
7  like I'm doing right now.  I mean, I probably, you
8  know, looked through it about like that, you know,
9  just to scan it, I mean, to see that it was -- yup,
10  that's an application for insurance --
11  Q.  Okay.
12  A.  -- filled out, you know, by Melissa.
13  Q.  Okay.  Well, I guess I won't ask you
14  anything about 8A if you haven't seen it before,
15  although it -- well, I will ask you a question about
16  it.
17      It appears to be what I would
18  characterize as a cover letter to -- on group home
19  stationary dated April 17, 2002, addressed to a
20  name, Starmark, and then signed by -- or his typed
21  name, Kenneth Alexander, and some initials above
22  that.
23      So, first of all, Kenneth
24  Alexander -- what was his position with the group
25  home on April 17, 2002?

34 (Pages 127 to 130)

Page 131

1 A. I -- I don't know. He was either a
2 temporary bookkeeper or the bookkeeper. I don't
3 know if he had moved from being a temporary to
4 full-time status at that time. But he was -- he was
5 functionally the bookkeeper, and functionally, you
6 know -- and as I said, different people occupied
7 that job had different titles, but the
8 responsibilities were pretty much the same. He was,
9 you know, sort of the business manager, or the
10 operations manager at one time that position was
11 called. So, you know, they handled basically the
12 books and personnel matters.
13 Q. So he held the slot of business manager
14 even if he may not have had that exact title?
15 A. Yes.
16 Q. There wasn't also another person who
17 was --
18 A. No. No.
19 Q. -- titled business manager at that time?
20 A. No. No. That would be way too much
21 administration.
22 Q. Okay. And what is Starmark?
23 A. I guess they were the -- they're the
24 insurance company that we had.
25 Q. You guess they were?

Page 132

1 A. Yeah, they were. They were. Starmark
2 was -- you know, the reason I'm saying that is
3 because I don't know if it was -- I guess it was
4 Starmark that -- they stopped being an insurance
5 company operating in the state of Alaska. And so we
6 had to -- you know, I mean, maybe they were the ones
7 that we took -- I think Starmark was the ones that
8 started. There was another previous insurance
9 company that had stopped operating in Alaska, and so
10 we had to change coverage. And so we went to
11 Starmark, I guess. I mean, I forgot what the name
12 of the first insurance company was, but they were
13 the insurance provider.
14 Q. This was the company through whom Bethel
15 Group Home provided health insurance benefits to its
16 employees?
17 A. Yes. At that date.
18 Q. Okay. And you mentioned a changeover in
19 insurance companies that sometimes -- I mean, you
20 referred to it in a general way in saying --
21 A. Yes.
22 Q. -- that it was this company, and before
23 it was somebody else. They might not have been
24 doing business in Alaska anymore and so forth. How
25 did you get health insurance coverage for your

Page 133

1 employees? How did you arrange that -- "you"
2 meaning the group home?
3 A. A new -- new carrier, you mean?
4 Q. At any time, how did you go about
5 getting that health insurance coverage for your
6 employees?
7 A. I believe that the orig -- the health
8 insurance when I arrived, we had -- there was an
9 insurance broker that was making arrangements for
10 our -- all the insurance, you know, commercial
11 insurance and that sort of thing.
12 Q. Uh-huh.
13 A. And so that person, then, that broker --
14 Willis I guess was their name -- they had knowledge
15 about, you know, insurance. And so they would, you
16 know, provide us the names of various insurance
17 carriers, you know, underwriters, and, you know,
18 they -- I mean, how we arrived at Starmark, I think
19 they -- you know, various insurance -- you know,
20 gave us information about what they -- its product,
21 you know, and what they had available and at what
22 cost.
23 And so, you know, we then surveyed
24 employees, you know, what coverage they wanted, you
25 know, and what -- we looked at what coverage we

Page 134

1 could afford, and we arrived at, you know, I mean,
2 this particular underwriter and at whatever, you
3 know, insurance coverage that we then were buying.
4 So it was -- it basically -- the
5 basic recommendation for who to look at, as I
6 recall, came through our broker that we had
7 initially that was involved with -- with the group
8 home.
9 Q. Okay. So when you needed insurance for
10 the group home, you didn't call up insurance
11 companies. You went through a broker?
12 A. Yes.
13 Q. Okay. And I assume the group home had
14 various kinds of insurance --
15 A. Yes.
16 Q. -- needs? You had a building you had to
17 get insurance for. You had employees that you
18 needed health coverage for, correct?
19 A. Yes.
20 Q. Workers' Comp. coverage for them?
21 A. Yes. I think the Workers' Comp. might
22 have been a separate broker. I'm not sure, though.
23 Q. Okay. But in 2002, spring of 2002, who
24 was the insurance broker that you used to find
25 insurance?