William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Third-Party Defendant Trustmark Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BETHEL GROUP HOME, INC.,<br><br>　　　　　Defendant.<br><br>BETHEL GROUP HOME, INC.,<br><br>　Third-Party Plaintiff,<br><br>　v.<br><br>TRUSTMARK INSURANCE COMPANY;<br>TRUSTMARK LIFE INSURANCE COMPANY;<br>EMPLOYEE WELFARE BENEFIT PLAN<br>SM46761e0001 (The Plan); AND<br>STARMARKETING AND ADMINISTRATION,<br>INC.,<br><br>　　Third-Party Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>NOTICE OF FILING PROPOSED<br>ORDER<br><br><br><br><br><br>Case No. 4:05-cv-021-RRB |

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

## NOTICE OF FILING PROPOSED ORDER

Third-Party Defendant, Trustmark Insurance Company, filed a Proposed Order to its Motion to Compel at docket number 38 on July 31, 2006. Due to a system interface error this Order did not link to the Motion to Compel and was filed at docket number 39. It is my understanding this docket number will be deleted. The Proposed Order is linked to this notice.

DATED this 31st day of July, 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Third-Party
Defendant, Trust Insurance Co.


By: ___s/ William A. Earnhart___
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com
Alaska Bar. No. 9411099

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 31st day of July, 2006 to:

Jim J. Valcarce
COOK ROOSA & VALCARCE
Box 409
Bethel, Alaska 99559-0409

Margaret Simonian
FRIEDMAN RUBIN & WHITE
1227 W. 9th Ave., 2nd Floor
Anchorage, Alaska 99501-3218

Richard Friedman
FRIEDMAN RIBIN & WHITE
1126 Highland Ave.
Bremerton, WA 98337-3218

Cynthia L. Ducey
DELANEY WILES HAYES GERETY ELLIS & YOUNG
1007 W. 3rd Ave., Ste. 400
Anchorage, Alaska 99501-1936


         /s/ William A. Earnhart
            RICHMOND & QUINN

2241\001\PLD\NOTICE

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

VIRTUE v. BETHEL GROUP HOME v. TRUSTMARK INS., CASE NO. 4:05-cv-021-RRB
PAGE 3 OF 3