William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Third-Party Defendant Trustmark Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,                          )<br>                                          )<br>            Plaintiff,                   )<br>                                          )<br>    v.                                    )<br>                                          )<br>BETHEL GROUP HOME, INC.,                  )<br>                                          )<br>            Defendant.                   )<br>                                          )<br>BETHEL GROUP HOME, INC.,                  )<br>                                          )<br>    Third-Party Plaintiff,                )<br>                                          )<br>    v.                                    )<br>                                          )<br>TRUSTMARK INSURANCE COMPANY;              )<br>TRUSTMARK LIFE INSURANCE COMPANY;         )<br>EMPLOYEE WELFARE BENEFIT PLAN             )<br>SM46761e0001 (The Plan); AND              )<br>STARMARKETING AND ADMINISTRATION,         )<br>INC.,                                     )<br>                                          )<br>    Third-Party Defendants.               )<br>_____) | **ORDER**<br><br>Case No. 4:05-cv-021-RRB |

## ORDER

This court having considered defendant's motion to compel, and all briefing thereto, finds it well founded.

Bethel Group Home will either make Mr. Alexander available at a mutually convenient date within sixty (60) days or will provide a social security number and contact information to counsel for Trustmark within seven (7) days of this order. Mr. Alexander's social security number and contact information need not be filed with the court and can be kept confidential.

IT IS SO ORDERED.

Dated: _____        _____
                                Judge Beistline
                                U.S. District Court

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically served this 31st day of July, 2006 to:

Jim J. Valcarce
COOK ROOSA & VALCARCE
Box 409
Bethel, AK 99559-0409

Richard Friedman
FRIEDMAN RIBIN & WHITE
1126 Highland Ave.
Bremerton, WA 98337-3218

Margaret Simonian
FRIEDMAN RUBIN & WHITE
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218

Cynthia L. Ducey
DELANEY WILES HAYES GERETY ELLIS & YOUNG
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1936

/s/ William A. Earnhart
RICHMOND & QUINN

2241\001\PLD\COMPEL (ORDER)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953