EXHIBIT INDEX
MOTION TO COMPEL

A. ORDER DISPOSTING OF DISCOVERY REQUESTS DATED 12-23-04

B. BGH'S INITIAL DISCLOSURES

C. AFFIDAVIT OF CYNTHIA L. DUCEY

D. VIRTUE DEPOSITION

E. TRUSTMARK'S NOTICE OF FILIGN STATE COURT RECORD

F. ALEXNADER DISCHARGE

G. JANOWIEC DEPOSITION

H. SUPERIOR COURT INDICTMENT

I. FEDERAL COURT JUDGMENT

J. ALEXANDER'S PRIOR CONVICTIONS

120693