Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

Attorneys for Bethel Group Home, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BETHEL GROUP HOME, INC.,<br><br>　　　　Defendant.<br>_____<br><br>BETHEL GROUP HOME, INC.,<br><br>　　　　Third Party<br>　　　　Plaintiff,<br><br>　vs.<br><br>TRUSTMARK GROUP HEALTH<br>BENEFITS PLAN, through<br>TRUSTMARK INSURANCE CO.,<br>plan underwriter and insurer,<br>and STARMARKETING AND<br>ADMINISTRATION, INC., aka<br>STARMARK, d/b/a Plan Sponsor/<br>Administrator,<br><br>　　　　Third Party<br>　　　　Defendants.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**BETHEL GROUP HOME, INC.'S<br>INITIAL DISCLOSURES**<br><br><br><br><br><br><br>Case No. F05-0021 CV (RRB) |

EXHIBIT B
Page 1 of 14

Bethel Group Home, Inc. ("BGH"), by and through their attorneys, Delaney Wiles, Inc., makes the following disclosures pursuant to Federal Rule of Civil Procedure (26(a)(1):

**A.    Individuals Likely to Have Discoverable Information:**

    1.    Aeromed International
        6121 South Airpark Place, Suite 201
        Anchorage, Alaska  99502
        (907) 677-7501

Aeromed International provided medivac transportation from Bethel/YKHC ER to Anchorage and is expected to testify regarding their emergency flight procedures.

    2.    A Representative of Alaska Regional Hospital
        2801 DeBarr Road
        Anchorage, Alaska 99508
        (907) 276-1131

A representative of Alaska Regional Hospital is expected to testify as to the authenticity of the medical records they produced.

    3.    Alexander, Kenneth
        c/o Delaney Wiles, Inc.
        1007 W. Third Avenue, Suite 400
        Anchorage, Alaska  99501

Mr. Alexander was an employee of Bethel Group Home, Inc., and may have information relevant to liability, damages, and defenses.

    4.    Anthes, William H., M.D.
        3528 Tongass Avenue
        Ketchikan, Alaska 99901
        (907) 225-9830

Dr. Anthes is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding his evaluation, care, and treatment of Ms. Virtue.

..NEY WILES, INC.
SUITE 400
WEST 3RD AVENUE
HORAGE, ALASKA
07) 279-3581

Bethel Group Home, Inc.'s
Initial Disclosures
Page 2 of 14
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

EXHIBIT B
Page 2 of 14

5.    Baurick, Jeff M.D.
      Alaska Regional Hospital
      2801 DeBarr Road
      Anchorage, Alaska 99508
      (907) 276-1131

Dr. Baurick is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding his evaluation, care, and treatment of Ms. Virtue.

6.    Beacham, Sherman M.D.
      Alaska Regional Diagnostic Imaging
      2801 DeBarr Road
      Anchorage, Alaska 99508
      (907) 264-1244

Dr. Beacham is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding his evaluation, care, and treatment of Ms. Virtue.

7.    A representative of Bethel Family Clinic
      P.O. Box 1908
      Bethel, Alaska 99559-1908
      (907) 543-3773

A representative of Bethel Family Clinic is expected to testify as to the authenticity of the medical records they produced.

8.    Boga, Jean RN ANP
      Alaska Regional Hospital
      2801 DeBarr Road
      Anchorage, Alaska 99508
      (907) 276-1131

Ms. Boga is one of the plaintiff's treating healthcare providers and is expected to testify and provide opinions regarding her evaluation, care, and treatment of Ms. Virtue.

9.    Canuso, Samantha
      103 Timberline Drive
      Douglasville, PA 19518

Ms. Canuso is plaintiff's sister and may have information regarding the plaintiff's claimed damages.

NEY WILES, INC.
SUITE 400
WEST 3RD AVENUE
HORAGE, ALASKA
)07) 279-3581

Bethel Group Home, Inc.'s
Initial Disclosures
Page 3 of 14
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

EXHIBIT  B
Page 3 of 14

10.    A Representative of Carrs Pharmacies
       6401 A Street
       Anchorage, Alaska 99518
       (907) 339-7792

A representative of Carrs Pharmacies is expected to testify as to the authenticity of the pharmacy records they produced.

