Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

Attorneys for Bethel Group Home, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BETHEL GROUP HOME, INC., | ) ) |
| Defendant. | ) ) ) |
| BETHEL GROUP HOME, INC., | ) ) ) |
| Third Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| TRUSTMARK GROUP HEALTH BENEFITS PLAN, through TRUSTMARK INSURANCE CO., plan underwriter and insurer, and STARMARKETING AND ADMINISTRATION, INC., aka STARMARK, d/b/a Plan Sponsor/ Administrator, | ) ) ) ) ) ) ) ) ) | 
| | ) **AFFIDAVIT OF** |
| | ) **CYNTHIA DUCEY** |
| Third Party Defendants. | ) ) ) |
| | ) Case No. F05-0021 CV (RRB) |

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT C
Page 1 of 4

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

Cynthia L. Ducey, being first duly sworn on oath, deposes and says as follows:

1. I am a shareholder and director at Delaney Wiles, Inc. I am also the attorney of record and the lead attorney in this case. I have personal knowledge of the matters stated herein.

2. I had multiple conversations with Trustmark's attorney, Mr. Earnhart in this case and on more than one occasion we discussed Mr. Alexander. Mr. Earnhart knew that BGH did not assert a privilege with respect to Alexander, knew that Alexander was in prison and awaiting transfer to a federal prison, and that his last known address was Cook Inlet Pretrial Facility. Alexander was never a company officer, and is not currently a company officer of BGH. In 2002, Alexander was hired as a temporary book-keeper at BGH. BGH terminated Alexander five months later because Alexander stole a laptop computer from BGH, stole money, and changed payroll records to pay himself more money. The State of Alaska subsequently prosecuted Alexander for committing felony theft for the theft of the laptop computer. After he was terminated from BGH, Alexander was also charged and convicted in federal court with conspiracy to defraud and bank fraud in a counterfeit check scheme under 18 U.S.C. § 1344(2). Prior to working at BGH, Alexander had convictions for fraud as well. Alexander has not worked for BGH since his involuntary termination and has not communicated with the corporation on any matter of corporation business. Trustmark's unsupported assertion that BGH has a duty to produce Alexander because he is a BGH company officer is incorrect.

3. BGH is not asserting any attorney-client privilege on Alexander's behalf. In the state court proceedings, Judge Curda expressly ruled that BGH could not assert any privilege on

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Cynthia Ducey
Page 2 of 4
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)


EXHIBIT C
Page 2 of 4

Alexander's behalf. BGH did not assert any privilege in its initial disclosures or preliminary witness list to this Court. This is contrasted with other individuals, such as Paul Janowiec, that BGH expressly asserted the attorney-client privilege. BGH mistakenly made a typographical error in its disclosures and witness list in naming Alexander and listing his location as "c/o Delaney Wiles, Inc., 1007 W. Third Avenue, Suite 400, Anchorage, Alaska 99501." There was no assertion of attorney client privilege in these documents. The reason for this error was BGH had simply modified its initial disclosures from the state court proceedings and did not realize Alexander was still listed as "care of" BGH's counsel in its federal court documents.

4. After BGH filed its third-party claim against Trustmark, Mr. Earnhart telephoned me and asked for a copy of all pleadings. On August 19, 2005 all pleadings were sent to Alaska Legal Copy to copy for Trustmark and for pickup by Mr. Earnhart's office. Included was a copy of Judge Curda's order.

5. Trustmark's attorney, Mr. Earnhart, knew that the listing of Delaney Wiles as Alexander's address was an error since I had multiple conversations with him about Mr. Alexander and I told him there was no attorney-client privilege asserted. He also knew that the last address we knew of for Mr. Alexander was Cook Inlet Pretrial Facility, although he may have been transferred to a federal penitentiary since then. Mr. Earnhart has never taken the position that Mr. Alexander was a company officer and thus, BGH should produce him as an officer of the company.[1] Mr. Earnhart attended Ms. Virtue's deposition and in informal conversations he and I discussed the fact that Ms. Virtue had testified in support of Mr. Alexander at his criminal trial for stealing from BGH.

---

[1] Alexander was subsequently released from prison. BGH does not know Alexander's physical location. We learned very recently, i.e. in the last several weeks that he was released from prison and his phone number is (907) 727-6914. Under Civil Rule 26(e), BGH was in the process of supplementing its disclosures with this information, which it is required to do at "appropriate intervals." Mr. Earnhart filed his motion first.

Affidavit of Cynthia Ducey
Page 3 of 4
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT C
Page 3 of 4

6. Moreover, Trustmark should have known there was no privilege being asserted because BGH provided Trustmark with all of the pleadings in the state court case, including Judge Curda's order. Trustmark received these documents and presumably had knowledge of these documents as Trustmark then filed the state court documents, including Judge Curda's order, with this Court following the removal of this case by Trustmark. BGH is not aware of Alexander's current location and is not in any position to produce Alexander as BGH has no relationship to him and has no ability to produce him for a deposition.

FURTHER SAYETH YOUR AFFIANT NAUGHT

*/s/ Cynthia Ducey*
CYNTHIA L. DUCEY

SUBSCRIBED AND SWORN to before me this 18th day of August, 2006.

*/s/ Notary*
Notary Public for Alaska
My Commission Expires: 4-14-08

120654

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

Affidavit of Cynthia Ducey
Page 4 of 4
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

EXHIBIT C
Page 4 of 4