```
                                                              1

 1        IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 2            FOURTH JUDICIAL DISTRICT COURT AT BETHEL
 3   MELISSA VIRTUE,                  )
                                      )
 4              Plaintiff,            )
                                      )
 5        vs.                         )
                                      )
 6   BETHEL GROUP HOME, INC.          )
                                      )
 7              Defendant.            )
                                      )Case No. 4BE-04-19 CI
 8   _____)_____

               NOTICE OF TAKING VIDEOTAPED DEPOSITION
 9
                                   OF
10
                            MELISSA VIRTUE
11   _____

                              9:07 a.m.
12                          April 7, 2006
                   SEAK Professional Services, LLC
13                2415 Hemlock Street Suite 104
                     Ketchikan, Alaska 99901
14
15
16
17
18
19
20
21
22
23
24
25
```

252

1  Q   Okay. What were those stories?
2  A   Supposedly there had been -- first, it was that the
3      old person before Kenneth Alexander -- supposedly
4      Charity had stolen money when she left the Group
5      Home. Supposedly there was a court case that
6      actually did go along with that. There was that,
7      there was -- it was heard that one of -- one of the
8      executive directors and Paul had -- had been taking
9      money from the Group Home.
10 Q   That's Paul Janowiec you are.....
11 A   Yes.
12 Q   .....referring to? Who made that allegation, or what
13     was the.....
14 A   You know, I don't remember specific -- honestly, I
15     really don't remember specifically where I did hear
16     from that. I -- it kind of caught my interest
17     because I was going to accomp -- I -- I mean, because
18     I hadn't heard anything about that. That was
19     actually when I was at the Group Home that that was
20     going on. I don't honestly remember who specifically
21     mentioned that or brought that up.
22 Q   Now, Mr. Alexander, I understand, has -- has been
23     criminally convicted of some things.
24 A   Correct.
25 Q   Do you know what those charges were?

253

| | | |
|---|---|---|
| 1 | A | I -- I had been subpoenaed back to Bethel this past |
| 2 | | year for -- supposedly he left the Group Home with |
| 3 | | property. I don't -- I -- I don't know what that |
| 4 | | whole case was about, quite honestly. I was only in |
| 5 | | for the part that I had to be -- that I had to |
| 6 | | testify for, and I really didn't have any information |
| 7 | | for it, so I -- but I believe that that's what it had |
| 8 | | been about. I am not sure, though. |
| 9 | Q | Did you ever ask anyone at Bethel Group Home whether |
| 10 | | your application had actually ever been submitted to |
| 11 | | Starmark or Trustmark? |
| 12 | A | I believe that Paul was asked that. |
| 13 | Q | And how did he respond, if you recall? |
| 14 | A | Because I asked him -- as a matter of fact, I asked |
| 15 | | him within the first days after we sat down and |
| 16 | | talked, and he was like oh, it's on my desk |
| 17 | | somewhere. |
| 18 | Q | Okay. So, was this after your hospitalization? |
| 19 | A | No, that was before -- that was before my hospital -- |
| 20 | | that -- that was like a few days after I sat down and |
| 21 | | we reviewed -- it was after the 17th when I turned in |
| 22 | | my application. |
| 23 | Q | Okay. The 17th you turned in your application? |
| 24 | A | Correct, I believe. |
| 25 | Q | And then a few days later, you talked to him -- Mr. |