William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Attorneys for Third Party Defendants



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MELISSA VIRTUE,<br><br>        Plaintiff,<br><br>v.<br><br>BETHEL GROUP HOME, INC.,<br><br>        Defendant. | Case No. F05-021 CI (RRB) |
| BETHEL GROUP HOME, INC.,<br><br>        Third Party Plaintiff,<br><br>v.<br><br>TRUSTMARK INSURANCE COMPANY;<br>TRUSTMARK LIFE INSURANCE COMPANY;<br>EMPLOYEE WELFARE BENEFIT PLAN<br>SM46761e0001 (The Plan); AND<br>STARMARKETING AND ADMINISTRATION,<br>INC.,<br><br>        Third Party Defendants. | **NOTICE OF FILING STATE COURT<br>RECORD** |

  Pursuant to the Minute Order From Chambers dated 8/31/05 (Docket No. 2), with the deadline extended by USDC Case Manager to 9/16/05, the following is submitted.



EXHIBIT E
Page 1 of 9

1. Prior to joining the third-party plaintiffs, the state case (4BE-04-19 CI) was removed on February 3, 2005, to the United States District Court as case No. F05-0006-CV (RRB) and is related hereto.

2. Defendant's Notice of Compliance dated February 10, 2005, consisting of items 1-49, was filed pursuant to that removal.

3. On May 2, 2005, the court entered a judgment remanding the case back to the Fourth Judicial District at Bethel for all further proceedings (Docket 27).

4. USDC Case Management agrees that, to avoid duplication of the voluminous state court record and to continue continuity in document numbering that the third-party defendant submit as Exhibit A the Notice of Filing State Record, dated February 10, 2005, without attachments, in the related state court case, which are incorporated herein by reference and made a part hereof, because the court already has the previous state court documents in file.

5. Further, in the second removal from the state to the USDC, to continue the numbering from the prior related case and submit what is believed to be all subsequent state records as Exhibit B, 50 – 82, attached hereto, which were compared with the Bethel Superior Court on 9/12/05.

DATED this 14 day of September, 2005.

LANE POWELL LLC
Attorneys for Third Party Defendants

By_____
William A. Earnhart ASBA 9411099

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Notice of Filing State Court Record
*Virtue v. Bethel Group Home, Inc .v. Trust Mark Insurance Company, et al* (Case No. F05-021 CI (RRB))    Page 2 of 3

EXHIBIT E
Page 2 of 9

**CERTIFICATE OF SERVICE**
I certify that on September 14, 2005, a copy of the foregoing was served by mail on:

COOKE, ROOSA AND VALCARCE LLC
Box 409
Bethel, AK 99559-0409
(Attorneys for Plaintiff)

Margaret Simonian, Esq.
FRIEDMAN, RUBIN & WHITE
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218
(Attorneys for Plaintiff)

Richard Friedman, Esq.
FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, WA 98337-3218
(Attorneys for Plaintiff)

Cynthia L. Ducey, Esq.
DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
1007 W. 3rd Ave., Ste 400
Anchorage, AK 99501-1936
(Attorneys for Defendant/Third Party Plaintiff)

*[signature]*

117951.0003/150353.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Notice of Filing State Court Record
*Virtue v. Bethel Group Home, Inc. v. Trust Mark Insurance Company, et al* (Case No. F05-021 CI (RRB))   Page 3 of 3

EXHIBIT E
Page 3 of 9

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MELISSA VIRTUE, )
)
    Plaintiff, )
)
vs. )
) Case No. F05-0006 CV (RRB)
BETHEL GROUP HOME, INC., )
)
    Defendant. )
)

Case No. 4BE-04-19 Civil

### NOTICE OF COMPLIANCE

Defendant, Bethel Group Home, Inc. herein files a true and correct copy of the documents which were filed in the Superior Court of the State of Alaska, Fourth Judicial District, at Bethel, Alaska. These documents are tabbed, indexed and copied herewith. Attorneys are referred to as Val (Valcarce) and Cld (Cynthia L. Ducey).

| # | Date | Atty | Description |
|---|------|------|-------------|
| 1. | 1-___-04 | Val | complaint for damages, summons and notice of both parties judicial assignment |
| 2. | 1-___-04 | Val | request for jury trial |
| 3. | 2-13-04 | cld | entry of appearance |
| 4. | 2-13-04 | cld | jury demand |
| 5. | 2-13-04 | cld | stipulation for continuance until 2-27-04 for answer to complaint |
| 6. | 2-26-04 | cld | answer to complaint |
| 7. | 2-26-04 | court | order granting stipulation |
| 8. | 3-2-04 | court | notice of pretrial conference scheduling |

