**DISCHARGE CLAIMANT**  KCBM

| Claimant Name: **Kenneth Alexander** | SSN: **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** |
|---|---|
| ☐ Phone call to Claimant, Contact Phone: | ☒ Phone call from Claimant |

☐ LMTC by (date & time):     or determination will be made based on available information.

| ss code: **16** | Res cd: | Stmt: | Start: | End: |
|---|---|---|---|---|

| Decision: A ☐  D ☐  C ☐ | Count: Y ☐ N ☐ | OP source: | OP responsibility: |
|---|---|---|---|

Read to Claimant: The Alaska Statutes provide a disqualification for workers who are discharged from their jobs for work-related misconduct. For purposes of Unemployment Insurance, misconduct is defined as a willful act or omission which is not in the employer's best interest or an intentional and substantial disregard of the employee's duties and obligations to the employer.

Read to Claimant: The facts you provide in this matter are confidential unless a rebuttal is needed from your employer or an appeal of the decision is filed by either party.

| Employer: **Bethel Group Home Inc.** | Job Title: **Bookkeeper/IT Coordinator** | Work Location: **Bethel** |
|---|---|---|
| Date began Work: **3/1/02** | Last Day Worked: **7/22/02** | Date Terminated (If different from LDW): **7/22/02** |

My wages were: **$18.00** per hour, for **8** hours per day, **5** days per week.

Hours & Wages last week worked (week begins on Sunday and ends on Saturday): **4 hours $72.00**

Check only if claimant does not know LDW or wages:

If you are unsure of your last day of work or last week's wages, will you accept what your employer reports? Yes ☐ No ☒

Name, title and phone number of person who discharged you: **Paul Janowiec, Exec. Director**

What occurred on the day of dismissal that prompted your employer to discharge you? **He had one of the other employees put in charge in the bookkeeping office which was my job. When I attempted to ask him about he responded rudely with a racial tone. I asked if I was fired and he said no. Then I said I demand to have my functions back. He continued to verbally abuse me. I told him I didn't have to take it, tactfully. Then he said, okay you are fired. He was also embezzling funds and I had reported that to the authorities. Q: Did you report that prior to leaving? A: I had expressed it over and over but it got to the point where no body was doing anything about it so I assumed they were all in on it too.**

Were you warned that your conduct or behavior could result in your discharge? Yes ☐ No ☒

| If so, who warned you? | # times warned? | Date(s) warned? |
|---|---|---|

Were you given written notice of dismissal? Yes ☐ No ☒ (If yes, advise claimant to send a copy of the dismissal letter.)

If dismissed for violation of company rules, were rules posted so all employees were aware of them? Yes ☐ No ☒

Had you been given a handbook copy of company rules? Yes ☒ No ☐

Were you otherwise informed of such rules? Yes ☐ No ☒  If yes, explain:

Was dismissal discussed with your employer? Yes ☐ No ☒  If so, with whom? What were the results?

If you are a union member, did you discuss your discharge with your union? Yes ☐ No ☒
If yes, what were the results?
If no, why?

☐ Summarize information claimant has given. Offer opportunity to correct any misstatement of information.
☐ Explain to claimant that we will be contacting the employer for separation information.
☐ Tell claimant to expect a copy of the written Notice of Determination in the mail approximately 2 weeks.
☐ Advise the claimant that the decision can be appealed.

BGH    300742

EXHIBIT _E_
Page _1_ of _2_

//blueberry.labor.state.ak.us/public/ui_home/forms/telephonic/Discharge-Claimant.dot                                Rev. 8/01

| laimstaker: 2000/0670 | Date & Time taken: 8/1/02 2:03 PM | SSN: 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 |

tes:

EXHIBIT F
Page 2 of 2

BGH    300743