IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

STATE OF ALASKA,   )
                   )
    Plaintiff,     )
                   )
vs.                )
                   )
KENNETH ALEXANDER, )
DOB: 5-30-54       )
SSN: 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   )
ATN: 107167311     )
RES: Anchorage, AK )
                   )
    Defendant.     )
                   )

Case No. 4BE-S02-957 Cr

SW# 4BE-02-82 SW

VRA CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

DOMESTIC VIOLENCE OFFENSES Per AS 18.66.990(3) and (8)
[ ]ALL COUNTS       [X]NONE         [ ]SPECIFIED BELOW

INDICTMENT

COUNT I
THEFT IN THE SECOND DEGREE
A.S.11.46.130(a)(1)

INDICTMENT - 1

EXHIBIT H
Page 1 of 5

THE GRAND JURY CHARGES:

COUNT I

That on or about ~~the 12th day of September, 2001~~ *July 2002*, at or near ~~Emmonak~~ *Bethel*, in the ~~Second~~ *Fourth* Judicial District, State of Alaska, Kenneth Alexander did commit the offense of Theft in the Second Degree when, with intent to deprive another of property or to appropriate property of another to himself or a third person, he obtained the property of the Bethel Group Home and the value of the property or services is $500 or more but less than $25,000.

All of which is a class C felony offense being contrary to and in violation of AS 11.46.130(a)(1) and against the peace and dignity of the State of Alaska.

DATED at Bethel, Alaska this 01 day of August, 2001.

A TRUE BILL

_____
Grand Jury Foreperson

COUNT I:

_____
Gregg Olson Bar# 89-03008
District Attorney

INDICTMENT - 2

EXHIBIT H
Page 2 of 5

BETHEL, ALASKA 99559
(907) 543-2055

Received   Oct-25-04   11:09am   From-907 5432149   To-DELANEY WILES HAYES   Page 003

Witnesses examined before the Grand Jury:
Paul Janowiec
Ofc. Charlie Seidl
Ben Glover
Rob Lewis

INDICTMENT - 3

# IN THE DISTRICT COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| STATE OF ALASKA<br>Plaintiff,<br>vs.<br>Kenneth Spence Alexander<br>Defendant,<br>ID: 7065114   DOB: 05/30/54<br>ATN: 107167311 | FELONY COMPLAINT<br>CASE NO. 4BE-02-957 CR.<br>THEFT IN THE SECOND DEGREE<br>*AS 11.46.130(a)*<br>Count I |

### VRA CERTIFICATION

I certify that this document and its attachments do not contain: (1) the name of a victim of a sexual offense listed in AS 12.61.140, or (2) a residence or business address or telephone number of a victim or witness to any offense unless it is an address used to identify the place of the crime, or it is an address, or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

THIS COMPLAINT STATES that on or about the 22nd day of July, 2002, at of near Bethel Alaska, in the Fourth Judicial District, State of Alaska, the above-named Defendant did unlawfully:

{X}  Commit the offense of Theft in the Second Degree, a Class C Felony, if the person commits theft as defined in AS 11.46.100 and

    {X}  the value of the property or services is $500 or more but less than $25,000;
        AS 11.46.130(a)(1)

    { }  the property is a firearm or explosive;
        AS 11.46.130(a)(2)

    { }  the property is taken from the person of another;
        AS 11.46.130(a)(3)

    { }  the property is taken from a vessel and is vessel safety or survival equipment;
        AS 11.46.130(a)(4)

    { }  the property is taken from an aircraft and the property is aircraft safety or survival equipment;
        AS 11.46.130(a)(5)

All of which is contrary to and in violation of AS 11.46.130(a) and against the peace and dignity of the State of Alaska

Page 1 of 4

BPD-COMPLAINT-3E REV/2000

# IN THE DISTRICT COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| STATE OF ALASKA<br><br>vs.     Plaintiff,<br><br>Kenneth Spence Alexander<br>     Defendant,<br>ID: 7065114   DOB: 05/30/54<br>ATN: 107167311 | AFFIDAVIT BY POLICE OFFICER IN SUPPORT OF INFORMATION<br>B.P.D. REPORT NO. ~~220848~~ 220874<br>CASE NO. 4BE-02-957 CR.<br><br>Box 93<br>Scammon Bay, AK 99662 |

I, Charles F Seidl, attest to the following, and state:

This complaint is based on the investigation of the Bethel Police Department, the statements of Bruce Johnson, Paul Janowiec, Kenneth Spence Alexander, and the observations of Officer Seidl.

1) On Monday, July 22, 2002 at approximately 1735 hours, Officer Seidl arrived at the Bethel Group Home, a boarding home for children in need, in response to a reported theft.

2) Upon arrival, Officer Seidl spoke with the Group Home Program Director, identified as Bruce Johnson. B. Johnson told Officer Seidl that an employee of the Group Home, identified as Kenneth Alexander, had been terminated earlier that day and did not return the Group Home IBM Thinkpad T-30 computer, bearing serial #21U78CNA71, that he was issued for use as an employee.

3) On July 22, 2002 at approximately 1900 hours, Officer Seidl contacted K. Alexander via telephone #(907) 543-6193. K. Alexander verified his identity via date of birth and social security number and stated that he is now in Anchorage, Alaska. K. Alexander told Officer Seidl that he had purchased the IBM Thinkpad with his own funds and that his name was on the purchase order. K. Alexander admitted to having possession of the Group Home Computer in question, but continued to state that it belonged to him and not the Group Home. Further, K. Alexander stated that the Group Home owed him some money for work completed prior to his termination.

4) On July 24, 2002 at approximately 1710 hours, Officer Seidl returned to the Group Home and spoke with the Group Home Director, identified as Paul Janowiec and B. Johnson. P. Janowiec provided Officer Seidl with a copy of the Wells Fargo Bank Check #2042, which was used to purchase the computer, bearing serial #21U78CNA71, from Consistent Computer Bargains of Racine, WI. In addition, P. Janowiec provided Officer Seidl with a copy of the purchase invoice, which lists the computer and its programs at a value of approximately $5,312.

5) K. Alexander left Bethel, AK and arrived in Anchorage, AK on July 22, 2002, the same day that he was terminated from the Bethel Group Home. According to P. Janowiec, K. Alexder is married to a Palestinian-Israeli, who resides in Israel. Further, P. Janowiec told Officer Seidl that K. Alexander has indicated to him that he may be moving to Israel. As a result, K. Alexander may pose a flight risk.

6) As verified by a check with Anchorage Police Department Communications, K. Alexander currently resides at 433 North Bliss Street Unit "A" in Anchorage, Alaska.

7) Officer Seidl requests that the court issue an arrest warrant to K. Alexander's to answer to the charge of Theft II, due to K. Alexander's potential for flight risk.

_____
Police Officer

SUBSCRIBED AND SWORN TO before me this 24th day of July, 2002

_____
District Court Clerk
or
Judge/Magistrate
Commission Expires w/Employment

Page 2 of 2

ify I have reviewed the complaint in ction and find that probable cause to believe the crime charged was nitted and that defendant committed it.
24-07