IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT BETHEL

STATE OF ALASKA, )
)
    Plaintiff, )
)
vs. )
)
KENNETH ALEXANDER, )
)
    Defendant. )
)

No. 4BE-02-957 CR.

## NOTICE REGARDING DEFENDANT'S PRIOR CONVICTIONS

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

    The State of Alaska, by and through Michael Walsh, Assistant District Attorney, hereby provides the Court with the following information regarding the prior convictions attributed to Defendant in the presentence report dated June 24, 2004:

    1. 2003 Conspiracy/Fraud Conviction

    Defendant received this conviction while on release in the current matter, and the judgment in that case was attached to the State's *Notice of Intent to Impeach* previously submitted. This matter was A03-088 CR (rrb), United States District Court, Anchorage, date of conviction October 14, 2003.

    2. 1998 New Jersey Conviction

    This prosecutor researched this conviction on the New Jersey Department of Corrections website, using the "SBI number" in the criminal history provided to the D.A.'s Office by the Bethel Police Department (000115736B). The NJDOC website shows a picture of a different individual, a Keith Alexander who uses the alias of Kenneth Alexander. Documents regarding this inquiry are attached. This was the only information the State had regarding a prior felony conviction at the time the Rule 11



EXHIBIT 5
Page 1 of 3

offer was made, and the SIS offer was made with the belief that Defendant had no felony convictions.

3. Additional Convictions Relied on in Sentencing in A03-088 CR (rrb)

This prosecutor contacted Assistant U.S. Attorney Crandon Randell, who agreed to verbally provide the Defendant's prior felony history relied upon by the U.S. District Court, Anchorage, in sentencing Defendant in A03-088 CR (rrb), above. The following convictions were contained in the presentence report in A03-088 CR (rrb). Mr. Randell was not willing to provide a hard copy of the Defendant's presentence report in the federal matter.

Illinois District Court, Northern District
5/18/95
95CR308-1
Bankruptcy Fraud, Mail Fraud, False Declarations
32 months incarceration, 3 years supervised release
discharged from release in July of 2001

Superior Court, Cook County, Illinois
6/23/95
95CF-1339
Deceptive Practices
24 months probation, 88 days custody

Superior Court, Los Angeles County, California
3/23/86
A780753-01
Assault with Great Bodily Injury
36 months probation, 120 days jail

Superior Court, Los Angeles County, California
8/15/73
Grand Theft Auto
24 months probation, 34 days jail

Mr. Randell noted that Defendant received 5 criminal history "points" in his sentencing in federal court, and was given a criminal history classification of "III". This is noted on the seventh page of the federal judgment previously submitted.

Page 2 of 3
Notice regarding Defendant's Prior Convictions
State v. Kenneth Alexander



DISTRICT ATTORNEY, STATE OF ALASKA
P.O. BOX 170
BETHEL, ALASKA 99559
(907) 543-2055

Received   Oct-25-04  11:09am   From-907 5432149   To-DELANEY WILES HAYES   Page 008

DATED August 23, 2004 at Bethel, Alaska.

GREGG D. RENKES
ATTORNEY GENERAL

By: _____
Michael Walsh
Assistant District Attorney
Alaska Bar No. 0307037

Page 3 of 3
Notice regarding Defendant's Prior Convictions
State v. Kenneth Alexander