# EXHIBIT A
## Affidavit of William A. Earnhart

William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Third-Party Defendant Trustmark Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,<br><br>   Plaintiff,<br><br> v.<br><br>BETHEL GROUP HOME, INC.,<br><br>   Defendant.<br><br>BETHEL GROUP HOME, INC.,<br><br> Third-Party Plaintiff,<br><br> v.<br><br>TRUSTMARK INSURANCE COMPANY;<br>TRUSTMARK LIFE INSURANCE COMPANY;<br>EMPLOYEE WELFARE BENEFIT PLAN<br>SM46761e0001 (The Plan); AND<br>STARMARKETING AND ADMINISTRATION,<br>INC.,<br><br> Third-Party Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF WILLIAM A. EARNHART**

Case No. 4:05-cv-021-RRB

LAW OFFICES RICHMOND & QUINN, A PROFESSIONAL CORPORATION, 360 K STREET, SUITE 200, ANCHORAGE, ALASKA 99501-2038, (907) 276-5727, FAX (907) 276-2953

Exhibit A
Page 1 of 6 Pages

## AFFIDAVIT OF WILLIAM A. EARNHART

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

I, WILLIAM A. EARNHART, being first duly sworn, depose and state as follows:

1. Kenneth Alexander and Ken Alexander are very common names. I was personally able to locate locally a Ken Alexander who is the husband of local attorney Jennifer Alexander and one of my former classmates at Dimond High School, and has had no association or contact with the Bethel Group Home.

2. In March 2006 at the deposition of Melissa Virtue, I inquired of Ms. Ducey as to why she had not responded to my prior letter and whether Mr. Alexander could be made available for a deposition. She indicated that she had no problems with me contacting him if I could locate him. I inquired as to whether she could provide a last known address or a social security number, to which her response was she felt that there may be confidentiality issues in providing that information. Despite repeated voice mails and additional

Exhibit  A
Page 2 of 6 Pages

AFFIDAVIT OF WILLIAM A. EARNHART
VIRTUE v. BETHEL GROUP HOME v. TRUSTMARK INS., CASE NO. 4:05-cv-021-RRB
PAGE 2 OF 5

letter requests, she has provided no more information regarding Mr. Alexander.

3.  When I arrived at my office on May 31, 2006, I found a fax which had arrived at approximately 4:45 p.m. the day before indicating that a deposition of Trustmark would be going forward May 31 at 9:00 a.m., Central Standard Time, in Illinois. At a subsequent conversation with counsel for Melissa Virtue, I was told that Virtue's counsel had been informed that the deposition would not be taking place. Concurrently with Trustmark's motion to quash and this court's order quashing the May 31 deadline, I had offered to Ms. Ducey on several occasions to provide a Trustmark representative at any date agreeable to both sides. She was aware through the motion practice and conversations, neither myself nor a Trustmark representative would be available on May 31.

4.  Bethel Group Home subsequently filed a motion to show cause in Illinois State Court. Attached is the Court Order denying BGH's motion to show cause as the court correctly recognized that on one day's notice after BGH had been informed that no Trustmark representative would even be in the state to attend the deposition, there was no way for Trustmark to comply with the subpoena. In responding to this

Exhibit __A__
Page __3__ of __6__ Pages

AFFIDAVIT OF WILLIAM A. EARNHART
VIRTUE v. BETHEL GROUP HOME v. TRUSTMARK INS., CASE NO. 4:05-cv-021-RRB
PAGE 3 OF 5

motion to show cause, Trustmark has had to expend approximately $4,500 on out-of-state counsel as well as a limited amount of my own time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

William A. Earnhart
Alaska Bar. No. 9411099

SUBSCRIBED and SWORN TO before me this 24th day of August, 2006.

Notary Public in and for Alaska
My Commission Expires: 12-9-2009

Exhibit A
Page 4 of 6 Pages

**AFFIDAVIT OF WILLIAM A. EARNHART**
VIRTUE v. BETHEL GROUP HOME v. TRUSTMARK INS., CASE NO. 4:05-cv-021-RRB
PAGE 4 OF 5

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically this 24th day of August, 2006 to:

Jim J. Valcarce
COOK ROOSA & VALCARCE
Box 409
Bethel, AK 99559-0409

Richard Friedman
FRIEDMAN RIBIN & WHITE
1126 Highland Ave.
Bremerton, WA 98337-3218

Margaret Simonian
FRIEDMAN RUBIN & WHITE
1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501-3218

Cynthia L. Ducey
DELANEY WILES HAYES GERETY ELLIS & YOUNG
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1936

      /s/ William A. Earnhart
          RICHMOND & QUINN

2241\001\PLD\REPLY TO OPP TO COMPEL (AFFIDAVIT)

Exhibit A
Page 5 of 6 Pages

AFFIDAVIT OF WILLIAM A. EARNHART
VIRTUE v. BETHEL GROUP HOME v. TRUSTMARK INS., CASE NO. 4:05-cv-021-RRB
PAGE 5 OF 5

STATE OF ILLINOIS ) ss
COUNTY OF LAKE )

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

VIRTUE

vs.

BETHEL GROUP HOME INC.

Gen. No. 06 MR 687

FILED AUG 09 2006 CIRCUIT CLERK

## ORDER

This Cause Coming on to be heard on Bethel Group Home Inc's Petition for Rule to Show Cause as to Trustmark Insurance with proper notice and the Court being fully advised in the premises It is ORDERED:

The Court finds that service of the subpoena was not in conformity with local and Illinois Supreme Court Rules in terms of timliness and therefore the Petition for Rule to Show Cause is Denied.

Dated at Waukegan, Illinois this 9 day of Aug, 2006.

ENTER:

Judge STEPHEN WALTER

ORDER PREPARED BY: Richard Jacobson
(Please Print Name and Address)
500 W Madison #2790
Chgo IL 60661
312 930 5500

Exhibit A
Page 6 of 6 Pages
171-94 rev 1/00