**EXHIBIT B**
<u>Page 75 of the Videotaped
Deposition of Paul Janowiec</u>

2241.001

Page 1

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

MELISSA VIRTUE,                )
                               )
        Plaintiff,             )
                               )
v.                             )
                               )
BETHEL GROUP HOME INC.,        )
                               )
        Defendant.             )
_____)

Case No. 4BE-04-19 Civil


VIDEOTAPE DEPOSITION OF PAUL JANOWIEC

Pages 1 through 248, Inclusive

Taken: Thursday, December 2, 2004

Place: Juneau, Alaska

Exhibit B
Page 1 of 2 Pages

Paul Janowiec * 12-2-2004
Virtue v. Bethel Group Home, Inc. * 4BE-04-19

Page 75

1  hearing.
2      A.   He was a temporary business -- he was a
3  temporary bookkeeper, and then he was hired as a
4  bookkeeper.
5      Q.   So is this an additional position --
6      A.   No, that was --
7      Q.   -- in addition to business manager?
8      A.   No, that was the business manager's
9  position that he was in, but he wasn't really -- you
10 know, he was the business manager. I mean, I don't
11 know if that was the exact title, but that was a
12 position that had been occupied by people with
13 various levels of skill, and sometimes that position
14 was called operations director or manager.
15 Sometimes it was called office manager. Sometimes
16 it was called business manager. You know, sometimes
17 it was called bookkeeper.
18          So it functioned primarily -- its
19 role was to do the bookkeeping of the corporation
20 and to do the personnel management. That was the
21 two major activities of -- that that role occupied.
22     Q.   Now, you mentioned the group home and
23 the relationship that you have with the state, that
24 you get your funding through the state?
25     A.   Right.

Page 76

1      Q.   You provide care for --
2      A.   Plus also you get the kids from the
3  state.
4      Q.   -- residential care for the children
5  placed with you through the state. Were there laws
6  and regulations that you had to follow as a -- as
7  this kind of facility?
8      A.   Many. Many. Yes.
9      Q.   Who was the person in charge of seeing
10 that they were complied with?
11     A.   At that time? They went through
12 several --
13     Q.   I mean, from the group home standpoint.
14     A.   Oh, from -- that they -- the rules were
15 complied with?
16     Q.   To see that the group home followed
17 those rules. Who at the group home was --
18     A.   Myself --
19     Q.   -- in charge of compliance?
20     A.   Myself, and then, you know, I mean,
21 there del -- there was delegation to various people.
22 I mean, if you are talking about only rules that
23 have to do with the care of children and treatment
24 of the children, primarily that would flow from
25 myself to the program director, assistant program

Page 77

1  director.
2      Q.   And did the Bethel Group Home have a
3  contract with the state to provide these services?
4      A.   If you consider a grant to be a
5  contract, that's what it is, yes.
6      Q.   Okay. And who was in charge of seeing
7  the Bethel Group Home performed that contract from
8  the group home's side?
9      A.   Oh, who was in charge at the group home
10 to see if they complied with it?
11     Q.   Yes.
12     A.   Myself.
13     Q.   Okay.
14         MR. COOKE: Ms. Magura?
15         MS. MAGURA: Yes.
16         MR. COOKE: We heard some clicking
17 on the line. We just wanted to be sure you were
18 there.
19         MS. MAGURA: Yes. I have call
20 waiting, but that's okay.
21         THE REPORTER: If we could pause
22 one moment, let's put the phone a little bit closer.
23         MR. COOKE: We're moving the
24 speaker a little closer here to see if that helps
25 you.

Page 78

1          MR. FAYETTE: Where is her
2  microphone?
3          THE REPORTER: It's --
4          MR. FAYETTE: Internal to this?
5          THE REPORTER: It's all -- yes.
6          (Off record.)
7      A.   The board of directors approved all of
8  the policies that I used to administer the program.
9  BY MR. COOKE:
10     Q.   Yes. In addition to state laws and
11 relations and the provisions in a state grant or a
12 state contract, the Bethel Group Home had its own
13 policies and procedures, didn't it?
14     A.   Yes.
15     Q.   And were you the person in charge of
16 seeing that they were carried out?
17     A.   Yes.
18     Q.   Did you also, from time to time,
19 recommend policies to the board?
20     A.   Yes.
21     Q.   Did you adopt or did you create various
22 kinds of operating rules and procedures for your
23 employees?
24     A.   Yes.
25     Q.   Okay.

21 (Pages 75 to 78)

Glacier Stenographic Reporters Inc.
glaciersteno@gci.net * 907.789.9028

Exhibit B
Page 2 of 2 Pages