UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


      VIRTUE   v.   BETHEL GROUP HOME

DATE:    August 28, 2006         CASE NO.    4:05-CV-0021-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **DENYING MOTION TO COMPEL**

---

Third-Party Defendant's Motion to Compel at Docket 38 is hereby **DENIED**.  Mr. Alexander's whereabouts is apparently known now to both parties.  Furthermore, his federal criminal file, which may indicate his current whereabouts, is public record.

M.O. DENYING MOTION TO COMPEL