**THIRD-PARTY DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS
AND MEMORANDUM IN SUPPORT**

**TABLE OF EXHIBITS**

| | |
|---|---|
| Exhibit A | Enrollment Application Form |
| Exhibit B | Deposition of Bernadine Wendell at pp. 14, 83-84, 86, 103 |
| Exhibit C | Melissa Virtue Letter of Resignation, dated May 17, 2002 |
| Exhibit D | Certificate of Insurance |
| Exhibit E | Administrative Handbook |
| Exhibit F | Treatment Note |
| Exhibit G | Discharge Instructions |
| Exhibit H | Timesheets |
| Exhibit I | Janowiec deposition at pp. 123-124, 148-149, 154, 159-160, 167-171, 177, 180-181, 185-186, 189-192, 204, 207, 209, 233, 242-244 |
| Exhibit J | Letter to Starmark from BGH Employee, Kenneth Alexander, dated April 17, 2002 |
| Exhibit K | Virtue Deposition, at pp. 110-112, 154-155 |
| Exhibit L | Bethel Group Home Policy #PM 54 |
| Exhibit M | Affidavit of Kenneth Alexander, at ¶¶ 6-7, 10-13, 14 |
| Exhibit N | Special Enrollment Form - June 14, 2002 |

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953