**EXHIBIT B**
**Deposition of Bernadine Wendell**
(Selected Pages)

Case 4:05-cv-00021-RRB   Document 45-4   Filed 09/01/2006   Page 1 of 7

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT COURT AT BETHEL

---

**CERTIFIED COPY**

MELISSA VIRTUE,          )
                         )
              Plaintiff, )
                         )
     vs.                 ) No. 4BE-04-19 Civil
                         )
BETHEL GROUP HOME, INC., )
                         )
              Defendant. )
_____)

DEPOSITION OF

BERNADINE WENDELL

LAKE FOREST, ILLINOIS

JANUARY 4, 2005

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(800) 288-3376

REPORTED BY: HEATHER PERKINS, CSR NO. 84-3714

FILE NO.: 9E0ADB7

Exhibit B
Page 1 of 6 Pages

1

| | | |
|---|---|---|
| 1 | 15:14:48 | Melissa Virtue? |
| 2 | 15:14:48 | A.   The application is stamped received by |
| 3 | 15:14:52 | Trustmark Insurance Company May 13th of 2002. |
| 4 | 15:14:58 | Q.   And then what was defective or what |
| 5 | 15:15:04 | was wrong with that application? |
| 6 | 15:15:06 | A.   They did not indicate a group name or |
| 7 | 15:15:08 | group number at the time.  So we could not |
| 8 | 15:15:12 | attach her to any group. |
| 9 | 15:15:14 | Q.   In other words, when I look at the |
| 10 | 15:15:16 | first page of the form, has the enrollee |
| 11 | 15:15:18 | filled out those entries?  Is that what you |
| 12 | 15:15:20 | are telling me? |
| 13 | 15:15:22 | A.   Filled out which entries? |
| 14 | 15:15:24 | Q.   Tell me what I'm going to see on the |
| 15 | 15:15:26 | first page of the form. |
| 16 | 15:15:28 | A.   Of the enrollment form? |
| 17 | 15:15:30 |      On the first page of the |
| 18 | 15:15:30 | enrollment form, you are going to see she has |
| 19 | 15:15:34 | filled out her name, et cetera, but she has |
| 20 | 15:15:36 | not given us a group name or a group number. |
| 21 | 15:15:38 | Q.   So then on May 13th, 2002, what did |
| 22 | 15:15:42 | Starmark Insurance do with that form? |
| 23 | 15:15:44 | A.   What we did is on May 15th -- I just |
| 24 | 15:15:48 | read to you the status of the new employee |
| 25 | 15:15:50 | addition that we attached.  That's our form |

Exhibit B

Page 2 of 6 Pages

14

```
 1   16:52:40        A.   No, sir.
 2   16:52:42        Q.   Now, there was a point being made
 3   16:52:44   earlier that the application was returned to
 4   16:52:48   Ms. Virtue because there was no group number,
 5   16:52:50   and I want to discuss really the real effect
 6   16:52:56   of that failure to return this application.
 7   16:52:56             Now, assume in my scenario that
 8   16:53:00   the application had been returned with the
 9   16:53:02   group number right away. What would the
10   16:53:04   effect have been?
11   16:53:06        A.   Well, we would have waived the
12   16:53:08   coverage. We would have sent her a letter
13   16:53:12   telling her that her coverage has been waived.
14   16:53:14        Q.   Okay. So as far as the point being
15   16:53:18   made that maybe other things should have been
16   16:53:22   done to get the group number, in your opinion
17   16:53:24   would it have made a difference?
18   16:53:26        A.   No.
19   16:53:26        Q.   And why?
20   16:53:28        A.   Because she waived coverage.
21   16:53:32        Q.   But there was also a point made that:
22   16:53:34   "Well, what about if Ms. Virtue submitted an
23   16:53:36   application today; would she be able to get
24   16:53:38   insurance?" What's your answer to that?
25   16:53:40        A.   If she submitted it today?
```



