**EXHIBIT C**
**Melissa Virtue Letter of Resignation,**
**Dated May 17, 2002**

May 17, 2002

## LETTER OF RESIGNATION

Dear Paul, I would like to take this opportunity to apologize of my excessive absence from work, due to my recently diagnosed "MS," medical problem; my physical and emotional limitation has kept me in bed.

I have learned of a "MS" specialist located in Ketchikan whom I would like to pursue for treatment. I have decided that it would be to my advantage to re-locate to that area to address my problem. Unfortunately, I must resign from my position with Bethel Group Home to do this. This is unfortunate because I have grown to admire the efforts of the Group Home, the children and my responsibilities; I hope my presence aided to serve the purpose of Bethel Group Home as I have grown through my charge of responsibility.

As I pray to be physically well again, I wish Bethel Group Home and the residents prosperity and lasting endeavors.

Sincerely,

*[signature]*
Melissa Virtue

Exhibit __C__
Page __1__ of __1__ Pages