**EXHIBIT D**
<u>Certificate of Insurance</u>

# CERTIFICATE OF INSURANCE



Exhibit ___D___
Page ___1___ of ___51___ Pages



400 Field Drive • Lake Forest, Illinois 60045-2581
847.615.1313 • 800.522.1246

Insured By
Trustmark Insurance Company



DEFENDANT'S EXHIBIT

PH3

Certificate of Group Insurance Underwritten by Trustmark Insurance Company, Lake Forest, Illinois

12/29/2004

Participating Employer:
THE BETHEL GROUP HOME, INC

142 ATSAQ ST
PO BOX 385
BETHEL, AK 99559

Group Number: SM46761E 0001

Member ID: ███

Class: 01

Member Effective Date: ███

The effective date of this certificate is: ███

FURTHER INFORMATION REGARDING YOUR COVERAGE IS GIVEN ON THE PAGES THAT FOLLOW. THIS CERTIFICATE IS EVIDENCE OF YOUR COVERAGE. IT IS NOT THE INSURANCE CONTRACT. ANY STATEMENT IN THIS CERTIFICATE WHICH CONFLICTS WITH THE CONTRACT IS VOID. THIS CERTIFICATE REPLACES ANY OTHER CERTIFICATE WHICH TRUSTMARK MAY HAVE ISSUED TO YOU.

YOUR COVERAGE IS INSURED BY TRUSTMARK INSURANCE COMPANY AND ADMINISTERED BY ITS AUTHORIZED REPRESENTATIVE, STAR MARKETING AND ADMINISTRATION (CALLED STARMARK IN THIS CERTIFICATE). ALL CLAIMS SHOULD BE SUBMITTED TO STARMARK AND ALL QUESTIONS REGARDING YOUR COVERAGE SHOULD BE DIRECTED TO STARMARK.

TRUSTMARK INSURANCE COMPANY

*[signature]*                              *[signature]*

J. Grover Thomas Jr.                       Frank G. Gramm
President & Chief Operating Officer        Corporate Secretary & General Counsel

Exhibit ___D___
Page __2__ of _51_ Pages

S989C

Certificate of Group Insurance Underwritten by Trustmark Insurance Company, Lake Forest, Illinois.

## Schedule of Benefits
## Comprehensive Major Medical Coverage

Your coverage for this benefit is EMPLOYEE ONLY

Calendar Year Deductible
- $250   per person per calendar year
- $750   per family per calendar year

Additional Deductible(s) and Pre-certification Requirement
- $300   penalty per Hospital stay or surgery (outside a physician's office) if the required Pre-certification procedures are not followed.
- Note: There are no annual limits on the additional Deductible or Pre-certification Requirement penalty amounts and they will not count towards your individual or family Calendar Year Deductibles or Out-of-Pocket Limits.

|  | Insured Percent | | Out-of-Pocket Limit (includes Calendar Year Deductible) Combined In-Network and Out-of-Network | |
| --- | --- | --- | --- | --- |
|  | In-Network | Out-of-Network | In-Network | Out-of-Network |
| Covered Charges other than those listed below (after Calendar Year Deductible) | 90% | 80% | Individual $1,250 Family $4,500 | $2,250 |
| Outpatient Mental Illness, Nervous Disorders, substance abuse and alcoholism (after Calendar Year Deductible) | 60% | 50% | Charges not applied to Out-of-Pocket Limit | |
| Inpatient Mental Illness, Nervous Disorders and substance abuse (after Calendar Year Deductible) | 90% | 80% | | |

Optional benefit riders included
A network with Preferred Hospitals

Prescription Drug Card Coverage:
  $100 annual Prescription Deductible
  Co-pay per prescription: $7 for Generic drugs;  $15 for Brand Name drugs
  $14 for Generic Mail Order Drugs;  $30 for Brand Name Mail Order Drugs (90 day supply)
  In addition, if you specifically request a Brand Name Drug when a Generic Drug is available, you will be responsible for the difference between the cost of the Brand Name Drug and the Generic Drug.
  Note: The annual Prescription Deductible and Co-pay do not apply toward any other Deductible or Co-pay described on this schedule.

