## COMPREHENSIVE MEDICAL BENEFIT SECTION
(Calendar Year Deductible)

**This Benefit Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

Trustmark will provide benefits for medical expense incurred for the Medically Necessary care and treatment of Sickness or Injury. The amounts of coverage are shown in the Schedule of Benefits.

## A. DEFINITIONS

**Covered Charges:** That part of expense incurred which: (a) is for care of a Covered Condition; (b) is incurred while a person's coverage is in force or as Extended Benefits; (c) does not exceed the Reasonable and Customary Fee; and (d) is either listed as a Covered Charge in Part B. of this Benefit, or is provided by Rider and made part of this Benefit. Charges are considered incurred on the date a service is rendered or a supply is furnished.

**Covered Condition:** All Sickness and Injury for which a person is covered by this Benefit.

**Custodial Care:** Means room and board and other institutional or nursing services which are provided for an insured person due to his age or mental or physical condition mainly to aid the person in daily living.

**Deductible:** The amount of Covered Charges that must be incurred by a person before benefits will be paid. The Deductible will be met when Covered Charges: (1) are incurred for Covered Conditions; and (2) are equal to the Deductible shown in the Schedule of Benefits.

**Disability:** You are Disabled if, due to Sickness or Injury, you are unable to do the substantial and material duties of your regular job. A Dependent is Disabled if, due to Sickness or Injury, he is unable to do his normal activities.

**Experimental/Investigational:** A drug, device or medical treatment or procedure is "experimental" or "investigational":
1.  if the drug or device cannot lawfully be marketed without approval of the U.S. Food and Drug Administration and approval for marketing has not been given at the time the drug or device is furnished, or

2.  if Reliable Evidence shows that the drug, device or medical treatment or procedure is the subject of ongoing Phase I, II or III clinical trials or under study to determine its maximum tolerated dose, its toxicity, its safety, its efficacy, or its efficacy as compared with the standard means of treatment or diagnosis; or

3.  if Reliable Evidence shows that the consensus of opinion among experts regarding the drug, device or medical treatment or procedure is that further studies or clinical trials are necessary to determine its maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with the standard means of treatment or diagnosis.

"Reliable Evidence" means only published reports and articles in authoritative Medical and scientific literature; the written protocol or protocols used by the treating facility or the protocols of another facility studying substantially the same drug, device or medical treatment or procedure; or the written informed consent used by the treating facility or by another facility studying substantially the same drug, device or medical treatment or procedure.

**Free Standing Surgical Center:** A facility licensed as a free standing or ambulatory surgical center.

**Hospital:** Includes all of the following.
1.  An institution which: (a) is operated lawfully; and (b) mainly and continuously provides medical, diagnostic, and surgical facilities; these facilities may be on the premises or available on a prearranged basis supervised by a staff of one or more licensed Physicians; and (c) provides inpatient care for which a charge is made; and (d) provides 24-hour nursing care by, or supervised by, a registered graduate nurse (R.N.); or

2.  An institution which is accredited as a Hospital by the Joint Commission on Accreditation of Health Care Organizations; or

3.  Any other institution required to be recognized as a Hospital for benefit payment purposes under the law of the state in which you live.

'Hospital' does not include a nursing home or a custodial care facility.

Exhibit ___D___

Page __16__ of __51__ Pages

## B. COVERED CHARGES

Trustmark will provide benefits for the following Covered Charges incurred after the Deductible has been met. Benefits will be paid at the Insured Percent shown in the Schedule of Benefits.

Covered Charges:

