**EXHIBIT E**
<u>**Administrative Handbook**</u>

## Welcome To Starmark:

Thank you for choosing Starmark to administer your group insurance plan. So that we can provide you with a better understanding of how your plan works we've assembled this Administration Guide. It is an outline of your administrative responsibilities under this plan.

We encourage you to use this guide to answer any questions you may have. Please contact our Customer Service Unit for questions which are not answered in this guide. Have your group number and/or the employee's social security number available when contacting Customer Service.

As always, we are dedicated to providing the highest quality service to our participants.



Exhibit E
Page 1 of 41 Pages



Virtue v. Bethel Group Home
10938

# TABLE OF CONTENTS

## ADMINISTRATION

|  | Page |
|---|---|
| Premium Payment | 1 |
| Premium Remittance | 3 |
| Premium Adjustments | 4 |
| Changing Your Coverage | 5 |
| Who is Eligible? | 7 |
| When is Someone Eligible? | 7 |
| How to Enroll New Employees and Dependents | 7 |
| Effective Date of Coverage | 9 |
| Termination of Participation Under the Policy | 10 |
| Continuation of Medical Coverage | 11 |
| Conversion Policies | 11 |
| Miscellaneous Administration | 12 |
| Misstatement on the Employee Enrollment Form | 12 |
| Records-Information to be Furnished | 12 |
| Participation | 13 |
| Waiving Coverage | 13 |

## CLAIM FILING INSTRUCTIONS AND INFORMATION

| General Information | 14 |
|---|---|
| Pre-certification Procedures | 14 |
| Preferred Provider Plans | 14 |
| Primary Physician Plans | 15 |
| Prescription Drugs | 16 |
| Dental Claims | 17 |
| Reading Your Explanation of Benefits | 18 |
| Death or Accidental Death - Employee | 20 |
| Death or Accidental Death - Dependent | 20 |
| Waiver of Premium for Life Insurance | 20 |
| Accidental Dismemberment - Employee | 20 |
| Accidental Dismemberment - Dependent | 20 |
| Basic Disability - Employee Only | 21 |
| Long Term Disability - Employee Only | 21 |
| Glossary | 22 |
| Exhibits | 25 |



Exhibit  E
Page  2  of  41  Pages

Virtue v. Bethel Group Home
10939

3. CHANGE OF PREMIUM RATES

   a. Starmark may change your premium rates on any premium due date after your rates have been in effect for the rate guarantee period chosen. This period was selected when you completed the Participating Employer Application and Agreement.

   b. Premiums vary by age classes in 5 year increments from 25 to 65. The change of an insured from one age class to another is not considered a change in premium rates.

   c. The premium adjustment for age is made on the first of the month following the insured's birthday except when an insured reaches age 65. Then the adjustment is made on the first of the month of the insured's 65th birthday.

   d. We also have the right to change the rates on any premium due date following the effective date of any state premium tax law, or change to such law, applicable to the policy. The amount of such change will be determined by the amount of the tax imposed.

   e. You will be given written notice at least 30 days prior to the effective date of any rate change, except for age change. Some states require this notice period to be longer. We will adhere to these state laws.

4. BILLING CYCLE

   a. Premium is due on the first of the month (the due date).
   b. Bills are prepared and mailed to employers on or about the 8th of the prior month.
   c. The grace period starts on the due date.
   d. The grace period runs for 31 days from the due date. Premium must be paid before the end of the grace period.
   e. If you have not paid your premium by the due date, you will receive a letter indicating that your account is delinquent.
   f. Coverage will automatically terminate on the last day of the month for which your last premium was paid if the current premium due is not paid by the end of the grace period. You will no longer have coverage for your employees. A letter confirming the date your coverage terminated will be sent after the end of the grace period.

Exhibit E
Page 3 of 41 Pages

Virtue v. Bethel Group Home
10940

## PREMIUM REMITTANCE

1. Prior to the first day of every month you will receive a premium statement (Exhibit A). It lists the employees covered, if their dependents are covered and the premium for each benefit. If life insurance is chosen, it also lists the amount of life insurance for each covered employee. The total due for the month, plus or minus any adjustments is printed in the lower right hand corner.

