## PARTICIPATION

1. Generally, a minimum of 75% participation is required for each eligible group. Minimum group size is 2 eligible employees, unless otherwise required by state law. To meet minimum participation requirements, groups of 2 to 5 employees must have full time employees enrolled according to the following:

   | Group Size | Number Enrolled |
   |---|---|
   | 2 | 2 |
   | 3 | 2 |
   | 4 | 3 |
   | 5 | 3 |

   Groups of 6 or more employees must have no less than 50% of all full-time employees enrolled, including those with other coverage, to meet participation requirements.

2. Eligible employees and dependents may, upon request, be excluded from medical coverage if they have group insurance elsewhere, provided the group meets the minimum participation percentage.

3. The required number of employees must be insured for Life, Basic Disability, Long Term Disability and Dental coverage if these options are chosen.

4. Prior to each renewal, each employer will be required to submit a wage and tax statement and a completed Participation Verification form to verify the number of eligible employees and the number of employees participating in the plan.

5. Groups with employees earning $2,200 or more per quarter and who are not considered full-time employees, must submit each employee's hourly rate, number of hours worked per week and job description.

6. We may terminate an employer's plan for lack of participation on any premium due date with 30 days advance notice. Lack of participation means having less than 2 eligible employees or less than 75% of eligible employees are covered under this group health plan.

7. You must contribute at least 50% of the overall cost of insurance for employees or 25% of the total cost for employees and dependents.

## WAIVING COVERAGE

If an employee declines any or all coverages and/or dependent coverage when enrolling, he must complete the Waiver of Coverage section on the Employee Enrollment Form (Exhibit C) that states: "Complete only if waiving medical or dental coverage."

Coverage should be waived within the waiting period whenever possible. Medical, Dental, Life or all coverages may be waived if participation requirements are still met. Please refer to the section regarding Participation for details.

In the waiver section two boxes must be checked - the coverage declined and the reason.

Exhibit __E__

Page __14__ of __41__ Pages

# CLAIM FILING INSTRUCTIONS AND INFORMATION

## GENERAL INFORMATION

Your employees or their providers (doctors and hospitals) should file their claim as specified on the back of their medical ID card. If the ID card states that claims should be sent to us, you will find a supply of envelopes, with the Fast File form attached, for submitting claims (Exhibit J) included in this administration kit. The purpose of the form is to expedite the handling of medical bills. Completion instructions are on the back of the form. Additional forms can be obtained from your agent. An Explanation of Benefits (EOB) will be sent to the employee at their home address to show how payment has been distributed.

## PRE-CERTIFICATION PROCEDURES

Your plan requires pre-certification for each hospital admission and for any outpatient surgery.

The provider simply contacts the number on the back of the insured's ID card and explains the procedure to the pre-certification company. Pre-certification determines medical necessity of the procedure and determines the length of stay allowed in the hospital.

It is very important for the insured and his doctor to satisfy pre-certification requirements. Failure to do so may result in an increase in the amount paid by the insured as well as a penalty.

### PRIMARY PHYSICIAN PLANS
Pre-certification requirements only apply to treatment for mental illness, nervous disorders, substance abuse and alcoholism. The Primary Care Physician (PCP) is not responsible for making referrals for such treatment. **It is the Eligible employee's and dependent's responsibility to ensure that proper pre-certification is made for such treatment, even if the PCP makes a referral.** The eligible employee or dependent should follow-up with the treating physician to see that all medical information required for pre-certification is provided.

## PREFERRED PROVIDER PLANS

Plans with a Preferred Provider Network include benefit incentives when the insured visits a physician or hospital within their specified network. Benefit payment will almost always be higher when a preferred hospital or physician is utilized. Insureds may choose from a wide range of participating providers by calling the network's 800 number, found on the back of the medical ID card, to request a PPO directory or to see if their physician is a member of the network. Before receiving treatment, however, the insured should, again, call the network's 800 number to verify that the provider still participates in the network.

If the insured chooses not to use a preferred provider, benefit payment will be lower.

All benefits are subject to the deductible and insured percent.

