# Starmark®
Star Marketing and Administration, Inc.
400 Field Drive • Lake Forest, IL 60045-2500
(847) 615-1313 • (800) 522-1246

EXHIBIT B

**REQUEST FOR CHANGE**
(Complete and return to Starmark)

| Employer Group Number | Participating Employer |
|---|---|
| Name of Employee | Employee's Social Security Number |

### ☐ 1. Termination of Coverage (When an employee continues working, this form should be completed and forwarded as soon as possible.)

I hereby request Starmark to terminate the coverage(s) as indicated below: (choose one)

| | Total Coverage | Major Medical | Dental | Last day of coverage (Date must be last day of the month) |
|---|---|---|---|---|
| Employee and any Dependents | ☐ | ☐ | ☐ | |
| Spouse | ☐ | ☐ | ☐ | |
| Child(ren) | ☐ | ☐ | ☐ | (Date) |

Reason for terminating coverage:
☐ Covered under spouse's insurance   ☐ Covered by HMO   ☐ Other

I understand that if I choose to apply for these coverages in the future, any application may be subject to evidence of insurability, and I may be required to furnish such at my own expense. I also understand that additional limitations and waiting periods may apply.

### ☐ 2. Change Name of Employee (Please print)

| Former Name |
|---|
| New Name |
| Reason for Change — correction, marriage, divorce, court order, etc. |

### ☐ 3. Change of Beneficiary

I hereby request Starmark to change the beneficiary as indicated below:

| | Please print name in full and indicate complete address | Relationship | Age |
|---|---|---|---|
| Beneficiary | | | |

If there are two or more beneficiaries, the insured may specify their respective shares, otherwise they will share equally.
If no designated beneficiary survives, payment shall be made in accordance with the terms of the contract.

**Sign Here for Above Request**

The undersigned agrees to the above request and changes:

_____          _____
Signature of Employee                          Employee Address

_____          _____
Date                                                          City                State        Zip Code

When the change(s) has been recorded, a copy of this form will be returned to you.

AD 6 (1-94)

*SAMPLE — DO NOT COPY*

Exhibit __E__

Virtue v. Bethel Group Home
10965

Page __28__ of __41__ Pages

Administered by
**Starmark**®
Star Marketing and Administration, Inc.
400 Field Drive • Lake Forest, IL 60045-2500

EXHIBIT C.1

Insured by
**Trustmark**
INSURANCE COMPANY

## EMPLOYEE ENROLLMENT FORM
To be completed by the employee only
Type or print with ink
Note: If you make a mistake when completing an answer, please correct and initial
**NOTICE:** A person who knowingly and with intent to defraud an insurer files an application or statement of claim containing any false, incomplete or misleading information may be guilty of insurance fraud which is a crime.

☐ New Hire  ☐ Family Addition  ☐ Late Enrollment  ☐ Reinstatement  ☐ Plan Change

### EMPLOYER INFORMATION
Group Name: _____  Group No. _____

### EMPLOYEE INFORMATION
Name: First _____ M.I. _____ Last _____
Address: Street _____ City _____ State _____ Zip Code _____
Sex: ☐ Male ☐ Female   Social Security Number _____   Birthdate _____   Marital Status: ☐ Single ☐ Married

Work Phone ( )_____   Home Phone ( )_____
Date Employed Full-Time _____   Job Title _____
Hours worked per week _____   Annual Salary _____
If no longer employed, but on COBRA continuation, enter employment termination date _____

Beneficiary Name: First _____ M.I. _____ Last _____ Relationship _____

**DEPENDENTS TO BE COVERED**
(First) NAME (Last)   BIRTHDATE   SEX M F

Spouse _____   Occupation _____   ☐ ☐
Child _____   ☐ ☐
Child _____   ☐ ☐
Child _____   ☐ ☐
Child _____   ☐ ☐

Have you or your spouse used any tobacco products in the past 12 months?
Employee  ☐ Yes ☐ No
Spouse    ☐ Yes ☐ No

Deductible $_____
Network _____
(When choice is available)

Note: A dependent child is an unmarried child to age 19 or a full-time student to age 25.

### PROOF OF PRIOR COVERAGE
Did you or your dependent(s) have major medical coverage with another carrier(s) within the past 12 months? ☐ Yes ☐ No
If yes, complete the following. (If insured with more than one carrier in the past 12 months, please attach certificate(s) of creditable coverage from prior plan(s)):

Employer Name _____   Phone ( )_____
Prior Carrier Name _____   Phone ( )_____
Policy No. _____   Effective Date _____   Termination Date _____
Covered Members (check all that apply)   ☐ Self   ☐ Spouse   ☐ Child(ren)

**OFFICE USE ONLY**
UND _____   EFF _____   SUB _____

UW3 (R1)

Exhibit ___E___
Virtue v. Bethel Group Home
10966
Page _29_ of _41_ Pages

(3-97)

*(SAMPLE – DO NOT COPY watermark across form)*

Administered by
**Starmark**®
Star Marketing and Administration, Inc.
400 Field Drive • Lake Forest, IL 60045-2500

EXHIBIT C.2

Insured by
**Trustmark**
INSURANCE COMPANY

## EMPLOYEE ENROLLMENT FORM
To be completed by the employee only
Type or print with ink
Note: If you make a mistake when completing an answer, please correct and initial
NOTICE: A person who knowingly and with intent to defraud an insurer files an application or statement of claim containing any false, incomplete or misleading information may be guilty of insurance fraud which is a crime.

