**EXHIBIT F**
**Treatment Note**

ALASKA REGIONAL HOSPITAL

NAME:     VIRTUE,MELISSA A
MR#:      L000347800
Marjorie J Smith, MD

RM#:      L.427-01
DOB:      11/15/72
SSN:      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

## HISTORY AND PHYSICAL - ADDENDUM

ADMISSION: April 23, 2002

**HISTORY OF PRESENT ILLNESS**
The patient is a 29 year-old right handed white female who was flown in from Bethel on April 23, 2002. There was some confusion as to her history and I spoke to the physician in Bethel tonight to try to get a clear idea about what exactly happened to her. Evidently, the patient presented to their medical clinic there complaining of a gastroenteritis with nausea and vomiting and she showed symptoms or orthostasis. The patient herself when I tried to get a history from her actually told me that she had gone to the clinic because she felt dizzy when she stood up, but then told me she had no nausea and vomiting until she reached this hospital. But in any event, the patient states that she was having problems walking and a headache brought her to hospital. It was their understanding that it was basically a problem with gastroenteritis with nausea, vomiting and orthostatic changes in her blood pressure. Therefore, they treated her with IV saline and gave her an IV injection of Phenergan 25 mg. She then became extremely apathetic. She was flinging herself around to the point where people had to actually be with her and she was also behaving in a very confused manner at times looking as though she were going to crawl off the end of the bed. She was initially given 150 mg IV Benadryl and 3 mg of IV Ativan without much benefit. Subsequently, she was transferred then to the emergency department in Bethel and there was given Versed 16 mg. The physician stated that when she was fully sedated she would fall asleep and was fine, but as soon as she would wake up she became extremely restless and confused. Additionally, whenever she would wake up her heart rate would jump up to 130 whereas when she was asleep her blood pressure would be fine. Finally, they felt that they needed to transfer her to a more central location for more definitive intervention. The physician stated that he was having a very difficult time evaluating her there neurologically because of her extreme agitation, but states that she was very strong bilaterally while she was there which was easy for him to remember because of the difficulty that they had controlling her. He remembered her from a prior visit in which he had evaluated her approximately 9 months earlier when she had been in a rollover accident in a police vehicle. She confirms the rollover accident in the police vehicle and stated that she was unrestrained and did have a head injury at that time but cannot remember whether or not she lost consciousness or any other aspects of the injury. The patient appears to have been having increasing problems since admission. When it was possible to evaluate her to some degree, it was clear that she seemed to have weakness on the right side and she was having substantial difficulty with her gait. She would also complain of both abdominal pain and headache at times. The initial MRI of her brain showed evidence of many subcentimeter foci of abnormal signal in the T2 inversion recovery that did not enhance. She had periventricular white matter changes in the centrum semiovale and also in the basal ganglion. These seemed to be consistent with small vessel



Exhibit ___F___

Virtue v. Bethel Group Home
Page __1__ of __4__ Pages    10512    EXHIBIT __R__

Electronically signed    Page 1 of

ALASKA REGIONAL HOSPITAL

NAME: VIRTUE, MELISSA A
MR#: L000347800
HISTORY AND PHYSICAL

disease. Because of potential evidence of worsening, a repeat MRI was performed on April 28, 2002. This, however, did not show any evidence of changes from the previous MRI examination. Subsequently, because of abdominal complaints, she has also had a pelvic and abdominal ultrasound which were normal. The patient states that since she has been in the hospital, she has no headaches although in the chart notes it does note that initially she was definitely complaining of some headaches and was given medications for this. She states that she still feels dizzy when she stands up. She notes that she has fallen at least 3 times since admission because of sudden loss of balance. She does not give an actual clear history of vertigo however. She also reports that she has had some blurring of her vision since she has been here and feels that she sometimes has double vision when she is trying to watch television. She feels that she has weakness in both of her feet and also tingling in her hands. She tells me that she is mystified about this and she has always been healthy, and in fact graduated from the police academy in Sitka a year ago. While she was in the police academy, she states that she did some weight-lifting and actually took some kind of health food supplement to try to increase her muscle mass but does not remember what that was. She did have some minor head injuries playing soccer when she was a child with brief loss of consciousness. She states that she believes she has had syncope in the past but does not remember what the reason for this was.

PAST MEDICAL HISTORY
1. Recurrent sinusitis.
2. Nephrolithiasis x 1.
3. Asthma as a child.

PAST SURGICAL HISTORY: None.

ALLERGIES
1. Sulfa.
2. Penicillin.
3. Phenergan.

Exhibit F
Page 2 of 4 Pages

HABITS
Tobacco none. Alcohol - the patient states that she may have one alcoholic drink per year. Recreational drugs none.

