**EXHIBIT G**
<u>Discharge Instructions</u>

# ALASKA REGIONAL HOSPITAL

## Discharge Instructions

Print Firmly – Orders are two-part

Date: 5/9/02  Time: 15:RR

ADDRESSOGRAPH
(Patient/Family Name)

Instruction information received by: Virtue Melissa

☐ Smoking cessation discussed with patient.   ☐ Yes   ☐ No   ☒ N/A

**Your Diet will be:** _____

If Applicable, food and drug interaction information given to patient.   ☐ Applicable   ☐ Not Applicable

**Activities:** You may:
- ☒ Shower/Bathe
  - ■ When Showering: ☐ Wound covered ☐ Wound un-covered
- ☐ Crutches
- ☐ Walker
- ☐ Cane
- ☐ Climb stairs
- ☐ Drive a car
- ☐ Resume sexual activity
- ☐ Maximum weight bearing: ___
- ☐ Maximum lifting: ___
- ☐ Other: ___

**Medications:** ☐ INCLUDED MICROMEDIX PRINTED SHEET FOR EACH MEDICATION WITH DISCHARGE INSTRUCTIONS

| Name | Dose | Time/Way to Take | Precautions/Possible Side Effects |
|---|---|---|---|
| Colace | 100 mg | 2 x a day | |
| MOM | 30cc | every day | |
| Axert | 12.5mg | 1 pill at HA onset, may repeat in 2 hours (max of 6 pills/week) | |
| Phenergan | 12.5mg supp | 1 every 8 hrs for nausea + vomiting | Tigan 200 mg Su T PRN N+V |

■ Refer to addendum for additional medications

**Pain Management:**   ☐ No Pain
- ☒ Patient/family instructed to take pain medication when intensity of pain is @ 2
- ☒ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain interventions do not relieve pain.
- ☐ Patient/family instructed in alternative measures to relieve pain:   ☐ Cold packs   ☐ Hot packs   ☐ Position changes   ☐ Distraction   ☐ Massage   ☐ Relaxation   ☐ Breakthrough pain interventions   ☐ Guided imagery

**Special Instructions:** _____

**Call Your Doctor if:** ☐ Constipation ☐ Diarrhea ☐ Bleeding ☐ Increased Pain ☐ Change in Vision, Balance or Strength ☐ Fever/Chills ☐ Nausea ☐ Vomiting ☐ Shortness of Breath ☐ Redness/Drainage at Incision Site

Follow up Appointment with Dr. Smith   Date/Time: ___
or call office at phone number: 345-1718   for appointment 1 month

Follow up Appointment with Dr. ___   Date/Time: ___
or call office at phone number: ___   for appointment ___

Follow up Appointment with Dr. ___   Date/Time: ___
or call office at phone number: ___   for appointment ___

Do you have your prescriptions to take home?   ☐ Yes   ☐ No   ☐ N/A   Have your valuables been returned?   ☐ Yes   ☐ No   ☐ N/A
Have any medicines you brought with you been returned?   ☐ Yes   ☐ No   ☐ N/A

I acknowledge that I received the above instructions, have my necessary supplies or know where to obtain supplies and feel that I understand what I am to do at home.

Exhibit G

Patient/Significant Other   Page 1 of 2 Pages

**Discharge Summary:** Date: 5/9/02   Time: 1500   Admission: ___
**Diagnosis:** MS
**Procedures done (include date/Dr.):** Gait training, Pain and nausea management.

**Assessment of patient's Discharge Status** (include if afebrile, pain control, body functions returned to normal, ambulatory, problems resolved): Pt is afebrile, HA resolving c meds, gait steady

Discharged at 15   via: car   to: Airport   Accompanied by: friend

RN's Signature: R. Koll RN

| Cash | | | | | | | Total Cash |
|---|---|---|---|---|---|---|---|
| Currency | | | | Coins | | | |
| $100's× 8 = 800 | $20's× 2 = 45 | $5's× | $1's× 3 = 45 | $1.'s× | $.25's× | $.05's× 1 = .05¢ | $ 905.16 |
| $50's× 1 = 50 | $10's× 1 = 10 | $2's× | | $.50's× | $.10's× 1 = .10¢ | $.01's× 1 = .1¢ | |

### Item Description (Describe if Necessary)

| | |
|---|---|
| Watch | Jewelry |
| Wallet | |
| Checkbook Beginning Number / Ending Number | |
| Keys | |
| Drivers License | |
| Insurance Cards | |
| Credit Cards | |
| | |
| | |
| | |
| Documents | Exhibit G<br>Page 2 of 2 Pages |

| | Date | Time | Received By | | Witnessed By | |
|---|---|---|---|---|---|---|
| Admitting Dept. Use | | | | | | |
| Emergency Room Use | | | Property Collected By | | | |
| Nursing Unit Use | | | Property Collected By | | | |
| Security Dept. Use | | | Property Collected By | | Delivered To Cashier By | |
| Cashier's Use | | | Received and Certified By | Scott Kie MICP | | |

| Disposition of Valuables | Patient / Designate Signature | Date | Witness Signature | Date |
|---|---|---|---|---|
| Deposit | Pt unable to sign | 4-23-02 | [signature] | 4-23-02 |
| Repossession | | | | |

Envelope No. 308754

This facility assumes **NO RESPONSIBILITY** for the loss or damage of personal property not enclosed within this envelope.

Partial Release Date

Original Envelope No.

PATIENT IDENTIFICATION

Virtue, Melissa
266723 920

**Patient Valuables Record**
A7026 08/98 (RC# 0258875)

Exhibit 5
Page 2 of __

Virtue v. Bethel Group Home
10776