**EXHIBIT H**
**Timesheets**

**Employee Name/Position:** Melissa Virtue

**Employee Signature:** [signature]

**Supervisor Signature:** [signature]

**Executive Director Signature:**

Vacation OK 05/02/02 (Circle One)

*Please round to the nearest quarter-hour

| Day | Date | Time in | Time out | Type of pay | Facility |
|---|---|---|---|---|---|
| Fri. | 4-12 | 3 P.M | 11 P-? | 8 RT | BGH or BRH |
| Sat. | 4-13 | 3 P.M | 11 P.M | 8 RT | BGH or BRH |
| Sun. | 4-14 | 8 AM | 4 P.M | 8 RT | BGH or BRH |
| Mon. | | | | | BGH or BRH |
| Tues. | | | | | BGH or BRH |
| Wed. | 4-17 | 3 P.M | 11 P.M | 8 RT | BGH or BRH |
| Thurs. | 4-18 | 3 P.M | 11 P.M | 8 RT | BGH or BRH |
| Fri. | 4-19 | 3 P.M | 11 P.M | 8 RT | BGH or BRH |
| Sat. | 4-20 | 8 A.M | 4 P.M | 8 RT | BGH or BRH |
| Sun. | 4-21 | 8 A.M | 4 P.M | 8 RT | BGH or BRH |
| Mon. | | | | | BGH or BRH |
| Tues. | 4/23 | | | 8 PAL | BGH or BRH |
| Wed. | 4/24 | | | 8 PAL | BGH or BRH |
| Thurs. | 4/25 | | | 8 PAL | BGH or BRH |

**Types of Pay**
- RT  Regular Time
- OT  Overtime
- JD  Jury Duty
- PAL  Paid Annual Leave
- LWOP  Leave without pay
- HP  Holiday Pay

**Amount this Pay Period**
64 RT
16 PAL

RECEIVED 05/01/02 KSM

Overtime is to be initiated and authorized by a supervisor before it occurs, and an authorization form noting the supervisor's permission needs to be attached to this sheet
All Leave Permission Slips are to be signed by you, the employee, and your supervisor and attached to this sheet
Please sign this time sheet before turning it in.
Please have your supervisor sign this time sheet before turning it in.

Missing Authorization Forms, Leave Permission Slips, Supervisor Signatures, hours worked, and Employee Signatures will delay creation and receipt of paychecks.

Virtue v. Bethel Group Home
10179

Exhibit H

Page 1 of 2 Pages

# Time Sheet

Employee Name/Position: **Melissa Virtue - assist. program Director**

Employee Signature: _[signature]_

Supervisor Signature: _[signature]_

Executive Director Signature: _[signature]_

*Please round to the nearest quarter-hour*                    (Circle One)

| Day | Time in | Time out | Type of pay | Facility |
|---|---|---|---|---|
| Fri. | | | | BGH or BRH |
| Date | | | | BGH or BRH |
| Sat. | | | | BGH or BRH |
| Date | | | | BGH or BRH |
| Sun. | | | | BGH or BRH |
| Date | | | | BGH or BRH |
| Mon. | | | | BGH or BRH |
| Date | | | | BGH or BRH |
| Tues. | | | | BGH or BRH |
| Date | | | | BGH or BRH |
| Wed. | | | | BGH or BRH |
| Date | | | | BGH or BRH |
| Thurs. | | | | BGH or BRH |
| Date | | | | BGH or BRH |
| Fri. | | | | BGH or BRH |
| Date | | | | BGH or BRH |
| Sat. | | | | BGH or BRH |
| Date | | | | BGH or BRH |
| Sun. | 3:00 | 11:00 | RH | **(BGH)** or BRH |
| Date 5/12 | | | | BGH or BRH |
| Mon. | 3:00 | 11:00 | RH | **(BGH)** or BRH |
| Date 5/13 | | | | BGH or BRH |
| Tues. | 3:00 | 11:00 | RH | **(BGH)** or BRH |
| Date 5/14 | | | | BGH or BRH |
| Wed. | | | | BGH or BRH |
| Date | | | | BGH or BRH |
| Thurs. | | | | BGH or BRH |
| Date | | | | BGH or BRH |

Types of Pay
- RT   Regular Time
- OT   Overtime
- JD   Jury Duty
- PAL  Paid Annual Leave
- LWOP Leave without pay
- HP   Holiday Pay

Amount this Pay Period
24 hours
20 hrs.

_(circled note:)_ 20 Hours Sick Leave
TOTAL: 44 hrs.

_(handwritten:)_ Pmt Approved
44 Total
05/23/02

Overtime is to be initiated and authorized by a supervisor before it occurs, and an authorization form noting the supervisor's permission needs to be attached to this sheet
All Leave Permission Slips are to be signed by you, the employee, and your supervisor and attached to this sheet
Please sign this time sheet before turning it in.
Please have your supervisor sign this time sheet before turning it in.

Missing Authorization Forms, Leave Permission Slips, Supervisor Signatures, hours worked, and Employee Signatures will delay creation and receipt of paychecks.

Virtue v. Bethel Group Home
10162                Exhibit __14__

Page __2__ of __2__ Pages