**EXHIBIT K**
**Melissa Virtue Deposition**
(Selected Pages)

```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF ALASKA

MELISSA VIRTUE,                  )
                                 )
            Plaintiff,           )
                                 )
      vs.                        )
                                 )
BETHEL GROUP HOME, INC.          )
                                 )
            Defendant.           )
                                 ) Case No. F05-021-CI (RRB)
                                 )
BETHEL GROUP HOME, INC.,         )
                                 )
     Third Party Plaintiff,      )
                                 )
     vs.                         )
                                 )
TRUSTMARK INSURANCE COMPANY;     )
TRUSTMARK LIFE INSURANCE         )
COMPANY; EMPLOYEE WELFARE        )
BENEFIT PLAN SM46761E001         )
(The Plan) and STARMARKETING     )
and ADMINISTRATION, INC.,        )
                                 )
     Third Party Defendants      )
                                 )
```

VIDEOTAPED DEPOSITION

OF

MELISSA VIRTUE

9:07 a.m.
April 7, 2006
SEAK Professional Services, LLC
2415 Hemlock Street Suite 104
Ketchikan, Alaska 99901

Exhibit ___K___

Page ____ of ____ Pages

-1-

SEAK Professional Services, LLC

Virtue Direct

1  referring to?
2  A  Right there.
3  Q  Okay, can you give.....
4     MR. EARNHART:  Exhibit 3?
5     MS. DUCEY:  Yes.
6  Q  So we are talking about Exhibit 3, and if you could
7     just give me the document number, that would be
8     helpful for the record.
9  A  I am sorry?
10 Q  Do you see at the bot -- you are referring to the
11    employee enrollment form?
12 A  I believe so.
13 Q  Okay, and what is it about that document that gives
14    you reference to when you received the application?
15 A  I -- I remember it was the day before I had signed
16    it, actually -- quite honestly.
17 Q  So, you received a blank application the day before?
18 A  Before I had signed this because I had to sit down
19    and speak to Paul.
20 Q  Okay.
21 A  And on the back of that, it said the 17th.
22 Q  Okay.
23 A  That's how I knew it was the 16th.
24 11:46:50
25 Q  Okay.  Who did you receive the application from?

-110-

Virtue Direct

| | | |
|---|---|---|
| 1 | A | I believe Paul brought it to me.  He brought it to |
| 2 | | me in the kitchen. |
| 3 | Q | And what did he say? |
| 4 | A | He said that I needed to complete the form to the |
| 5 | | best of my ability and bring it back to him and then |
| 6 | | we would dis -- discuss it. |
| 7 | Q | And was there anything else discussed at that time? |
| 8 | A | I don't believe so. |
| 9 | Q | Okay.  So, did you complete the form? |
| 10 | A | I did. |
| 11 | Q | Did you have any questions about completing the form? |
| 12 | A | No -- no, I -- actually, I think I m -- I don't -- |
| 13 | | no, I don't think I did. |
| 14 | Q | Was it your intention to elect to have health |
| 15 | | benefits? |
| 16 | A | I had been asking about health benefits.  Yes, I |
| 17 | | wanted health benefits.  I had asked numerous times. |
| 18 | Q | Asked numerous times who? |
| 19 | A | Regarding health.  I mean, I had -- even coworkers -- |
| 20 | | I had talked to coworkers about it. |
| 21 | Q | Okay.  So, once you completed the application, then |
| 22 | | what did you do with it? |
| 23 | A | I took it in, and I handed it to Paul when he was in |
| 24 | | his office..... |
| 25 | Q | Okay. |

-111-

SEAK Professional Services, LLC

Virtue Direct

| | | |
|---|---|---|
| 1 | A | .....the next day. |
| 2 | Q | And did you have any discussion with him about it? |
| 3 | A | We did.  We actually sat down and reviewed the application in full. |
| 5 | Q | Okay, and tell me what you remember about that. |
| 6 | A | Basically, we went through each question. |
| 7 | Q | Okay, and what did he say as he went through it? |
| 8 | A | I am sorry, what do you mean? |
| 9 | Q | Well, I -- as best you can recall, please recount the conversation that you had with him as he went over the application. |
| 12 | A | We just -- we looked at each question to make sure that I had answered it. |
| 14 | Q | Okay.  Do you remember anything he said? |
| 15 | A | No. |
| 16 | Q | Okay.  So then, when the review of the application was complete, then what happened? |
| 18 | A | He said he would send it in. |
| 19 | Q | Did he say anything else in that conversation? |
| 20 | A | I am unsure. |
| 21 | Q | So, you were in his office when you reviewed the application together? |
| 23 | A | Yes, I was. |
| 24 | Q | Okay, and was he sitting behind his desk? |
| 25 | A | Yeah. |

Virtue Direct

| | | |
|---|---|---|
| 1 | A | Why did I turn in my resignation..... |
| 2 | Q | Yes. |
| 3 | A | .....letter?  Because I had attempted to talk to |
| 4 | | Paul, the executive director, to get the situation |
| 5 | | resolved. |
| 6 | Q | Uh-huh (affirmative). |
| 7 | A | I mean, I -- I just wanted to get specific answers of |
| 8 | | what was going on with the insurance and, you know, |
| 9 | | because I knew I was going to be getting bills soon, |
| 10 | | and I just wanted to get that alleviated, and that |
| 11 | | was not happening.  And so, I felt that it was time |
| 12 | | for me to come back to Ketchikan. |
| 13 | Q | Okay.  Did you have further conversations with Paul? |
| 14 | A | I did. |
| 15 | Q | And tell me what you recall about those. |
| 16 | A | I had a conversation, and I don't know the exact date |
| 17 | | of it.  We were sitting in the living room, actually, |
| 18 | | of the facility where the kids sit, and no kids were |
| 19 | | around, and it was just Paul and I.  I think there |
| 20 | | might have been some -- I don't think anybody else. |
| 21 | | I am not sure.  And I had questioned him about |
| 22 | | insurance. |
| 23 | Q | What did you ask him? |
| 24 | A | I -- I don't recall all the specifics.  I just asked |
| 25 | | about, you know, what's going on with the insurance. |

-154-

SEAK Professional Services, LLC

SEAK Professional Services, LLC

Virtue Direct

| | | |
|---|---|---|
| 1 | | He just basically said again that he would check on |
| 2 | | it, and then we talked, and then he said that he had |
| 3 | | MS and that I could just claim bankruptcy again, and |
| 4 | | that was the second time he had told me that, and -- |
| 5 | | and I said to him I thought that I had insurance |
| 6 | | after 30 days -- or after 90 days, and that's what I |
| 7 | | was told.  That's what I was told by you, that's what |
| 8 | | I was told by Rob, by Charity, and he said that he |
| 9 | | would check on it, get back to me, and I got very |
| 10 | | frustrated. |
| 11 | Q | Did you have any other conversations with him about |
| 12 | | insurance? |
| 13 | A | I am trying to think.  I think that that might have |
| 14 | | been the last one that I did have with him because we |
| 15 | | were not getting anywhere.  Every time I -- I mean, |
| 16 | | every time I brought up insurance, he kept saying |
| 17 | | that he would check on it, but he never got back to |
| 18 | | me.  He never checked on it.  He never -- he didn't |
| 19 | | follow up on it.  He tried to avoid me because I was |
| 20 | | asking him about it.  So then, after this last |
| 21 | | conversation, I was very frustrated with the way it |
| 22 | | was being handled, quite honestly. |
| 23 | Q | Were there any other reasons why you resigned your |
| 24 | | employment besides frustration about the insurance |
| 25 | | issue? |