**EXHIBIT L**
Bethel Group Home Policy
#PM 54

Bethel Group Home Inc.

| | |
|---|---|
| ADMINISTRATIVE AREA | PERSONNEL MANAGEMENT |
| POLICY # PM 54 | INSURANCE |

The Bethel Group Home provides $200 per month per employee for the purchase of health/life/dental insurance. The health/life insurance is provided through Employer's Health Corporation. A detailed description of coverage is provided in a separate handout.

In addition, the Bethel Group Home provides supplemental insurance coverage through AFLAC. This insurance package contains several policies, which cover Accident/Disability, Cancer, etc. Detailed information about this coverage is provided in a separate document.

Part-time employees are not eligible for insurance coverage.

Coverage becomes effective following the 90-day introductory period. Upon successful completion of this period, the employee will meet with the Executive Director to complete enrollment materials and to select coverage for the employee and/or dependents.

As stated previously, the Bethel Group Home pays $200.00 per month per employee to the group insurance provider for employee insurance benefits. This is not a cashable benefit. In other words, this money may not be added to an employee's pay in lieu of the purchase of insurance policies. It is to be used strictly for acquiring health, dental, life, and supplemental insurance. Any premiums more than $200.00 will be deducted from the employee's pay through a payroll deduction agreement.

Due to the nature of the current benefit plan, all eligible employees must enroll in the health insurance plan unless they can demonstrate through documentation that they have current health insurance through another plan.

**PROCEDURES**

*AFLAC and Health Insurance Enrollment Applications*

**APPROVED BY THE BGH BOARD OF DIRECTORS ON OCT. 28, 1999**

Exhibit L
Page 1 of 1 Pages

168

EXHIBIT 4
PAGE 1 OF 1