**EXHIBIT M**
**Affidavit of Kenneth Alexander**
(Selected Paragraphs)

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| MELISSA VIRTUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BETHEL GROUP HOME, INC. | ) |
| | ) |
| Defendant. | ) |

Case No. 4BE-04-19 CIVIL

### AFFIDAVIT OF KENNETH ALEXANDER

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )ss. |
| THIRD JUDICIAL DISTRICT | ) |

KENNETH ALEXANDER, being first duly sworn, deposes and says as follows:

1. That I am an adult, and all information stated herein is based upon personal knowledge.

2. Beginning in the early months of 2002, I worked for the Bethel Group Home, Inc. as a business/administrative assistant. I helped with finances, did payroll and was the executive director's right-hand man. As such, I am very familiar with the policies and practices of the Corporation during that period.

3. I knew Melissa Virtue well, and I also knew Paul Janowiec well, who was the Executive Director of the Group Home.

4. I am aware that Melissa Virtue began work on or about January

Exhibit M
Page 1 of 4 Pages

EXHIBIT 3
PAGE 1 OF 4

21, 2002, and that her insurance benefits would begin immediately after ninety days, on or about April 21, 2002.

5. I am also aware of the fact that during the period Melissa Virtue worked for Bethel Group Home, there were written policies and procedures in place that promised her and other employees insurance coverage that would begin immediately following the 90-day introductory period.

6. On April 17, 2002, Melissa Virtue completed an application for insurance, so she would get insurance benefits immediately following her 90-day period. Mr. Janowiec confirmed to me that Ms. Virtue would receive insurance the day following her 90-day period. I know Ms. Virtue completed the application for insurance and she did not waive coverage. We discussed the fact that she would be covered by insurance starting on April 21, 2002, the day after her 90-day introductory period.

7. I took Ms. Virtue's completed application the same day it was filled out, on April 17, 2002, and wrote a cover letter to our insurance company, Starmark, and asked that Ms. Virtue be enrolled.

8. I am aware that shortly after completing such application, on or about April 22, 2002, Melissa Virtue was hospitalized for a serious illness, and she incurred significant medical bills, which equaled many thousands of dollars.

9. On or about the first week of May, 2002, one of the hospitals called me and asked about insurance, and I told them that I knew she was enrolled and had insurance.

Exhibit __M__
Page __2__ of __4__ Pages

EXHIBIT __3__
PAGE __2__ OF __4__

10. While Ms. Virtue was in the hospital, she also called me and asked about her insurance, because she said the hospital kept asking about insurance. In response, I looked for and found the original application on Mr. Janowiec's desk. I looked at the application, and there was no waiver by Ms. Virtue of her insurance benefits.

11. I asked Mr. Janowiec why he did not mail the application, and he said "don't worry about it." He also asked me to re-do the application so she would not be covered by insurance, but told him that I would not do that.

12. Several days thereafter, Mr. Janowiec handed me a copy of the application. Again, I asked if he mailed it so Ms. Virtue would get insurance, and he said "don't worry about, she has waived coverage." He told me to file the copy, which now had check marks on it, purporting to waive insurance coverage. Again, I know Ms. Virtue did not, and would not, waive coverage. No one else but Mr. Janowiec had access to and could have put such checks on the application.

13. While Ms. Virtue was in the hospital, I told Mr. Janowiec that I was worried about Ms. Virtue's medical bills, and he responded that she should just file bankruptcy. During my time with Bethel Group Home, there were other problems with employees getting insurance.

14. Mr. Janowiec and the Bethel Group Home had a duty to ensure that applications for insurance were accurately completed and timely mailed, so that its employees received such coverage. Mr. Janowiec breached such duty, by sitting on such application and not mailing it, by not filling it out completely and



Exhibit __M__

Page __3__ of __4__ Pages

EXHIBIT __3__

PAGE __3__ OF __4__

putting the group number on the application, and by then claiming Ms. Virtue waived coverage.

    FURTHER AFFIANT SAYETH NOT.

DATED this 13 day of July 2006, at ~~Bethel,~~ Anchorage, Alaska.

_____
Kenneth Alexander

SUBSCRIBED AND SWORN to before me on this 13 day of July 2006, at Anchorage, Alaska.

_____
Angela Pittman
Notary Public in and for Alaska.
My commission expires 9/15/07

Exhibit M
Page 4 of 4 Pages

EXHIBIT 3
PAGE 4 OF 4