William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Third-Party Defendant Trustmark Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,<br><br>      Plaintiff,<br><br>  v.<br><br>BETHEL GROUP HOME, INC.,<br><br>      Defendant.<br><br>BETHEL GROUP HOME, INC.,<br><br>  Third-Party Plaintiff,<br><br>  v.<br><br>TRUSTMARK INSURANCE COMPANY;<br>TRUSTMARK LIFE INSURANCE COMPANY;<br>EMPLOYEE WELFARE BENEFIT PLAN<br>SM46761e0001 (The Plan); AND<br>STARMARKETING AND ADMINISTRATION,<br>INC.,<br><br>  Third-Party Defendants. | **(Proposed)**<br>**<u>ORDER</u>**<br><br>Case No. 4:05-cv-021-RRB |

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

This court having reviewed defendants Trustmark Insurance Company, Trustmark Life Insurance Company, and Employee Welfare Benefit Plan SM46761e0001s (The Plan) and Starmarketing and Administration, Inc. (the Trustmark Defendants') motion for summary judgment on all claims, and all briefing and argument thereto, and otherwise being fully advised, hereby finds as follows:

1. This court previously ruled at Docket No. 31, that first-party plaintiff Melissa Virtue had no colorable claim for vested benefits. The correctness of this ruling is also confirmed by the evidence which shows that Bethel Group Home at no time expected the Trustmark Defendants to provide coverage to Melissa Virtue and the fact that Ms. Virtue would not be entitled to coverage. Because there is no colorable claim for coverage nor was there any expectation of coverage, no claim can lie against the Trustmark defendants for not providing coverage or otherwise for their handling of Ms. Virtue's application. For these reasons, third-party plaintiff Bethel Group Home, Inc.'s complaint against the Trustmark Defendants is hereby dismissed with prejudice.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Third-party defendants will submit for costs and attorney's fees in accordance with the local rules.

    IT IS SO ORDERED.

Dated: _____          _____
                                                    Judge Beistline
                                                    U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 1st day of September, 2006 to:

| | |
|---|---|
| Jim J. Valcarce<br>COOK ROOSA & VALCARCE<br>Box 409<br>Bethel, AK 99559-0409 | Richard Friedman<br>FRIEDMAN RIBIN & WHITE<br>1126 Highland Ave.<br>Bremerton, WA 98337-3218 |
| Cynthia L. Ducey<br>DELANEY WILES HAYES GERETY<br>ELLIS & YOUNG<br>1007 W. 3rd Ave., Ste. 400<br>Anchorage, AK 99501-1936 | Margaret Simonian<br>FRIEDMAN RUBIN & WHITE<br>1227 W. 9th Ave., 2nd Floor<br>Anchorage, AK 99501-3218<br>(Courtesy Copy) |

    /s/ William A. Earnhart
    RICHMOND & QUINN

2241\001\PLD\SUMMARY JUDGMENT (ORDER)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

ORDER
VIRTUE v. BETHEL GROUP HOME v. TRUSTMARK INS., CASE NO. 4:05-cv-021-RRB
PAGE 3 OF 3