Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

Attorneys for Bethel Group Home, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE, )<br><br>Plaintiff, )<br><br>v. )<br><br>BETHEL GROUP HOME, INC., )<br><br>Defendant, )<br>_____ )<br>BETHEL GROUP HOME, INC., )<br><br>Third-party plaintiff )<br><br>vs. )<br><br>TRUSTMARK GROUP HEALTH )<br>BENEFITS PLAN, through )<br>TRUSTMARK INSURANCE CO., )<br>plan underwriter and insurer, )<br>and STARMARKETING AND )<br>ADMINISTRATION, INC., AKA )<br>STARMARK, d/b/a Plan Sponsor/ )<br>Administrator, )<br><br>Third-party defendants. )<br>_____ ) | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 4:05-cv-0021 (RRB) |

**BETHEL GROUP HOME'S NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO TRUSTMARK'S MOTION FOR SUMMARY JUDGMENT AND/OR BETHEL GROUP HOME'S MOTION FOR CONTINUANCE TO CONDUCT DISCOVERY**

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

Defendant, Bethel Group Home, Inc. ("BGH") by and through its counsel, Delaney Wiles,

herein files its non-opposed motion for extension of time to file BGH's opposition to Trustmark's

motion for summary judgment and/or BGH's motion for continuance to conduct discovery.

BGH's shall have until Friday, September 22, 2006 to file its opposition and/or motion.

DELANEY WILES, INC.
Attorneys for Defendant and
Third Party Plaintiff Bethel Group Home

Dated:  9/19/06

s/Cynthia L. Ducey
Cynthia L. Ducey #8310161
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com


s/Eric Ringsmuth
Eric Ringsmuth #0305019
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581
(907) 277-1331 fax
ear@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and
correct copy of this document was electronically
served on upon:

William Earnhart
Lane Powell, LLC
301 West Northern Lights Blvd. Suite 301
Anchorage, AK 99503-2648


Cynthia L. Ducey
122004

ELANEY WILES, INC.
SUITE 400
)07 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581