Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

Attorneys for Bethel Group Home, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BETHEL GROUP HOME, INC., | ) |
| Defendant. | ) |
| BETHEL GROUP HOME, INC., | ) |
| Third Party Plaintiff, | ) |
| vs. | ) |
| TRUSTMARK GROUP HEALTH BENEFITS PLAN, through TRUSTMARK INSURANCE CO., plan underwriter and insurer, STARMARKETING AND ADMINISTRATION, INC., aka STARMARK, d/b/a Plan Sponsor/ Administrator, | ) |
| Third Party Defendants. | ) Case No. 4:05-cv-0021 CV (RRB) |

## PROPOSED ORDER GRANTING
## BETHEL GROUP HOME'S NON-OPPOSED MOTION FOR EXTENSION OF TIME

Having considered Third-Party Plaintiff Bethel Group Home, Inc.'s, (hereinafter "BGH"), non-opposed motion for extension of time:

**IT IS SO ORDERED** that BGH's shall have until September 22, 2006 to file its opposition to Trustmark's motion for summary judgment and/or BGH's motion for continuance to conduct discovery.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
United States District Court Judge
Ralph R. Beistline

**CERTIFICATE OF SERVICE:**
This certifies that a true and correct copy of
this document was electronically served
upon:

William Earnhart

<u>Cynthia L. Ducey</u>
122006

'ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

**Order Granting Non-Opposed Motion For Extension of Time**
*Virtue v. Bethel Group Home, Inc.*, Case No. 4:05-cv-0021 (RRB)                    Page 2 of 2