VIRTUE – BGH'S MOTION TO CONTINUE
INDEX – MOTION FOR CONTINUANCE

A. Janowiec deposition

B. Certificate of Insurance

C. Administrative Guide

D. Wendell deposition

E. Alaska Legal Service Letter

F. Starmark Notification

G. Virtue Application

H. Notice 30(b)(6) deposition 1/5/05

I. Plaintiff's letters dated 3/15/05, 4/19/05, 7/13/05 and 7/18/05

J. Notice 30(b)(6) deposition 5/17/06

K. Virtue deposition

L. Alexander criminal records

M. BGH's Notice to Starmark dated 6/14/02


122002