Page 1

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

MELISSA VIRTUE,                )
                               )
          Plaintiff,           )
                               )
v.                             )
                               )
BETHEL GROUP HOME INC.,        )
                               )
          Defendant.           )
_____)



Case No. 4BE-04-19 Civil

VIDEOTAPE DEPOSITION OF PAUL JANOWIEC

Pages 1 through 248, Inclusive

Taken: Thursday, December 2, 2004

Place: Juneau, Alaska

EXHIBIT A
Page 1 of 3

Page 67

1   A.   Almost 30 years.
2   Q.   What was the mission, you know, when
3   Bethel was operating --
4          MR. FAYETTE: I'm sorry, to that
5   last question, so --
6   A.   28 years.
7          MR. FAYETTE: I object to the form
8   of the question. Was that continuously? You
9   said -- the question was, "How long have you been in
10  Alaska?"
11         MR. COOKE: Yes.
12         MR. FAYETTE: And I'm not trying to
13  quibble, but it's evident that he's been outside.
14  A.   That's true.
15         MR. FAYETTE: So, was it the most
16  recently, or was it --
17         MR. COOKE: I accept his answer.
18         MR. FAYETTE: All right.
19  A.   I maintained my residency while we were
20  outside going to school. I didn't pay tuition
21  because I was there under a stipend from the
22  university, so -- and my tuition was free.
23  BY MR. COOKE:
24  Q.   Okay. But you consider yourself to have
25  been an Alaska resident from about '76?

Page 68

1   A.   '76, yeah.
2   Q.   Okay. Now, back when the group home was
3   operating and you were the executive director, what
4   was the mission of the group home?
5   A.   They didn't have a formal mission
6   statement when I first joined them. Their mission
7   statement basically said, you know, that we would
8   service the children and families of Alaska, you
9   know, in an appropriate way, culturally appropriate
10  and, you know, in a way that was therapeutic for the
11  children and families. It was a very general
12  mission statement.
13  Q.   Was it a residential care facility for
14  children?
15  A.   Was it?
16  Q.   Yes.
17  A.   Yes.
18  Q.   And --
19  A.   That was one of its activities.
20  Q.   And what was the number of residents
21  that were normally there?
22  A.   At one time?
23  Q.   When you were executive director.
24  A.   Normally there were ten residents there.
25  Q.   Okay. And, again, generally speaking,

Page 69

1   how did the children get there? Who was it that
2   would be placed in the Bethel Group Home?
3   A.   Normally children were referred to the
4   group home -- well, they were approved to be in the
5   group home from -- by the residential placement
6   committee, which was a state operated entity. It
7   was a group of professionals from around the state
8   that were ref -- children were referred to them,
9   both children from the Division of Juvenile Justice,
10  and children through the Office of Children's
11  Services, and those people made the decision of
12  where to place the child in residential treatment
13  throughout -- across the state. There are a number
14  of facilities across the state, of which the group
15  home was one.
16         And so kids were referred to us
17  from all over the state. And that's how they got
18  there.
19  Q.   And how did the Bethel Group Home obtain
20  the funds that are used to operate?
21  A.   It would, you know, write grants, and --
22  you know, basically with contracts from the state
23  for services.
24  Q.   Did the group home receive money from
25  the state for each child who was housed there?

Page 70

1   A.   Yes. But -- but at the end, the last
2   several years, it was a fee-for-service program.
3   Initially when I arrived there it was a grant
4   program, which they didn't receive monies based on
5   length of -- you know, amount of service or length
6   of service per kid. It was just a flat grant.
7   Q.   It was a different -- in other words,
8   the methods for providing funding changed?
9   A.   Yes. Yes.
10  Q.   But was the funding source always the
11  state?
12  A.   Yes, always the state.
13  Q.   Okay. And were there any other funding
14  sources?
15  A.   The program operated, you know, the
16  receiving home in Bethel, and that was a state
17  source. And it was, you know, an emergency shelter.
18  And then also it operated a substance abuse program
19  for adolescents. And that was funded based on the
20  state grant and Medicaid.
21  Q.   Okay. As executive director -- again, I
22  don't want to -- you might have already mentioned
23  the dates of that.
24  A.   Right.
25  Q.   But as executive director, what were

