# CERTIFICATE
# OF
# INSURANCE



## Starmark®

400 Field Drive • Lake Forest, Illinois 60045-2581
847.615.1313 • 800.522.1246



EXHIBIT B
Page 1 of 51

Insured By
Trustmark Insurance Company



DEFENDANT'S
EXHIBIT

PH3

Certificate of Group Insurance Underwritten by Trustmark Insurance Company, Lake Forest, Illinois

12/29/2004

Participating Employer:
THE BETHEL GROUP HOME, INC

142 ATSAQ ST
PO BOX 385
BETHEL, AK 99559

Group Number:  SM46761E 0001

Member ID:  ███████

Class:  01

Member Effective Date:  ███████

The effective date of this certificate is: ███████

FURTHER INFORMATION REGARDING YOUR COVERAGE IS GIVEN ON THE PAGES THAT FOLLOW. THIS CERTIFICATE IS EVIDENCE OF YOUR COVERAGE. IT IS NOT THE INSURANCE CONTRACT. ANY STATEMENT IN THIS CERTIFICATE WHICH CONFLICTS WITH THE CONTRACT IS VOID. THIS CERTIFICATE REPLACES ANY OTHER CERTIFICATE WHICH TRUSTMARK MAY HAVE ISSUED TO YOU.

YOUR COVERAGE IS INSURED BY TRUSTMARK INSURANCE COMPANY AND ADMINISTERED BY ITS AUTHORIZED REPRESENTATIVE, STAR MARKETING AND ADMINISTRATION (CALLED STARMARK IN THIS CERTIFICATE). ALL CLAIMS SHOULD BE SUBMITTED TO STARMARK AND ALL QUESTIONS REGARDING YOUR COVERAGE SHOULD BE DIRECTED TO STARMARK.

TRUSTMARK INSURANCE COMPANY

J. Grover Thomas Jr.
President & Chief Operating Officer

Frank G. Gramm
Corporate Secretary & General Counsel

EXHIBIT B
Page 2 of 5

Certificate of Group Insurance Underwritten by Trustmark Insurance Company, Lake Forest, Illinois.

## Schedule of Benefits
## Comprehensive Major Medical Coverage

Your coverage for this benefit is EMPLOYEE ONLY

Calendar Year Deductible
- $250      per person per calendar year
- $750      per family per calendar year

Additional Deductible(s) and Pre-certification Requirement
- $300   penalty per Hospital stay or surgery (outside a physician's office) if the required Pre-certification procedures are not followed.
- Note:   There are no annual limits on the additional Deductible or Pre-certification Requirement penalty amounts and they will not count towards your individual or family Calendar Year Deductibles or Out-of-Pocket Limits.

| | Insured Percent | | Out-of-Pocket Limit (includes Calendar Year Deductible) | |
| --- | --- | --- | --- | --- |
| | In-Network | Out-of-Network | In-Network | Combined In-Network and Out-of-Network |
| Covered Charges other than those listed below (after Calendar Year Deductible) | 90% | 80% | $1,250 | Individual $2,250 Family $4,500 |
| Outpatient Mental Illness, Nervous Disorders, substance abuse and alcoholism (after Calendar Year Deductible) | 60% | 50% | Charges not applied to Out-of-Pocket Limit | |
| Inpatient Mental Illness, Nervous Disorders and substance abuse (after Calendar Year Deductible) | 90% | 80% | | |

Optional benefit riders included
In network with Preferred Hospitals

Prescription Drug Card Coverage:
- $100 annual Prescription Deductible
- Co-pay per prescription: $7  for Generic drugs;  $15  for Brand Name drugs
      $14  for Generic Mail Order Drugs;   $30  for Brand Name Mail Order Drugs (90 day supply)
      In addition, if you specifically request a Brand Name Drug when a Generic Drug is available, you will be responsible for the difference between the cost of the Brand Name Drug and the Generic Drug.
- Note:  The annual Prescription Deductible and Co-pay do not apply toward any other Deductible or Co-pay described on this schedule.

Optional Preventive Care Benefit      100% up to $250 per person per calendar year of preventive care procedures. Additional charges are subject to the Calendar Year Deductible and Insured Percent.

EXHIBIT B
Page 3 of 5

Certificate of Group Insurance Underwritten by Trustmark Insurance Company, Lake Forest, Illinois.

## Schedule of Benefits
## Comprehensive Major Medical Coverage

Benefit maximums (per person)

Lifetime Maximum Amount
    Total In-network and Out-of-Network expenses . . .  $5,000,000
    Total Out-of-network expenses only . . . . . . . . . .  $2,000,000

Note:  All expenses paid count toward the lifetime maximum amount. Once the out-of-network maximum has been met, no more expenses will be paid for out-of-network charges.

Inpatient and Outpatient expenses
relating to Mental Illness, Nervous
Disorders, Substance Abuse,
and Outpatient Treatment of Alcohol Abuse . . . . . . .  $10,000 per calendar year, $30,000 per lifetime.

Outpatient expenses relating to
Mental Illness, Nervous Disorders,
Substance Abuse and Alcohol Abuse . . . . . . . . . .  $25 per visit; 40 visits per calendar year; $1,000 per calendar year.

Private Duty Nursing . . . . . . . . . . . . . . . . . . . . . . .  $2,500 per calendar year.

Non-Dental TMJ Treatment . . . . . . . . . . . . . . . . .  $2,500 per lifetime.

Hospice care . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Maximum 60 days per lifetime.

Skilled nursing care . . . . . . . . . . . . . . . . . . . . . . . .  Maximum of 81 days for each skilled nursing care confinement following a period of no confinement for 60 consecutive days.

Home health care . . . . . . . . . . . . . . . . . . . . . . . .  Maximum of 100 days following each hospital confinement.

Certificate of Group Insurance Underwritten by Trustmark Insurance Company, Lake Forest, Illinois.