11.    Condit, Charity
       c/o Delaney Wiles, Inc.
       1007 W. 3rd Avenue, Suite 400
       Anchorage, Alaska 99501
       (907) 279-3581

Ms. Condit was an employee of Bethel Group Home and may have information about liability and damages.

12.    Counts, Wynd M.D.
       Women's Care of Alaska
       2741 DeBarr Road, C-314
       Anchorage, Alaska 99508
       (907) 279-2273

Dr. Counts is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding her evaluation, care, and treatment of Ms. Virtue.

13.    Cruz, Brad M.D.
       Alaska Regional Hospital
       2801 DeBarr Road
       Anchorage, Alaska 99508
       (907) 276-1131

Dr. Cruz is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding his evaluation, care, and treatment of Ms. Virtue.

14.    Downs, Mary M.D.
       Neurological Consultants of Alaska
       2741 DeBarr Road, Suite 413
       Anchorage, Alaska 99508
       (907) 277-1632

NEY WILES, INC.
SUITE 400
WEST 3RD AVENUE
ORAGE, ALASKA
07) 279-3581

Bethel Group Home, Inc.'s
Initial Disclosures
Page 4 of 14
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)


EXHIBIT
Page 4 of 14

Dr. Mary Downs is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding her evaluation, care, and treatment of Ms. Virtue.

15.   Downs, Wayne S. M.D.
      Neurological Consultants of Alaska
      2741 DeBarr Road, Suite 413
      Anchorage, Alaska 99508
      (907) 277-1632

Dr. Wayne Downs is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding his evaluation, care, and treatment of Ms. Virtue.

16.   Edvall, Jaye R.N. EMT P
      Aeromed International
      6121 South Airpark Place, Suite 201
      Anchorage, Alaska 99502
      (907) 677-7501

Ms. Edvall is one of the plaintiff's treating healthcare providers and is expected to testify and provide opinions regarding her evaluation, care, and treatment of Ms. Virtue.

17.   Gregory, Penny
      Claims Office
      Trustmark/Starmark Insurance Company
      400 Field Drive
      Lake Forest, Illinois 60045
      (847) 283-4136

Ms. Gregory is a supervisor in the claims office and is expected to testify regarding claims procedures.

18.   Handler, Holly
      Assistant Public Defender
      Box 10
      Bethel, Alaska 99559

Ms. Handler was present during conversations between Kenneth Alexander and counsel for plaintiff and counsel for defendant and may have information relevant to liability, damages, and defenses.

NEY WILES, INC.
SUITE 400
WEST 3RD AVENUE
CHORAGE, ALASKA
07) 279-3581

Bethel Group Home, Inc.'s
Initial Disclosures
Page 5 of 14
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

EXHIBIT B
Page 5 of 14

19.   A Representative of Island Pharmacy
      3526 Tongass Avenue
      Ketchikan, Alaska 99901
      (907) 225-6186

   A representative of Island Pharmacy is expected to testify
as to the authenticity of the pharmacy records they produced.

20.   Janowiec, Paul
      c/o Delaney Wiles, Inc.
      1007 W. 3rd Avenue, Suite 400
      Anchorage, Alaska 99501
      (907) 279-3581
      **Attorney-Client Privilege**

   Mr. Janowiec was the Executive Director of Bethel Group
Home, Inc., and will have information relevant to liability,
damages, and defenses.

21.   Johnson, David E., M.D.
      Ketchikan Medical Clinic
      3612 Tongass Avenue
      Ketchikan, Alaska 99901
      (907) 225-5144

   Dr. Johnson is one of the plaintiff's treating physicians
and is expected to testify and provide opinions regarding his
evaluation, care, and treatment of Ms. Virtue.