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Exhibit E
Page 4 of 9

| | | | |
|---|---|---|---|
| 9.  | 4-5-04   | val   | report of parties planning meeting |
| 10. | 4-12-04  | COURT | civil pretrial order |
| 11. | 4-26-04  | cld   | non-opposed motion to amend pretrial order dated 4-12-04 |
| 12. | 6-8-04   | cld   | defendant's preliminary witness list |
| 13. | 6-10-04  | val   | plaintiff's preliminary witness list |
| 14. | 7-12-04  | val   | plaintiff's notice of expert disclosures |
| 15. | 7-26-04  | cld   | defendant's notice of expert disclosures |
| 16. | 9-21-04  | cld   | motion to compel |
| 17. | 10-4-04  | val   | opposition to motion to compel |
| 18. | 10-8-04  | cld   | reply memo in support of defendant's motion to compel |
| 19. | 10-11-04 | val   | request for oral argument |
| 20. | 10-15-04 | val   | supplement to witness list and plaintiff's answers to defendant's first discovery requests |
| 21. | 11-12-04 | val   | motion for expedited consideration of motion for rule of law allowing direct contact with former employees |
| 22. | 11-15-04 | cld   | defendant's opposition to plaintiff's motion for expedited consideration |
| 23. | 11-15-04 | court | response requested from Bethel City Attorney's office |
| 24. | 11-15-04 | val   | reply to opposition to plaintiff's motion for expedited consideration |
| 25. | 11-15-04 | court | order denying motion for expedited consideration |
| 26. | 11-15-04 | val   | renewed motion for expedited consideration/reconsideration of order |
| 27. | 11-19-04 | court | order denying second motion for expedited consideration |
| 28. | 11-23-04 | cld   | non-opposed motion for enlargement of time before expiration of the time limit |

DELANEY, WILES,
HAYES, GERETY,
LLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

NOTICE OF COMPLIANCE
*Melissa Virtue v. Bethel Group Home, Inc.*; Case No. F 05-0006 Cv (RRB)
Page 2 of 4



| # | Date | From | Description |
|---|---|---|---|
| 29. | 11-24-04 | cld | defendant's final witness list |
| 30. | 11-24-04 | val | plaintiff's final witness list |
| 31. | 11-30-04 | cld | defendant's opposition to plaintiff's motion for rule of law |
| 32. | 11-30-04 | Cutler | limited entry of appearance for Bethel City Attorney's Office, motion for extension of time to comply with court order, response requested from Bethel City's Attorney's office |
| 33. | 11-30-04 | court | order granting extension of time to respond to court's request |
| 34. | 12-2-04 | val | reply to opposition to motion for rule of law allowing direct contact with former employees |
| 35. | 12-6-04 | val | plaintiff's expert witness list; plaintiff's expert disclosures and supplement to initial disclosures |
| 36. | 12-9-04 | val | supplement to motion for rule of law allowing direct contact with former employees |
| 37. | 12-10-04 | cld | notice of filing supplement affidavit re: defendant's opposition to plaintiff's motion for rule of law [former employee issue] |
| 38. | 12-23-04 | cld | motion for expedited consideration of defendant bethel group home's motion to continue trial, vacate pretrial deadlines, and to schedule trial setting conference; affidavit of James J. Fayette; proposed order |
| 39. | 12-23-04 | cld | motion to continue trial, vacate pretrial deadlines, and to schedule trial setting conference; supporting memorandum; proposed order |
| 40. | 12-23-04 | val | non-opposition to request for expedited consideration, conditioned that plaintiff have until Dec. 31 to oppose |
| 41. | 12-23-04 | court | order disposing of discovery requests |
| 42. | 12-30-04 | court | order granting motion for expedited consideration of motion to continue trial |

DELANEY, WILES,
HAYES, GERETY,
LLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

NOTICE OF COMPLIANCE
*Melissa Virtue v. Bethel Group Home, Inc.*; Case No. F 05-0006 Cv (RRB)
Page 3 of 4


E
Page 6 of 9



| | | | |
|---|---|---|---|
| 43. | 12-30-04 | val | plaintiffs' opposition to defendant's motion for a continuance/cross motion for imposition of liability sanctions for failure to produce pertinent BGH records. |
| 44. | 1-4-05 | cld | reply to plaintiff's opposition to motion to continue trial, vacate pretrial deadlines and to schedule trial setting conference |
| 45. | 1-5-05 | val | request for oral argument – supplemental opposition to motion for continuance |
| 46. | 1-6-05 | court | order granting continuance of trial – pretrial scheduling conference scheduled 2-10-05 at 9:30 a.m. |
| 47. | 1-10-05 | court | order denying request for oral argument. |
| 48. | 1-12-05 | val | motion for reconsideration of order denying sanctions for failure to produce records |
| 49. | 1-31-05 | court | order denying motion for reconsideration |

Dated at Anchorage, Alaska this _____10_____ day of February, 2005.