Exhibit B
Page 3 of 6 Pages

83

| | | | |
|---|---|---|---|
| 1  | 16:53:42 | Q. | Yes. |
| 2  | 16:53:44 | A. | No. |
| 3  | 16:53:44 | Q. | And why? |
| 4  | 16:53:46 | | I'm sorry, I don't mean to cut |
| 5  | 16:53:48 | you off, but the question is why? | |
| 6  | 16:53:48 | A. | Well, there are several reasons. |
| 7  | 16:53:50 | Number one, it is way beyond when the group | |
| 8  | 16:53:56 | has been active with us or she has been an | |
| 9  | 16:53:58 | active employee. | |
| 10 | 16:54:02 | Q. | Okay. And how about the waiver of |
| 11 | 16:54:04 | coverage section; is that also a point of why | |
| 12 | 16:54:06 | she wouldn't get coverage today? | |
| 13 | 16:54:08 | A. | She wouldn't get coverage today based |
| 14 | 16:54:14 | on this application, no. | |
| 15 | 16:54:20 | Q. | So as far as this information or these |
| 16 | 16:54:22 | questions in regards to what Starmark could | |
| 17 | 16:54:24 | have done to get the group number, besides | |
| 18 | 16:54:28 | sending the application back, if the | |
| 19 | 16:54:32 | application had the group number on it, would | |
| 20 | 16:54:36 | Ms. Virtue have had health insurance? | |
| 21 | 16:54:38 | A. | No. |
| 22 | 16:54:40 | Q. | And, once again, why? |
| 23 | 16:54:42 | A. | Because in the waiver of coverage |
| 24 | 16:54:46 | section of her application, she checked that | |
| 25 | 16:54:48 | she waived medical and dental coverage, or I | |

Exhibit  13

Page  4  of  6  Pages

84

| | | |
|---|---|---|
| 1 | 17:03:08 | enrolled? |
| 2 | 17:03:08 | A.   Each group gets a -- |
| 3 | 17:03:10 | MR. FAYETTE:  Object to form. |
| 4 | 17:03:12 | Go ahead. |
| 5 | 17:03:14 | THE WITNESS:  Each group gets a bill, |
| 6 | 17:03:18 | monthly, that lists every employee that's |
| 7 | 17:03:22 | covered.  So as verification of who is being |
| 8 | 17:03:24 | covered and who they are paying premiums for, |
| 9 | 17:03:26 | it would be on their monthly billing. |
| 10 | 17:03:30 | BY MR. VALCARCE: |
| 11 | 17:03:30 | Q.   That monthly bill actually lists the |
| 12 | 17:03:34 | names of these employees who were covered? |
| 13 | 17:03:36 | A.   Yes.  It lists member ID number, |
| 14 | 17:03:40 | member insured, and then it lists what premium |
| 15 | 17:03:44 | is being billed for each one of those members. |
| 16 | 17:03:46 | Q.   And in the review of your documents, |
| 17 | 17:03:50 | did you see any documents from Bethel Group |
| 18 | 17:03:52 | Home at any point, involving Melissa Virtue, |
| 19 | 17:03:56 | where Bethel Group Home said:  "Well, wait a |
| 20 | 17:03:58 | second.  She needs to be enrolled, and she |
| 21 | 17:04:00 | wasn't, and there was a mistake"?  Did you |
| 22 | 17:04:04 | ever get anything like that? |
| 23 | 17:04:06 | A.   No.  There is nothing in the file. |
| 24 | 17:04:08 | MR. VALCARCE:  Okay. |
| 25 | 17:04:08 | MR. FAYETTE:  This is James Fayette. |

Exhibit __B__

Page __5__ of __6__ Pages

86

```
 1   17:21:16       A.   Not that I know of.
 2   17:21:20            MR. FAYETTE:  Thank you.  Thank you.
 3   17:21:22       Nothing further.
 4   17:21:24            MR. VALCARCE:  Ms. Wendell, I have a
 5   17:21:28   couple quick questions.
 6   17:21:28          F U R T H E R   E X A M I N A T I O N
 7   17:21:28   BY MR. VALCARCE:
 8   17:21:28       Q.   On Exhibit 10, it looks like Bethel
 9   17:21:32   Group Home mailed this to you on April 17th;
10   17:21:36   is that correct, or at least that's the date
11   17:21:36   on the letter?
12   17:21:36       A.   That's the date on the letter.
13   17:21:38       Q.   Any idea why it took so long to get
14   17:21:42   there?  Do you have any idea why it shows up
15   17:21:44   on May 13th?
16   17:21:46       A.   I do not.  I don't know.  The date
17   17:21:48   that's stamped there is the date it would have
18   17:21:50   come to our mail services.  So I don't know.
19   17:21:52       Q.   And is there any documents involving
20   17:21:56   Melissa Virtue that show that the group home
21   17:22:00   followed up on this application, called,
22   17:22:02   checked, or determined the status of it at any
23   17:22:04   point?
24   17:22:04       A.   I have nothing.
25   17:22:08            MR. VALCARCE:  Thank you.  No further
```

Exhibit B
Page 6 of 6 Pages

103