Optional Preventive Care Benefit   100% up to $250 per person per calendar year of preventive care procedures. Additional charges are subject to the Calendar Year Deductible and Insured Percent.

Exhibit __D__
Page __3__ of __51__ Pages

Certificate of Group Insurance Underwritten by Trustmark Insurance Company, Lake Forest, Illinois.

## Schedule of Benefits
## Comprehensive Major Medical Coverage

Benefit maximums (per person)

Lifetime Maximum Amount
    Total In-network and Out-of-Network expenses . . . $5,000,000
    Total Out-of-network expenses only . . . . . . . . . . $2,000,000

Note: All expenses paid count toward the lifetime maximum amount. Once the out-of-network maximum has been met, no more expenses will be paid for out-of-network charges.

| | |
|---|---|
| Inpatient and Outpatient expenses relating to Mental Illness, Nervous Disorders, Substance Abuse, and Outpatient Treatment of Alcohol Abuse | $10,000 per calendar year, $30,000 per lifetime. |
| Outpatient expenses relating to Mental Illness, Nervous Disorders, Substance Abuse and Alcohol Abuse | $25 per visit; 40 visits per calendar year; $1,000 per calendar year. |
| Private Duty Nursing | $2,500 per calendar year. |
| Non-Dental TMJ Treatment | $2,500 per lifetime. |
| Hospice care | Maximum 60 days per lifetime. |
| Skilled nursing care | Maximum of 81 days for each skilled nursing care confinement following a period of no confinement for 60 consecutive days. |
| Home health care | Maximum of 100 days following each hospital confinement. |

Exhibit ___D___
Page __4__ of __51__ Pages

Certificate of Group Insurance Underwritten by Trustmark Insurance Company, Lake Forest, Illinois.

## Schedule of Benefits
## Comprehensive Major Medical Coverage

<u>Important Terms</u>

| | |
|---|---|
| Insured Percent | The Insured Percent is the portion of Covered Charges Trustmark pays after the Calendar Year Deductible and depends upon whether You select a Preferred Provider (In-Network) or a Non-Preferred Provider (Out-of-Network). A list of Preferred Providers has been provided by Starmark. |
| Mental Illness, Nervous Disorders, Substance Abuse and Alcoholism | There is no Out-of-Pocket Limit for inpatient and outpatient Mental Illness, Nervous Disorders and substance abuse, and outpatient alcoholism treatment. Such charges are never paid at 100%. |
| Out-of Pocket Limit | This is the sum of the Calendar Year Deductible and the percent of Covered Charges which You must pay each year for each covered person. The Out-of-Pocket Limit does not include amounts You are required to pay for: |

    a. Additional deductibles or penalties;
    b. Prescription Deductible or Co-Pays; and
    c. Inpatient and outpatient charges for the treatment of Mental Illness, Nervous Disorders and substance abuse, and outpatient treatment of alcoholism.

When Covered Charges include both In-Network and Out-of-Network services, the maximum Out-of-Pocket Limit is the Out-of-Network Out-of-Pocket Limit. When the maximum Out-of-Pocket Limit is reached, Covered Charges will be paid at 100% until the end of the calendar year or until the Lifetime Maximum Amount is reached, whichever occurs first, except as otherwise noted.

Exhibit __D__
Page __5__ of __51__ Pages

Certificate of Group Insurance Underwritten by Trustmark Insurance Company, Lake Forest, Illinois.

## Schedule of Benefits
## Comprehensive Major Medical Coverage
## Transplant Benefit

|  | Insured Percent | | |
| --- | --- | --- | --- |
|  | Designated Transplant Facility | Non-Designated Transplant Facility In-Network | Non-Designated Transplant Facility Out-of-Network |
| Approved Transplant Services | 100% | 100% | 70% |
| Transportation, Lodging and Meals of Companion | 100% | 0% | 0% |

### Benefit maximums (per person)

Transportation of companion . . . . . . . . . . . .  $1,000 per approved transplantation procedure

Lodging and meals of companion . . . . . . . . .  $250 per day while recipient of an approved transplant procedure is hospital confined.