1. Room, board and general nursing care for each day of confinement as an inpatient in a Hospital. Benefits will not exceed the daily rate for the greatest number of semi-private (2-bed) rooms in the Hospital where confined.
2. Intensive care unit charges.
3. Miscellaneous services and supplies furnished by a Hospital on an inpatient basis and not included in the room charge. This benefit is paid only for expense incurred during a period for which the room and board or intensive care unit benefit is payable.
4. Miscellaneous services and supplies furnished by a Hospital or a Free Standing Surgical Center and related to outpatient surgery. This benefit is paid only for expense incurred on the date the surgery is performed.
5. Services and supplies furnished by a Hospital or a Free Standing Surgical Center for outpatient treatment of Injury. This benefit is paid only for expense incurred within 72 hours after the accident causing the Injury.
6. Physician's fees. The following Physician's fees are limited as follows: (a) Benefits for treatment by manual or mechanical means of structural imbalance, distortion or subluxation in the vertebral column or elsewhere will be limited to $500.00 per Year. Treatments that are considered maintenance in nature are not covered. (b) Benefits for treatment of Mental Illness or Nervous Disorders and substance abuse are limited as shown in the Schedule of Benefits. (c) Treatment for infertility is limited to 6 cycles of drug treatment in a women's lifetime. No benefits are available for any other type of infertility treatment unless coverage is specifically added by a rider to this certificate.
7. Registered graduate nurse (R.N.) and licensed practical nurse (LPN) fees for private duty nursing care when recommended by a Physician. In-hospital private nursing services are covered only if the hospital's regular staff can't provide the care needed due to the nature of your condition. Coverage limits are shown in the Schedule of Benefits.
8. Local professional ambulance service to or from a Hospital. "Local" means the metropolitan area in which the person is located at the time service is used. If the person is in a rural area, "Local" means the nearest metropolitan area; transportation to and from the nearest Hospital with facilities for required special treatment including professional ambulance services and railroad or regularly scheduled airline fares. Ambulance service cannot be for your convenience, your Physician's or your family's. It must be Medically Necessary.
9. Speech therapy for speech loss or impairment due to a Sickness or Injury other than a functional nervous disorder, or due to surgery performed on account of a Sickness or Injury. If speech loss is due to congenital anomaly, surgery to correct the anomaly must have been performed prior to the speech therapy. Treatments that are considered maintenance in nature are not covered.
10. The following Covered Charges when prescribed by a Physician and not included in 1. through 9. above:
    a. anesthetics and their administration;
    b. physical therapist's fees, however, treatments that are considered maintenance in nature are not covered;
    c. x-rays (but not dental x-rays) and laboratory tests done for diagnosis or treatment;
    d. x-ray, radium, cobalt and radioactive isotope therapy;
    e. blood and blood plasma;
    f. artificial limbs and eyes;
    g. casts, splints, trusses, crutches, and braces (but not dental braces);
    h. oxygen and rental equipment for its administration;
    i. rental or purchase of a wheelchair, hospital type bed, or other durable medical equipment which meets all of the following tests: (1) can withstand repeated use; (2) is mainly used for a medical purpose; (3) is not useful except to treat Sickness or Injury; (4) is essential for a person's treatment plan that is medically reviewed on a regular basis. Such equipment will be paid for on a rental basis during the time benefits are payable. The Company may, at its option purchase such equipment. In this event the Covered Charge is limited to the purchase price and the cost of installation;
11. a. Prescription drugs and medications which are approved and used in the manner approved by the United States Drug Administration and which can only be gotten upon written order of a Physician, if the Prescription Drug Benefit is not included in coverage.
    b. If the Prescription Drug Benefit is included in coverage, Covered Charges shall include prescription drugs or medication, when taken by or administered to an Insured or Dependent, in whole or part, while a patient in a hospital, rest home, sanitarium, extended care institution, convalescent hospital, nursing home or similar institution which operates on it premises, or allows to be operated on its premises, a facility for dispensing pharmaceuticals. Prescription drugs must be approved and used in the manner approved by the United States Drug Administration and can only be gotten upon written order of a Physician.

Exhibit ___D___

Page __17__ of __51__ Pages

12. The following specific preventive care procedures:

    a. Physician office visits for routine physical. Limited to 1 visit per Calendar Year; except for children under age 2 for whom visits are covered at the following age intervals: birth, 2,4, 6,9,12,15, and 18 months.
    b. C.B.C. ( complete blood count).
    c. Chemistry panel.
    d. Hemocult.
    e. Urinalysis.
    f. Pap test
    g. P.S.A. (prostate specific antigen) test for males age 40 and older.
    h. Immunizations (including flu and pneumonia shots).
    i. Screening E.C.G. (electrocardiogram) for persons over age 40 who have 2 or more cardiac risk factors.

## C. APPLICATION OF DEDUCTIBLE

1. The Deductible is shown in the Schedule of Benefits.
2. If two or more covered members of your family are injured in the same accident, only one Deductible will be applied to all Covered Charges arising out of the accident during the Year.
3. A Deductible separate from the mother's must be met for a covered newborn child.
4. Covered Charges incurred by one person shall not be used to meet the Deductible for any other person. The only exceptions to this are set forth in 2. above and in the Schedule of Benefits.
5. If a person incurs Covered Charges in the last 3 months of a Year which are used toward meeting the calendar year Deductible, the amount of those charges will also be used toward meeting his calendar year Deductible for the next Year.

## D. MAXIMUM AMOUNT

The Maximum Amount is shown in the Schedule of Benefits. It is the maximum total benefits payable under this Benefit for each covered person, for all Covered Conditions.

## E. EXTENDED BENEFITS

1. Benefits will be extended if a person is Disabled by a Covered Condition on any of the following dates:

    a. the date this Benefit terminates;
    b. the date the person is no longer in an Insurance Class eligible for this Benefit; or
    c. the date your employer ceases to be a Participating Employer.

2. Extended benefits will be paid for a person as if his coverage were in force, but only for charges:

    a. due to the Injury or Sickness causing his Disability; and
    b. which would be payable if his coverage were in force.