2. The premium statement consists of two copies. The first copy is where you will tell us if an employee has been terminated (see the Premium Adjustments section for more information). The first copy of the premium statement and a check, payable to Starmark, should be sent to us by the premium due date every month. Use the green envelope provided; it is specifically for premium payments. The second copy of the premium statement is for your records.

3. The alternate way to pay your premium is to choose the Check-O-Matic payment plan, a pre-authorized electronic transfer of funds. This method of payment is only available through banks that are ACH (Automated Clearing House) members. For more information contact the Group Services Department.

Exhibit __E__
Page __4__ of __41__ Pages

Virtue v. Bethel Group Home
10941

# PREMIUM ADJUSTMENTS

1. ADDITIONS

New employees must submit a completed enrollment form prior to the end of the waiting period. The required waiting period that you have chosen must be satisfied prior to approval. The employee or dependent will appear on your premium statement following approval by us. PREMIUM FOR A NEW EMPLOYEE IS NOT DUE UNTIL THE EMPLOYEE APPEARS ON YOUR PREMIUM STATEMENT. DO NOT ADD new employees or new dependents elections to your premium statements. See "Who is Eligible" to add new employees and dependents.

2. TERMINATION OF EMPLOYMENT/COVERAGE

When an employee terminates employment, cross his/her name off the premium statement and enter a "T" in the code column with the exact date employment terminated. Premium is due for the entire month if the employee worked one or more days. Coverage will terminate on the last day of the month in which the employee worked. When coverage terminates, a Certificate of Creditable Coverage will be generated for the terminated employee. We will send the Certificate of Creditable Coverage to the former employee if the employee's address is on file. If we do not have the former employee's current address, we will send the Certificate of Creditable Coverage to you for delivery to the terminated employee.

The employee will remain on the premium statement until we have been notified of his termination. Notification to terminate an employee must be made as quickly as possible. We cannot retroactively credit premium.

The terminated employee may be eligible to continue coverage after termination. See "Continuation of Medical Coverage" for more information.

A completed Request for Change form (Exhibit B) must be signed and returned when an employee remains in your employment but wants to cancel any part of the insurance coverage for himself and dependents. We will cancel the appropriate coverage following receipt of the completed Request for Change form. Remember, the required number of employees must participate in the plan to remain eligible for coverage. See "Participation" for details.

See your Certificate of Insurance for more details on termination.

3. CHANGE OF CLASS

If an employee's benefits increase or decrease as the result of class change, you must notify him of this change. The employee must complete an Employee Enrollment Form (Exhibit C) in its entirety and mail to us for approval. The new benefit will become effective following approval of the increase in coverage. If an employee's benefits decrease, you must notify Starmark, in writing, advising us of the coverage to be decreased and an amount if applicable. A decrease in coverage will become effective following the date of the change of class.

4. CHANGE OF RATING METHODOLOGY

If you employ 10 or more employees, you had a choice between Individual Rating (each eligible employee is charged a rate that depends on the individual's demographic and family status) or Composite Rating (rating factors for all eligible employees are combined and average amounts are charged for the 4 family categories of Employee Only, Employee and Spouse, Employee and Children or Full Family) when your coverage was originally issued. If you chose Composite Rating when your coverage was issued, you are eligible to continue that rating methodology as long as 10 or more employees are covered under your plan. If the number of covered employees drops below 8, your rating methodology may be changed to Individual Rating at your next renewal.

12/99

Exhibit ___E___

Page ___5___ of ___11___ Pages

Virtue v. Bethel Group Home
10942

# CHANGING YOUR COVERAGE

Changes to your existing group plan are only allowed after your first anniversary. If you choose to change the existing plan of insurance, we require at least 30 days written notice. Plan changes may not be made within 90 days of your renewal date. Contact your agent for details.