Exhibit __E__

Page __15__ of __41__ Pages

12/99

14

Virtue v. Bethel Group Home
10952

## PRIMARY PHYSICIAN PLANS

Primary Physician Plans include a copayment when a PCP is used or when the PCP refers the covered employee or dependent to another physician. Insureds choose a PCP at the time of initial enrollment. This choice may be changed at any time by calling the telephone number on the insured's identification card. All charges, except for the copayment, will be handled by the PCP and PCP network. The copayment is not available for treatment at a hospital. These charges will be handled as previously described. Benefit incentives are included if the PCP refers the insured to a hospital and the insured uses the services provided by that facility. See the Certificate of Insurance for more details.

Exhibit __E__

Page _16_ of _41_ Pages

# PRESCRIPTION DRUGS

## 1. PRESCRIPTION DRUGS - IN GENERAL

If the Prescription Drug Card option was not requested by you, prescription drugs are still covered under your plan subject to the deductible, insured percent and other plan provisions. These bills should be submitted to us directly using the Fast File form provided in this kit for your convenience. The Prescription Drug Card may be automatically included in your plan, depending on the plan you choose.

## 2. PRESCRIPTION DRUG CARD

If your plan includes a Prescription Drug Card benefit, the instructions are as follows:

The prescription drug card should be used whenever possible. Prescription drug cards are mailed to you within 2 weeks of the approval of the benefit. Once you have received your card, here's how to use it:

- Go to any member pharmacy.
- Present your prescription drug card along with your prescription for new or refill prescriptions.
- The pharmacist will ask you to sign a form verifying that you received the prescription.
- The prescription drug card provider's system will immediately show the pharmacist the amount you are required to pay.

In most states, the prescription drug card benefit also includes a mail order drug benefit for maintenance drugs. With the mail order drug benefit, an employee or their dependent can order prescription drugs through the mail and pay less than they would at the pharmacy for a longer supply of maintenance drugs.

If the prescription drug card has not yet been received, the member pharmacy will be able to access the prescription drug card provider's system and the employee should be able to purchase prescription drugs as if the employee showed the prescription drug card. Otherwise, prescriptions should be purchased by the employee and a claim form (Exhibit D) should be completed and sent directly to the prescription drug card provider. The prescription drug card provider will then reimburse the employee the amount eligible less any copayment.

A separate claim form must be completed for each family member and for each pharmacy used. Additional claim forms can be obtained by contacting us.

The employee must complete the top portion of the form; the pharmacist, the lower portion. The claim form can also be used when prescription drugs are purchased at a non-participating pharmacy or when traveling out of town without the prescription drug card.

See the Certificate of Insurance for additional details. If you have any questions regarding your prescription drug card benefit, call the prescription drug card provider's customer service number.

## IMPORTANT

When an employee terminates, you must collect the prescription drug card from the terminated employee. If you do not collect the cards, you are responsible for any prescription drug card claims incurred after the employee's termination date.

Exhibit __E__

Page __17__ of __41__ Pages

12/99

Virtue v. Bethel Group Home
10954

16

## DENTAL CLAIMS

1. A supply of Dental Claim Forms (Exhibit H) and pre-addressed envelopes are included as part of the administration kit. Once the claim form is filled out, it must be detached from the pre-addressed envelope and mailed to us.

2. When dental treatment will cost $300 or more, or includes major services or orthodontia services, a dental claim form should be completed by the employee and his dentist, and submitted to us prior to starting treatment. The employee and dentist will be notified of our pre-determination of the amount authorized to be paid for major services or orthodontia benefits. At the completion of treatment, the dentist will advise us of the completion date and the amount authorized will be paid directly to him. The employee is responsible for the payment of any charges in excess of the amount authorized. Pre-authorization is strongly suggested but not required. If the treatment plan is not filed in advance, we will pay benefits as if they had been filed. Alternate courses of treatment will be considered. Trustmark and its professional dental advisors will decide what benefits will be paid.

3. For preventive and basic services, a claim form should be completed by the employee and his dentist following the procedure and then submitted for consideration.

4. Certain benefits have specific waiting periods. See the Schedule of Benefits in your Certificate of Insurance for details.