☐ New Hire ☐ Family Addition ☐ Late Enrollment ☐ Reinstatement ☐ Plan Change

### EMPLOYER INFORMATION
Group Name _____ Group No. _____

### EMPLOYEE INFORMATION

Name: First _____ M.I. _____ Last _____ PCP/Med Grp/City _____ Existing Patient? ☐ Yes ☐ No

Address: Street _____ City _____ State _____ Zip Code _____

Sex ☐ Male ☐ Female   Social Security Number _____   Birthday _____   Marital Status ☐ Single ☐ Married

Work Phone ( ___ ) _____   Home Phone ( ___ ) _____

Date Employed Full-Time _____   Title _____

Hours worked per week _____   Annual Salary $ _____

If no longer employed, but on Cobra Continuation, enter employment termination date _____

Plan information: Deductible $ _____   Network _____

Have you or your spouse used any tobacco products in the last 12 months? Employee ☐ Yes ☐ No   Spouse ☐ Yes ☐ No

ELIGIBLE DEPENDENTS TO BE COVERED (legal spouse and unmarried dependent children to age 19 or full-time student to age 25)

| (First) NAME (Last) | SSN | Birthdate | Sex M F | PRIMARY CARE PHYSICIAN (PCP) | Existing Patient? Yes No |
|---|---|---|---|---|---|
| Spouse | SSN | | ☐ ☐ | PCP___ Med Grp___ City___ | ☐ ☐ |
| Child | SSN | | ☐ ☐ | PCP___ Med Grp___ City___ | ☐ ☐ |
| Child | SSN | | ☐ ☐ | PCP___ Med Grp___ City___ | ☐ ☐ |
| Child | SSN | | ☐ ☐ | PCP___ Med Grp___ City___ | ☐ ☐ |
| Child | SSN | | ☐ ☐ | PCP___ Med Grp___ City___ | ☐ ☐ |

Beneficiary Name: First _____ M.I. _____ Last _____ Relationship _____

### PROOF OF PRIOR COVERAGE
Did you or your dependent(s) have major medical coverage with another carrier(s) within the past 12 months? ☐ Yes ☐ No
If yes, complete the following. (If insured with more than one carrier in the past 12 months, please attach certificate(s) of creditable coverage from prior plan(s)):

Employer Name _____   Phone ( ___ ) _____
Prior Carrier Name _____   Phone ( ___ ) _____
Policy No. _____   Effective Date _____   Termination Date _____

Covered Members (check all that apply) ☐ Self ☐ Spouse ☐ Child(ren)

OFFICE USE ONLY
UND _____   EFF _____   SUB _____

UW3 PPP                                              (9-97)

Exhibit **E**   Virtue v. Bethel Group Home
10967
Page **30** of **41** Pages

**Starmark**
Star Marketing and Administration, Inc.

**EXHIBIT D   PCS PRESCRIPTION DRUG CLAIM FORM**

Please read REVERSE SIDE before completing this form: YOUR CLAIM CANNOT BE PROCESSED UNLESS THIS FORM IS COMPLETE.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| | | | | |

Copy numbers from PCS plastic card into spaces above as explained on the reverse side.

Insured Name: _____
              First        Middle        Last

Insured Address: _____
                Street    City    State    Zip

Employer Name: _____

Prescription(s) were for:   SEX M F (CIRCLE ONE)   Insured Person ☐   Insured's Spouse ☐   Insured's Son ☐   Daughter ☐   whose age is _____ years.

I certify that the above information is correct and that the above checked person is eligible for benefits. I have received the medication described hereon and authorize release of all information contained on this voucher to PCS and the underwriter.

I agree that any benefits payable hereunder for prescription drugs are not assignable and that any assignment or attempted assignment thereof shall be void. I further represent that there has been no assignment of benefits hereunder.

Is this medication covered under any other group insurance plan? ☐ Yes ☐ No

Is this medication for an on-the-job injury? ☐ Yes ☐ No

If Yes, give name of insurance company and other employer.