PHYSICAL EXAMINATION
GENERAL: The patient is normocephalic, atraumatic.
NECK: Supple with full range of motion without nuchal rigidity. Thyroid not palpable.
LUNGS: Clear to auscultation.
HEART: Normal sinus rhythm.
ABDOMEN: Soft and symmetrical. Bowel sounds are present.
NEUROLOGIC: Mental status - the patient was approached lying in her bed having been chatting with a friend of hers. She is appropriately gowned and groomed. She is friendly and cooperative. There was no psychomotor agitation or retardation. Her speech is goal-directed and coherent with a normal rhythm and

Electronically signed

ALASKA REGIONAL HOSPITAL

NAME: VIRTUE, MELISSA A
MR#: L000347800
HISTORY AND PHYSICAL

rate. There was no dysarthria, no paraphasic error noted. There was no evidence of delusions, hallucinations or illusions. Her affect is appropriate to context and her mood is clearly anxious. The patient does seem to have some difficulty with her short term memory. Long term memory seems to be more intact. Attention to concentration were limited. Cranial nerves II - pupils were 2 mm, round, regular and reactive. Visual fields were intact to threat. Cranial nerves III, IV and VI - extraocular movements are intact with a slight amount of end point nystagmus with right lateral gaze. Cranial nerve V - the patient was intact to light touch and pinprick in all three divisions with symmetrical innervation of the muscles mastification. Cranial nerve VII - the patient seems to have a left central paresis. Cranial nerve VIII - TM are intact and she is able to hear soft sounds bilaterally. Cranial nerve IX and X - the gag is intact. Cranial nerve XI the patient had symmetrical bulk and strength in the sternocleidomastoid and trapezius bilaterally. Cranial nerve II - the tongue protrudes in the midline and moves easily bilaterally. Motor - the patient had 5/5 strength in the left upper extremity with normal tone without focal wasting or fasciculations. The patient is 4 to 4+/5 in the right upper extremity and deltoids, biceps, triceps and 1/5 in the wrist extensors and flexors and intrinsic hand muscles. In the lower extremities she is 5/5 throughout in the left leg with perhaps slight weakness graded at most maybe 5-/5 in the anterior tib and extensor hallucis longus. In the right leg, however, she is graded 4-/5 in the iliopsoas and hamstrings but 4+/5 in the quads. She is 3/5 in the anterior tib and extensor hallucis longus. She has increased tone in the right leg. There was no focal wasting or fasciculations anywhere. Sensory - the patient reports loss of feeling in her fingers but was intact to light touch throughout. Muscle strength reflexes - the patient is 3+ at the right triceps, biceps and brachioradialis. She is 2+ at the left at the triceps, biceps and brachioradialis but she does have a positive pectoral bilaterally. There were no Hoffmann's. Patellar reflexes are 3+ on the right across adductors with suprapatellar and 2+ on the left. Achilles are 1+ bilaterally without clonus. She has bilaterally upgoing toes moreso on the right than on the left. She actually is very briskly extensor on the right. Cerebellar - there was perhaps some evidence of ataxia in the lower extremities but I think this is probably all weakness dependent. In the left upper extremity which is the only one I could really test, she had no ataxia, dysmetria, dysdiadochokinesis. Gait not tested.

IMPRESSION
1. This patient appears to have predominantly a right hemiparesis but there is some evidence of bilateral problems in that she does have bilaterally upgoing toes although clearly she has much more increased tone on the right side with her hemiparesis as well as a right upgoing toe. Etiology is unknown.
2. Status post apathetic response to Phenergan probably unrelated to #1.

DISCUSSION
The patient has been very confused. She was evaluated by Jean Boga, ANP. She was found to have significant levels of difficulty with her memory and with understanding what was going on and remembering what had been told to her. In addition to what appears to be evidence of a delirium, she also has significant

Exhibit F

ALASKA REGIONAL HOSPITAL

NAME: VIRTUE, MELISSA A
MR#: L000347800
HISTORY AND PHYSICAL

problems with motor changes as well involving her right hemiparesis. Her MRI of the brain is abnormal although there was no evidence of acute process. At this point in time her autoimmune and coagulation studies are still pending. I am going to go forward for a MRI of her cervical spine. If we do not get a definitive answer with the cervical spine film which I suspect we will not, I think we need to repeat her lumbar puncture to rule out the possibility that she may have some type of acute autoimmune process and/or multiple sclerosis. Another possibility is that she is having a vasculitis. This would explain her mental status changes as well as her motor examination. We will need to follow her very closely.

Marjorie J Smith, MD
PAL
D:  04/30/02 1955
T:  05/01/02 0950

cc:  Marjorie J Smith, MD

Electronically Signed by Marjorie J Smith, MD on 05/01/02 at 1507

Exhibit __F__
Page __4__ of __4__ Pages

Electronically signed