Page 147

1  A. No, because you had asked previous
2  questions about when -- you know, having to provide
3  proof that you had insurance. That's -- I'm
4  showing -- that's like on their form.
5  Q. I can read the form.
6  A. I know.
7  Q. Okay. There is a section that appears
8  both on page 3 and page 4 of this document. The
9  title of the section is "Waiver of Coverage." Do
10 you see that part?
11 A. Yes.
12 Q. Okay. And there are some boxes similar
13 to the boxes on other parts of the form?
14 A. Uh-huh.
15 Q. Correct?
16 A. Uh-huh.
17 Q. Do you notice anything different about
18 the markings in that section of the form as compared
19 with the rest of the form?
20 A. Yes, they are checkmarks, not Xs.
21 Q. Do you have any idea how those
22 checkmarks get there -- got there?
23 A. I have no idea.
24 Q. Now, what do you recall about having
25 seen Ms. Virtue's form before? When and where was

Page 148

1  that, this document?
2  A. She, you know, I believe gave me -- she
3  gave me the application, and I put it on my desk.
4  And, you know, I reviewed it like you are, you know,
5  but not in any depth, where I, you know, saw
6  anything. I mean, I just kind of breezed through it
7  and said, "Yup, there is her application." And then
8  I gave it to Mr. Alexander.
9  Q. Was there any -- what was the purpose of
10 giving to it Alexander?
11 A. So he would send it in to the insurance
12 company, you know. She -- by the time -- I mean,
13 she gave that -- gave it to me and so, I mean, the
14 reason that they came to me was because we had an
15 employee who was turned down for insurance because
16 he had filled out the form incompletely. So we
17 added this step, you know, to -- you know, where
18 they would send it to me and so, you know, it was
19 kind of a bureaucratic step to make sure that, you
20 know, they filled it out. And so then I would, you
21 know, hand it to the business manager and they would
22 mail it in.
23 Q. Oh, so it was your practice to see -- to
24 review this form to make sure it was filled out
25 correctly by the employee?

Page 149

1  A. That it was fully -- completely filled
2  out, because we had an employee who hadn't filled it
3  out. So --
4  Q. Okay.
5  A. -- you know, I was supposed to, like,
6  look and see that it was completely filled out,
7  signed, you know, with the date and, you know, stuff
8  like that.
9  Q. Now, this form on page 3 and 4 appears
10 to have a signature and a date on it of 4 -- the
11 date is 4-17-02.
12 A. Uh-huh.
13 Q. Do you know when after that date you got
14 this form to review?
15 A. Not -- not offhand. It was -- I assume
16 that it was around that date because she -- I think
17 she gave it to me.
18 Q. Okay. And do you know how long it
19 stayed in your possession for this review?
20 A. Probably sat on my desk or was on my
21 desk, you know, to be reviewed for, you know, a
22 week, maybe.
23 Q. Why would it take a week to review the
24 form?
25 A. Because I had a lot of other work to do.

Page 150

1  I mean, I was the chief executive of a corporation,
2  and I was dealing with kids on an hour-by-hour,
3  day-to-day basis. And so this was, you know, a
4  routine kind of matter, and that, you know, she --
5  following the completion of her probationary period,
6  which I -- you know, was like the 21st, okay?
7      I mean, she submitted this before,
8  you know, it could be -- would be mailed in. So it
9  just sat on my desk, you know, so that -- you know,
10 I mean, what seemed to be more important, she got a
11 promotion at the time, and so -- and more money.
12     And so, you know, that -- that was
13 probably the more salient point to her and everyone
14 else.
15 Q. How do you know that? How do you know
16 what she was thinking?
17 A. I have no idea. I mean, you know, I
18 didn't ask her to rate anything, but, you know, she
19 was a good employee, and it was important that we
20 evaluated people, so -- and, you know -- and we were
21 promoting her.
22     So, I mean -- and this form
23 wouldn't, you know, I mean, presumably they -- you
24 know, I mean, it wouldn't be mailed under the best
25 of circumstances until after the completion of her