## Schedule of Benefits
## Comprehensive Major Medical Coverage

**Important Terms**

**Insured Percent**

The Insured Percent is the portion of Covered Charges Trustmark pays after the Calendar Year Deductible and depends upon whether You select a Preferred Provider (In-Network) or a Non-Preferred Provider (Out-of-Network). A list of Preferred Providers has been provided by Starmark.

**Mental Illness, Nervous Disorders, Substance Abuse and Alcoholism**

There is no Out-of-Pocket Limit for inpatient and outpatient Mental Illness, Nervous Disorders and substance abuse, and outpatient alcoholism treatment. Such charges are never paid at 100%.

**Out-of-Pocket Limit**

This is the sum of the Calendar Year Deductible and the percent of Covered Charges which You must pay each year for each covered person. The Out-of-Pocket Limit does not include amounts You are required to pay for:

    a.  Additional deductibles or penalties;

    b.  Prescription Deductible or Co-Pays; and

    c.  Inpatient and outpatient charges for the treatment of Mental Illness, Nervous Disorders and substance abuse, and outpatient treatment of alcoholism.

When Covered Charges include both In-Network and Out-of-Network services, the maximum Out-of-Pocket Limit is the Out-of-Network Out-of-Pocket Limit. When the maximum Out-of-Pocket Limit is reached, Covered Charges will be paid at 100% until the end of the calendar year or until the Lifetime Maximum Amount is reached, whichever occurs first, except as otherwise noted.



EXHIBIT B

Page 5 of 25

Certificate of Group Insurance Underwritten by Trustmark Insurance Company, Lake Forest, Illinois.

## Schedule of Benefits
## Comprehensive Major Medical Coverage
## Transplant Benefit

|  | Insured Percent | | |
|---|---|---|---|
|  | Designated Transplant Facility | Non-Designated In-Network | Transplant Facility Out-of-Network |
| Approved Transplant Services | 100% | 100% | 70% |
| Transportation, Lodging and Meals of Companion | 100% | 0% | 0% |

### Benefit maximums (per person)

Transportation of companion . . . . . . . . . . . .     $1,000 per approved transplantation procedure

Lodging and meals of companion . . . . . . . . .     $250 per day while recipient of an approved transplant procedure is hospital confined.

Approved Transplant Services done
at a Designated Transplant Facility . . . . . . . . .     Full amount of charges per transplant up to the Lifetime Maximum amount for this plan

Approved Transplant Services done
at a Non-Designated Transplant Facility . . . . . .     $300,000 per lifetime

Approved Transplant Services are those defined in the attached Certificate of Insurance. All charges for the Transplant Benefit are included in the lifetime maximum for this plan. See the first page of this Schedule of Benefits for maximum Out-of-Pocket limits.

EXHIBIT B

Page 6 of 51

Certificate of Group Insurance Underwritten by Trustmark Insurance Company, Lake Forest, Illinois.

## Schedule of Benefits
## All Other Coverage(s)

Employee Life and Accidental Death and Dismemberment Coverage

Your coverage for this benefit is **Employee only.**

Life insurance benefit is $15,000.

Principal sum of accidental death and dismemberment is equal to the life amount.

EXHIBIT B
Page 2 of 51

## TABLE OF CONTENTS

DEFINITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    LIFE BENEFIT SECTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    ACCIDENTAL DEATH AND DISMEMBERMENT BENEFIT SECTION . . . . . . . . . . . . . . . . . . . . . . 5

    COMPREHENSIVE MEDICAL BENEFIT SECTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

CONDITIONS OF INSURANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

CLAIM PAYMENT PROVISIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

STATUTORY PROVISIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

MISCELLANEOUS PROVISIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

COORDINATION OF BENEFITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

MEDICARE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

CONTINUATION OF COVERAGE PROVISIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

MEDICAL CONVERSION PRIVILEGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

LIMITED RIGHT OF REIMBURSEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37



EXHIBIT ___B___
Page ___8___ of ___5___

ummary Concerning Coverage, Limitations, and Exclusions under the Alaska Life and Health Insurance uaranty Association Act

resident of Alaska who purchases life insurance, annuities, or accident and health insurance should know that insurance company licensed in this state to write these types of insurance is a member of the Alaska Life d Health Insurance Guaranty Association. The purpose of this association is to assure that a policyholder will e protected within statutory limits if a member insurer becomes financially unable to meet its obligations. If his should happen, the guaranty association will assess its other member insurance companies for the money o pay the claims of insured persons who live in this state, and in some cases, to keep coverage in force. lowever, the valuable extra protection provided by these insurers through the guaranty association is not nlimited. This protection is not a substitute for your care in selecting a company that is well managed and inancially stable.

## Important Disclaimer

he Alaska Life and Health Insurance Guaranty Association may not provide coverage for this policy. If overage is provided, it may be subject to substantial limitations or exclusions, and require continued esidency in Alaska. You should not rely on coverage by the Alaska Life and Health Insurance Guaranty ssociation in selecting an insurance company or in selecting an insurance policy.

overage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or or which you have assumed the risk.

our insurance company or its agent is required by law to give or send you this notice. However, your nsurance company and its agents are prohibited by law from using the existence of the guaranty ssociation to induce you to purchase any kind of insurance policy.

he state law that provides for this safety net coverage is called the Alaska Life and Health Insurance Guaranty ssociation Act. The full text of the act can be found in AS 21.79.010 – 21.79.990. Provided below is a brief ummary of this law's coverage's, exclusions, and limits. This summary does not cover all provisions of the w, nor does it in any way change your rights or obligations under the act or the rights or obligations of the uaranty association.

## COVERAGE

enerally, an individual will be protected by the life and health insurance guaranty association if the individual ves in Alaska and holds a life or health insurance contract or annuity contract; or if the insured is insured nder a group insurance contract issued by a member insurer. The beneficiary, payee, or assignee of an nsured person is protected as well, even if a non-resident of Alaska.