22.   Johnson, Yolanda
      Trustmark/Starmark Insurance Company
      400 Field Drive
      Lake Forest, Illinois 60045
      (847) 283-4136

   Ms. Johnson is an employee in the administrative office and
is expected to testify regarding group insurance enrollment
procedures.

23.   Kaehler, Mark M.D.
      Ketchikan General Hospital
      3100 Tongass Avenue
      Ketchikan, Alaska 99901

.NEY WILES, INC.
SUITE 400
WEST 3RD AVENUE
HORAGE, ALASKA
(07) 279-3581

EXHIBIT D
Page 6 of 14

(907) 255-5171

Dr. Kaehler is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding his evaluation, care, and treatment of Ms. Virtue.

24.  Kane, Justine
     Trustmark/Starmark Insurance Company
     400 Field Drive
     Lake Forest, Illinois 60045
     (847) 283-4136

Ms. Kane is an employee in the administrative office and is expected to testify regarding group insurance enrollment procedures.

25.  Kassman, Jaimie L.
     P.O. Box 2315
     Bethel, Alaska 99559
     (907) 543-3973

Mr. Kassman was an employee of Bethel Group Home, Inc., and may have information about liability and damages.

26.  Kirby, Scott L. MICP
     Aeromed International
     6121 South Airpark Place, Suite 201
     Anchorage, Alaska 99502
     (907) 677-7501

Mr. Kirby is one of the plaintiff's treating healthcare providers and is expected to testify and provide opinions regarding his evaluation, care, and treatment of Ms. Virtue.

27.  Lannoye, Robert
     c/o Delaney Wiles, Inc.
     1007 W. 3rd Avenue, Suite 400
     Anchorage, Alaska 99501
     (907) 279-3581
     **Attorney-Client Privilege**

Mr. Lannoye was plaintiff's supervisor and may have information about liability and damages.

.NEY WILES, INC.
SUITE 400
WEST 3RD AVENUE
ANCHORAGE, ALASKA
(07) 279-3581

Bethel Group Home, Inc.'s
Initial Disclosures
Page 7 of 14
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)


EXHIBIT B
Page 7 of 14

28.  Larsen, Else'e ANP
     Bethel Family Clinic
     P.O. Box 1908
     Bethel, Alaska 99559-1908
     (907) 543-3773

Ms. Larson is one of the plaintiff's treating healthcare providers and is expected to testify and provide opinions regarding her evaluation, care, and treatment of Ms. Virtue.

29.  Lewis, Lester M.D.
     Alaska Regional Hospital
     2801 DeBarr Road
     Anchorage, Alaska 99508
     (907) 276-1131

Dr. Lewis is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding his evaluation, care, and treatment of Ms. Virtue.

30.  Liljegren, Diane M.D.
     Ketchikan Medical Clinic
     3612 Tongass Avenue
     Ketchikan, Alaska 99901
     (907) 225-5144

Dr. Liljegren is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding her evaluation, care, and treatment of Ms. Virtue.

31.  Lykins, Tami
     Trustmark/Starmark Insurance Company
     400 Field Drive
     Lake Forest, Illinois 60045
     (847) 283-4136

Ms. Lykins, Tami is an employee in the actuarial office and is expected to testify regarding insurance claims and billing procedures.

32.  Melendez, Melissa
     Trustmark/Starmark Insurance Company
     400 Field Drive
     Lake Forest, Illinois 60045
     (847) 283-4136

.NEY WILES, INC.
SUITE 400
WEST 3RD AVENUE
HORAGE, ALASKA
07) 279-3581

Bethel Group Home, Inc.'s
Initial Disclosures
Page 8 of 14
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)



Ms. Melendez is an employee in the administrative office and is expected to testify regarding group insurance enrollment procedures.

33.  Meloche, Richard M.D.
     Ketchikan Medical Clinic
     3612 Tongass Avenue
     Ketchikan, Alaska 99901
     (907) 225-5144
     (907) 247-0920 (fax)

Dr. Meloche is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding his evaluation, care, and treatment of Ms. Virtue.