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG, INC.
Attorneys for defendant

_____
Cynthia L. Ducey
ASBA# 8310161

**Certificate of Service**

On this 10th day of February, 2005, I caused to be mailed by the U.S. Postal Service a copy of this document upon:

Jim J. Valcarce
Cooke, Roosa & Valcarce
900 3rd Avenue, Box 409
Bethel, AK 99559

_____
97367

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**NOTICE OF COMPLIANCE**
*Melissa Virtue v. Bethel Group Home, Inc.*; Case No. F 05-0006 Cv (RRB)
Page 4 of 4



| No. | Date | Party | Description |
|---|---|---|---|
| 50. | 05/02/05 | USDC | Judgment In A Civil Case (remand) |
| 51. | 05/05/05 | Defendant | Request For Scheduling Conference After Remand |
| 52. | 05/09/05 | Court | Notice of Pretrial Conference Scheduling |
| 53. | 05/13/05 | Defendant | Response To Notice of Pretrial Conference Scheduling |
| 54. | 06/14/05 | Defendant | Notification of Bankruptcy Filing |
| 55. | 06/20/05 | Defendant | Notice of Telephonic Participation |
| 56. | 06/27/05 | Court | Order Re: Scheduling Conference |
| 57. | 06/22/05 | Defendant | Defendant Bethel Group Home's Motion To Amend To Allege A Third-Party Complaint Against Plan Administrator<br>-Memorandum<br>-Order (proposed)<br>-Answer and third-Party Complaint (lodged) |
| 58. | 06/23/05 | Defendant | Motion To Join An Indispensable Party And/Or Motion For Permissive Joinder or Dismissal<br>-Memorandum<br>-Order (proposed) |
| 59. | 06/22/05 | Defendant | Notice of Filing BGH'S Proposed Report of Parties Planning Meeting |
| 60. | 06/23/05 | Defendant | Amended Certificate of Service |
| 61. | 06/23/05 | Plaintiff | Notice of Plaintiff's Position Re: Report of Parties Planning Meeting |
| 62. | 06/23/05 | Plaintiff | Certificate of Service |
| 63. | 06/27/05 | Plaintiff | Qualified Non-Opposition to Filing of Third Party Complaint |
| 64. | 06/29/05 | Defendant | Reply To Plaintiff's Qualified Non-Opposition To Filing of Third-Party Complaint |
| 65. | 07/01/05 | Plaintiff | Opposition to Motion to Join Indispensable Party |
| 66. | 07/06/05 | Parties | Stipulation For Extension of Time<br>-Order (proposed) |
| 67. | 06/30/05 | Court | Order Granting Amendment To Complaint and Setting Pretrial Deadlines And Trial Date |
| 68. | 07/06/05 | Court | Civil Pretrial Order |
| 69. | 07/11/05 | Defendant | Reply To Plaintiff's Opposition To Motion To Join Indispensable Party |
| 70. | 07/18/05 | Defendant | Defendant Bethel Group Inc.'s Objection To Court's Pretrial Deadlines and Trial Date |
| 71. | 07/20/05 | Plaintiff | Request For Proof of Service and Motion To Quash Notice of Deposition (unsigned) |
| 72. | 07/26/05 | Court | Order |

Notice of Filing State Court Record
*Virtue v. Bethel Group Home, Inc., et al.* Case No. F05-0021CV (RRB)
117951.0003/150390.1

Page 1 of 2

# INDEX

# EXHIBIT B



| 73. | 08/01/05 | Defendant | Defendant Bethel Group Home Inc.'s Opposition To Motion To Quash Deposition of Plaintiff Melissa Virtue |
|---|---|---|---|
| 74. | 08/01/05 | Defendant | Motion For Expedited Consideration of Defendant Bethel Group Home Inc.'s Motion For Reconsideration and Defendant Bethel Group Home Inc.'s Motion For Reconsideration of Order Granting Plaintiff's Motion To Quash Deposition of Plaintiff Melissa Virtue<br>-Order (proposed) |
| 75. | 08/02/05 | Court | Order Denying BGH"S Motion For Expedited Consideration And Denying Motion To Dismiss For Failure To Join Indispensable Parties |
| 76. | 08/04/05 | Court | Order |
| 77. | 08/08/05 | Parties | Stipulation Extending Dispositive Motion Deadline<br>-Order (proposed) |
| 78. | 08/10/05 | Defendant | Answer and Revised Third-Party Complaint<br>-Summons |
| 79. | 08/17/05 | D/3-PP | Notice of Compliance |
| 80. | 08/22/05 | 3-PD | Entry of Appearance |
| 81. | 08/22/05 | 3-PD | Demand For Jury Trial |
| 82. | 08/22/05 | Court | Order Regarding Stipulation Extending Dispositive Motion Deadline |
| 83. | 08/25/05 | D/3-PP | Defendant's Preliminary Witness List |
| 84. | 08/26/05 | Plaintiff | Notice of Automatic Stay |
| 85. | 08/29/05 | 3-PD | Notice of Removal To Federal Court |
| 86. | | | |
| | | | |

Notice of Filing State Court Record
Virtue v. Bethel Group Home, Inc., et al. Case No. F05-0021CV (RRB)
117951.0003/150390.1

Page 2 of 2

INDEX

EXHIBIT B