Approved Transplant Services done
at a Designated Transplant Facility . . . . . . . .  Full amount of charges per transplant up to the Lifetime Maximum amount for this plan

Approved Transplant Services done
at a Non-Designated Transplant Facility . . . . .  $300,000 per lifetime

Approved Transplant Services are those defined in the attached Certificate of Insurance. All charges for the Transplant Benefit are included in the lifetime maximum for this plan. See the first page of this Schedule of Benefits for maximum Out-of-Pocket limits.

Exhibit _D_
Page _6_ of _51_ Pages

Certificate of Group Insurance Underwritten by Trustmark Insurance Company, Lake Forest, Illinois.

## Schedule of Benefits
## All Other Coverage(s)

<u>Employee Life and Accidental Death and Dismemberment Coverage</u>
Your coverage for this benefit is **Employee only**.

Life insurance benefit is $15,000.

Principal sum of accidental death and dismemberment is equal to the life amount.

Exhibit __D__
Page __7__ of __51__ Pages

# TABLE OF CONTENTS

DEFINITIONS........................................................................................................... 1
    LIFE BENEFIT SECTION..................................................................................... 3
    ACCIDENTAL DEATH AND DISMEMBERMENT BENEFIT SECTION ............... 5
    COMPREHENSIVE MEDICAL BENEFIT SECTION ........................................... 6
CONDITIONS OF INSURANCE ............................................................................ 23
CLAIM PAYMENT PROVISIONS .......................................................................... 25
STATUTORY PROVISIONS .................................................................................. 26
MISCELLANEOUS PROVISIONS ......................................................................... 27
COORDINATION OF BENEFITS .......................................................................... 28
MEDICARE ............................................................................................................ 30
CONTINUATION OF COVERAGE PROVISIONS ................................................. 31
MEDICAL CONVERSION PRIVILEGE .................................................................. 36
LIMITED RIGHT OF REIMBURSEMENT .............................................................. 37

Exhibit __D__
Page __8__ of __51__ Pages

Summary Concerning Coverage, Limitations, and Exclusions under the Alaska Life and Health Insurance Guaranty Association Act

A resident of Alaska who purchases life insurance, annuities, or accident and health insurance should know that insurance company licensed in this state to write these types of insurance is a member of the Alaska Life d Health Insurance Guaranty Association. The purpose of this association is to assure that a policyholder will be protected within statutory limits if a member insurer becomes financially unable to meet its obligations. If this should happen, the guaranty association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state, and in some cases, to keep coverage in force. However, the valuable extra protection provided by these insurers through the guaranty association is not unlimited. This protection is not a substitute for your care in selecting a company that is well managed and financially stable.

## Important Disclaimer

The Alaska Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Alaska. You should not rely on coverage by the Alaska Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk.

Your insurance company or its agent is required by law to give or send you this notice. However, your insurance company and its agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.

The state law that provides for this safety net coverage is called the Alaska Life and Health Insurance Guaranty Association Act. The full text of the act can be found in AS 21.79.010 – 21.79.990. Provided below is a brief summary of this law's coverage's, exclusions, and limits. This summary does not cover all provisions of the law, nor does it in any way change your rights or obligations under the act or the rights or obligations of the guaranty association.

## COVERAGE

Generally, an individual will be protected by the life and health insurance guaranty association if the individual lives in Alaska and holds a life or health insurance contract or annuity contract, or if the insured is insured under a group insurance contract issued by a member insurer. The beneficiary, payee, or assignee of an insured person is protected as well, even if a non-resident of Alaska.

## EXCLUSIONS FROM COVERAGE

The association does not protect a person holding a policy if:
1. the individual is eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
2. the insurer was not authorized to do business in this state;
3. the policy is issued by an organization that is not a member of the Alaska Life and Health Insurance Guaranty Association.