3. Benefits will be extended for Covered Charges incurred before the earliest of the following:

    a. (i) the end of a 12-month period that began on the date coverage ends if a Participating Employer terminates coverage for his employees under this Benefit; or
      (ii) the end of a 3-month period that began on the date coverage ends if an Eligible Employee loses coverage because he became disabled;
    b. the date the Maximum Amount has been paid; or
    c. the date Disability ends.

Exhibit _____D_____

Page ___18___ of _51_ Pages

F.  BENEFIT LIMITATION FOR PRE-EXISTING CONDITIONS

1.  No benefits will be paid for any condition specifically excluded from coverage by an elimination rider.

2.  Benefits for covered expenses that result from care or treatment of a Pre-Existing Condition will not be considered as Covered Charges until the earlier of:

    a.  12 months following the date a person becomes covered; or
    b.  18 months following the date a late enrollee becomes covered (including any applicable waiting period).

3.  The time a person was covered under Qualifying Previous Coverage will be credited against the limitation in 2. above if the previous coverage was continuous to a date not more than 30 days before the effective date of this coverage, exclusive of any applicable waiting period, and if the person was not Late Enrollee.

Exhibit __D__

Page __19__ of __51__ Pages

S989C/16-02

9

5/96

## G. EXCLUSIONS AND LIMITATIONS

1. No benefits are paid under this Benefit, or under any Rider made part of it, for:
   a. service or supplies not Medically Necessary, or not required for the Covered Condition;
   b. charges in excess of the Reasonable and Customary Fee for the service or supply;
   c. service or supplies not prescribed by a Physician as required to treat the Covered Condition;
   d. dental care or treatment of any kind including treatment of the gums and supporting structures and related medical care, services and supplies; this does not apply to damage to natural teeth caused solely by Injury (except chewing injuries) that occurs while a person is covered by this Benefit, and services are rendered while the patient is covered by this Benefit;
   e. eyeglasses, contact lenses or hearing aids and service or supplies related thereto;
   f. eye or hearing examinations; this does not apply to service or supplies required to correct Injury to the eyes or ears that occurs while the person is covered by this Benefit;
   g. cosmetic surgery; this does not apply to Covered Charges for: (a) correction of damage caused by Injury or Sickness that occurs while covered by this Benefit; or (b) congenital deformities of a newborn child covered by this Benefit from the date of birth;
   h. routine physical examinations, X-rays, lab tests or other diagnostic test, except as specified elsewhere in this certificate or a rider attached to this certificate;
   i. loss due to war, or act of war, declared or undeclared;
   j. loss due to the person's participation in a riot;
   k. loss which occurs during or as a result of your participation in the commission of, or attempt to commit a felony;
   l. loss to which a contributing cause was the person engaging in an illegal occupation;
   m. charges the person is not legally required to pay;
   n. service or supplies furnished by a person who usually resides in your home or who is a member of your family; this includes you, your spouse, and your and your spouse's children, brothers, sisters, and parents;
   o. loss due to suicide, or attempted suicide, while sane or insane;
   p. loss due to intentionally self-inflicted injury, while sane or insane;
   q. immunizations, x-rays or tests not related to diagnosis or treatment of Sickness or Injury;
   r. Experimental/Investigational drugs, medicines, treatment, procedures and therapies;
   s. services or supplies furnished by the Participating Employer, by any employee of the Participating Employer, or by any person who is in partnership with, or other formal business relationship with the Insured or the Participating Employer;
   t. any Sickness or Injury for which benefits are available under a Workers Compensation or Occupational Disease Act or Law. Benefits are considered available if coverage may be purchased whether or not coverage was actually purchased. This exclusion will not apply to a Participating Employer who: (a) is a sole proprietor, partner or executive officer; (b) is not required by law to have Workers Compensation or similar coverage; and (c) does not have such coverage;
   u. treatment for weight reduction, except for medical treatment necessary because the obesity results from a dysfunction of a body organ or constitutes a life threatening health problem;
   v. treatment (including cutting or removal) of toe nails or superficial lesions of the feet including corns, calluses and hyperkeratoses, other than removal of nail matrix or root;
   w. elective abortions;
   x. normal pregnancy or routine obstetrical care;
   y. routine nursery care or well baby care;
   z. birth control pills, drugs or devices;
   aa. maintenance occupational therapy; maintenance physical therapy, and maintenance speech therapy; speech therapy when rendered for the treatment of psychosocial speech delay, behavioral problems (including impulsive behavior and impulsivity syndrome), attention disorder, conceptual handicap, or mental retardation; and
   bb. Custodial Care.
2. No benefits will be paid under this Benefit, or under any Benefit Rider made part of it for, services or supplies that a person received before his effective date of coverage under this Benefit.
3. No benefit will be paid under this Benefit, or under any Benefit Rider made part of it for, services or supplies that a person received after the date his coverage terminated under this Benefit, except as specified under the Extended Benefits provisions.
4. Benefits will be limited as follows:
   a. There is a lifetime limit for non-dental treatment of temporomandibular joint dysfunction (TMJ). This limit is shown in the Schedule of Benefits. Dental procedures to correct TMJ are not covered.
   b. Benefits for prosthetic devices are limited to the initial device, unless required due to progression of a Sickness or Injury or growth of a child.