1. PLANS WITH HOSPITAL ONLY OR HOSPITAL/DOCTOR NETWORK

   a. The addition of Employee Life, Dependent Life, Long and Short Term Disability, and an increase in Employee Life amounts will require the completion of new Employee Enrollment Forms. These coverages may be added or deleted on any premium due date with a letter requesting the change.

   b. Prescription Drug Card, Office Visit Deductible, Encounter Fees and Supplemental Accident can be added at the premium due date with our approval and a letter requesting the change.

   c. The addition or deletion of Dental may be done on any premium due date. This change requires a letter from you.

   d. Preventive Care Plus and Maternity can only be added or removed at renewal with our approval. This requires a letter from you. The addition of Maternity also requires completed enrollment forms from your employees.

   e. Two plan changes are allowed per year, with the exception of Preventive Care Plus and Maternity, one at renewal time and another at any premium due date. All plan changes are subject to approval by us and will be effective on the first of the month, following receipt of request. Premium will be adjusted accordingly.

   f. To add or change a deductible we need written notice from you requesting the change. You are allowed to go up one step in deductibles without our approval. Any further request must be approved by us.

   g. The same network must apply to all insureds unless there are two (2) or more work locations. A Physician/Hospital Network may be included for employees working in an area where one is available, and a Hospital Network should be selected for employees working in an area where no Physician/Hospital Network is available.

2. PRIMARY PHYSICIAN PLANS

   a. The addition of Employee Life, Dependent Life, Long and Short Term Disability, and an increase in Employee Life amounts will require the completion of new Employee Enrollment Forms. These coverages may be added or deleted on any premium due date with a letter requesting the change.

   b. The addition or deletion of Dental may be done on any premium due date. This change requires a letter from you.

   c. Maternity can only be added at renewal time with completed enrollment forms from your employees and our approval. This coverage can only be removed at renewal by written request from you.

   d. Two plan changes are allowed per year, with the exception of Maternity, one at renewal time and another at any premium due date. All plan changes are subject to approval by us and will be effective on the first of the month following receipt of request. Completed enrollment forms must be submitted to us in a timely manner for processing and submission to the PPP network. We must have the enrollment forms no later than the requested effective date. Premium will be adjusted accordingly.

   e. To change from one Primary Care Physician (PCP) to another requires a phone call from the employee to the Primary Physician Plan network. Approval from us is not needed.

   f. A change from the Primary Physician Plan to another currently available plan is only allowed at your group's renewal. This request must be in writing and must be approved by us.

### 3. MULTIPLE PLANS

If you have more than one plan, the previous sections apply depending on the plans you have chosen. The following requirements will also apply:

a. Adding an additional plan to your existing plan to make it a multiple plan is only allowed at your group's renewal. This request must be in writing and must be approved by us.

b. An open enrollment period will be allowed during the 31 days immediately before your renewal date. During this period, currently insured employees can change to another plan you have available.

c. Changing any of your current plans to another plan offered by us is only allowed at your group's renewal. This request must be in writing and must be approved by us.

Exhibit E
Page 7 of 41 Pages

Virtue v. Bethel Group Home
10944

6

# WHO IS ELIGIBLE?
# WHEN IS SOMEONE ELIGIBLE?
# HOW TO ENROLL NEW EMPLOYEES AND DEPENDENTS

1. **WHO**

Eligible employees are those who perform compensated services for an employer for 30 or more hours per week. Part-time, seasonal, and temporary employees are not eligible.

Eligible dependents are an eligible employee's legal spouse and unmarried child, stepchild or adopted child under 19 years of age who permanently reside in the United States and depend on the eligible employee for more than 50% support. An eligible employee's child, stepchild or adopted child from his 19th birthday to 25th birthday is an eligible dependent, if he is a full-time student at an educational institution. A dependent child will become eligible for Life and AD&D benefits only when he is over 14 days old. See your Certificate of Insurance and/or this glossary for further information.

**NOTE:** We will administer the eligibility requirements with respect to the state in which you are located.

2. **WHEN**

If you hire a new employee while you are covered under this plan, he is eligible for coverage following completion of the waiting period selected by you in the insurance application. A dependent will be eligible for coverage on the later of the following dates:
 a. the date the employee is eligible for coverage; or
 b. the date he becomes an eligible dependent.

3. **HOW**

Each new employee **must fully complete, sign and date** the Employee Enrollment Form (Exhibit C.1) in order to apply for coverage under the group insurance plan. We have Employee Enrollment Forms printed in Spanish if required. The "Important Notice" at the bottom of the form should be removed and retained by the employee.