5. The waiting period for orthodontia services may not apply if you had similar prior group dental coverage being replaced by this benefit. See your Certificate of Insurance or call Starmark for details.

Exhibit __E__

Page __18__ of __41__ Pages

Virtue v. Bethel Group Home
10955

# READING YOUR EXPLANATION OF BENEFITS

Using the sample Explanation of Benefits (EOB), Exhibit O in the appendix, refer to the numbers below to explain how payment was distributed.

1. Name/ID — This is the name and identification number of the employee. It is the same as the social security number of the employee.

2. Participating Employer — The name of the company where the employee works.

3. Group Number — The employer's identification number.

4. Claim for — The person who incurred the claim

5. Claim Number — Each claim is identified by its own number. This number should be used when calling with questions regarding the claim.

6. Check Distribution — This is where the payment was made.

7. Dates of Service-Provider/Service — This is the date or dates that medical services were provided to the insured. It includes the name of the provider and the service performed.

8. Amount Charged — This is the actual charge for the service.

9. Amount Ineligible — This is the amount that is considered to be over the reasonable and customary fee for that particular service. This can also be charges that normally would not be covered under your plan (i.e., vision exams, etc.).

10. Discount — This is the amount that the provider has agreed to take off the charge.

11. Amount Allowed — The amount of the charge that is covered by your plan. It is equal to the Amount Charged minus the Amount Ineligible minus the Discount.

12. Encounter Fee — If your plan includes an Encounter Fee, it is the fee that you pay when you visit your doctor. This amount is specified in the schedule of benefits in the Certificate of Insurance.

13. Deductible — This is the amount of covered charges that is applied to the accumulated calendar year deductible. It is subtracted after any ineligible amounts, discounts or encounter fees. You must first meet your calendar year deductible before benefits are payable.

14. Coinsurance — This is the percent of the charge that is paid by the employee. For example, if your plan is an 80/20 plan, the employee would be responsible for the 20% coinsurance amount.

15. Benefit — The amount payable under your plan.

16. ANSI Code — This is an explanation code used by the American National Standards Institute (ANSI). It helps to explain the details of your benefit settlement.

17. Other coverage         The amount paid by another carrier if you have another medical plan.

    Adjustments           This amount reflects any changes that may have been made to the claim.

    Amount of payment     This is the actual amount paid to the provider or employee.

18. Explanation of codes   Explains the ANSI Code. See number 16 above.

19. If your plan includes the Preferred Provider option, the name of the Preferred Provider Network will appear here.

20. Use the information in this box for questions about the claim.

21. This is the amount of the calendar year deductible and lifetime maximum remaining for that family member.

Exhibit __E__
Page _20_ of _41_ Pages

Virtue v. Bethel Group Home
10957

## DEATH OR ACCIDENTAL DEATH - EMPLOYEE (IF APPLICABLE)

1. Immediately upon the death of an insured employee, call us to request a Proof of Death Claim Form (Exhibit K) and a Proof of Death Statement Form (Exhibit L).
2. Obtain a certified copy of the Death Certificate, the insured's Certificate of Insurance (if available), and any newspaper clippings, police reports or other documents (if accident related).
3. Complete instructions for submission of these documents will be made available to you as soon as we are notified.

## DEATH OR ACCIDENTAL DEATH - DEPENDENT (IF APPLICABLE)

Follow the same instructions as shown for Employee's Death or Accidental Death Benefit.

## WAIVER OF PREMIUM FOR LIFE INSURANCE (IF APPLICABLE)

An employee who prior to age 60 becomes totally and permanently disabled for six (6) consecutive months, and has been unable to perform any type of work, may qualify for continued life insurance coverage without payment of premium. Call us for further details.

## ACCIDENTAL DISMEMBERMENT - EMPLOYEE (IF APPLICABLE)

1. Call us to request a Proof of Loss of Limb(s) or Sight Statements (Exhibit N) if an employee sustains bodily injury by accidental means. See your Certificate of Insurance to verify if the injury results in a loss covered under the Accidental Dismemberment Coverage.
2. Complete instructions will be made available to you as soon as you notify us.