Signed _____
       (Insured Person)

**SAMPLE — Do Not Copy**

PLEASE ASK YOUR PHARMACIST TO COMPLETE THE REMAINING PORTION. WE CANNOT PROCESS THIS FORM WITHOUT THIS INFORMATION.

| RX NUMBER | DATE FILLED | CHECK ONE | QUANTITY | RX DIRECTIONS | DAY SUPPLY | RX PRICE INCL TAX | FOR PCS USE | R R | P A P |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | NEW RX ☐ REFILL RX ☐ | | | | | 1) | | |
| MEDICATION NAME DOSAGE FORM & STRENGTH | | | MFG NAME | | NDC NUMBER | | | | |
| 2. | | NEW RX ☐ REFILL RX ☐ | | | | | 2) | | |
| MEDICATION NAME DOSAGE FORM & STRENGTH | | | MFG NAME | | NDC NUMBER | | | | |
| 3. | | NEW RX ☐ REFILL RX ☐ | | | | | 3) | | |
| MEDICATION NAME DOSAGE FORM & STRENGTH | | | MFG NAME | | NDC NUMBER | | | | |
| 4. | | NEW RX ☐ REFILL RX ☐ | | | | | 4) | | |
| MEDICATION NAME DOSAGE FORM & STRENGTH | | | MFG NAME | | NDC NUMBER | | | | |
| 5. | | NEW RX ☐ REFILL RX ☐ | | | | | 5) | | |
| MEDICATION NAME DOSAGE FORM & STRENGTH | | | MFG NAME | | NDC NUMBER | | | | |

PLACE PHARMACY LABEL HERE OR ENTER:

PHARMACY NAME _____

STREET NAME _____

CITY _____ STATE ___ ZIP CODE _____

ARE YOU A PCS MEMBER PHARMACY? ☐ Yes ☐ No

IF YES, WHAT IS YOUR PCS NUMBER? _____

NOTE: BENEFITS ARE PAYABLE DIRECTLY TO THE COVERED INDIVIDUAL AND ANY ASSIGNMENT OF THESE BENEFITS IS VOID.

RETURN COMPLETED FORM TO THE ADDRESS SHOWN ON THE REVERSE SIDE

CL16 (3-96)                                                                 CL16 (4-93)

Exhibit __E__
Page __31__ of __41__ Pages

Virtue v. Bethel Group Home
10968

## Starmark®
Star Marketing and Administration, Inc.

400 Field Drive
Lake Forest, IL 60045-2500
(847) 615-1313 • (800) 522-1246
FAX (847) 234-7910

EXHIBIT E

**PRIOR COVERAGE QUESTIONNAIRE**

Complete this form if you were insured in the past 12 months. Attach a copy of your prior carrier I.D. card.

Employee Name _____   Soc. Sec. No. ____/____/____
                (Last)            (First)           (MI)

1. Prior Employer_____ Phone No. (   )

   Address_____

   Prior Insurer_____ Phone No. (   )

   Policy No._____ Covered members  ☐ Self  ☐ Spouse  ☐ Children

   Coverage Effective Date_____ Termination Date_____

   Coverage provided by:  ☐ Medicare/Medicaid          ☐ Champus
                          ☐ Employer-Sponsored Group Plan  ☐ COBRA/Continuation
                          ☐ Individual – If so, was any portion of the premium paid by the employer? ☐ Yes  ☐ No

   If insured less than 12 months with employer listed in Section 1, complete Section 2.

2. Prior Employer_____ Phone No. (   )

   Address_____

   Prior Insurer_____ Phone No. (   )

   Policy No._____ Covered members  ☐ Self  ☐ Spouse  ☐ Children

   Coverage Effective Date_____ Termination Date_____

   Coverage provided by:  ☐ Medicare/Medicaid          ☐ Champus
                          ☐ Employer-Sponsored Group Plan  ☐ COBRA/Continuation
                          ☐ Individual – If so, was any portion of the premium paid by the employer? ☐ Yes  ☐ No

Note: The pre-existing limitation period may be reduced by the number of months other coverage existed.

I certify to the best of my knowledge and belief that all answers made on this questionnaire are complete and true.

_____        _____
        Employee Signature                              Date

---

**OFFICE USE ONLY**

EFF. DATE _____

TERM. DATE _____

DEPENDENTS _____

VERIFIED BY _____

UW50 (6-95)

Exhibit ___E___
Page __32__ of __41__ Pages

Virtue v. Bethel Group Home
10969

*(SAMPLE – Do Not Copy watermark overlaid on form)*

EXHIBIT F

**Starmark**®
Star Marketing and Administration, Inc.
400 Field Drive
Lake Forest, IL 60045

Insured By
**Trustmark**
INSURANCE COMPANY

## Continuation Election Form - Employee

*To Be Completed By The Employer*

Employee Name _____ Date _____

Social Security No. _____ Group Number _____

Home Address _____ Employer Name _____

_____ Employer Address _____

Last Work Day _____

Date Coverage Ends _____ Currently Monthly Premium _____

Premium Due Date _____

### RE: NOTICE OF RIGHT TO CONTINUE COVERAGE

Your Comprehensive Medical Benefits coverage would normally terminate as of the date indicated. State law permits you to continue this coverage for a maximum of 9 months. An explanation of this right is on the reverse side. Please read it carefully.