## EXCLUSIONS FROM COVERAGE

he association does not protect a person holding a policy if:
.  the individual is eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
.  the insurer was not authorized to do business in this state;
.  the policy is issued by an organization that is not a member of the Alaska Life and Health Insurance Guaranty Association.

he association does not provide coverage for:
.  a policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus; a policy of reinsurance (unless an assumption certificate was issued);
.  an interest rate yield that exceeds an average rate;
.  a dividend;
.  a credit given in connection with the administration of a policy by a group contract holder;
.  an employer's plan to the extent that it is self-funded (that is, not insured by an insurance company, even if an insurance company administers the plan);
.  an unallocated annuity contract issued to an employee benefit plan protected under the United States Pension Benefit Guaranty Corporation;
.  that part of an unallocated annuity contract not issued to a specific employee, union, association of natural persons benefit plan, or a government lottery;



EXHIBIT ___B___

Page ___9___ of ___25___

any portion of a policy or contract to the extent that the required assessments are preempted by federal or state law;

an obligation that does not arise under the express written terms of the policy or contract issued by the insurer;

certain obligations to provide a book value accounting guaranty for defined contribution benefit plan participants;

that part of a policy or contract that provides for interest or other changes in value to be determined by the use of an index or other external reference stated in the policy or contract.

## LIMITS ON AMOUNT OF COVERAGE

e act also limits the amount the association is obligated to pay. The association cannot pay more than what ? insurance company would owe under a policy or contract. Also, for any one insured life, no matter how iny policies or contracts were issued by the same company, even if such contracts provided different types coverage's, the association will pay a maximum of:

$300,000 in net life insurance death benefits and no more than $100,000 in net cash surrender and net cash withdrawal values for life insurance;

for health insurance benefits, $100,000 for coverage's not defined as disability, basic hospital, medical, and surgical, or major medical insurance, including any net cash surrender and net cash withdrawal values;

$300,000 for disability insurance;

$500,000 for basic hospital, medical, and surgical or major medical insurance;

$100,000 in the present value of annuity benefits, including net cash surrender and net cash withdrawal value;

with respect to a structured settlement annuity, $100,000 in present value annuity benefits, in the aggregate, including net cash surrender and net cash withdrawal values;

$100,000, in the aggregate, of present-value annuity benefits, including net cash surrender and net cash withdrawal values with respect to an individual participating in a governmental retirement plan established under 26 U.S.C. 401, 26 U.S.C. 403(b), or 26 U.S.C. 457 and covered by an unallocated annuity contract; or to a beneficiary of the individual if the individual is deceased;

$5,000,000 in unallocated annuity contract benefits, irrespective of the number of contracts held by that contract holder, with respect to any one contract holder or plan sponsor whose plan owns, directly or in trust, one or more unallocated annuity contracts.

ite to benefit plan trustees or other holders of unallocated annuities (GICs, DA Cs, etc.) covered by the t: for unallocated annuities that fund governmental retirement plans under sections 401 (k), 403(b), or 457 the Internal Revenue Code, the limit is $100,000 in present value of annuity benefits including net cash render and net cash withdrawal per participating individual. In no event shall the association be liable to end more than $300,000 in the aggregate per individual. For covered unallocated annuities that fund other ins, a special limit of $5,000,000 applies to each contract holder, regardless of the number of contracts ld with the same company or number of persons covered. In all cases the contract limits also apply:

## COMPLAINTS AND COMPANY FINANCIAL INFORMATION

written complaint to allege violation of any provision of the Alaska Life and Health Insurance Guaranty sociation Act must be filed with the Alaska Division of Insurance, 3601 C Street, Suite 1324, Anchorage, aska, 99503-5948; telephone (907) 269-7900. Financial information for an insurance company, if the urance information is not proprietary, is available at the same address and telephone number. The guarantee sociation should not be contacted regarding the financial information of an insurance company.

is information is provided by:

aska Life and Health Insurance Guaranty Association
). Box 103415
ichorage, Alaska 99510-3415
07) 243-2311

Alaska Division of Insurance
3601 C Street, Suite 1324
Anchorage, Alaska, 99503-5948
(907) 269-7900


EXHIBIT B
Page 10 of 51

## DEFINITIONS OF CERTAIN WORDS USED IN THIS CERTIFICATE

NOTE: All masculine pronouns used in this Certificate also include the feminine.

**Certificate:** This booklet, including any attached riders, describing your group insurance benefits.

**Complications of Pregnancy:** Means conditions which are not part of a normal pregnancy, but are caused by, or made worse by, pregnancy. They include, but are not limited to: (1) Caesarean section, ectopic pregnancy or similar surgery; (2) spontaneous termination of pregnancy during a time a viable birth is not possible; (3) eclampsia, puerperal infection, missed abortion, RH factor problems, severe loss of blood requiring transfusions; (4) acute nephritis, nephrosis, cardiac failure; (5) hyperemesis gravidarum; and (6) other similarly severe conditions related to pregnancy. 'Complications of pregnancy' does not include: (1) false labor; (2) occasional spotting; (3) physician prescribed rest during pregnancy; (4) morning sickness; (5) pre-eclampsia; or (6) similar conditions which are part of a difficult pregnancy, but which are not a separate complication of pregnancy.

**Contract:** Means the contract issued to the Policyholder and any amendments, riders or endorsements to that contract.

**Dependent On Other Care Provider(s):** Means the individual requires a community integrated living arrangement, group home, supervised apartment, or other residential services licensed or certified by the department of mental health and developmental disabilities, the department of public health, the department of public aid, or other appropriate state department responsible for such services or facilities.

**Eligible Dependent (Dependent):** Includes (1) Your spouse. (2) Your unmarried child under 19 years of age who is dependent on you for more than 50% of his support. (3) A child of yours who is the subject of a court-issued qualified medical support order, in accordance with the terms of the court-issued order. (4) A child placed for adoption with you (including the time before the adoption is final). For any Dependent Life or Accidental Death and Dismemberment Benefits, the child is an Eligible Dependent only if he is over age 14 days. (5) Your child from his 19th birthday to 25th birthday, if he is a full-time student and the support requirement of (2) above is met. (6) For Comprehensive Medical and Dental Benefits only; your child who has coverage in force, who has reached the limiting age for children but who, because of a handicapped condition that occurred before attainment of the limiting age, is incapable of self-sustaining employment and is dependent upon his or her parents or Dependent On Other Care Provider(s) for lifetime care and supervision. You must give Starmark proof of the child's incapacity and dependency within 31 days after we inquire during the 2 months prior to the child attaining the limiting age. You may also be required, from time to time, to give proof of his continuing incapacity and dependency. If proof is not given within 31 days of a request, his coverage will end 31 days after the request is made. If we do not inquire, coverage will continue through the term of this Certificate or any extension or renewal.