34.  Pankow, Andrew M.D.
     Ketchikan Medical Clinic
     3612 Tongass Avenue
     Ketchikan, Alaska 99901
     (907) 225-5144
     (907) 247-0920 (fax)

Dr. Pankow is one of the plaintiff's treating physicians and is expected to testify consistent with his evaluation, care, and treatment of Ms. Virtue.

35.  Pearson, Sarah
     P.O. Box 2149
     Bethel, Alaska 99559
     (907) 543-1984

Ms. Pearson was an employee of Bethel Group Home, Inc., and may have information about liability and damages.

36.  Pilcher, Gigi
     2749 3rd Avenue
     Ketchikan, Alaska 99901
     (907) 225-6734

Ms. Pilcher was plaintiff's supervisor at WISH. She may have information relevant to liability and damages.

.ANEY WILES, INC.
SUITE 400
7 WEST 3RD AVENUE
CHORAGE, ALASKA
(907) 279-3581

Bethel Group Home, Inc.'s
Initial Disclosures
Page 9 of 14
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

EXHIBIT B
Page 9 of 14

37.   Shaffer, George E. D.M.D.
      306 Main Street, Suite 202
      Ketchikan, Alaska 99901
      (907) 225-9439

    Dr. Shaffer is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding his evaluation, care, and treatment of Ms. Virtue.

38.   Smith, Marjorie M.D.
      Susitna Neurology
      2741 DeBarr Road, Suite 414
      Anchorage, Alaska 99508
      (907) 345-1718

    Dr. Smith is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding her evaluation, care, and treatment of Ms. Virtue.

39.   Smith-Harrison, Donna M.D.
      3524 Tongass Avenue
      Ketchikan, Alaska 99901
      (907) 225-6688

    Dr. Smith-Harrison is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding her evaluation, care, and treatment of Ms. Virtue.

40.   Snyder, Jeanne M.D.
      Ketchikan Medical Clinic
      3612 Tongass Avenue
      Ketchikan, Alaska 99901
      (907) 225-5144

    Dr. Snyder is one of the plaintiff's treating physicians and is expected to testify and provide opinions regarding her evaluation, care, and treatment of Ms. Virtue.

41.   A Representative of TransCare Medical Services, Inc.
      521 W. 41st Avenue, Suite 101
      Anchorage, Alaska 99503
      (907) 562-3534

    TransCare Medical Services, Inc., provided ground transportation to the plaintiff from Stevens Anchorage

NEY WILES, INC.
SUITE 400
WEST 3RD AVENUE
ANCHORAGE, ALASKA
(07) 279-3581

Bethel Group Home, Inc.'s
Initial Disclosures
Page 10 of 14
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)



EXHIBIT B
Page 10 of 14

International Airport to Alaska Regional Hospital and is expected to testify regarding their assessment and care of Ms. Virtue.

42.     Representatives of Trustmark/Starmark Insurance Co.
        400 Field Drive
        Lake Forest, Illinois 60045
        (847) 283-4136

May have information relevant to liability, damages, and defenses.

43.     30(b)(6) Designees of Trustmark/Starmark Insurance
        Company
        400 Field Drive
        Lake Forest, Illinois 60045
        (847) 283-4136

May have information relevant to liability, damages, and defenses.

44.     Virtue, Melissa
        c/o Cooke, Roosa & Valcarce
        900 Third Avenue
        P.O. Box 409
        Bethel, Alaska 99559
        (907) 543-2744

Ms. Virtue is the plaintiff in this matter.

45.     Virtue, Richard
        110 Joseph Lonsway Drive, Apt. A
        Clayton, N.Y. 13624

Richard Virtue is plaintiff's brother and may have information regarding the plaintiff's claimed damages.

46.     Virtue/Knight, Amy Alise
        PSC 37 Box 3299
        APO, AE 09459
        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-71-7796

Ms. Knight is plaintiff's sister and may have information regarding the plaintiff's claimed damages.