The association does not provide coverage for:
1. a policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus; a policy of reinsurance (unless an assumption certificate was issued);
2. an interest rate yield that exceeds an average rate;
3. a dividend;
4. a credit given in connection with the administration of a policy by a group contract holder;
5. an employer's plan to the extent that it is self-funded (that is, not insured by an insurance company, even if an insurance company administers the plan);
6. an unallocated annuity contract issued to an employee benefit plan protected under the United States Pension Benefit Guaranty Corporation;
7. that part of an unallocated annuity contract not issued to a specific employee, union, association of natural persons benefit plan, or a government lottery;

Exhibit __D__

Page __9__ of __51__ Pages

AK-LHGA

8. any portion of a policy or contract to the extent that the required assessments are preempted by federal or state law;
9. an obligation that does not arise under the express written terms of the policy or contract issued by the insurer;
10. certain obligations to provide a book value accounting guaranty for defined contribution benefit plan participants;
11. that part of a policy or contract that provides for interest or other changes in value to be determined by the use of an index or other external reference stated in the policy or contract.

## LIMITS ON AMOUNT OF COVERAGE

The act also limits the amount the association is obligated to pay. The association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, no matter how many policies or contracts were issued by the same company, even if such contracts provided different types of coverage's, the association will pay a maximum of:

1. $300,000 in net life insurance death benefits and no more than $100,000 in net cash surrender and net cash withdrawal values for life insurance;
2. for health insurance benefits, $100,000 for coverage's not defined as disability, basic hospital, medical, and surgical, or major medical insurance, including any net cash surrender and net cash withdrawal values;
3. $300,000 for disability insurance;
4. $500,000 for basic hospital, medical, and surgical or major medical insurance;
5. $100,000 in the present value of annuity benefits, including net cash surrender and net cash withdrawal value;
6. with respect to a structured settlement annuity, $100,000 in present value annuity benefits, in the aggregate, including net cash surrender and net cash withdrawal values;
7. $100,000, in the aggregate, of present-value annuity benefits, including net cash surrender and net cash withdrawal values with respect to an individual participating in a governmental retirement plan established under 26 U.S.C. 401, 26 U.S.C. 403(b), or 26 U.S.C. 457 and covered by an unallocated annuity contract, or to a beneficiary of the individual if the individual is deceased;
8. $5,000,000 in unallocated annuity contract benefits, irrespective of the number of contracts held by that contract holder, with respect to any one contract holder or plan sponsor whose plan owns, directly or in trust, one or more unallocated annuity contracts.

Note to benefit plan trustees or other holders of unallocated annuities (GICs, DACs, etc.) covered by the act: for unallocated annuities that fund governmental retirement plans under sections 401(k), 403(b), or 457 of the Internal Revenue Code, the limit is $100,000 in present value of annuity benefits including net cash surrender and net cash withdrawal per participating individual. In no event shall the association be liable to spend more than $300,000 in the aggregate per individual. For covered unallocated annuities that fund other plans, a special limit of $5,000,000 applies to each contract holder, regardless of the number of contracts held with the same company or number of persons covered. In all cases the contract limits also apply.

## COMPLAINTS AND COMPANY FINANCIAL INFORMATION

A written complaint to allege violation of any provision of the Alaska Life and Health Insurance Guaranty Association Act must be filed with the Alaska Division of Insurance, 3601 C Street, Suite 1324, Anchorage, Alaska, 99503-5948; telephone (907) 269-7900. Financial information for an insurance company, if the insurance information is not proprietary, is available at the same address and telephone number. The guarantee association should not be contacted regarding the financial information of an insurance company.

This information is provided by:

Alaska Life and Health Insurance Guaranty Association
P.O. Box 103415
Anchorage, Alaska 99510-3415
(907) 243-2311

Alaska Division of Insurance
3601 C Street, Suite 1324
Anchorage, Alaska, 99503-5948
(907) 269-7900