**Exhibit _____D_____**

S989C/16.1

Page _20_ of _51_ Pages    11/94

10

## MAMMOGRAPHY SCREENING BENEFIT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

**A.  DEFINITION**

**Low-dose Mammography:**  Means the x-ray examination of the breast using equipment dedicated specifically for mammography, including the x-ray tube, filter, compression device and image receptor, with radiation exposure delivery of less than 1 rad per breast for 2 views of an average size breast.

**B.  BENEFITS**

Benefits will be paid for Covered Charges incurred for screening by Low-dose Mammography by a covered female age 35 or older while coverage is in force. Benefits will be paid as follows:

1.  A baseline mammogram for each such person 35 to 39 years of age.

2.  A mammogram every one to two years for each such person age 40 to 49 years of age.

3.  An annual mammogram for each such person 50 years of age or older.

Benefits will be paid at the Insured Percent of the Comprehensive Medical Benefit, as shown in the Schedule of Benefits, after the Deductible has been met.

Exhibit _____D_____

Page _21_ of _51_ Pages

S989C/18

3/92

## RIDER PROVIDING COVERAGE FOR PSYCHOLOGISTS AND SOCIAL WORKERS

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

The term 'Physician' will include a licensed clinical psychologist and a licensed clinical social worker; but only for treatment of Mental Illness or Nervous Disorders that would be covered if provided by a Doctor of Medicine and only when the psychologist or social worker is acting within the scope of his license.

Exhibit ___D___

Page 22 of 51 Pages

S989C/20a

3/92

## SKILLED NURSING CARE BENEFIT RIDER

This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.

### A. DEFINITION

Nursing Care Facility: Means a lawfully operated facility which: (1) provides full time bed care for resident patients; (2) provides 24 hour nursing service by, or supervised by, a registered graduate nurse (R.N.) or licensed practical nurse on duty at all times; (3) regularly provides skilled nursing care supervised by a Physician; and (4) keeps a daily medical record of each patient. Nursing Care Facility does not include: a Hospital; or a rest home or home for the aged; or a facility mainly for drug addicts, alcoholics or the mentally ill; or a custodial care or educational care facility.

### B. BENEFITS

Benefits will be paid for Covered Charges incurred for skilled nursing care by you or your Dependent while coverage is in force. Benefits will be paid for Nursing Care Facility charges for room, board and miscellaneous fees for service and supplies required due to Sickness or Injury. Benefits will only be paid for a confinement which follows within 3 days release from a Hospital; or which follows surgery which requires skilled nursing care.

Benefits will be paid up to the maximum number of days shown in the Schedule of Benefits. The maximum number of days shall be available for each Nursing Care Facility confinement which follows a period of 60 consecutive days during which the patient was not confined in a Nursing Care Facility.

### C. EXCLUSIONS

No benefits will be paid for intermediate level nursing care or custodial care.

As used above, 'custodial care' means: service and supplies provided to you or your Dependent, whether or not disabled, which are not intended to contribute greatly to the improvement of the medical condition according to generally accepted standards. Such care includes, but is not limited to: (1) assisting the person to walk, get in and out of bed, bathe, dress, prepare special diets, supervise medicine which can usually be self administered and which does not require the attention of medical or paramedical personnel; and (2) assisting the person in other activities of daily life. Such care is custodial without regard to the provider by which it is prescribed, referred or performed.

Exhibit ___D___

Page _23_ of _51_ Pages

## HOME HEALTH CARE BENEFIT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

### A. DEFINITION

**Home Care:**  Means the services listed below which: (1) are provided in the home by a licensed or Medicare certified home health agency; (2) are provided following confinement in a Hospital or skilled Nursing Care Facility and when continued confinement would otherwise be required; (3) are required for the care or treatment of Sickness or Injury; and (4) are given on the written request of a Physician.

**Home Care Services Include:**  Nursing services; home health aide services consisting mainly of care of the patient; services provided by licensed physical, occupational, speech, nutrition, inhalation or respiratory therapists; and medical equipment and supplies which would be covered if provided by a Hospital while the person was an inpatient in a Hospital or Nursing Care Facility.

### B. BENEFITS

Benefits will be paid for Covered Charges for Home Care incurred by you or your Dependent while coverage is in force. Benefits will be paid up to the maximum number of days shown in the Schedule of Benefits.

### C. EXCLUSIONS

No benefits are paid for:

1. food, housing, homemaker services, home-delivered meals;

2. any services not listed above as a benefit;

3. services or supplies not included in the home care plan established for the patient;

4. services provided by the patient's spouse, parent, brother, sister, child, spouse's parent, or anyone residing with the patient.