Employee Enrollment Forms must be submitted to us within 60 days of the date it is signed. The best time to enroll a new employee and their dependent(s) is the first day of employment with you. Any enrollment forms signed prior to the first day of employment will not be accepted. It is important to mail the completed enrollment form to us as soon as possible to avoid many months of back billing on your premium statement. COVERAGE CAN NOT BECOME EFFECTIVE BEFORE THE DATE THE EMPLOYEE SIGNS THE ENROLLMENT FORM.

A **timely enrollee** is a person who **completes and signs** the Employee Enrollment Form during the eligibility period or during the first 31 days of employment if the eligibility period is less than 31 days. **Late Enrollees** are eligible employees or dependents who request enrollment following the eligibility period.

Timely and late enrollees will be issued major medical coverage regardless of health conditions. The Prior Coverage Questionnaire (UW50, Exhibit E), also available in Spanish (UW50SP), must be completed by all enrollees who have been covered under more than one group health insurance plan in the last 12 months (18 months for late enrollees). It should be sent to us along with the Employee Enrollment Form. Any Certificates of Creditable Coverage should also be submitted at this time.

Exhibit __E__

Page __6__ of __41__ Pages

Virtue v. Bethel Group Home
10945

7

PRIMARY PHYSICIAN PLANS

Each new employee **must fully complete, sign and date** the Employee Enrollment Form (UW3PPP, Exhibit C.2) in order to apply for coverage under the group insurance plan. Each employee and dependent must choose a PCP on the enrollment form before submitting the form. If the PCP chosen is no longer contracted with the Primary Physician Network, the network will assign a PCP to the employee or dependent. The "Important Notice" at the bottom of the form should be removed and retained by the employee. Completed enrollment forms must be submitted to us in a timely manner for processing and submission to the PPP network. We must have the enrollment form no later than the requested effective date.

A Certificate of Insurance will be mailed to you when an employee is approved.

Exhibit E
Page 9 of 41 Pages

Virtue v. Bethel Group Home
10946

## EFFECTIVE DATE OF COVERAGE

The effective date will be the first of the month following completion of enrollment requirements, i.e., waiting period, enrollment form, etc. Coverage can not become effective before the date the employee signs the enrollment form.

1. The effective date of the employee's coverage is shown on the first page of his Certificate of Insurance.

2. A new dependent spouse is eligible for coverage on the date of the marriage. The employee has 31 days from the date of the marriage to notify us, in writing, of his/her new spouse. The spouse's effective date will be the date of the marriage. Failure to notify us of the new dependent within the first 31 days will result in the dependent being a late enrollee.

3. For a newly acquired dependent child:

   a. A dependent child acquired by the insured while **MEDICAL** coverage is in force, will be covered as follows:

      i. A newborn is covered from the moment of birth.
      ii. An adopted child is covered from the initial placement.
      iii. A stepchild is covered on the date of the marriage of his parent and stepparent.

      Any such child is covered for the first 31 days for all such benefits provided for dependents. If a separate premium is required for the child, **the employee must notify us within 31 days after acquiring the child to continue coverage.** Any required premium for his continued coverage must be paid.

      Failure to notify us of the new dependent within the first 31 days will result in termination of any further coverage and the child being subject to late enrollee provisions. **Notice must be given for all of the employee's dependent children.**

   b. If a child is born to you and **DEPENDENT LIFE AND AD&D** coverage is in force at the time of birth for other family members, Dependent Life and AD&D coverage for the newborn will be delayed fourteen (14) days from the date of birth subject to proper notification outlined in "a" above.

Exhibit __E__

Page __10__ of __41__ Pages

Virtue v. Bethel Group Home
10947

9

## TERMINATION OF PARTICIPATION UNDER THE POLICY

1. You may terminate your participation under the policy on any premium due date by giving us prior written notice of termination. If no notice is received before the end of the grace period, benefits will terminate on the last day of the month for which your last premium is paid. REMINDER: If premium has been received for the current month, we will not retroactively terminate your plan or credit any premium. You are liable for any premium due up to the termination date.

2. We may terminate the policy on the first day of any month by giving at least 90 days prior written notice to each employer. Subject to timely payment of premium, we may terminate the employer's participation under the policy for "lack of participation," fraud or misrepresentation of the employer, noncompliance with plan provisions, and failure of the employer to be actively engaged in business.