## ACCIDENTAL DISMEMBERMENT - DEPENDENT (IF APPLICABLE)

Follow the same instructions as shown for Employee's Accidental Dismemberment Benefits.

Exhibit __E__
Page __21__ of __41__ Pages

Virtue v. Bethel Group Home
10958

20

## BASIC DISABILITY - EMPLOYEE ONLY (IF APPLICABLE)

1. Call us to request a Group Basic Disability Claim Form (Exhibit M), if it appears that an employee will be totally disabled beyond the elimination period. This period can be found on the Schedule of Benefits in the Certificate of Insurance.

2. The employee and attending physician should complete their sections of the form and return it to you, the employer, for completion of the Participating Employer's section and submission to Starmark.

## LONG TERM DISABILITY - EMPLOYEE ONLY (IF APPLICABLE)

1. Call us to request a Long Term Disability Claim Form, if it appears that an employee will be totally disabled beyond the elimination period. This period can be found on the Schedule of Benefits in the Certificate of Insurance.

2. Complete instructions will be provided as soon as we are notified.

3. Premium will be waived for an insured employee if:
   a. the employee has been disabled continuously for the 30 days just prior to the premium due date; and
   b. the premium due date is a day that an insured is entitled to his monthly benefit.

Exhibit **E**

Page **22** of **41** Pages

Virtue v. Bethel Group Home
10959

# GLOSSARY

**Age Change:** Occurs when an employee's age moves from one five-year age bracket to another. Premium for the employee will be adjusted the first of the month following his birthday.

**Beneficiary:** The person or other party designated to receive life insurance proceeds.

**Cancellation:** The end of any portion of coverage for an employee or his dependents. The employee will remain employed by you. (See also Termination)

**Claim:** A request for payment of benefits covered under the Certificate of Insurance. The following is a list of some of the forms needed to submit a claim:
   a. for medical and dental benefits - a bill from a provider;
   b. for disability benefits - a Disability Claim form;
   c. for life benefits - a Proof of Death Claim form and a copy of the death certificate and death notice or obituary;
   d. for dismemberment benefits - Proof of Loss of Limb(s) or Sight Statements.

See the Appendix for samples of these forms.

**COBRA:** A federal law that requires an employer to offer an employee or his dependents an extension of group health insurance benefits if the employer employs 20 or more employees. The duration of the extension will depend upon the qualifying event. See the Certificate of Insurance for more details.

**Coinsurance:** The percentage of covered charges payable by the insured. For example: if the plan pays 80% of covered charges, the coinsurance would be 20% of covered charges.

**Continuation:** A state law requires an employer to offer an employee or his dependents an extension of group health insurance benefits. The maximum duration of the extension will be 9 months for employees, unless a longer period is required by state law. See the Certificate of Insurance for more details.

**Contract:** The Contract issued to the Starmark Trust and any amendments, riders or endorsements to that Contract.

**Contribution:** The amount the employer contributes toward the overall cost of insurance.

**Conversion:** Occurs when a terminated employee chooses to continue medical coverage under an individual medical plan because he is no longer eligible for coverage under his employer's group plan or continuation as required by state or federal (COBRA) law.

**Copayment:** The amount of the office visit charge that a covered person must pay when services are rendered by a preferred provider or PCP. This amount does not apply toward satisfaction of any deductible or the out-of-pocket limit. See also Encounter Fee.

**Deductible:** The amount of covered charges a person must pay before any benefits are payable under the Certificate of Insurance.

**Due Date:** The date your premium is due to us. The due date is the first of the month.

**Eligible Dependent:** A person who resides in the United States and who is:
1. your legally married spouse;
2. your unmarried natural child(ren), legally adopted child(ren) or stepchild(ren) who are under the age of 19, provided their legal residence is the same as yours and they are dependent upon you for more than 50% of their support and maintenance. If their legal address is different from yours, they are considered to be a dependent if so ordered by a court decree, or if they are listed as dependents on your most recent Federal tax return and are dependent upon you for more than 50% of their support and maintenance.
3. your child who has coverage in force, who has reached the limiting age, is incapable of self-sustaining employment and is dependent upon you or dependent on Other Care Provider(s) for lifetime care and supervision. You must give us proof of the child's incapacity and dependency within 31 days after the date the limiting age is reached in order to continue his coverage. You may also be required, from time to time,