Whether or not you decide to continue coverage, please complete the section below. If you elect to continue coverage, this form and the first monthly premium (amount shown above) must be returned to the Employer **within 10 days after you receive this notice.** Failure to do so will terminate your right to continue coverage.

The monthly premium is based on your coverage as of your termination date. If you elect alternate coverage, the monthly premium will be adjusted. The premium must be received by the Employer no later than the Premium Due Date. A late premium payment will be cause to terminate coverage without reinstatement. Premium must be paid by check or money order and made payable to the Employer.

_____          _____
Authorized Employer Signature                    Date

*To Be Completed By The Terminated Employee*

☐ I elect to continue my Comprehensive Medical Benefits coverage as follows. Only those insured on the date of termination may be included:

    ☐ Self Only

    ☐ Employee and Spouse

    ☐ Employee, Spouse and Children

☐ I do NOT elect to continue my Comprehensive Medical Benefits coverage.

_____          _____
Terminated Employee's Signature                    Date

_____
Home address (City, State, Zip Code)

White - Starmark         Yellow - Employee         Pink - Employer
AD14(9-97)

Exhibit **E**

Virtue v. Bethel Group Home
10970

Page **33** of **41** Pages

(SAMPLE - DO NOT COPY watermark across form)

**Starmark®**
Star Marketing and Administration, Inc.
400 Field Drive
Lake Forest, IL 60045

**EXHIBIT G**

Insured By
**Trustmark**
INSURANCE COMPANY

## Continuation Election Form - Spouse and Child(ren)

*To be Completed By The Employer*

Insured's Name _____    Date _____

Social Security No. _____    Group Number _____

Home Address _____    Employer Name _____

_____    Employer Address _____

Date Coverage Ends _____

**Continuation Event:**

☐ Death of Employee (Date of Death _____)
☐ Retirement of Employee (Last Work Day _____)
☐ Dissolution of Marriage (Date of Decree _____)
☐ Child Attaining Limiting Age (Birthday _____)

**RE: NOTICE OF RIGHT TO CONTINUE COVERAGE**

Your comprehensive Medical Benefits coverage would normally terminate as of the date indicated. State law or a policy benefit permits you to continue this coverage for a specified period of time. An explanation of this right is on the reverse side. Please read carefully.

Whether or not you decide to continue coverage, please complete the section below. If you elect to continue coverage, this form and the Initial Premium (shown below) must be returned within 31 days from the date of this notice. Failure to do so will terminate your right to continue coverage. It is recommended that you use certified mail, return receipt requested.

The Monthly Premium is based on your coverage as of your termination date. If you elect alternate coverage, the monthly premium will be adjusted. After the Initial Premium, payment must be received by the Employer at the address noted above no later that the first day of each month. A late premium payment will be cause to terminate coverage without reinstatement. Premium must be paid by check or money order and made payable to the Employer.

Initial Premium $ _____    Monthly Premium $ _____

Authorized Starmark Signature _____    Date of Notice _____

*To Be Completed By The Insured*

☐ I elect to continue my Comprehensive Medical Benefits coverage as follows
   (only those insured on the date coverage ends may be included):

   ☐ Self Only (Date of Birth _____)
   ☐ Spouse and Children (Spouse Date of Birth _____ SS No. _____)

☐ I do NOT elect to continue my Comprehensive Medical Benefits coverage.

Insured's Signature _____    Date _____

Home Address (City, State, Zip Code)

White - Starmark          Yellow - Employee          Pink - Employer

AD15(9-97)

Exhibit _E_
Page _34_ of _41_ Pages

Virtue v. Bethel Group Home
10971

**Administered by**
**Starmark**®
Star Marketing and Administration, Inc.
P. O. Box 60
Freeport, IL 61032
(800) 284-9545 · (815) 235-1183

**EXHIBIT H.**
**DENTAL INSURANCE CLAIM FORM**
Pre-authorization required for all treatment plans in excess of $300

☐ DENTIST'S PRE-TREATMENT ESTIMATE   ☐ DENTIST'S STATEMENT OF ACTUAL SERVICES

**Insured by**
**Trustmark**
INSURANCE COMPANY

Any person who knowingly and with intent to defraud, files a statement of claim containing false or misleading information may be committing insurance fraud which may be a crime.