NOTE: 'Child' as used above includes adopted children and stepchildren. But, Eligible Dependent will not include: a foster child; a child or spouse who lives outside of the USA; or a child or spouse who is an Eligible Employee.

**Eligible Employee:** A person who is working for a Participating Employer for at least 30 hours per week has satisfied the waiting period, if any required, by the Participating Employer, and is a member of a class eligible for insurance.

**Injury:** Accidental bodily injury or injuries which cause a covered loss while a person's coverage is in force. The Injury must be the direct cause of the loss, independent of disease, bodily infirmity or other cause.

**Insured:** An Eligible Employee whose coverage has become effective.

**Medicare:** Title XVIII of the Social Security Act of 1965, as amended. A person is considered to be eligible for Medicare on and after the date he is first eligible for any Medicare coverage.

**Mental Illness or Nervous Disorders:** Means neurosis, psychoneurosis, psychopathy, psychosis and mental disease or disorders as defined in the most current edition of the Diagnostic and Statistical Manual of Disorders of the American Psychiatric Association.

**Participating Employer:** An employer who has been approved for coverage for his Eligible Employees under the Contract.

EXHIBIT ___B___

Page __11__ of __5__

**Physician:** (1) A licensed physician who is acting within the scope of his license; and (2) for reimbursement of expenses, any other licensed practitioner required to be recognized for benefit payment purposes under the law of the state in which you live and who is acting within the scope of his license; but (3) not you, your spouse or the children, brothers, sisters, and parents of you or your spouse.

**Policyholder:** Means the Starmark Trust.

**Sickness:** Illness, disease or Complications of Pregnancy which cause a covered loss while a person's coverage is in force; and for any Comprehensive Medical Benefits, congenital defects, birth abnormalities and prematurity of a covered newborn child.

**You and your:** The Insured named on the first page of this Certificate.

**Trustmark Insurance Company:** In this Certificate is called Trustmark Insurance Company, Trustmark, the Company, or we, us or our.



EXHIBIT B
Page 12 of 5

SR99C/1.1(R1)

## LIFE BENEFIT SECTION

**This Benefit Applies Only If The Schedule Of Benefits Shows That You Have Life Coverage.**

Trustmark will pay a Life Insurance Benefit to your beneficiary in the event you die while your coverage is in force. The amount of the Benefit is shown in the Schedule of Benefits. It reduces with advancing age as shown below and terminates at retirement.

| Age | Benefit Level | Age | Benefit Level |
|------|------|------|------|
| Under 65 | 100% | 70 through 74 | 50% |
| 65 through 69 | 65% | 75 and over | 35% |

## A. DEFINITION

**Disabled:** Means you are continuously unable, due to Sickness or Injury, to do any work for which you are, or become, qualified by reason of education, training or experience. If you are doing any work for wage or profit, you will not be considered to be Disabled.

## B. WAIVER OF PREMIUM

1. Your premium will be waived after you have been Disabled for 6 months if:
   a. you become Disabled before age 60; and
   b. your coverage is in force on the date you become Disabled; and
   c. you remain continuously Disabled for more than 6 months; and
   d. premium for those first 6 months is paid.

2. Premium will be waived until any one of the following occurs:
   a. you are no longer Disabled;
   b. you do not take a required medical examination;
   c. you fail to furnish proof that you continue to be Disabled;
   d. you reach age 70; or
   e. your employer ceases to be a Participating Employer.

3. If you die more than 6 months but less than one year after you become Disabled, Trustmark will pay the benefit when Starmark receives proof that you were Disabled and proof of death.

4. If it is expected that you will remain Disabled longer than one year, proof that you are Disabled must be furnished to Starmark between 9 months to one year after the date you become Disabled. When the proof is accepted, coverage will be extended for another year. Additional one year extensions of coverage will be made if you furnish, annually, proof that you continue to be Disabled. Proof must be furnished within 3 months before the end of each one year extension. The waiver of premium will end if any proof is not furnished within that time. If you die during the time your coverage is being continued, Trustmark will pay the benefit upon receipt of proof of death.

5. Proof of death must be given within one year after death. Otherwise, Trustmark shall not be liable for the benefit.

6. The benefit will be the lesser of:
   a. the amount in force for you on your last day of work; or
   b. the amount that would be in force for you on the date of death if you were not Disabled.

7. Trustmark has the right, at its own expense, to require you to be examined by a Physician of its choice while premium is being waived. After coverage has been extended for two years, examinations will not be required more than once a year.

If you return to full time work for the Participating Employer your waiver of premium ends and your regular coverage resumes. If you do not return to work, you are entitled to your rights under the Conversion Privilege.

Page 13 of 13

## C. CONVERSION PRIVILEGE

1. You may convert to an individual life insurance policy if:
   a. your employment for the Participating Employer terminates; or
   b. your waiver of premium or any extension of coverage ends and you do not return to work for the Participating Employer.

   The policy will provide a benefit equal to that provided for you under this Benefit at the time of conversion, unless you request a lesser amount.

2. You may convert if this Benefit or your Insurance Class terminates, or if your employer ceases to be a Participating Employer; but only if you have had continuous coverage under this Benefit, and any it replaces, for at least five years. The policy will be for the lesser of:
   a. $10,000; or
   b. the amount in force for you at termination, reduced by any amount for which you become eligible, within 31 days after termination, under any other group life coverage.

3. You may also convert if your coverage reduces due to a change in Insurance Class or attainment of a specified age. The policy will provide a benefit equal to the amount of the reduction.