.NEY WILES, INC.
SUITE 400
WEST 3RD AVENUE
HORAGE, ALASKA
107) 279-3581

Bethel Group Home, Inc.'s
Initial Disclosures
Page 11 of 14
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

EXHIBIT B
Page 11 of 14

47.    Waters, Bryan V.
       c/o Delaney Wiles, Inc.
       1007 W. 3rd Avenue, Suite 400
       Anchorage, Alaska 99501
       (907) 279-3581

    Mr. Waters was an employee of Bethel Group Home, Inc., and
may have information about liability and damages.

48.    Wendell, Bernadette
       Second Vice President of Administration
       Trustmark/Starmark Insurance
       30(b)6
       400 Field Drive
       Lake Forest, Illinois 60045
       (847) 283-4136

    Ms. Wendell was designated as one of the 30(b)(6)
representatives of Trustmark/Starmark Insurance and may testify
consistent with her deposition.

49.    Wilkenson, Nancy
       c/o Delaney Wiles, Inc.
       1007 W. 3rd Avenue, Suite 400
       Anchorage, Alaska 99501
       (907) 279-3581

    Ms. Wilkenson was plaintiff's supervisor and may have
information about liability and damages.

50.    One or more members of Bethel Group Home's Board of
       Directors
       c/o Delaney Wiles, Inc.
       1007 W. 3rd Avenue, Suite 400
       Anchorage, Alaska 99501
       (907) 279-3581

51.    Other witnesses revealed in the course of discovery.

52.    All witnesses listed by any other party.

53.    All necessary rebuttal witnesses.

54.    Any of the medical providers providing treatment for
Melissa Virtue as disclosed in documents below.

NEY WILES, INC.
SUITE 400
WEST 3RD AVENUE
IORAGE, ALASKA
07) 279-3581

Bethel Group Home, Inc.'s
Initial Disclosures
Page 12 of 14
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

EXHIBIT _____ B
Page 12 of 14

**B.    Discoverable Documents:**

1.    Documents numbered 10199-10441.

2.    Records from Carrs Pharmacy [Doc. No. 10442].

3.    Records from Ketchikan General Hospital [Doc. Nos. 10443-10472].

4.    Records from Ketchikan Medical Clinic [Doc. Nos. 10473-10493].

5.    Records from Alaska Regional Hospital [Doc. Nos. 10494-10778].

6.    Income Tax Returns, 2000 through 2003 [10779-10821].

7.    Records from Trustmark Insurance Companies [10822-10825].

8.    Records received from Angstman Law Office [10826-10983].

9.    Plaintiff's Personnel File from Bethel Police Department [10984-11014].

10.    Bethel Group Home Policies and Procedures Manual [Doc. Nos. 11015-11258].

11.    Records received Yukon Kuskokwim Health Corporation [Doc. Nos. 11259-11327].

12.    Starmark Insurance Vendor File [Doc. Nos. 11328-11339].

13.    Copy of Melissa Virtue's Personnel File [Doc. Nos. 11340-11364].

14.    Payroll Summary, First Quarter 2002 [Doc. Nos. 11365-11369].

15.    Exhibits to Bernadine Wendell's deposition.

**C.    Computation of Damages:**

.ANEY WILES, INC.
SUITE 400
7 WEST 3RD AVENUE
:HORAGE, ALASKA
:907) 279-3581

EXHIBIT    B
Page    13  of  14

Discovery is just beginning. Information regarding BGH's damages will be provided once the full extent of BGH's damages have been determined.

**D.    Insurance Agreement:**

*See* attached documents numbered 10001-10025.

DATED this ___30th___ day of ___March___ at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant and
Third Party Plaintiff Bethel Group
Home

*Erin Ungermuth 0305019*

for Cynthia L. Ducey #8310161

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was mailed/hand delivered on the 30th day of March, 2006, to:

William Earnhart
Lane Powell, LLC
301 West Northern Lights Blvd. Suite 301
Anchorage, AK 99503-2648

115189

Bethel Group Home, Inc.'s
Initial Disclosures
Page 14 of 14
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

EXHIBIT G
Page 14 of 14