Exhibit D
Page 10 of 51 Pages

AK-LHGA

## DEFINITIONS OF CERTAIN WORDS USED IN THIS CERTIFICATE

**NOTE:** All masculine pronouns used in this Certificate also include the feminine.

**Certificate:** This booklet, including any attached riders, describing your group insurance benefits.

**Complications of Pregnancy:** Means conditions which are not part of a normal pregnancy, but are caused by, or made worse by, pregnancy. They include, but are not limited to: (1) Caesarean section, ectopic pregnancy or similar surgery; (2) spontaneous termination of pregnancy during a time a viable birth is not possible; (3) eclampsia, puerperal infection, missed abortion, RH factor problems, severe loss of blood requiring transfusions; (4) acute nephritis, nephrosis, cardiac failure; (5) hyperemesis gravidarum; and (6) other similarly severe conditions related to pregnancy. 'Complications of pregnancy' does not include: (1) false labor; (2) occasional spotting; (3) physician prescribed rest during pregnancy; (4) morning sickness; (5) pre-eclampsia; or (6) similar conditions which are part of a difficult pregnancy, but which are not a separate complication of pregnancy.

**Contract:** Means the contract issued to the Policyholder and any amendments, riders or endorsements to that contract.

**Dependent On Other Care Provider(s):** Means the individual requires a community integrated living arrangement, group home, supervised apartment, or other residential services licensed or certified by the department of mental health and developmental disabilities, the department of public health, the department of public aid, or other appropriate state department responsible for such services or facilities.

**Eligible Dependent (Dependent):** Includes (1) Your spouse. (2) Your unmarried child under 19 years of age who is dependent on you for more than 50% of his support. (3) A child of yours who is the subject of a court-issued qualified medical support order, in accordance with the terms of the court-issued order. (4) A child placed for adoption with you (including the time before the adoption is final). For any Dependent Life or Accidental Death and Dismemberment Benefits, the child is an Eligible Dependent only if he is over age 14 days. (5) Your child from his 19th birthday to 25th birthday, if he is a full-time student and the support requirement of (2) above is met. (6) For Comprehensive Medical and Dental Benefits only; your child who has coverage in force, who has reached the limiting age for children but who, because of a handicapped condition that occurred before attainment of the limiting age, is incapable of self-sustaining employment and is dependent upon his or her parents or Dependent On Other Care Provider(s) for lifetime care and supervision. You must give Starmark proof of the child's incapacity and dependency within 31 days after we inquire during the 2 months prior to the child attaining the limiting age. You may also be required, from time to time, to give proof of his continuing incapacity and dependency. If proof is not given within 31 days of a request, his coverage will end 31 days after the request is made. If we do not inquire, coverage will continue through the term of this Certificate or any extension or renewal.

**NOTE:** 'Child' as used above includes adopted children and stepchildren. But, Eligible Dependent will not include: a foster child; a child or spouse who lives outside of the USA; or a child or spouse who is an Eligible Employee.

**Eligible Employee:** A person who is working for a Participating Employer for at least 30 hours per week has satisfied the waiting period, if any required, by the Participating Employer, and is a member of a class eligible for insurance.

**Injury:** Accidental bodily injury or injuries which cause a covered loss while a person's coverage is in force. The Injury must be the direct cause of the loss, independent of disease, bodily infirmity or other cause.

**Insured:** An Eligible Employee whose coverage has become effective.

**Medicare:** Title XVIII of the Social Security Act of 1965, as amended. A person is considered to be eligible for Medicare on and after the date he is first eligible for any Medicare coverage.

**Mental Illness or Nervous Disorders:** Means neurosis, psychoneurosis, psychopathy, psychosis and mental disease or disorders as defined in the most current edition of the Diagnostic and Statistical Manual of Disorders of the American Psychiatric Association.

**Participating Employer:** An employer who has been approved for coverage for his Eligible Employees under the Contract.

Exhibit __D__

Page __11__ of __51__ Pages

**Physician:** (1) A licensed physician who is acting within the scope of his license; and (2) for reimbursement of expenses, any other licensed practitioner required to be recognized for benefit payment purposes under the law of the state in which you live and who is acting within the scope of his license; but (3) not you, your spouse or the children, brothers, sisters, and parents of you or your spouse.

**Policyholder:** Means the Starmark Trust.

**Sickness:** Illness, disease or Complications of Pregnancy which cause a covered loss while a person's coverage is in force; and for any Comprehensive Medical Benefits, congenital defects, birth abnormalities and prematurity of a covered newborn child.