Exhibit _____D_____

Page __24__ of __51__ Pages

## HOSPICE CARE BENEFIT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

**A. DEFINITION**

**Hospice Care:** Means the services listed below which are provided: (1) by a licensed or certified Hospice or by any other medically appropriate facility; (2) to terminally ill persons who have, as certified by a Physician, a life expectancy of not more than 6 months; (3) for the purpose of palliative control of pain and not for cure; and (4) are given on the written request of a Physician.

**Hospice Care includes:** fees of Physicians, nurses, paramedicals and home health aides acting within the scope of their practice and providing services directly to the patient; room and board charges; and other medical services and supplies required under the Hospice Care plan.

**B. BENEFITS**

Benefits will be paid for Covered Charges incurred for Hospice Care by you or your Dependent while coverage is in force. Benefits will be paid as shown in the Schedule of Benefits.

**C. EXCLUSIONS**

No benefits will be paid for the following. (1) Care for which no charge would be made in the absence of Hospice Care insurance. (2) Services provided to any person other than the patient.

Exhibit ___D___

Page _25_ of _51_ Pages

S989C/23

15

3/92

### OPTIONAL PRE-CERTIFICATION REQUIREMENT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have A Pre-certification Requirement.**

### A. DEFINITIONS

**Pre-certification:** Means a determination of: whether a proposed Hospital admission will be deemed Medically Necessary and how long a Hospital stay will be so deemed; and whether a proposed surgery will be deemed Medically Necessary.

**Emergency Admission:** Means admission to a Hospital as an inpatient (a) for a Sickness or Injury which, unless immediately treated on an inpatient basis, would jeopardize the person's life or cause serious health impairment; or (b) for childbirth.

### B. EFFECT OF PRE-CERTIFICATION ON BENEFITS

1. In the event a hospital admission or surgery is not certified as Medically Necessary, you and your Physician will be advised within 48 hours after your Physician's call.

2. Failure to follow the procedures shall result in any benefits available being reduced as shown in the Schedule of Benefits.

3. If your Physician's recommendation cannot be certified as Medically Necessary, no benefits will be paid for any expense related to that Hospital confinement or that surgery.

### C. PRE-CERTIFICATION PROCEDURES

1. Hospital Admissions

   All Hospital admissions will be subject to Pre-certification. The procedures listed next must be followed.

   a. Your attending Physician must call the Company's Pre-certification service, at the toll free number provided you, prior to admitting you (or a Dependent) to the Hospital for a non-emergency Hospital stay. The information given by your Physician will be reviewed by the Company. If your Physician's recommendation does not agree with the Company's, a consulting Physician will contact your Physician for further discussion of the case.

   b. The Company will then give written confirmation to your Physician, to you, and to the admitting Hospital of the authorized treatment.

   c. In the case of an Emergency Admission, the call must be made within 48 hours after the admission; or on the next regular working day after the start of treatment, if later. The reason for admission and the details of the care or treatment received must be given. If it is not reasonably possible to make the call within the times provided, the Insured Percent will not be reduced for this reason if the call is made as soon as is reasonably possible.

   d. You or your Physician may at any time ask the Company to re-evaluate or extend the number of days of a Hospital stay deemed necessary.

   e. If your Physician and the Company do not agree about the Medical Necessity of the treatment, you will be informed of the right to a second opinion; and a list of Physicians will be provided you for this second opinion.

   f. Pre-certification may be done by an agency named by the Company to do it. Any functions done by an agency so named shall be treated as if they had been done by the Company.

   g. All Pre-certifications will be valid for 60 days for the Physician and the named health care facility. A change in either will require a new Pre-certification.

Exhibit ___D___

Page __26__ of __51__ Pages   11/94

2. Surgery

All surgical procedures, except those done in the Physician's office, will be subject to Pre-certification. The procedures listed next must be followed.

a. Your Physician must call the toll free number, provided you, prior to scheduling any surgery done other than in his office. The information given by your Physician will be reviewed by the Company. If your Physician's recommendation does not agree with the Company's, a consulting Physician will contact your Physician for further discussion of the case.

b. The Company will then give written confirmation to your Physician, to you, and to the admitting Hospital or surgical facility of the authorized treatment.

c. In the case of emergency surgery, the call must be made within 48 hours after the surgery is done; or by the next regular working day after the surgery, if later. The reason for the surgery and the details of the care or treatment received must be given. If it is not reasonably possible to make the call within the times provided, the Insured Percent will not be reduced for this reason if the call is made as soon as is reasonably possible.

d. If your Physician and the Company do not agree about the Medical Necessity of the surgery, you will be informed of the right to a second opinion; and a list of Physicians will be provided you for this second opinion.

e. Pre-certification may be done by an agency named by the Company to do it. Any functions done by an agency so named shall be treated as if they had been done by the Company.

f. All Pre-certifications will be valid for 60 days for the Physician and the named health care facility. A change in either will require a new Pre-certification.