3. When your group's coverage terminates, we will send you a Certificate of Creditable Coverage listing all persons covered and how long each person had coverage. Individual Certificates of Creditable Coverage will be generated upon request.

Exhibit  E
Page  11  of  41  Pages

Virtue v. Bethel Group Home
10948

## CONTINUATION OF MEDICAL COVERAGE

When you employ 20 or more full and part time employees for more than 50% of the working days in a calendar year, your employees qualify for continuation under the federal law (COBRA). Please contact us for further information.

When you employ less than 20 employees, state law requires your group health plan to allow qualified terminated employees, and divorced or surviving dependents of qualified employees to continue their comprehensive medical insurance at their own expense. Please refer to your Certificate of Insurance for details in your state.

A dependent child may be eligible to continue coverage for up to 6 months after he reaches 19 or is no longer a full-time student. Please refer to your Certificate of Insurance for details.

Written notice of continuation rights must be given to employees and dependents eligible for continuation. We have Continuation Election forms (Exhibits F and G) available for your use. Please see your administration kit or order supplies from our Support Department.

## CONVERSION POLICIES

Conversion applies only after an employee or dependent has been continuously covered under the comprehensive medical benefit, and any similar group coverage provided by you, the employer, which it replaces, for three (3) months. A conversion policy is also available at the end of any continuation period, in most states.

Procedure for conversion:

a. You must give the employee the Conversion Notice within 31 days after the date coverage ends; and
b. The employee must pay, within these 31 days, the first premium for the policy.

You should give notice to the employee of the right to convert at least 15 days before the end of the 31 day period allowed for conversion. If notice is not given within this time, there will be an additional period of time to apply for conversion. This period of time will be 15 days after notice is given, but not longer than 60 days after the 31 days otherwise allowed.

Exhibit __E__
Page __12__ of __41__ Pages

Virtue v. Bethel Group Home
10949

## MISCELLANEOUS ADMINISTRATION

1. All provisions of the policy apply to each employer. We have full, exclusive and discretionary authority to determine all questions arising in connection with the policy including its interpretation.

2. Clerical errors by an employer or by us shall not invalidate coverage of a person insured. This includes errors in enrolling, recording or reporting for coverage purposes. Any premium not paid because of the error must be paid in full at the time the error is corrected.

3. We give each employer a Certificate of Insurance for each insured employee. The certificate describes benefits for covered employees and any dependents.

4. If an employee has a change in name or chooses to change a beneficiary, a completed Request for Change form (Exhibit B) must be sent to us. When the change has been recorded, we will return appropriate documentation supporting the change.

5. When your supply of Employee Enrollment Forms, claim envelopes or any other form gets low, call your agent or Starmark. Let your employees know that they must obtain forms from you. Please do not use photocopies of forms because forms are updated periodically. The use of outdated forms can result in delays in processing.

## MISSTATEMENT ON THE EMPLOYEE ENROLLMENT FORM

A retroactive adjustment in premium will be made in the event the age, sex, smoking status or location of an insured person has been misstated on the Employee Enrollment Form. Any adjustment of benefits due to the correction will also be made if applicable. **Misstatements regarding medical conditions or other underwriting data may result in termination of coverage for the person.** A premium refund will be made minus the amount of any claims paid.

## RECORDS-INFORMATION TO BE FURNISHED

1. Each employer must provide us with information to administer the plan.

    Information is required when an eligible employee becomes covered, when changes in amounts of coverage occur, and when an insured's coverage terminates. Each employer shall furnish information needed to compute the premium at least once a year at our request. This information may include ages, occupations, eligible earnings and any other facts about the insureds that we deem relevant. Payroll and any other records of yours relating to the plan shall be open for review by us at any reasonable time.

2. It is important to know an employee's eligible earnings for disability benefits and/or life insurance amounts. The employer may choose to report eligible earnings in terms of average weekly, monthly or annual earnings. Eligible earnings are defined as follows:

    a. The employee's regular (not temporary or seasonal) salary or wages as last reported by the employer. Overtime, bonuses and other forms of special pay are not included in the calculation of eligible earnings.

    b. The average rate of commission payments that has been, or is reasonably expected to be paid to the employee by the employer as last reported by the employer.



Exhibit ___E___

Page __13__ of __41__ Pages

Virtue v. Bethel Group Home
10950

12