Virtue v. Bethel Group
10960
Exhibit E
Page 23 of 41 Pages

to give proof of his continuing incapacity and dependency. If proof is not given within 60 days of a request, his coverage will end 60 days after the request is made.
4. your natural child(ren), legally adopted child(ren) or stepchild(ren) who are age 19 through 25, but only if they are:
   a. not married;
   b. full-time students at an accredited educational institution, college, or university;
   c. dependent upon you for more than 50% of their support and maintenance,
   d. listed as dependents on your most recent Federal tax return.

A child age 19 through 25 ceases to be a dependent on the last day of the month in which the child fails to qualify as a full-time student, except for regularly scheduled vacation periods.

Notwithstanding the above, the following are not considered to be dependents:
1. A person who is eligible for coverage as an employee;
2. A child who is a foster child;
3. A child who is eligible for any other employer-based medical plan as an employee; or
4. A child who is covered as a dependent of another employee.

**Eligible Employee:** A person who works 30 or more hours per week for the employer and who is in a class of eligible employees as determined by the employer.

**Eligibility Period:** The amount of time the employee must be employed before he is eligible for coverage. The employee must complete an Employee Enrollment Form during this period and submit it to Starmark. If approved, coverage will start on the first day of the month following the eligibility period.

**Encounter Fee:** A fee that is payable to a preferred provider at the time of an office visit. See the Certificate of Insurance for details.

**Explanation of Benefits (EOB):** A statement that tells you if benefits are payable and how they are distributed.

**Initial Enrollment Period:** The period of time during which an eligible employee must complete and sign an Employee Enrollment Form for application for insurance. It is the waiting period established by the employer or 31 days from, and inclusive of, the date of employment, whichever is greater. Failure to complete the application may cause the employee to be considered a late enrollee.

**Insured:** An eligible employee or dependent whose coverage has become effective.

**Lapse:** Termination of coverage due to nonpayment of premium after the grace period has ended.

**Late Enrollee:** An eligible employee or dependent who requests enrollment in a health benefit plan of a small employer following the initial enrollment period provided under the terms of the health benefit plan; provided that the initial enrollment period is at least 31 days. See your Certificate of Insurance for details.

**Misstatement:** Any information that is not correctly written on the Employee Enrollment Form.

**Office Visit Deductible:** A deductible that is paid when a non-preferred provider is used. See the Certificate of Insurance for details.

**Participation:** The number of eligible employees that must be enrolled in your health benefit plan for you to be eligible for coverage. At least 75% of eligible employees must be enrolled unless otherwise required by state law.

**Plan Change:** A change the employer requests to its existing plan.

**Portability:** Gives the employee the ability to change jobs without satisfying an additional pre-existing condition limitation period. We will credit the time a person was covered under a prior group health benefit plan toward the satisfaction of the pre-existing condition limitation period under the new group health benefit plan.

Exhibit __E__
Page __24__ of __41__ Pages

Virtue v. Bethel Group Home
10061

**Premium:** The amount of money which the employer pays each month to purchase the insurance benefit provided by the contract.

**Primary Care Physician (PCP):** A designated personal physician through whom medical care and/or referrals must be received for benefits to be payable at a higher level. The PCP must be chosen at initial enrollment.

**Provider:** A physician or hospital that provides medical services.

**Reinstatement:** Making your coverage effective again after a termination and all overdue premium is paid.

**Renewal:** Occurs at the end of your rate guarantee period. Premiums will be adjusted and you may have the option of making a plan change.

**Termination:** The end of coverage for you and/or your employees.
  **Employee:** The employee is no longer employed by you.
  **Group:** You are no longer insured by us.

**Timely Enrollee:** An employee who completes his Employee Enrollment Form and submits it to us during the initial enrollment period.

**Wage and Tax Statement:** A form each employer must file with the state on a quarterly basis. It lists all employees working for the employer and their salaries.