**EMPLOYEE'S INFORMATION**

[Form fields: PATIENT NAME, RELATIONSHIP TO EMPLOYEE (SELF SPOUSE CHILD OTHER), SEX (M F), PATIENT BIRTHDATE (MO DAY YEAR), IF FULL TIME STUDENT SCHOOL, CITY]

[EMPLOYEE NAME First Middle Last, DATE OF BIRTH, EMPLOYEE'S SOCIAL SECURITY NUMBER]

[EMPLOYEE ADDRESS, EMPLOYER NAME AND ADDRESS]

[CITY, STATE, ZIP]

[GROUP NUMBER, ARE OTHER FAMILY MEMBERS EMPLOYED? ☐ YES ☐ NO, EMPLOYEE NAME, SOC. SEC. NO., NAME AND ADDRESS OF CARRIER]

[IS PATIENT COVERED BY ANOTHER DENTAL PLAN? ☐ YES ☐ NO, DENTAL PLAN NAME, EMPLOYEE I.D. NO., GROUP NO., NAME ADDRESS OF CARRIER]

I HAVE REVIEWED THE FOLLOWING TREATMENT PLAN. I AUTHORIZE RELEASE OF ANY INFORMATION RELATING TO THIS CLAIM.

SIGNED (PATIENT OR PARENT IF MINOR)  DATE   SIGNED (PATIENT OR PARENT IF MINOR)  DATE

**DENTIST'S INFORMATION**

[DENTIST NAME, IS TREATMENT RESULT OF OCCUPATIONAL ILLNESS/INJURY? ☐ YES ☐ NO, IF YES, ENTER BRIEF DESCRIPTION AND DATES]

[CORPORATION NAME, IS TREATMENT RESULT OF AUTO ACCIDENT?]

[MAILING ADDRESS, IS TREATMENT RESULT OF OTHER TYPE OF ACCIDENT?]

[CITY, STATE, ZIP, IF PROSTHESIS, IS THIS INITIAL, (IF NO, REASON FOR REPLACEMENT), DATE OF PROS. PLACEMENT]

[T.I.N., LICENSE NO., IS TREATMENT FOR ORTHODONTICS?, IF SERVICES ALREADY COMMENCED ENTER, DATE APPLIANCES PLACED, MOS. TREATMENT REMAINING]

[TELEPHONE NO., FAX NO., FIRST VISIT DATE CURRENT SERIES, PLACE OF TREATMENT OFFICE HOSP ECF OTHER, RADIOGRAPHS OR MODELS ENCLOSED? ☐ YES ☐ NO, HOW MANY?]

**IDENTIFY MISSING TEETH WITH "X"**

EXAMINATION AND TREATMENT PLAN - LIST IN ORDER FROM TOOTH NO. 1 THROUGH TOOTH NO. 32 - USE CHARTING SYSTEM SHOWN

| TOOTH # OR LETTER | SURFACE | DESCRIPTION OF SERVICE (INCLUDING X-RAYS, PROPHYLAXIS, MATERIAL USED, ETC.) | DATE SERVICE PERFORMED MO DAY YEAR | PROCEDURE NUMBER | FEE | FOR ADMINISTRATIVE USE ONLY CR IN CHARGES |
|---|---|---|---|---|---|---|
| | | | | | | |

I HEREBY CERTIFY THAT THE PROCEDURES AS INDICATED BY DATE HAVE BEEN COMPLETED.

_____   _____
SIGNED (DENTIST)                 DATE

CL3 (5-95)

Form approved by the Council on Dental Care Program of the A.D.A. 1975

*(watermark: SAMPLE Do Not Copy)*

Virtue v. Bethel Group Home
10972

Exhibit _E_

Page _35_ of _41_ Pages

# EXHIBIT J



Exhibit __E__
Page __36__ of __41__ Pages

Virtue v. Bethel Group Home
10973

# Starmark®
Star Marketing and Administration, Inc.

P.O. Box 7922
Lake Forest, IL 60045-7922
(847) 615-1313 • (800) 522-1246

**EXHIBIT K**

Insured by
**Trustmark**
INSURANCE COMPANY

## PROOF OF DEATH (Group Life Insurance)

In furnishing this form the Trustmark Insurance Company does not waive any of its rights or defenses nor admit liability.

To the Participating Employer: We are anxious to process this claim as promptly as possible. You can help by being sure that the statements below are properly completed. Please return this form to the address above along with a certified copy of the death certificate and the deceased employee's booklet certificate, if available.

### PARTICIPATING EMPLOYER'S STATEMENT

NOTICE: A person who knowingly and with intent to defraud an insurer files an application or statement of claim containing any false, incomplete or misleading information may be guilty of insurance fraud which may be a crime.

1. Name of Employee  (First Name)  (Middle Initial)  (Last Name)  Date of Birth
2. Home Address  (Street)  (City)  (State)  (Zip Code)
3. Social Sec. No.  Title  Amount of Insurance $  Annual Salary $
4. Date first entered our employ  Date last worked for deceased  Reason for stopping work
5. Status of employee at date of death
   ☐ Active  ☐ Retired  ☐ Premium waiver claim for Disability filed
   Date of Death  Name of Employer
6. Employer Group Number  7. Signature  Title  Date

If claim is for Dependent Life Benefits, please complete the following:
8. Full name of Dependent  ☐ Child  ☐ Spouse  State of Dependent's birth  Amount of Insurance $

### BENEFICIARY'S STATEMENT

| Name of Beneficiary | Relationship to Insured | Age | Address of Beneficiary | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | No. | Street | City or Town | State  Zip Code |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Payment in Monthly Installments Desired  ☐ Yes  ☐ No

Dated _____ 19 _____   _____
Signature of Beneficiary(s)

**TO THE BENEFICIARY**

It is not necessary for you to take the insurance payment in a lump sum. If you wish, you may elect to have all or part of the insurance paid to you in equal monthly installments extending for a period of time from one to ten years. If you are interested in this option, please indicate your choice above and further details will be provided.