4. You will be given notice of the right to convert at least 15 days before the end of the 31 day period allowed for conversion. If notice is not given within this time, you will have an additional period of time to apply for conversion. This additional period of time will be 15 days after notice is given, but not longer than 60 days after the 31 days otherwise allowed.

5. The policy will be issued as follows.

   a. It will be any form of life insurance policy, except term insurance or a policy with disability benefits, Trustmark then has available for conversion.
   b. Evidence of insurability will not be required.
   c. The policy will take effect at the end of the 31 day period for conversion.
   d. The policy shall be in place of all coverage under this Benefit.

6. To convert
   a. make written application to Trustmark Insurance Company at its Home Office, or to Starmark, within 31 days after the date your coverage ends; and
   b. pay, within these 31 days, the first premium for the policy.

7. You have coverage during the 31 day period for conversion. The amount of this coverage is the amount that can be converted. This amount will be paid as a benefit if you die during this period, whether or not application for conversion had been made. If application had been made, any premium paid for the conversion policy will be refunded.

## D. INSTALLMENT SETTLEMENT OPTION

The benefit is usually paid in one sum. It may, instead, be paid in equal monthly payments, if the monthly payments will be at least $25.00. You must make written request for this option. Payments may not extend for more than a ten year period.

During your lifetime, you and Trustmark may agree to any other settlement option. Your beneficiary and Trustmark may also agree upon a settlement option other than as one sum.

## E. ASSIGNABILITY

Your life coverage and benefits are not assignable.

## F. SUICIDE EXCLUSION

The benefit will not be payable in the event you commit suicide, while sane or insane, within two years after the effective date of your life coverage.

EXHIBIT B
Page 14 of 5

S0006/3

## ACCIDENTAL DEATH AND DISMEMBERMENT BENEFIT SECTION

**This Benefit Applies Only If The Schedule of Benefits Shows That You Have Accidental Death And Dismemberment Coverage.**

Trustmark will pay a Benefit in the event of your death, dismemberment or loss of sight due to Injury. You are covered by this Benefit only if you are also covered by the Life Benefit; but, your coverage under this Benefit terminates if your Life Benefit is being extended under the Waiver of Premium provision. The Principal Sum is the same as your Life Benefit.

### A. BENEFIT

Benefits will be paid for any loss listed in the Table of Losses which:

1. results solely from Injury that occurs while your coverage is in force;
2. occurs within 90 days after the Injury; and
3. occurs while your coverage is in force.

With regard to hands and feet, loss means complete severance through or above the wrist or ankle joint. With regard to eyes, loss means the entire and irrecoverable loss of sight.

### TABLE OF LOSSES

| | |
|---|---|
| Loss of Life | The Principal Sum |
| Loss of Both Hands | The Principal Sum |
| Loss of Both Feet | The Principal Sum |
| Loss of One Hand and One Foot | The Principal Sum |
| Loss of One Eye and One Foot | The Principal Sum |
| Loss of One Eye and One Hand | The Principal Sum |
| Loss of Sight of Both Eyes | One-half The Principal Sum |
| Loss of One Hand | One-half The Principal Sum |
| Loss of One Foot | One-half The Principal Sum |
| Loss of Sight of One Eye | One-half The Principal Sum |

The Table of Losses shows each loss for which a benefit will be paid. The total paid for all injuries from any one accident will not exceed the Principal Sum.

### B. EXCLUSIONS

No benefits are paid for:

1. intentionally self-inflicted injury, while sane or insane;
2. suicide or attempted suicide, while sane or insane;
3. loss resulting from your commission of, or attempt to commit, a felony;
4. loss resulting from your being engaged in an illegal occupation;
5. Injury resulting from travel in any type of aircraft, except as a fare paying passenger in a commercial aircraft;
6. war, or act of war, declared or undeclared;
7. bodily or mental infirmity, disease, any type of hernia, or bacterial infections, except pyogenic infections which occur with and through an accidental cut or wound and infections resulting from accidental ingestion of poisonous food substances;
8. medical or surgical treatment, except surgery performed solely due to, and within 90 days of, a covered Injury.

### C. ASSIGNABILITY

Your Accidental Death and Dismemberment coverage and benefits are not assignable.

## COMPREHENSIVE MEDICAL BENEFIT SECTION
### (Calendar Year Deductible)

This Benefit Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.

Trustmark will provide benefits for medical expense incurred for the Medically Necessary care and treatment of Sickness or Injury. The amounts of coverage are shown in the Schedule of Benefits.

## A. DEFINITIONS

**Covered Charges:** That part of expense incurred which: (a) is for care of a Covered Condition; (b) is incurred while a person's coverage is in force or as Extended Benefits; (c) does not exceed the Reasonable and Customary Fee; and (d) is either listed as a Covered Charge in Part B. of this Benefit, or is provided by Rider and made part of this Benefit Charges are considered incurred on the date a service is rendered or a supply is furnished.

**Covered Condition:** All Sickness and Injury for which a person is covered by this Benefit.

**Custodial Care:** Means room and board and other institutional or nursing services which are provided for an insured person due to his age or mental or physical condition mainly to aid the person in daily living.

**Deductible:** The amount of Covered Charges that must be incurred by a person before benefits will be paid. The Deductible will be met when Covered Charges: (1) are incurred for Covered Conditions; and (2) are equal to the Deductible shown in the Schedule of Benefits.

**Disability:** You are Disabled if, due to Sickness or Injury, you are unable to do the substantial and material duties of your regular job. A Dependent is Disabled if, due to Sickness or Injury, he is unable to do his normal activities.

**Experimental/Investigational:** A drug, device or medical treatment or procedure is "experimental" or "investigational":
1. if the drug or device cannot lawfully be marketed without approval of the U.S. Food and Drug Administration and approval for marketing has not been given at the time the drug or device is furnished, or

2. if Reliable Evidence shows that the drug, device or medical treatment or procedure is the subject of ongoing Phase I, II or III clinical trials or under study to determine its maximum tolerated dose, its toxicity, its safety, its efficacy, or its efficacy as compared with the standard means of treatment or diagnosis; or

3. if Reliable Evidence shows that the consensus of opinion among experts regarding the drug, device or medical treatment or procedure is that further studies or clinical trials are necessary to determine its maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with the standard means of treatment or diagnosis.