**You and your:** The Insured named on the first page of this Certificate.

**Trustmark Insurance Company:** In this Certificate is called Trustmark Insurance Company, Trustmark, the Company, or we, us or our.

Exhibit D
Page 12 of 51 Pages

## LIFE BENEFIT SECTION

**This Benefit Applies Only If The Schedule Of Benefits Shows That You Have Life Coverage.**

Trustmark will pay a Life Insurance Benefit to your beneficiary in the event you die while your coverage is in force. The amount of the Benefit is shown in the Schedule of Benefits. It reduces with advancing age as shown below and terminates at retirement.

| Age | Benefit Level | Age | Benefit Level |
|---|---|---|---|
| Under 65 | 100% | 70 through 74 | 50% |
| 65 through 69 | 65% | 75 and over | 35% |

**A. DEFINITION**

**Disabled:** Means you are continuously unable, due to Sickness or Injury, to do any work for which you are, or become, qualified by reason of education, training or experience. If you are doing any work for wage or profit, you will not be considered to be Disabled.

**B. WAIVER OF PREMIUM**

1. Your premium will be waived after you have been Disabled for 6 months if:
   a. you become Disabled before age 60; and
   b. your coverage is in force on the date you become Disabled; and
   c. you remain continuously Disabled for more than 6 months; and
   d. premium for those first 6 months is paid.

2. Premium will be waived until any one of the following occurs:
   a. you are no longer Disabled;
   b. you do not take a required medical examination;
   c. you fail to furnish proof that you continue to be Disabled;
   d. you reach age 70; or
   e. your employer ceases to be a Participating Employer.

3. If you die more than 6 months but less than one year after you become Disabled, Trustmark will pay the benefit when Starmark receives proof that you were Disabled and proof of death.

4. If it is expected that you will remain Disabled longer than one year, proof that you are Disabled must be furnished to Starmark between 9 months to one year after the date you become Disabled. When the proof is accepted, coverage will be extended for another year. Additional one year extensions of coverage will be made if you furnish, annually, proof that you continue to be Disabled. Proof must be furnished within 3 months before the end of each one year extension. The waiver of premium will end if any proof is not furnished within that time. If you die during the time your coverage is being continued, Trustmark will pay the benefit upon receipt of proof of death.

5. Proof of death must be given within one year after death. Otherwise, Trustmark shall not be liable for the benefit.

6. The benefit will be the lesser of:
   a. the amount in force for you on your last day of work; or
   b. the amount that would be in force for you on the date of death if you were not Disabled.

7. Trustmark has the right, at its own expense, to require you to be examined by a Physician of its choice while premium is being waived. After coverage has been extended for two years, examinations will not be required more than once a year.

   If you return to full time work for the Participating Employer your waiver of premium ends and your regular coverage resumes. If you do not return to work, you are entitled to your rights under the Conversion Privilege.

Exhibit __D__

Page __13__ of __51__ Pages

S989C/2

### C. CONVERSION PRIVILEGE

1. You may convert to an individual life insurance policy if:
   a. your employment for the Participating Employer terminates; or
   b. your waiver of premium or any extension of coverage ends and you do not return to work for the Participating Employer.

   The policy will provide a benefit equal to that provided for you under this Benefit at the time of conversion, unless you request a lesser amount.

2. You may convert if this Benefit or your Insurance Class terminates, or if your employer ceases to be a Participating Employer; but only if you have had continuous coverage under this Benefit, and any it replaces, for at least five years. The policy will be for the lesser of:
   a. $10,000; or
   b. the amount in force for you at termination, reduced by any amount for which you become eligible, within 31 days after termination, under any other group life coverage.

3. You may also convert if your coverage reduces due to a change in Insurance Class or attainment of a specified age. The policy will provide a benefit equal to the amount of the reduction.

4. You will be given notice of the right to convert at least 15 days before the end of the 31 day period allowed for conversion. If notice is not given within this time, you will have an additional period of time to apply for conversion. This additional period of time will be 15 days after notice is given, but not longer than 60 days after the 31 days otherwise allowed.