## D. APPEALS PROCEDURE

As a participant in the Pre-certification procedures, you have the right to request an appeal when you are dissatisfied with a decision by either the pre-certification agency or claims administration.

You may start an appeal procedure for the following reasons:

1. If you are denied Pre-certification approval for a hospital confinement or continuation of a confinement.

2. If you are denied Pre-certification approval for a surgical procedure performed outside a Physician's office.

3. Whenever you believe that a claim for you or your Dependent(s) was paid at the lower Insured Percent in error or denied in full.

For immediate review of a disapproval from the pre-certification agency given prior to your hospital confinement or surgery, or for an extension of your hospital confinement days, you or your Physician should first call the pre-certification agency. If you do not receive a satisfactory answer, you or your Physician may then call Starmark's Customer Service Department at (800)522-1246. The Customer Service Representative will discuss the situation with you or your Physician and the pre-certification agency, after which a decision will be made regarding the denial.

If you have received an explanation of benefits notice for a claim showing that benefits were paid at the lower percent, denied in full or a penalty was applied on the claim and you disagree with the decision, you may call or send a written notice to Starmark, explaining the reason for your objection and ask for a review. After being reviewed, a written decision, including reason, will be provided to you within 30 calendar days of the receipt of your appeal. You will be notified if it will take longer than 30 days, why additional time is needed, and when you can expect a final resolution.

Exhibit ___D___

Page _27_ of _51_ Pages

S989C/28

17

11/94

## OPTIONAL PREFERRED HOSPITAL BENEFIT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have A Preferred Provider Plan.**

### A. DEFINITIONS

**Preferred Hospital:** Means a Hospital that has contracted with Trustmark Insurance Company and Starmark, through a preferred provider network, to be reimbursed at discounted fees.

**Non-Preferred Hospital:** Means any other Hospital.

**Emergency:** Means an Injury or the sudden onset of a medical condition. The condition must be one which manifests itself by acute symptoms which are sufficiently severe (including severe pain) that without immediate medical care the person could reasonably expect that: (a) his life or health would be in serious jeopardy; (b) his bodily functions would be seriously impaired; or (c) a body organ or part would be seriously damaged. Your Physician must contact the preferred provider network within 48 hours after an Emergency Hospital admission or by the next business day, if later, or as soon as reasonably possible. He must give: (1) the reason for the admission; and (2) the details of the treatment received.

### B. BENEFITS

Starmark encourages its Insureds to use Preferred Hospitals by providing benefit incentives when Preferred Hospitals are used. By using a Preferred Hospital, you make optimum use of your plan.

1. In the event that a Preferred Hospital is used, you make maximum use of your benefits as shown in the Schedule of Benefits.

2. In the event that a Non-Preferred Hospital is used, benefits will be reduced as shown in the Schedule of Benefits.

3. In the event of an Emergency, services rendered by any Hospital (Preferred or Non-Preferred) due to and within the first 24 hours after the onset of the Emergency are covered as if the service had been provided by a Preferred Hospital. After the first 24 hours, services rendered by a Non-Preferred Hospital to treat the Emergency will continue to be covered as if rendered by a Preferred Hospital only until the person can reasonably and safely be transferred so as to receive services by a Preferred Hospital.

Exhibit ___D___

Page ___28___ of ___51___ Pages

## PRESCRIPTION DRUG CARD BENEFIT

**This Benefit Applies Only If The Schedule Of Benefits Shows That You Have Prescription Drug Card Coverage.**

The Deductible and Insured Percent of the Comprehensive Medical Benefit do not apply to this Prescription Drug Card Benefit.

### A.  DEFINITIONS

**Co-pay(s):**  The amount of expenses for Covered Drugs that must be incurred by each person insured, each time a prescription is filled or refilled, before benefits are payable. The Co-pays, if any, are shown on the Schedule of Benefits.

**Covered Drugs:**
1. Federal legend drugs, except those excluded below;
2. Compound medications of which at least one ingredient is a prescription legend drug;
3. Insulin on prescription, including all other necessary diabetic supplies; and
4. Any other drug which under the applicable state law may only be dispensed upon the written prescription of a Physician or other lawful prescriber.

**Emergency:**  A situation due to an Injury or a medical condition, which reasonably requires the insured person to seek immediate medical care under circumstances or at locations which reasonably prevent him from obtaining Covered Drugs from a Member Pharmacy.

**Long Term Medication:**  Covered Drugs taken for a medical condition which require that the dosage remain unchanged for more than 34 days.

**Member Pharmacy:**  A Pharmacy which is under an appropriate contract with the provider of the identification card used with the Prescription Drug Card benefit.

**Non-Member Pharmacy:**  A Pharmacy which is not under an appropriate contract with the provider of the identification card used with the Prescription Drug Card benefit.