**Waiver:** A request from an employee to not be included under the coverage provided by his employer.

Exhibit E
Page 25 of 41 Pages

Virtue v. Bethel Group Home
10962

# EXHIBITS A - O

Exhibit __E__
Page __26__ of __41__ Pages

Virtue v. Bethel Group Home
10963

25

# EXHIBIT A

**Starmark®**
Star Marketing and Administration, Inc.

400 Field Drive
Lake Forest, IL 60045-2500
(847) 615-1313 • (800) 522-1246

| GROUP | DIV |
|---|---|
| SM 999999 | 0001 |

DUE DATE: AUG. 01, 1996

DATE OF BILL: AUG. 14, 1996

See reverse side for payment instructions and explanation of billing adjustment codes.

IF PREMIUM REMAINS UNPAID 31 DAYS AFTER DUE DATE, BENEFITS UNDER THE POLICY AUTOMATICALLY TERMINATE. PREMIUMS FOR THAT PERIOD ARE STILL DUE AND PAYABLE.

STARMARK SAMPLE BILL
400 FIELD DRIVE
LAKE FOREST, IL  60045

| INSURED'S NUMBER | NAME OF INSURED | CODE | ELIFE PREM | ELIFE VOL | EAD&D PREM | DENTL PREM | MAJME PREM | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 050505050 | EMPLOYEE FIVE | | 7.80 | 10,000 | .80 | 28.58 | 252.05 | 289.23 |
| | DEPENDENT | | | | | 29.64 | 203.59 | 233.23 |
| 040404040 | EMPLOYEE FOUR | | 1.60 | 10,000 | .50 | 28.58 | 179.79 | 210.47 |
| | DEPENDENT | | | | | 29.64 | 121.47 | 151.11 |
| 090909090 | EMPLOYEE NINE | | .70 | 10,000 | .50 | 28.58 | 143.64 | 173.42 |
| | DEPENDENT | | | | | 29.64 | 98.53 | 128.17 |
| 010101010 | EMPLOYEE ONE | | .70 | 10,000 | .50 | 28.58 | 143.64 | 173.42 |
| 080808080 | EMPLOYEE EIGHT | | 1.00 | 10,000 | .50 | 28.58 | 179.79 | 209.87 |
| 070707070 | EMPLOYEE SEVEN | | 7.40 | 10,000 | .80 | 28.58 | 271.75 | 308.53 |
| 060606060 | EMPLOYEE SIX | | 1.00 | 10,000 | .50 | 28.58 | 179.79 | 209.87 |
| 030303030 | EMPLOYEE THREE | | 7.20 | 10,000 | .50 | 28.58 | 311.17 | 347.45 |
| | DEPENDENT | | | | | 53.78 | 492.60 | 546.38 |
| *** ADJUSTMENTS *** | | | | | | | | |
| 090909090 | EMPLOYEE NINE | A | .70 | | .50 | 28.58 | 143.64 | 173.42 |
| | DEPENDENT | | | | | 29.64 | 98.53 | 128.17 |
| *** NOTICES *** | | | | | | | | |
| 020202020 | EMPLOYEE TWO | T | 1.60- | | .80- | 28.58- | 179.79- | |
| | DEPENDENT | | | | | 24.13- | 144.47- | |

| BENEFIT | LIVES INSURED | VOLUME INSURED | INSURED PREMIUM | DEPENDENT LIVES | DEPENDENT PREMIUM |
|---|---|---|---|---|---|
| ELIFE | 8 | 80000 | 28.10 | 0 | .00 |
| EAD&D | 8 | 80000 | 5.10 | 0 | .00 |
| DENTL | 8 | 0 | 257.22 | 5 | 172.34 |
| MAJME | 8 | 0 | 1805.26 | 5 | 1014.72 |

|  |  |
|---|---|
|  | 3,282.74 |
| ADMINISTRATION FEES | 20.00 |
| DISCOUNTS | .00 |
| PAST DUE BALANCE AS OF 08/14/96 | 5,125.52 |
| PAY THIS AMOUNT | 8,428.26 |

AD 7 (11-92)

Virtue v. Bethel Group Home
10964

Exhibit ___E___

Page _27_ of _41_ Pages

*SAMPLE — Do Not Copy*