CL54(5-95)

Exhibit __E__
Page __37__ of __41__ Pages

Virtue v. Bethel Group Home
10974

*SAMPLE — Do Not Copy*

# Starmark®
Star Marketing and Administration, Inc.

P.O. Box 7922
Lake Forest, IL 60045-7922
(847) 615-1313 • (800) 522-1246

**EXHIBIT L**

Insured by
**Trustmark**
INSURANCE COMPANY

## PROOF OF DEATH STATEMENTS
### PART I - STATEMENT OF BENEFICIARY

NOTICE: A person who knowingly and with intent to defraud an insurer files an application or statement of claim containing any false, incomplete or misleading information may be guilty of insurance fraud which may be a crime.

| (1) NAME OF DECEASED (AS APPEARS IN POLICY) | (2) DECEASED'S DATE OF BIRTH | (3) GROUP NUMBER |
|---|---|---|
| (4) DECEASED'S HOME ADDRESS - NO. AND STREET    CITY    STATE | | (5) CERTIFICATE AMOUNT |
| (6) NAME AND ADDRESS OF DECEASED'S EMPLOYER | (7) DECEASED'S OCCUPATION WHEN INJURED OR ON THE LAST DAY HE WORKED. | |
| (8) DATE OF ACCIDENT | (9) TIME OF ACCIDENT  ☐ AM ☐ PM | (10) WHERE DID ACCIDENT HAPPEN? |

(11) HOW DID ACCIDENT HAPPEN? (DESCRIBE FULLY)

(12) WHAT INJURIES DID DECEASED RECEIVE?

(13) WHEN DID HE QUIT WORK?    DATE ____ HOUR ____ ☐ AM ☐ PM
(14) WHEN DID THE DEATH OCCUR?    DATE ____ HOUR ____ ☐ AM ☐ PM

(15) WHEN DID DECEASED FIRST CONSULT A PHYSICIAN FOR THIS INJURY?
DATE ____    PHYSICIAN'S NAME AND ADDRESS:

(16) NAME AND ADDRESS OF ANY OTHER PHYSICIAN (S) CONSULTED FOR THIS INJURY:

(17) IF HOSPITALIZED - NAME AND ADDRESS OF HOSPITAL
DATE ADMITTED    DATE ____ ☐ AM HOUR ____ ☐ PM
DATE DISCHARGED    DATE ____ ☐ AM HOUR ____ ☐ PM

(18) WAS AN AUTOPSY OR CORONER'S INQUEST HELD?    ☐ NO    ☐ YES
IF "YES", A REPORT OF THE AUTOPSY AND A COPY OF THE FINDINGS OF THE INQUEST MUST ACCOMPANY THIS FORM.

(19) WAS DECEASED INSURED IN ANY OTHER COMPANY, ASSOCIATION OR LODGE FOR THIS LOSS?
IF "YES" GIVE NAME OF COMPANIES:    AMOUNT OF INSURANCE?
☐ NO    ☐ YES

AUTHORIZATION I authorize any physician, hospital, insurer or other organization, or person having any records, data or information concerning the deceased to furnish such records, data or information as may be requested by such company to Star Marketing and Administration. A photocopy of this Authorization shall be considered as effective and valid as the original.

Beneficiary's Signature _____    Date of Birth _____

Beneficiary's Address _____
_____ Date _____
City    State    Zip Code

CL55(5-95)

Exhibit __E__

Page _38_ of _41_ Pages

Virtue v. Bethel Group Home
10975

*SAMPLE - Do Not Copy*

Plan Administered By

## Starmark®
Star Marketing and Administration, Inc.
P.O. Box 7922 • Lake Forest, IL 60045-7922
(847) 615-1313 • (800) 522-1246

**EXHIBIT M**
**BASIC DISABILITY CLAIM**

Insured By



NOTICE for insureds residing in Alaska, Florida, Idaho, Indiana, New Hampshire and Ohio: Any person who knowingly and with intent to defraud files a statement of claim containing false or misleading information commits insurance fraud which is a crime.

All questions must be answered. Please print. Return completed claim form to Employer within 10 days.