"Reliable Evidence" means only published reports and articles in authoritative Medical and scientific literature; the written protocol or protocols used by the treating facility or the protocols of another facility studying substantially the same drug, device or medical treatment or procedure; or the written informed consent used by the treating facility or by another facility studying substantially the same drug, device or medical treatment or procedure.

**Free Standing Surgical Center:** A facility licensed as a free standing or ambulatory surgical center.

**Hospital:** Includes all of the following.
1. An institution which: (a) is operated lawfully; and (b) mainly and continuously provides medical, diagnostic, and surgical facilities; these facilities may be on the premises or available on a prearranged basis supervised by a staff of one or more licensed Physicians; and (c) provides inpatient care for which a charge is made; and (d) provides 24-hour nursing care by, or supervised by, a registered graduate nurse (R.N.); or

2. An institution which is accredited as a Hospital by the Joint Commission on Accreditation of Health Care Organizations; or

3. Any other institution required to be recognized as a Hospital for benefit payment purposes under the law of the state in which you live.

'Hospital' does not include a nursing home or a custodial care facility.

EXHIBIT B

Page 16 of 31

1/94

## B. COVERED CHARGES

Trustmark will provide benefits for the following Covered Charges incurred after the Deductible has been met. Benefits will be paid at the Insured Percent shown in the Schedule of Benefits.

Covered Charges:

1. Room, board and general nursing care for each day of confinement as an inpatient in a Hospital. Benefits will not exceed the daily rate for the greatest number of semi-private (2-bed) rooms in the Hospital where confined.
2. Intensive care unit charges.
3. Miscellaneous services and supplies furnished by a Hospital on an inpatient basis and not included in the room charge. This benefit is paid only for expense incurred during a period for which the room and board or intensive care unit benefit is payable.
4. Miscellaneous services and supplies furnished by a Hospital or a Free Standing Surgical Center and related to outpatient surgery. This benefit is paid only for expense incurred on the date the surgery is performed.
5. Services and supplies furnished by a Hospital or a Free Standing Surgical Center for outpatient treatment of Injury. This benefit is paid only for expense incurred within 72 hours after the accident causing the Injury.
6. Physician's fees. The following Physician's fees are limited as follows: (a) Benefits for treatment by manual or mechanical means of structural imbalance, distortion or subluxation in the vertebral column or elsewhere will be limited to $500.00 per Year. Treatments that are considered maintenance in nature are not covered. (b) Benefits for treatment of Mental Illness or Nervous Disorders and substance abuse are limited as shown in the Schedule of Benefits. (c) Treatment for infertility is limited to 6 cycles of drug treatment in a women's lifetime. No benefits are available for any other type of infertility treatment unless coverage is specifically added by a rider to this certificate.
7. Registered graduate nurse (R.N.) and licensed practical nurse (LPN) fees for private duty nursing care when recommended by a Physician. In-hospital private nursing services are covered only if the hospital's regular staff can't provide the care needed due to the nature of your condition. Coverage limits are shown in the Schedule of Benefits.
8. Local professional ambulance service to or from a Hospital. "Local" means the metropolitan area in which the person is located at the time the service is used. If the person is in a rural area, "Local" means the nearest metropolitan area; transportation to and from the nearest Hospital with facilities for required special treatment including professional ambulance services and railroad or regularly scheduled airline fares. Ambulance service cannot be for your convenience, your Physician's or your family's. It must be Medically Necessary.
9. Speech therapy for speech loss or impairment due to a Sickness or Injury other than a functional nervous disorder, or due to surgery performed on account of a Sickness or Injury. If speech loss is due to congenital anomaly, surgery to correct the anomaly must have been performed prior to the speech therapy. Treatments that are considered maintenance in nature are not covered.
10. The following Covered Charges when prescribed by a Physician and not included in 1. through 9. above:
    a. anesthetics and their administration;
    b. physical therapist's fees, however, treatments that are considered maintenance in nature are not covered;
    c. x-rays (but not dental x-rays) and laboratory tests done for diagnosis or treatment;
    d. x-ray, radium, cobalt and radioactive isotope therapy;
    e. blood and blood plasma;
    f. artificial limbs and eyes;
    g. casts, splints, trusses, crutches, and braces (but not dental braces);
    h. oxygen and rental equipment for its administration;
    i. rental or purchase of a wheelchair, hospital type bed, or other durable medical equipment which meets all of the following tests: (1) can withstand repeated use; (2) is mainly used for a medical purpose; (3) is not useful except to treat Sickness or Injury; (4) is essential for a person's treatment plan that is medically reviewed on a regular basis. Such equipment will be paid for on a rental basis during the time benefits are payable. The Company may, at its option purchase such equipment. In this event the Covered Charge is limited to the purchase price and the cost of installation;
11. a. Prescription drugs and medications which are approved and used in the manner approved by the United States Drug Administration and which can only be gotten upon written order of a Physician, if the Prescription Drug Benefit is not included in coverage.
    b. If the Prescription Drug Benefit is included in coverage, Covered Charges shall include prescription drugs or medication, when taken by or administered to an Insured or Dependent, in whole or part, while a patient in a hospital, rest home, sanitarium, extended care institution, convalescent hospital, nursing home or similar institution which operates on it premises, or allows to be operated on its premises, a facility for dispensing pharmaceuticals. Prescription drugs must be approved and used in the manner approved by the United States Drug Administration and can only be gotten upon written order of a Physician.

EXHIBIT B

Page 17 of 25

12. The following specific preventive care procedures:

   a. Physician office visits for routine physical. Limited to 1 visit per Calendar Year, except for children under age 2 for whom visits are covered at the following age intervals: birth, 2, 4, 6, 9, 12, 15, and 18 months.

   b. C.B.C. ( complete blood count).

   c. Chemistry panel.

   d. Hemocult.

   e. Urinalysis.

   f. Pap test

   g. P.S.A. (prostate specific antigen) test for males age 40 and older.

   h. Immunizations (including flu and pneumonia shots).

   i. Screening E.C.G. (electrocardiogram) for persons over age 40 who have 2 or more cardiac risk factors.