5. The policy will be issued as follows.

   a. It will be any form of life insurance policy, except term insurance or a policy with disability benefits, Trustmark then has available for conversion.
   b. Evidence of insurability will not be required.
   c. The policy will take effect at the end of the 31 day period for conversion.
   d. The policy shall be in place of all coverage under this Benefit.

6. To convert:
   a. make written application to Trustmark Insurance Company at its Home Office, or to Starmark, within 31 days after the date your coverage ends; and
   b. pay, within these 31 days, the first premium for the policy.

7. You have coverage during the 31 day period for conversion. The amount of this coverage is the amount that can be converted. This amount will be paid as a benefit if you die during this period, whether or not application for conversion had been made. If application had been made, any premium paid for the conversion policy will be refunded.

### D. INSTALLMENT SETTLEMENT OPTION

The benefit is usually paid in one sum. It may, instead, be paid in equal monthly payments, if the monthly payments will be at least $25.00. You must make written request for this option. Payments may not extend for more than a ten year period.

During your lifetime, you and Trustmark may agree to any other settlement option. Your beneficiary and Trustmark may also agree upon a settlement option other than as one sum.

### E. ASSIGNABILITY

Your life coverage and benefits are not assignable.

### F. SUICIDE EXCLUSION

The benefit will not be payable in the event you commit suicide, while sane or insane, within two years after the effective date of your life coverage.

Exhibit D
Page 14 of 51 Pages

S989C/3

4

## ACCIDENTAL DEATH AND DISMEMBERMENT BENEFIT SECTION

This Benefit Applies Only If The Schedule of Benefits Shows That You Have Accidental Death And Dismemberment Coverage.

Trustmark will pay a Benefit in the event of your death, dismemberment or loss of sight due to Injury. You are covered by this Benefit only if you are also covered by the Life Benefit; but, your coverage under this Benefit terminates if your Life Benefit is being extended under the Waiver of Premium provision. The Principal Sum is the same as your Life Benefit.

### A. BENEFIT

Benefits will be paid for any loss listed in the Table of Losses which:

1. results solely from Injury that occurs while your coverage is in force;
2. occurs within 90 days after the Injury; and
3. occurs while your coverage is in force.

With regard to hands and feet, loss means complete severance through or above the wrist or ankle joint. With regard to eyes, loss means the entire and irrecoverable loss of sight.

### TABLE OF LOSSES

| Loss | Benefit |
|---|---|
| Loss of Life | The Principal Sum |
| Loss of Both Hands | The Principal Sum |
| Loss of Both Feet | The Principal Sum |
| Loss of One Hand and One Foot | The Principal Sum |
| Loss of One Eye and One Foot | The Principal Sum |
| Loss of One Eye and One Hand | The Principal Sum |
| Loss of Sight of Both Eyes | The Principal Sum |
| Loss of One Hand | One-half The Principal Sum |
| Loss of One Foot | One-half The Principal Sum |
| Loss of Sight of One Eye | One-half The Principal Sum |

The Table of Losses shows each loss for which a benefit will be paid. The total paid for all injuries from any one accident will not exceed the Principal Sum.

### B. EXCLUSIONS

No benefits are paid for:

1. intentionally self-inflicted injury, while sane or insane;
2. suicide or attempted suicide, while sane or insane;
3. loss resulting from your commission of, or attempt to commit, a felony;
4. loss resulting from your being engaged in an illegal occupation;
5. injury resulting from travel in any type of aircraft, except as a fare paying passenger in a commercial aircraft;
6. war, or act of war, declared or undeclared;
7. bodily or mental infirmity, disease, any type of hernia, or bacterial infections, except pyogenic infections which occur with and through an accidental cut or wound and infections resulting from accidental ingestion of poisonous food substances;
8. medical or surgical treatment, except surgery performed solely due to, and within 90 days of, a covered Injury.

### C. ASSIGNABILITY

Your Accidental Death and Dismemberment coverage and benefits are not assignable.

Exhibit __D__

Page __15__ of __51__ Pages

S989C/4

3/92