**Pharmacy:**  A licensed establishment where prescription drugs are dispensed by a pharmacist licensed under the law of the state where such pharmacist practices.

**Prescription Deductible:**  The amount, if any, for Covered Drugs that must be incurred by each person insured in a Calendar Year, before benefits are payable. The Prescription Deductible, if any, is shown on the Schedule of Benefits.

### B.  IDENTIFICATION CARD

1. Each Insured will be given an identification card, or two cards will be given per family. The Insured must show this card each time he buys a Covered Drug at a Member Pharmacy. He does not have to file a claim for benefits. The Member Pharmacy will keep track of any required Calendar Year Prescription Deductible which the insured person must pay, and the individual Co-pays, if any, required for each prescription. If a Covered Drug is bought at a Non-Member Pharmacy, the insured person must pay the entire cost of the drug and file a claim for benefits. The benefit may, in such cases, be lower than if he had bought the drug at a Member Pharmacy and shown his card.

2. In the event of an Emergency, benefits for Covered Drugs obtained from a Non-Member Pharmacy will be paid as if they were purchased at a Member Pharmacy.

Exhibit __D__
Page __29__ of __51__ Pages

## C. BENEFITS

Benefits are payable for charges incurred for Covered Drugs when dispensed by a pharmacist legally licensed to dispense drugs, which exceed the Prescription Deductible.

A Member Pharmacy will accept payment of the Prescription Deductible as full payment for Covered Drugs if the Insured shows his identification card at the time of filling the prescription.

If the Insured does not show his identification card, or if he buys a Covered Drug at a Non-Member Pharmacy, he must pay the entire cost of the drug and file a claim for benefits. The claim must be submitted on a form approved by Us.

Benefits may not be assigned to a Non-Member Pharmacy, and any such attempted assignment shall be void.

If a Covered Drug is purchased without use of the identification card during the first 30 days that a person is Insured under this Prescription Drug Card Benefit, benefits will be paid for actual charges, up to the Reasonable and Customary Fee, reduced by the Prescription Deductible. The Insured must file a claim for benefits.

No more than a 34 day supply will be covered each time a prescription is filled or refilled. Up to two 34 day supplies of Long Term Medications may be filled at a Member Pharmacy. Limits on quantities and days supply may apply to certain therapeutic drug classes. Subsequent refills of a Long Term Medication must be submitted through the mail service program.

## D. EXCLUSIONS AND LIMITATIONS

The exclusions of the Comprehensive Medical Benefit Section apply. In addition, no benefits are paid for:

1. Any drug containing nicotine or other smoking deterrent medications;
2. Minoxidil (Rogaine) for the treatment of alopecia;
3. Anorectics (any drug used for the purpose of weight control);
4. Infertility medications;
5. Non-legend drugs other than those specifically listed as covered;
6. Charges for the administration or injection of any drug;
7. Therapeutic devices or appliances, including needles, syringes, support garments and other non-medicinal substances, regardless of intended use, except as otherwise specified;
8. Prescriptions which a person is entitled to receive without charge under any Worker's Compensation Law;
9. Drugs labeled "Caution-limited by federal law to investigational use," or experimental drugs, even though a charge is made to the person;
10. Any prescription refilled in excess of the number specified by the Physician, or any refill dispensed after one year from the Physician's original order;
11. Medication which is to be taken by or administered to a person, in whole or part, while he is a patient in a licensed hospital, rest home, sanitarium, extended care facility, convalescent hospital, nursing home or similar institution which operates on its premises, or allows to be operated on its premises, a facility for dispensing pharmaceuticals;
12. Immunization agents, biological sera, blood or blood plasma; and
13. Contraceptives, oral or other, whether medication or device, regardless of intended use.

Exhibit ___D___

Page __30__ of __51__ Pages

## TRANSPLANT BENEFIT

This Benefit Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.

**A. DEFINITIONS**

**Approved Transplant:** A human organ or bone marrow transplant procedure currently performed at a Designated Transplant Facility.

**Approved Transplant Services:** Medically Necessary services and supplies which are related to an Approved Transplant procedure; are approved in writing under the Pre-certification process; and include but are not limited to:
1. pre-transplant patient evaluation for the Medical Necessity of the transplant;
2. Hospital charges;
3. Physician charges;
4. tissue typing and ancillary services; and
5. organ procurement or acquisition.

**Designated Transplant Facility:** A facility which has an agreement with Us to render Approved Transplant Services to Insureds and their Dependents. This agreement will be made through a national organ transplant network and may not be located in the person's geographic area.

**Non-designated Transplant Facility:** A facility which does not have an agreement with Us to render Approved Transplant Services to Insureds and their Dependents.

**Transplant Benefit Period:** The period of time from the date the person receives prior authorization and has an initial evaluation for the transplant procedure until the earliest of:
1. one year from the date the transplant procedure was performed;
2. the date coverage under the Comprehensive Medical Benefit Section terminates; or
3. the date of the Insured's or their Dependent's death.