**EMPLOYEE'S STATEMENT OF CLAIM FOR BASIC DISABILITY BENEFITS**

1. Employee's Name | Social Security Number | Date of Birth | ☐ Male ☐ Female | Marital Status: ☐ Single ☐ Widowed ☐ Married ☐ Divorced | Group #

2. Employee's Address | Street No. | City | State | Zip Code

3. Date Total Disability Commenced | Date Total Disability Ceased

4. Is Claim Due to Accident? ☐ Yes ☐ No | If "Yes", Where Did Accident Occur? | Date of Accident

Describe Accident:

5. Did this claim result from job activity during your work hours? ☐ Yes ☐ No
6. Have You Filed for State Unemployment Insurance Benefits? ☐ Yes ☐ No | If "Yes", on What Date Did You File Your Claim? | From What Date Did Employment Insurance Benefits Commence?

7. If You Are Receiving Any Income Benefits Under Any of the Following, Check Appropriate Box:
☐ Salary Continuance Plan
☐ Federal Social Security Railroad Retirement Act
☐ Other (Please Explain):

I certify that the above is true and correct. I hereby authorize all doctors, hospitals or other institutions rendering care and treatment to furnish Star Marketing and Administration, Inc. (Starmark) with full information regarding treatment rendered (including copies of their records).

8. Signature of Employee | Date

**PARTICIPATING EMPLOYER'S STATEMENT**

1. Employee's Name | Date

2. Effective Date of Insurance | Occupation | Brief Job Description

3a. Weekly Wages as of Effective Date of Last Renewal
3b. Employee Participation Percent | Weekly Benefit | Date Employee Last Worked | Date Disability Commenced

4. Disability Ceased | Has Employee Returned to Work? ☐ Yes ☐ No | If "Yes", on What Date?

5. Do You Have Information Re: Workers Compensation or Other Disability Income Benefits That Would Affect This Claim? ☐ Yes ☐ No
If "Yes", Please Explain:

6. Do You Have Any Information That Would Assist Starmark in Determining the Merits of This Claim? ☐ Yes ☐ No
If "Yes", Please Explain:

7. Participating Employer's Name

8. Employer's Address

9. Signature of Employer's Representative | Title | Date

CL 14 (4-97)

Exhibit __E__

Virtue v. Bethel Group Home
10976

Page __39__ of __41__ Pages

*SAMPLE - DO NOT COPY*

**Starmark®**
Star Marketing and Administration, Inc.

P.O. Box 7922
Lake Forest, IL 60045-7922
(847) 615-1313 • (800) 522-1246

EXHIBIT N

Insured by
**Trustmark**
INSURANCE COMPANY

**PROOF OF LOSS OF LIMB(S) OR SIGHT STATEMENTS**

**PART I — STATEMENT OF INSURED**
NOTICE: A person who knowingly and with intent to defraud an insurer files an application or statement of claim containing any false, incomplete or misleading information may be guilty of insurance fraud which may be a crime.

| (1) NAME (AS APPEARS IN CERTIFICATE) | (2) DATE OF BIRTH | (3) SOCIAL SECURITY NO. |
|---|---|---|
| (4) HOME ADDRESS — NO. AND STREET     CITY     STATE | | (5) GROUP NUMBER |
| (6) NAME AND ADDRESS OF EMPLOYER | (7) OCCUPATION WHEN INJURED OR ON THE LAST DAY YOU WORKED. | |
| (8) DATE OF ACCIDENT | (9) TIME OF ACCIDENT ☐ AM ☐ PM | (10) WHERE DID ACCIDENT HAPPEN? |

(11) HOW DID ACCIDENT HAPPEN? (DESCRIBE FULLY)

(12) WHAT INJURIES DID YOU RECEIVE?

| (13) WHEN DID YOU STOP WORKING? DATE ____ HOUR ____ ☐ AM ☐ PM | (14) HAVE YOU RETURNED TO WORK? ☐ YES ☐ NO | (15) DATE OF RETURN TO WORK |
|---|---|---|

(16) WHEN DID YOU FIRST CONSULT A PHYSICIAN FOR THIS INJURY?
DATE ____ PHYSICIAN'S NAME AND ADDRESS:

(17) NAME AND ADDRESS OF ANY OTHER PHYSICIAN(S) CONSULTED FOR THIS INJURY:

| (18) WHEN DID TOTAL LOSS OF LIMB(S) OR SIGHT OCCUR? | (19) DID YOU HAVE ANY PREVIOUS INJURY, DEFECT OR DISEASE WHICH AFFECTED THE INJURED LIMB(S) OR EYE? ☐ YES ☐ NO |
|---|---|

| (20) IF HOSPITALIZED — NAME OF HOSPITAL | DATE ADMITTED DATE ____ HOUR ____ ☐ AM ☐ PM | DATE DISCHARGED DATE ____ HOUR ____ ☐ AM ☐ PM |
|---|---|---|

| (21) ARE YOU MAKING CLAIM AGAINST ANY OTHER COMPANY, ASSOCIATION OR LODGE FOR THIS LOSS? ☐ YES ☐ NO   IF SO, GIVE NAME OF ORGANIZATION | (22) HAVE YOU MADE ANY CLAIM AGAINST THIS COMPANY BEFORE? ☐ YES ☐ NO |
|---|---|

(22) IF CLAIM IS FOR DEPENDENT DISMEMBERMENT BENEFITS, PLEASE COMPLETE THE FOLLOWING:

| Full name of Dependent | ☐ Child ☐ Spouse | State of Dependent's Birth | Amount of Insurance $ |
|---|---|---|---|

**AUTHORIZATION**

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company, Medical Information Bureau, or other organization, institution or person that has any records or knowledge or me or my health to disclose to Star Marketing and Administration any such information. A copy of this authorization shall be considered as valid as the original.