## C. APPLICATION OF DEDUCTIBLE

1. The Deductible is shown in the Schedule of Benefits.
2. If two or more covered members of your family are injured in the same accident, only one Deductible will be applied to all Covered Charges arising out of the accident during the Year.
3. A Deductible separate from the mother's must be met for a covered newborn child.
4. Covered Charges incurred by one person shall not be used to meet the Deductible for any other person. The only exceptions to this are set forth in 2. above and in the Schedule of Benefits.
5. If a person incurs Covered Charges in the last 3 months of a Year which are used toward meeting the calendar year Deductible, the amount of those charges will also be used toward meeting his calendar year Deductible for the next Year.

## D. MAXIMUM AMOUNT

The Maximum Amount is shown in the Schedule of Benefits. It is the maximum total benefits payable under this Benefit for each covered person, for all Covered Conditions.

## E. EXTENDED BENEFITS

1. Benefits will be extended if a person is Disabled by a Covered Condition on any of the following dates:

   a. the date this Benefit terminates;

   b. the date the person is no longer in an Insurance Class eligible for this Benefit; or

   c. the date your employer ceases to be a Participating Employer.

2. Extended benefits will be paid for a person as if his coverage were in force, but only for charges:

   a. due to the Injury or Sickness causing his Disability; and

   b. which would be payable if his coverage were in force.

3. Benefits will be extended for Covered Charges incurred before the earliest of the following:

   a. (i) the end of a 12-month period that began on the date coverage ends if a Participating Employer terminates coverage for his employees under this Benefit; or

     (ii) the end of a 3-month period that began on the date coverage ends if an Eligible Employee loses coverage because he became disabled;

   b. the date the Maximum Amount has been paid; or

   c. the date Disability ends.

F.  BENEFIT LIMITATION FOR PRE-EXISTING CONDITIONS

1.  No benefits will be paid for any condition specifically excluded from coverage by an elimination rider.

2.  Benefits for covered expenses that result from care or treatment of a Pre-Existing Condition will not be considered as Covered Charges until the earlier of:

    a.  12 months following the date a person becomes covered; or
    b.  18 months following the date a late enrollee becomes covered (including any applicable waiting period).

3.  The time a person was covered under Qualifying Previous Coverage will be credited against the limitation in 2. above if the previous coverage was continuous to a date not more than 30 days before the effective date of this coverage, exclusive of any applicable waiting period, and if the person was not Late Enrollee.

EXHIBIT B

Page 15 of 51

## G. EXCLUSIONS AND LIMITATIONS

1. No benefits are paid under this Benefit, or under any Rider made part of it, for:
   a. service or supplies not Medically Necessary, or not required for the Covered Condition;
   b. charges in excess of the Reasonable and Customary Fee for the service or supply;
   c. service or supplies not prescribed by a Physician as required to treat the Covered Condition;
   d. dental care or treatment of any kind including treatment of the gums and supporting structures and related medical care, services and supplies; this does not apply to damage to natural teeth caused solely by Injury (except chewing injuries) that occurs while a person is covered by this Benefit, and services are rendered while the patient is covered by this Benefit;
   e. eyeglasses, contact lenses or hearing aids and service or supplies related thereto;
   f. eye or hearing examinations; this does not apply to service or supplies required to correct Injury to the eyes or ears that occurs while the person is covered by this Benefit;
   g. cosmetic surgery; this does not apply to Covered Charges for: (a) correction of damage caused by Injury or Sickness that occurs while covered by this Benefit; or (b) congenital deformities of a newborn child covered by this Benefit from the date of birth;
   h. routine physical examinations, X-rays, lab tests or other diagnostic test, except as specified elsewhere in this certificate or a rider attached to this certificate;
   i. loss due to war, or act of war, declared or undeclared;
   j. loss due to the person's participation in a riot;
   k. loss which occurs during or as a result of your participation in the commission of, or attempt to commit a felony;
   l. loss to which a contributing cause was the person engaging in an illegal occupation;
   m. charges the person is not legally required to pay;
   n. service or supplies furnished by a person who usually resides in your home or who is a member of your family; this includes you, your spouse, and your and your spouse's children, brothers, sisters, and parents;
   o. loss due to suicide, or attempted suicide, while sane or insane;
   p. loss due to intentionally self-inflicted injury, while sane or insane;
   q. immunizations, x-rays or tests not related to diagnosis or treatment of Sickness or Injury;
   r. Experimental/Investigational drugs, medicines, treatment, procedures and therapies;
   s. services or supplies furnished by the Participating Employer, by any employee of the Participating Employer, or by any person who is in partnership with, or other formal business relationship with the Insured or the Participating Employer;
   t. any Sickness or Injury for which benefits are available under a Workers Compensation or Occupational Disease Act or Law. Benefits are considered available if coverage may be purchased whether or not coverage was actually purchased. This exclusion will not apply to a Participating Employer who: (a) is a sole proprietor, partner or executive officer; (b) is not required by law to have Workers Compensation or similar coverage; and (c) does not have such coverage;
   u. treatment for weight reduction, except for medical treatment necessary because the obesity results from a dysfunction of a body organ or constitutes a life threatening health problem;
   v. treatment (including cutting or removal) of toe nails or superficial lesions of the feet including corns, calluses and hyperkeratoses, other than removal of nail matrix or root;
   w. elective abortions;
   x. normal pregnancy or routine obstetrical care;
   y. routine nursery care or well baby care;
   z. birth control pills, drugs or devices;
   aa. maintenance occupational therapy; maintenance physical therapy; and maintenance speech therapy; speech therapy when rendered for the treatment of psychosocial speech delay, behavioral problems (including impulsive behavior and impulsivity syndrome), attention disorder, conceptual handicap, or mental retardation; and
   bb. Custodial Care.