If, during the same admission as the initial transplant a retransplant occurs, the period of time is one year from the date of the initial transplant. If a retransplant will be done during a subsequent admission, a new Transplant Benefit Period starts from the date the person receives authorization for the transplant.

**B. DESIGNATED FACILITIES FOR APPROVED TRANSPLANT SERVICES**
This provision only applies to transplant procedures listed in the definition of Approved Transplant.

Transplant procedures must have prior authorization. The Insured or his Physician must call the toll free number provided to the Insured for this purpose. Retransplantation procedures must also have prior authorization.

If the Physician and We do not agree that the transplant procedure is Medically Necessary, the Insured will be informed, in writing of the right to a second opinion. A Board Certified Specialist will be provided for this second opinion.

A person who will be undergoing a transplant procedure will be referred to a Designated Transplant Facility. If the person is denied the procedure by the Designated Transplant Facility, he will be referred to a second such facility for evaluation. If the second facility determines, for any reason, that the person is not an acceptable candidate for the procedure, no benefits will be paid for any services or supplies related to that procedure. This applies regardless of whether the services or supplies are provided at a third Designated Transplant Facility or at a Non-designated Transplant Facility.

**C. BENEFITS**
Benefits for Approved Transplant Services provided during a Transplant Benefit Period will be paid as shown in the Schedule of Benefits. Benefits will be different for services provided at a Designated Transplant Facility than services provided at a Non-designated Transplant Facility. Other transplant procedures will be considered for benefit payment according to the provisions of this Certificate for any other surgical procedures.

Benefits will be paid for expenses incurred for Approved Transplant Services done at a Designated Transplant Facility for:
1. organ procurement or acquisition;
2. reasonable and necessary lodging and meal expenses incurred near the facility by the patient and by one companion accompanying him; and
3. air ambulance or other emergency transportation to, but not from, a Designated Transplant Facility, when necessary and approved, up to the limits shown in the Schedule of Benefits.
These limits apply, in the aggregate, to all amounts paid for lodging, meals and transportation for the patient and a companion.

The benefits listed above will be paid as shown in the Schedule of Benefits for procedures done at a Non-designated Transplant Facility. The organ transplant limitations will apply.

S989C/29.3a(R1)                                                                    6/00

Exhibit ___D___

Page _31_ of _51_ Pages

HIGH DOSE CHEMOTHERAPY FOLLOWED BY STEM CELL INFUSION OR AUTOLOGOUS OR ALLOGENIC BONE MARROW TRANSPLANT

High Dose Chemotherapy (HDC) followed by Stem Cell Infusion (SCI) will only be covered when Medically Necessary for neuroblastoma, acute leukemia in remission, resistant non-Hodgkin's lymphomas, advanced Hodgkin's disease, aplastic anemia, leukemia, hemoglobinopathies, metabolic storage disease, severe combined immunodeficiency disease (SCID), or treatment of Wiskott-Aldrich syndrome.

High Dose Chemotherapy followed by an Autologous Bone Marrow Transplant (ABMT) will only be covered when Medically Necessary for neuroblastoma, acute leukemia in remission, resistant non-Hodgkin's lymphomas, or advanced Hodgkin's disease.

High Dose Chemotherapy followed by an Allogenic Bone Marrow Transplant (ABMT) will only be covered when Medically Necessary for aplastic anemia, leukemia, hemoglobinopathies, metabolic storage disease, severe combined immunodeficiency disease (SCID), or treatment of Wiskott-Aldrich syndrome.

We will provide benefits for an Insured for covered HDC followed by SCI or ABMT up to the maximum amount shown on the Schedule of Benefits for this benefit.

The HDC/SCI/ABMT benefit period starts 5 days before the date the procedure is done and ends 12 months after the procedure is done. Only charges incurred during the HDC/SCI/ABMT benefit period will be considered for payment.

It is important to notify Us before such procedure is done to make certain that it will be covered. The Physician must submit a complete medical history including current diagnosis. The Physician must certify that the procedure is Medically Necessary and that alternative procedures, services or courses of treatment would not be effective in the treatment of the patient's condition.

D.  EXCLUSIONS

No benefits will be paid for any service:
1.  related to the transplantation of any non-human organ or tissue;
2.  for a facility or Physician outside the United States of America;
3.  which are eligible to be repaid under any private or public research fund, whether or not such funding was applied for or received;
4.  which results from complications of Approved Transplant Services unless such complications are determined by us to be the immediate and direct result of Approved Transplant Services; or
5.  for High Dose Chemotherapy (HDC) followed by Stem Cell Infusion (SCI) or Autologous or Allogenic Bone Marrow Transplant (ABMT) except as described above.



Exhibit ____D____

Page __32__ of __51__ Pages