DATE ____     Insured's Signature ▸ ____

Attending Physician Please Complete Part IV.

CL56(5-95)

Exhibit __E__     Virtue v. Bethel Group Home
                  10977
Page __40__ of __41__ Pages

*(SAMPLE — Do Not Copy watermark across form)*

PLAN ADMINISTERED BY:
STARMARK
P.O. BOX 7922
LAKE FOREST, IL 60045-7922

**EXPLANATION OF BENEFITS**

NAME/ID 1

2 PARTICIPATING EMPLOYER

CHECK NO.

3 GROUP NO. 13671M    DATE: 10/30/97

4 CLAIM FOR

5 CLAIM NO.

## EXHIBIT O

| CHECK DISTRIBUTION | |
|---|---|
| 6 | 57.00 |
| TOTAL | 57.00 |

| 7 DATES OF SERVICE–PROVIDER/SERVICE | AMOUNT CHARGED | AMOUNT INELIGIBLE | DISCOUNT | AMOUNT ALLOWED 4=1-2-3 | ENCOUNTER FEE | DEDUCTIBLE | COINSURANCE | BENEFIT 8=4-5-6-7 | ANSI CODE |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4=1-2-3 | 5 | 6 | 7 | 8=4-5-6-7 | |
| 09/24-09/24/97: 99213 PHYSICIAN'S MEDICAL FEES | 53.00 | 0.00 | 5.00 | 48.00 | 15.00 | 0.00 | 0.00 | 33.00 | 41 N8 |
| 09/24-09/24/97: 86588 LABORATORY | 37.00 | 0.00 | 24.00 | 13.00 | 0.00 | 0.00 | 0.00 | 13.00 | 41 N8 |
| 09/24-09/24/97: 87060 LABORATORY | 34.00 | 0.00 | 23.00 | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | 41 PZ |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| ** EXPLANATION OF CODES    TOTALS | 124.00 | 0.00 | 52.00 | 72.00 | 15.00 | 0.00 | 0.00 | 57.00 | |

ITEMS 2, 5, 6, & 7 MAY BE BILLED TO PATIENT
PREFERRED PROVIDER: DISCOUNT APPLIES
41 /N8 PPO PROVIDER. THIS REPRESENTS A NEGOTIATED DISCOUNT AMOUNT. DO NOT BILL BALANCE TO PATIENT.
41 /PZ THE DISCOUNT COLUMN REPRESENTS A NEGOTIATED RATE WITH THE PROVIDER. THE CHARGES IN THE DISCOUNT COLUMN ARE NOT BILLABLE TO THE PATIENT.

| | |
|---|---|
| OTHER COVERAGE | 0.00 |
| ADJUSTMENTS 17 | 0.00 |
| AMOUNT OF PAYMENT | 57.00 |

18

PART 919 OF THE RULES OF THE IL DEPARTMENT OF INSURANCE REQUIRES THAT OUR COMPANY ADVISE YOU THAT IF YOU WISH TO TAKE THIS MATTER UP WITH THE IL DEPARTMENT OF INSURANCE IT MAINTAINS A CONSUMER DIVISION IN CHICAGO AT 100 W RANDOLPH ST. SUITE 15-100, CHICAGO, 60601 AND IN SPRINGFIELD AT 320 W WASHINGTON ST. SPRINGFIELD, 62767
BENEFITS ARE CALCULATED BASED ON PROVIDER'S CONTRACT WITH PRIVATE HEALTH CARE SYSTEMS NETWORK. 19

| PLEASE REFER YOUR CONCERNS OR QUESTIONS DIRECTLY TO: STARMARK, P.O. BOX 7922, LAKE FOREST, IL 60045-7922 OR CALL: (800) 522-1246    20 | TOTAL 1997 DEDUCTIBLE REMAINING  $250.00 REMAINING AMOUNT OF LIFETIME LIMIT $1,993,914 OTHER LIMITS MAY APPLY TO SOME SERVICES  21 |
|---|---|

FOR YOUR INFORMATION, THIS IS A COPY OF BENEFIT INFORMATION SENT TO THE MEMBER

**EXPLANATION OF BENEFITS**
**THIS IS NOT A BILL**

Exhibit __E__
Page __41__ of __41__ Pages

Virtue v. Bethel Group Home
10978

CU71