2. No benefits will be paid under this Benefit, or under any Benefit Rider made part of it for, services or supplies that a person received before his effective date of coverage under this Benefit.

3. No benefit will be paid under this Benefit, or under any Benefit Rider made part of it for, services or supplies that a person received after the date his coverage terminated under this Benefit, except as specified under the Extended Benefits provisions.

4. Benefits will be limited as follows:
   a. There is a lifetime limit for non-dental treatment of temporomandibular joint dysfunction (TMJ). This limit is shown in the Schedule of Benefits. Dental procedures to correct TMJ are not covered.
   b. Benefits for prosthetic devices are limited to the initial device, unless required due to progression of a Sickness or Injury or growth of a child.

MAMMOGRAPHY SCREENING BENEFIT RIDER

This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.

A. DEFINITION

Low-dose Mammography:   Means the x-ray examination of the breast using equipment dedicated specifically for mammography, including the x-ray tube, filter, compression device and image receptor, with radiation exposure delivery of less than 1 rad per breast for 2 views of an average size breast.

B. BENEFITS

Benefits will be paid for Covered Charges incurred for screening by Low-dose Mammography by a covered female age 35 or older while coverage is in force. Benefits will be paid as follows.

   1.  A baseline mammogram for each such person 35 to 39 years of age.

   2.  A mammogram every one to two years for each such person age 40 to 49 years of age.

   3.  An annual mammogram for each such person 50 years of age or older.

Benefits will be paid at the Insured Percent of the Comprehensive Medical Benefit, as shown in the Schedule of Benefits, after the Deductible has been met.

## RIDER PROVIDING COVERAGE FOR PSYCHOLOGISTS AND SOCIAL WORKERS

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

The term 'Physician' will include a licensed clinical psychologist and a licensed clinical social worker; but only for treatment of Mental Illness or Nervous Disorders that would be covered if provided by a Doctor of Medicine and only when the psychologist or social worker is acting within the scope of his license.

EXHIBIT. _____ B

Page 22 of 51

## SKILLED NURSING CARE BENEFIT RIDER

This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.

### A. DEFINITION

**Nursing Care Facility:**  Means a lawfully operated facility which: (1) provides full time bed care for resident patients; (2) provides 24 hour nursing service by, or supervised by, a registered graduate nurse (R.N.) or licensed practical nurse on duty at all times; (3) regularly provides skilled nursing care supervised by a Physician; and (4) keeps a daily medical record of each patient. Nursing Care Facility does not include: a Hospital; or a rest home or home for the aged; or a facility mainly for drug addicts, alcoholics or the mentally ill; or a custodial care or educational care facility.

### B. BENEFITS

Benefits will be paid for Covered Charges incurred for skilled nursing care by you or your Dependent while coverage is in force. Benefits will be paid for Nursing Care Facility charges for room, board and miscellaneous fees for service and supplies required due to Sickness or Injury. Benefits will only be paid for a confinement which follows within 3 days release from a Hospital; or which follows surgery which requires skilled nursing care.

Benefits will be paid up to the maximum number of days shown in the Schedule of Benefits. The maximum number of days shall be available for each Nursing Care Facility confinement which follows a period of 60 consecutive days during which the patient was not confined in a Nursing Care Facility.

### C. EXCLUSIONS

No benefits will be paid for intermediate level nursing care or custodial care.

As used above, 'custodial care' means: service and supplies provided to you or your Dependent, whether or not disabled, which are not intended to contribute greatly to the improvement of the medical condition according to generally accepted standards. Such care includes, but is not limited to: (1) assisting the person to walk, get in and out of bed, bathe, dress, prepare special diets, supervise medicine which can usually be self administered and which does not require the attention of medical or paramedical personnel; and (2) assisting the person in other activities of daily life. Such care is custodial without regard to the provider by which it is prescribed, referred or performed.



## HOME HEALTH CARE BENEFIT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

### A. DEFINITION

**Home Care:** Means the services listed below which: (1) are provided in the home by a licensed or Medicare certified home health agency; (2) are provided following confinement in a Hospital or skilled Nursing Care Facility and when continued confinement would otherwise be required; (3) are required for the care or treatment of Sickness or Injury; and (4) are given on the written request of a Physician.

**Home Care Services Include:** Nursing services; home health aide services consisting mainly of care of the patient; services provided by licensed physical, occupational, speech, nutrition, inhalation or respiratory therapists; and medical equipment and supplies which would be covered if provided by a Hospital while the person was an inpatient in a Hospital or Nursing Care Facility.

### B. BENEFITS

Benefits will be paid for Covered Charges for Home Care incurred by you or your Dependent while coverage is in force. Benefits will be paid up to the maximum number of days shown in the Schedule of Benefits.

### C. EXCLUSIONS

No benefits are paid for:

1.  food, housing, homemaker services, home-delivered meals;

2.  any services not listed above as a benefit;

3.  services or supplies not included in the home care plan established for the patient;

4.  services provided by the patient's spouse, parent, brother, sister, child, spouse's parent, or anyone residing with the patient.



EXHIBIT B
Page 24 of 51

## HOSPICE CARE BENEFIT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

### A. DEFINITION

**Hospice Care:** Means the services listed below which are provided: (1) by a licensed or certified Hospice or by any other medically appropriate facility; (2) to terminally ill persons who have, as certified by a Physician, a life expectancy of not more than 6 months; (3) for the purpose of palliative control of pain and not for cure; and (4) are given on the written request of a Physician.

**Hospice Care includes:** fees of Physicians, nurses, paramedicals and home health aides acting within the scope of their practice and providing services directly to the patient; room and board charges; and other medical services and supplies required under the Hospice Care plan.

### B. BENEFITS

Benefits will be paid for Covered Charges incurred for Hospice Care by you or your Dependent while coverage is in force. Benefits will be paid as shown in the Schedule of Benefits.

### C. EXCLUSIONS

No benefits will be paid for the following. (1) Care for which no charge would be made in the absence of Hospice Care insurance. (2) Services provided to any person other than the patient.

EXHIBIT B
Page __ of __

3/92