## OPTIONAL PRE-CERTIFICATION REQUIREMENT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have A Pre-certification Requirement.**

### A. DEFINITIONS

**Pre-certification:** Means a determination of: whether a proposed Hospital admission will be deemed Medically Necessary and how long a Hospital stay will be so deemed; and whether a proposed surgery will be deemed Medically Necessary.

**Emergency Admission:** Means admission to a Hospital as an inpatient (a) for a Sickness or Injury which, unless immediately treated on an inpatient basis, would jeopardize the person's life or cause serious health impairment; or (b) for childbirth.

### B. EFFECT OF PRE-CERTIFICATION ON BENEFITS

1. In the event a hospital admission or surgery is not certified as Medically Necessary, you and your Physician will be advised within 48 hours after your Physician's call.

2. Failure to follow the procedures shall result in any benefits available being reduced as shown in the Schedule of Benefits.

3. If your Physician's recommendation cannot be certified as Medically Necessary, no benefits will be paid for any expense related to that Hospital confinement or that surgery.

### C. PRE-CERTIFICATION PROCEDURES

1. Hospital Admissions

   All Hospital admissions will be subject to Pre-certification. The procedures listed next must be followed.

   a. Your attending Physician must call the Company's Pre-certification service, at the toll free number provided you, prior to admitting you (or a Dependent) to the Hospital for a non-emergency Hospital stay. The information given by your Physician will be reviewed by the Company. If your Physician's recommendation does not agree with the Company's, a consulting Physician will contact your Physician for further discussion of the case.

   b. The Company will then give written confirmation to your Physician, to you, and to the admitting Hospital of the authorized treatment.

   c. In the case of an Emergency Admission, the call must be made within 48 hours after the admission; or on the next regular working day after the start of treatment, if later. The reason for admission and the details of the care or treatment received must be given. If it is not reasonably possible to make the call within the times provided, the Insured Percent will not be reduced for this reason if the call is made as soon as is reasonably possible.

   d. You or your Physician may at any time ask the Company to re-evaluate or extend the number of days of a Hospital stay deemed necessary.

   e. If your Physician and the Company do not agree about the Medical Necessity of the treatment, you will be informed of the right to a second opinion; and a list of Physicians will be provided you for this second opinion.

   f. Pre-certification may be done by an agency named by the Company to do it. Any functions done by an agency so named shall be treated as if they had been done by the Company.

   g. All Pre-certifications will be valid for 60 days for the Physician and the named health care facility. A change in either will require a new Pre-certification.



EXHIBIT
Page 26 of 27

2. Surgery

All surgical procedures, except those done in the Physician's office, will be subject to Pre-certification. The procedures listed next must be followed.

a. Your Physician must call the toll free number, provided you, prior to scheduling any surgery done other than in his office. The information given by your Physician will be reviewed by the Company. If your Physician's recommendation does not agree with the Company's, a consulting Physician will contact your Physician for further discussion of the case.

b. The Company will then give written confirmation to your Physician, to you, and to the admitting Hospital or surgical facility of the authorized treatment.

c. In the case of emergency surgery, the call must be made within 48 hours after the surgery is done; or by the next regular working day after the surgery, if later. The reason for the surgery and the details of the care or treatment received must be given. If it is not reasonably possible to make the call within the times provided, the Insured Percent will not be reduced for this reason if the call is made as soon as is reasonably possible.

d. If your Physician and the Company do not agree about the Medical Necessity of the surgery, you will be informed of the right to a second opinion; and a list of Physicians will be provided you for this second opinion.

e. Pre-certification may be done by an agency named by the Company to do it. Any functions done by an agency so named shall be treated as if they had been done by the Company.

f. All Pre-certifications will be valid for 60 days for the Physician and the named health care facility. A change in either will require a new Pre-certification.

## D. APPEALS PROCEDURE

As a participant in the Pre-certification procedures, you have the right to request an appeal when you are dissatisfied with a decision by either the pre-certification agency or claims administration.

You may start an appeal procedure for the following reasons:

1. If you are denied Pre-certification approval for a hospital confinement or continuation of a confinement.

2. If you are denied Pre-certification approval for a surgical procedure performed outside a Physician's office.

3. Whenever you believe that a claim for you or your Dependent(s) was paid at the lower Insured Percent in error or denied in full.

For immediate review of a disapproval from the pre-certification agency given prior to your hospital confinement or surgery, or for an extension of your hospital confinement days, you or your Physician should first call the pre-certification agency. If you do not receive a satisfactory answer, you or your Physician may then call Starmark's Customer Service Department at (800)522-1246. The Customer Service Representative will discuss the situation with you or your Physician and the pre-certification agency, after which a decision will be made regarding the denial.

If you have received an explanation of benefits notice for a claim showing that benefits were paid at the lower percent, denied in full or a penalty was applied on the claim and you disagree with the decision, you may call or send a written notice to Starmark, explaining the reason for your objection and ask for a review. After being reviewed, a written decision, including reason, will be provided to you within 30 calendar days of the receipt of your appeal. You will be notified if it will take longer than 30 days, why additional time is needed, and when you can expect a final resolution.



EXHIBIT ___B___

Page 22 of 51

## OPTIONAL PREFERRED HOSPITAL BENEFIT RIDER

**This Rider Applies Only If The Schedule Of Benefits Shows That You Have A Preferred Provider Plan.**

## A. DEFINITIONS

**Preferred Hospital:** Means a Hospital that has contracted with Trustmark Insurance Company and Starmark, through a preferred provider network, to be reimbursed at discounted fees.

**Non-Preferred Hospital:** Means any other Hospital.

**Emergency:** Means an Injury or the sudden onset of a medical condition. The condition must be one which manifests itself by acute symptoms which are sufficiently severe (including severe pain) that without immediate medical care the person could reasonably expect that (a) his life or health would be in serious jeopardy; (b) his bodily functions would be seriously impaired; or (c) a body organ or part would be seriously damaged. Your Physician must contact the preferred provider network within 48 hours after an Emergency Hospital admission or by the next business day, if later, or as soon as reasonably possible. He must give: (1) the reason for the admission; and (2) the details of the treatment received.

## B. BENEFITS

Starmark encourages its Insureds to use Preferred Hospitals by providing benefit incentives when Preferred Hospitals are used. By using a Preferred Hospital, you make optimum use of your plan.

1. In the event that a Preferred Hospital is used, you make maximum use of your benefits as shown in the Schedule of Benefits.

2. In the event that a Non-Preferred Hospital is used, benefits will be reduced as shown in the Schedule of Benefits.

3. In the event of an Emergency, services rendered by any Hospital (Preferred or Non-Preferred) due to and within the first 24 hours after the onset of the Emergency are covered as if the service had been provided by a Preferred Hospital. After the first 24 hours, services rendered by a Non-Preferred Hospital to treat the Emergency will continue to be covered as if rendered by a Preferred Hospital only until the person can reasonably and safely be transferred so as to receive services by a Preferred Hospital.



EXHIBIT B
Page 28 of 51

## PRESCRIPTION DRUG CARD BENEFIT

This Benefit Applies Only If The Schedule Of Benefits Shows That You Have Prescription Drug Card Coverage.

The Deductible and Insured Percent of the Comprehensive Medical Benefit do not apply to this Prescription Drug Card Benefit.

## A. DEFINITIONS

**Co-pay(s):** The amount of expenses for Covered Drugs that must be incurred by each person insured, each time a prescription is filled or refilled, before benefits are payable. The Co-pays, if any, are shown on the Schedule of Benefits.

**Covered Drugs:**
1. Federal legend drugs, except those excluded below;
2. Compound medications of which at least one ingredient is a prescription legend drug;
3. Insulin on prescription, including all other necessary diabetic supplies; and
4. Any other drug which under the applicable state law may only be dispensed upon the written prescription of a Physician or other lawful prescriber.

**Emergency:** A situation due to an Injury or a medical condition, which reasonably requires the insured person to seek immediate medical care under circumstances or at locations which reasonably prevent him from obtaining Covered Drugs from a Member Pharmacy.

**Long Term Medication:** Covered Drugs taken for a medical condition which require that the dosage remain unchanged for more than 34 days.

**Member Pharmacy:** A Pharmacy which is under an appropriate contract with the provider of the identification card used with the Prescription Drug Card benefit.

**Non-Member Pharmacy:** A Pharmacy which is not under an appropriate contract with the provider of the identification card used with the Prescription Drug Card benefit.

**Pharmacy:** A licensed establishment where prescription drugs are dispensed by a pharmacist licensed under the law of the state where such pharmacist practices.

**Prescription Deductible:** The amount, if any, for Covered Drugs that must be incurred by each person insured in a Calendar Year, before benefits are payable. The Prescription Deductible, if any, is shown on the Schedule of Benefits.

## B. IDENTIFICATION CARD

1. Each Insured will be given an identification card, or two cards will be given per family. The Insured must show this card each time he buys a Covered Drug at a Member Pharmacy. He does not have to file a claim for benefits. The Member Pharmacy will keep track of any required Calendar Year Prescription Deductible which the insured person must pay, and the individual Co-pays, if any, required for each prescription. If a Covered Drug is bought at a Non-Member Pharmacy, the insured person must pay the entire cost of the drug and file a claim for benefits. The benefit may, in such cases, be lower than if he had bought the drug at a Member Pharmacy and shown his card.

2. In the event of an Emergency, benefits for Covered Drugs obtained from a Non-Member Pharmacy will be paid as if they were purchased at a Member Pharmacy.

EXHIBIT
Page __ of __

8/00

## C. BENEFITS

Benefits are payable for charges incurred for Covered Drugs when dispensed by a pharmacist legally licensed to dispense drugs, which exceed the Prescription Deductible.

A Member Pharmacy will accept payment of the Prescription Deductible as full payment for Covered Drugs if the Insured shows his identification card at the time of filling the prescription.

If the Insured does not show his identification card, or if he buys a Covered Drug at a Non-Member Pharmacy, he must pay the entire cost of the drug and file a claim for benefits. The claim must be submitted on a form approved by Us.

Benefits may not be assigned to a Non-Member Pharmacy, and any such attempted assignment shall be void.

If a Covered Drug is purchased without use of the identification card during the first 30 days that a person is Insured under this Prescription Drug Card Benefit, benefits will be paid for actual charges, up to the Reasonable and Customary Fee, reduced by the Prescription Deductible. The Insured must file a claim for benefits.

No more than a 34 day supply will be covered each time a prescription is filled or refilled. Up to two 34 day supplies of Long Term Medications may be filled at a Member Pharmacy. Limits on quantities and days supply may apply to certain therapeutic drug classes. Subsequent refills of a Long Term Medication must be submitted through the mail service program.

## D. EXCLUSIONS AND LIMITATIONS

The exclusions of the Comprehensive Medical Benefit Section apply. In addition, no benefits are paid for:

1. Any drug containing nicotine or other smoking deterrent medications;
2. Minoxidil (Rogaine) for the treatment of alopecia;
3. Anorectics (any drug used for the purpose of weight control);
4. Infertility medications;
5. Non-legend drugs other than those specifically listed as covered;
6. Charges for the administration or injection of any drug;
7. Therapeutic devices or appliances, including needles, syringes, support garments and other non-medicinal substances, regardless of intended use, except as otherwise specified;
8. Prescriptions which a person is entitled to receive without charge under any Worker's Compensation Law;
9. Drugs labeled "Caution—limited by federal law to investigational use," or experimental drugs, even though a charge is made to the person;
10. Any prescription refilled in excess of the number specified by the Physician, or any refill dispensed after one year from the Physician's original order;
11. Medication which is to be taken by or administered to a person, in whole or part, while he is a patient in a licensed hospital, rest home, sanitarium, extended care facility, convalescent hospital, nursing home or similar institution which operates on its premises, or allows to be operated on its premises, a facility for dispensing pharmaceuticals;
12. Immunization agents, biological sera, blood or blood plasma; and
13. Contraceptives, oral or other, whether medication or device, regardless of intended use.

EXHIBIT B
Page 5 of 21

## TRANSPLANT BENEFIT

**This Benefit Applies Only If The Schedule Of Benefits Shows That You Have Comprehensive Medical Coverage.**

**A. DEFINITIONS**
**Approved Transplant:** A human organ or bone marrow transplant procedure currently performed at a Designated Transplant Facility.

**Approved Transplant Services:** Medically Necessary services and supplies which are related to an Approved Transplant procedure; are approved in writing under the Pre-certification process; and include but are not limited to:
1. pre-transplant patient evaluation for the Medical Necessity of the transplant;
2. Hospital charges;
3. Physician charges;
4. tissue typing and ancillary services; and
5. organ procurement or acquisition.

**Designated Transplant Facility:** A facility which has an agreement with Us to render Approved Transplant Services to Insureds and their Dependents. This agreement will be made through a national organ transplant network and may not be located in the person's geographic area.

**Non-designated Transplant Facility:** A facility which does not have an agreement with Us to render Approved Transplant Services to Insureds and their Dependents.

**Transplant Benefit Period:** The period of time from the date the person receives prior authorization and has an initial evaluation for the transplant procedure until the earliest of:
1. one year from the date the transplant procedure was performed;
2. the date coverage under the Comprehensive Medical Benefit Section terminates; or
3. the date of the Insured's or their Dependent's death.

If, during the same admission as the initial transplant a retransplant occurs, the period of time is one year from the date of the initial transplant. If a retransplant will be done during a subsequent admission, a new Transplant Benefit Period starts from the date the person receives authorization for the transplant.

**B. DESIGNATED FACILITIES FOR APPROVED TRANSPLANT SERVICES**
This provision only applies to transplant procedures listed in the definition of Approved Transplant.

Transplant procedures must have prior authorization. The Insured or his Physician must call the toll free number provided to the Insured for this purpose. Retransplantation procedures must also have prior authorization.

If the Physician and We do not agree that the transplant procedure is Medically Necessary, the Insured will be informed, in writing of the right to a second opinion. A Board Certified Specialist will be provided for this second opinion.

A person who will be undergoing a transplant procedure will be referred to a Designated Transplant Facility. If the person is denied the procedure by the Designated Transplant Facility, he will be referred to a second such facility for evaluation. If the second facility determines, for any reason, that the person is not an acceptable candidate for the procedure, no benefits will be paid for any services or supplies related to that procedure. This applies regardless of whether the services or supplies are provided at a third Designated Transplant Facility or at a Non-designated Transplant Facility.

**C. BENEFITS**
Benefits for Approved Transplant Services provided during a Transplant Benefit Period will be paid as shown in the Schedule of Benefits. Benefits will be different for services provided at a Designated Transplant Facility than services provided at a Non-designated Transplant Facility. Other transplant procedures will be considered for benefit payment according to the provisions of this Certificate for any other surgical procedures.

Benefits will be paid for expenses incurred for Approved Transplant Services done at a Designated Transplant Facility for:
1. organ procurement or acquisition;
2. reasonable and necessary lodging and meal expenses incurred near the facility by the patient and by one companion accompanying him; and
3. air ambulance or other emergency transportation to, but not from, a Designated Transplant Facility, when necessary and approved, up to the limits shown in the Schedule of Benefits.
These limits apply, in the aggregate, to all amounts paid for lodging, meals and transportation for the patient and a companion.

The benefits listed above will be paid as shown in the Schedule of Benefits for procedures done at a Non-designated Transplant Facility. The organ transplant limitations will apply.

EXHIBIT

Page ░░ of ░░

HIGH DOSE CHEMOTHERAPY FOLLOWED BY STEM CELL INFUSION OR AUTOLOGOUS OR ALLOGENIC BONE MARROW TRANSPLANT

High Dose Chemotherapy (HDC) followed by Stem Cell Infusion (SCI) will only be covered when Medically Necessary for neuroblastoma, acute leukemia in remission, resistant non-Hodgkin's lymphomas, advanced Hodgkin's disease, aplastic anemia, leukemia, hemoglobinopathies, metabolic storage disease, severe combined immunodeficiency disease (SCID), or treatment of Wiskott-Aldrich syndrome.

High Dose Chemotherapy followed by an Autologous Bone Marrow Transplant (ABMT) will only be covered when Medically Necessary for neuroblastoma, acute leukemia in remission, resistant non-Hodgkin's lymphomas, or advanced Hodgkin's disease.

High Dose Chemotherapy followed by an Allogenic Bone Marrow Transplant (ABMT) will only be covered when Medically Necessary for aplastic anemia, leukemia, hemoglobinopathies, metabolic storage disease, severe combined immunodeficiency disease (SCID), or treatment of Wiskott-Aldrich syndrome.

We will provide benefits for an Insured for covered HDC followed by SCI or ABMT up to the maximum amount shown on the Schedule of Benefits for this benefit.

The HDC/SCI/ABMT benefit period starts 5 days before the date the procedure is done and ends 12 months after the procedure is done. Only charges incurred during the HDC/SCI/ABMT benefit period will be considered for payment.

It is important to notify Us before such procedure is done to make certain that it will be covered. The Physician must submit a complete medical history including current diagnosis. The Physician must certify that the procedure is Medically Necessary and that alternative procedures, services or courses of treatment would not be effective in the treatment of the patient's condition.

## D. EXCLUSIONS

No benefits will be paid for any service:
1. related to the transplantation of any non-human organ or tissue;
2. for a facility or Physician outside the United States of America;
3. which are eligible to be repaid under any private or public research fund, whether or not such funding was applied for or received;
4. which results from complications of Approved Transplant Services unless such complications are determined by us to be the immediate and direct result of Approved Transplant Services; or
5. for High Dose Chemotherapy (HDC) followed by Stem Cell Infusion (SCI) or Autologous or Allogenic Bone Marrow Transplant (ABMT) except as described above.

EXHIBIT B
Page 32 of 51

## CONDITIONS OF INSURANCE

### A. ELIGIBILITY

1. If you are at work on the date your employer becomes a Participating Employer under the Contract you are eligible for coverage on that date.

2. If you start work after the date your employer becomes a Participating Employer, you are eligible for coverage on the first day of the calendar month coinciding with or next following completion of the waiting period selected by your employer.

3. Your employer will determine your Insurance Class. If it changes after your effective date you will become eligible under the new Insurance Class on the first day of the calendar month coinciding with or next following the date of the change.

4. An Eligible Dependent who is in an Insurance Class which provides coverage for Dependents will be eligible for coverage on the later of the following dates:

   a. the date you are eligible for coverage;
   b. the date he becomes an Eligible Dependent.

### B. EFFECTIVE DATE OF COVERAGE

1. The effective date of your coverage is shown on the first page of this Certificate. You must be at work on each of your five scheduled work days immediately before your effective date, and on your effective date, for your coverage, any coverage on your Eligible Dependents, or any increase in coverage, to become effective. If for any reason you are not at work on one or more of these six days, then your effective date shall be delayed until the sixth consecutive scheduled work day you are at work.

2. Except as provided in 3. below, an Eligible Dependent's effective date will be delayed if sickness or injury cause him to be hospital confined or unable to do his normal activities on his effective date. His coverage will not become effective until: (1) the 'hospital stay' is completed; and (2) he is also released by his Physician to do, and he in fact does, his normal activities. For purposes of this provision, two or more hospital confinements will be considered as the same 'hospital stay' if they are due to the same or related causes and are separated by less than 30 consecutive days.

3. For your newborn child, the above delay of coverage will only apply to any Dependents Life or Dependents Accidental Death and Dismemberment Benefits. For any Comprehensive Medical or Dental Benefit, a child born to you while your coverage is in force is covered from the moment of birth. The newborn is covered for 31 days for all such Benefits provided for Dependents. You must notify Starmark of the birth and pay any additional premium required within such 31 days to continue coverage for the newborn after that period of time.

   If you reject Dependent coverage and later want to cover Dependents, you must apply in writing and provide evidence satisfactory to Trustmark of the Dependent's insurability.

EXHIBIT B
Page 32 of 51

3/92

## C. TERMINATION OF COVERAGE

1. Your coverage under a Benefit Section will end:

   a. if you do not pay, when due, any required contributory premium;
   b. if you ask to end your coverage;
   c. when you become a member of any military, naval or air force on active duty;
   d. when any continuation of coverage ends, if you do not return to work for the Participating Employer;
   e. when the date the Benefit Section terminates, except for any extended benefits;
   f. on the last day of the month in which your work terminates;
   g. when maximum benefits have been paid for you.

2. A Dependent's coverage under a Benefit Section will end:

   a. If you do not pay, when due, any required contributory premium for the Dependent's coverage.
   b. If you ask to end his coverage;
   c. the Dependent becomes a member of any military, naval or air force on active duty;
   d. when your coverage terminates, unless it terminates due to payment of maximum benefits;
   e. when his status as a Dependent ends;
   f. when Dependent's coverage terminates for his Insurance Class;
   g. when the Benefit Section terminates, except for any extended benefits;

## D. RESUMPTION OF COVERAGE

Coverage which ends due to leave of absence or layoff of not more than 6 months may be resumed on the first day of the month following the date you return to full time work, if you are otherwise eligible and your premium is paid. If you are not at work, or are disabled, on the date coverage would resume, it will be delayed until you are at work. If a Dependent is confined in a hospital or unable to do his normal activities on the date coverage would resume, the resumption of his coverage will be delayed. If you return to work after leave of absence or layoff of more than 6 months you must apply in writing for coverage and complete the required length of service as if you were a new employee.

## E. REPORTING OF ELIGIBLE EARNINGS

1. Your employer will report to Trustmark the amount of your Eligible Earnings when you apply for any benefits related to salary. The amount of reported earnings will be used to determine the amount of those benefits until the next following anniversary of the employer's participation.

2. Your employer will thereafter report Eligible Earnings annually before each anniversary of his participation. Reported Eligible Earnings will be used to determine the amount of your benefits during the 12 month period starting on each such anniversary.

3. "Eligible Earnings" means only:

   a. your regular salary or wages as last reported by your employer; plus
   b. the average rate of commission payments that has been or is reasonably expected to be paid to you by your employer, as last reported.

Overtime, bonuses, and other special pay are excluded from the calculation of Eligible Earnings.

EXHIBIT
Page __ of __

## CLAIM PAYMENT PROVISIONS

### A. CLAIM PAYMENT – FOR LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS

NOTE: All claims will be handled through Trustmark's authorized representative, Starmark. You should submit claims to Starmark and request claims information from Starmark, not Trustmark.

#### 1. LIFE BENEFITS

Benefits will be paid to your beneficiary when proof of your death is received. You will be the beneficiary for any Dependent Life Benefits. You designate your beneficiary on a form provided for that purpose. If there are two or more beneficiaries, you may specify their respective shares. Otherwise, they will share equally. If your beneficiary dies before you, his beneficiary interest ends unless you have made written request to the contrary.

If there is no designated beneficiary, or if no beneficiary survives, benefits will be paid to the first of the following classes in which there is a survivor.

 a. Your spouse
 b. Your children
 c. Your parents
 d. Your brothers and sisters
 e. Your executors or administrators

Affidavits or statements may be required in making payment under this provision. Up to $500.00 of any benefits may first be paid to any person considered to be entitled to the benefits by reason of having incurred funeral or other expenses related to your last illness or death.

#### 2. ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS

Benefits will be paid to you, if you are living, otherwise to your beneficiary. Benefits will be paid when proof of loss is received. If there is no designated beneficiary, or no beneficiary survives, benefits will be paid either to your estate or under the "Facility of Payment" provision.

#### 3. BENEFICIARY DESIGNATION–PRIOR GROUP INSURERS

If the Contract replaces other group coverage, beneficiaries in effect under the prior coverage may be recognized until a new designation is made.

#### 4. CHANGE OF BENEFICIARY

You may change your beneficiary at any time by giving Starmark written notice. You will be sent acknowledgement of the change. The new beneficiary designation will take effect on the date you sign the notice. Trustmark is discharged of its liability to the extent of any payment it makes before notice of the change is received.

### B. CLAIM PAYMENT – FOR ALL BENEFITS OTHER THAN LIFE AND ACCIDENTAL DEATH BENEFITS

#### 1. NOTICE OF CLAIM

Written notice of claim must be given within 90 days after the loss starts or as soon as reasonably possible. But, Starmark will not deny the claim for failure to file notice within 90 days if the failure is caused solely by the physical inability or mental incapacity of the claimant to file such notice of claim because of a period of emergency hospitalization.

#### 2. CLAIM FORMS

When notice of claim is received you will be provided with forms for filing proof of loss. If claim forms are not given to you within 15 days, you will meet the proof of loss requirements by giving a written statement of the nature and extent of the loss within the time limit stated under Proofs of Loss.

EXHIBIT B
Page 25 of 51

### 3. PROOFS OF LOSS

For Basic or Long Term Disability Benefits, written proof of loss must be given within 90 days after the end of each period for which benefits are payable. For any other loss, written proof must be given within 90 days after the loss. If it was not reasonably possible to give written proof in the time required, the claim will not be reduced or denied for this reason if the proof is filed as soon as reasonably possible.

### 4. TIME OF PAYMENT OF CLAIMS

After written proof of loss is received, any monthly or weekly benefits then due for disability will be paid. Benefits for any other covered loss will be paid as soon as written proof is received.

### 5. PAYMENT OF CLAIMS

We may, at our option, choose to make payment directly to the Hospital or person providing a covered service. We will do this unless you tell us otherwise, in writing, and not later than when you file proof of loss with us. In the case where a Dependent child is in the custody of a person other than the Insured, we may make payment to the custodian of the child, at our discretion or as required by law. Any benefits unpaid at death will be paid either to your estate or under the "Facility of Payment" provision. Other benefits will be paid to you.

### 6. BENEFITS PAYABLE

Total benefits paid will never exceed actual expense incurred.

## C. FACILITY OF PAYMENT - FOR ALL BENEFITS OTHER THAN LIFE BENEFITS

If benefits are payable to your estate, up to $1000.00 of benefits may be paid to someone related to you by blood or marriage who is considered to be entitled to the benefits. If you are physically, mentally, or otherwise incapable of giving a valid release for any payment, up to $1000.00 of benefits may be paid to someone related to you by blood or marriage, or to any person or institution which has assumed financial responsibility for your affairs.

## STATUTORY PROVISIONS

### A. INCONTESTABILITY - FOR LIFE BENEFITS ONLY

Life coverage will be incontestable after it has been in force during a person's lifetime for two years from the effective date of his coverage, except for nonpayment of premium.

### B. TIME LIMIT ON CERTAIN DEFENSES - FOR ALL BENEFITS OTHER THAN LIFE

After coverage has been in force during a person's lifetime for two years from his effective date only fraudulent misstatements in his application may be used to void his coverage or to deny any claim made by him for loss incurred starting after such two year period.

Pre-existing conditions must be clearly identified on your application. Failure to identify a pre-existing condition on the application may result in loss of coverage for a person as of its effective date.

### C. STATEMENTS IN APPLICATION

All statements you make in your application are representations and not warranties. No such statement shall be used to contest the validity of coverage or reduce benefits unless it is in writing, signed by you, and a copy of the statement is furnished to you or your beneficiary, whichever applies.

### D. PHYSICAL EXAMINATIONS AND AUTOPSY

Trustmark has the right, at its own expense, to have a person examined as often as reasonably necessary while a claim on the person is pending and to have an autopsy made where allowed by law.

### E. LEGAL ACTION

No legal action may be brought to recover on the Contract within 60 days after written proof of loss has been given as required. No such action may be brought after 3 years from the time written proof is required to be given.

SQ89C/38

EXHIBIT

Page ___ of ___    8/94

## MISCELLANEOUS PROVISIONS

A.  A copy of the Contract will be kept at the principal office of Starmark. You may inspect the Contract during regular business hours.

B.  The Contract may be amended at any time without your consent or notice to you. Amendment of the Contract will not affect a claim starting before the effective date of the amendment. The Company has full, exclusive and discretionary authority to determine all questions arising in connection with this Contract including its interpretation.

C.  **Reimbursement**

You shall, on behalf of yourself and your Dependents, if any, reimburse us for benefits provided or paid for, for which a person was not eligible under the terms of this Certificate. You must pay us back as soon as we notify you and request the reimbursement. At our option, we may reduce or refuse payment for subsequent requests for benefits as a set-off toward such reimbursement. The acceptance of premium or other fees or the providing or paying of benefits by us shall not constitute a waiver of our rights to enforce these provisions in the future. This provision shall be in addition to, and not in lieu of, any other remedy available to us at law or in equity.

EXHIBIT
Page ___ of ___    1/94

## COORDINATION OF BENEFITS

This provision applies separately to the Comprehensive Medical plan and the Dental Benefit.

### 1. DEFINITIONS

**Coordination of Benefits:** Means taking other Plans into account when paying benefits. Coordination of Benefits will apply separately to Comprehensive Medical and Dental Benefits.

**Plan:** Any plan that provides benefits or services for medical, dental or vision care expenses on a group or group-type basis. This includes group and blanket insurance, self-insured and prepaid plans, no-fault insurance and government plans (except Medicaid). It does not include group hospital indemnity benefits of $100 per day or less or school accident type coverages.

**Allowable Expense:** A necessary, usual and customary expense incurred due to Sickness or Injury which you are required to pay. A part of the expense must be paid under at least one Plan. When a Plan provides benefits by services, the cash value of each service will be treated as both an Allowable Expense and a benefit paid.

A benefit reduction under a Primary Plan for noncompliance with plan provisions will not be considered an Allowable Expense. Such plan provisions include: second surgical opinions; precertification; preferred provider arrangements and similar provisions.

As the Secondary Plan, we will not refuse to pay benefits when an HMO member elects to use the services of a non-HMO provider and, pursuant to contract, the HMO is not obligated to cover such services.

### 2. WHEN COORDINATION OF BENEFITS APPLIES

Coordination of Benefits will apply when benefits that would be paid under all Plans exceed the Allowable Expense.

### 3. LIMITATION OF BENEFITS UNDER COORDINATION

When Coordination of Benefits applies, benefits payable under this Plan may be reduced. They will be reduced so that the sum of the benefits paid under this Plan, plus benefits payable under all other Plans, does not exceed the total Allowable Expense. Benefits 'payable' under other Plans include benefits that would be paid if you made claim.

### 4. RULES FOR PAYMENT WHEN TWO OR MORE PLANS CONTAIN A COORDINATION OF BENEFITS PROVISION

The rules for the order of benefit payment are summarized below. When this Plan must pay first, coordination will not apply.

   a. **Non-dependent/Dependent.** A Plan which covers a person other than as a dependent will pay before a Plan which covers that person as a dependent. If, however, the person is also a Medicare beneficiary, Medicare is: (a) secondary to the plan covering the person as a dependent; and (b) primary to the plan covering the person as other than a dependent.

   b. **Dependent Child/Parents not Separated or Divorced.** A Plan which covers a person as a dependent of a person whose date of birth, excluding year of birth, occurs earlier in a calendar year will pay before a Plan which covers that person as a dependent of a person whose date of birth, excluding year of birth, occurs later in a calendar year. If both parents have the same birthday, the Plan which has covered the person for the longer period will pay first. If the other Plan does not have this provision and this results either: (i) in each Plan determining its benefits before the other; or (ii) in each Plan determining its benefits after the other; this provision shall not apply and the rules set forth in the Plan which does not have this provision shall determine the order of benefits.



Page 28 of 57

c. **Dependent Child/Separated or Divorced Parents.** If two or more Plans cover a person as a dependent of separated or divorced parents, benefits for the child are determined in the following order:

    1) first, the Plan which covers the child as a dependent of the parent with custody of the child;

    2) second, the Plan which covers the child as a dependent of the spouse of the parent with custody; and

    3) finally, the Plan which covers the child as a dependent of the parent without custody of the child.

    However, if the specific terms of a court decree state that one of the parents is responsible for the child's health care expenses, and the entity obligated to pay or provide the benefits of the Plan of that parent has been informed of those terms, the benefits of that Plan are determined first. This paragraph does not apply with respect to any Plan Year during which any benefits are actually paid or provided before the entity has been informed of those terms.

d. **Dependent Child/Joint Custody.** If the specific terms of a court decree state that the parents shall share joint custody, without naming one parent as responsible for the child's medical expenses, the plan covering the child shall follow the order of benefit determination rules outlined in subsection (b) above.

e. **Active/Inactive.** A Plan which covers a person as a laid-off or retired employee or as his dependent will pay after a Plan covering the person as an active employee or his dependent. If the other Plan does not have this provision and, as a result, each Plan determines its benefits after the other, then this provision will not apply.

f. **Continuation.** A plan covering a person as an employee or dependent shall be Primary to a plan covering that person under state or federal continuation. This subsection shall not apply if the other Plan does not contain an order of benefits determination and the plans do not agree on the order.

g. When these rules do not establish an order of payment, the Plan which has covered the person for the longer period of time will pay first. Two plans shall be treated as one if the claimant was eligible under the second plan within 24 hours after the first plan ended.

## 5. COORDINATED BENEFITS NOT CHARGED TO BENEFIT LIMIT

If benefits paid under this Plan are reduced because of coordination, each benefit will be reduced proportionately. Only the amount actually paid will be charged against any benefit limit.

## 6. BENEFIT CREDIT DUE TO COORDINATION OF BENEFITS

If benefits under this Plan are reduced because of coordination, the amount of the reduction will be a benefit credit for the same claim. The credit may be used to pay that portion of Allowable Expense which would otherwise not be paid by any Plan.

The credit may only be used to pay that portion of a charge which is incurred during the same calendar year as the credit. Total benefits paid will not exceed the total payable in the absence of coordination.

## 7. RIGHT TO EXCHANGE INFORMATION

Trustmark may release to, or obtain from, any other insurance company or organization or person information necessary for Coordination of Benefits without your consent, or notice to you. You are required to provide any information necessary for Coordination of Benefits.

## 8. RIGHT TO MAKE PAYMENTS TO ANOTHER PLAN

Coordination may result in another Plan making payments which should be made by this Plan. Trustmark will then pay the other Plan all amounts which would otherwise have been paid directly to you.

## 9. RIGHT TO RECEIVE PAYMENTS

If coordination results in overpayments by Trustmark, it has the right to recover the excess amounts paid.

EXHIBIT ___ ⌐3__

3/92

## MEDICARE

These provisions apply to Comprehensive Medical Benefits.

1.  This subsection applies to: (1) Insureds who are at least 65 years of age; and (2) the spouse of an Insured when the spouse is at least 65 years of age.

    a.  Benefits will be paid secondary to Medicare when your employer has less than 20 employees. Covered Charges will be reduced by any benefits payable by Medicare.
    b.  When your employer has 20 or more employees and is subject to the Social Security Act (Section 1862 (b)), Comprehensive Medical Benefits will be paid primary to Medicare. This will result in an increase in premium. You may choose to voluntarily waive coverage under this plan and elect Medicare as sole payor.

2.  Benefits will be paid primary to Medicare if you or your Dependent are entitled to Social Security benefits solely on the basis of end stage renal disease, but only during a period of up to 18 consecutive months. The 18-month period begins with the earlier of:

    a.  the month in which a regular course of renal dialysis is initiated; or
    b.  in the case of a person who receives a kidney transplant, the first month in which the person becomes entitled to Medicare.

After 18 months, benefits will be paid secondary to Medicare.

EXHIBIT B
Page 40 of 51

## CONTINUATION OF COVERAGE PROVISIONS

### A. CONTINUATION OF COVERAGE FOLLOWING TERMINATION OF EMPLOYMENT

This continuation of coverage applies only after you have been continuously covered under the Comprehensive Medical Benefit, and any similar group coverage provided by your employer which it replaces, for 3 months.

Your employer will offer to continue any Comprehensive Medical coverage in force for you and your Dependents when it would otherwise end because you are no longer his employee. But, coverage will not be continued: (1) for a person who is eligible for Medicare; (2) if the person becomes covered by a similar group coverage; (3) if the person has exercised the conversion privilege; or (4) you have committed a felony in connection with your work and have admitted to, or been convicted of, the crime.

Coverage may be continued for 9 months if premium for the continued coverage is paid when due. Your former employer may require that you pay the premium for the coverage, but not more often than once a month.

Continued coverage will end at the earliest of: (1) the end of a 9 month period; (2) the end of the period for which premium has been paid, if you fail to pay the premium when due; (3) the date the Benefit terminates; (4) the date your former employer ceases to participate under the Contract; (5) the date a person is eligible to be covered for similar group benefits; (6) the date the person is eligible for Medicare; or (7) for a Dependent, the date his coverage would end because he is no longer your Dependent.

The employer must either: (1) give you written notice of the right to continue coverage; or (2) mail you the notice at your last known address.

If you choose to continue coverage you must make written request within a 10 day period following the later of: (1) the date coverage would otherwise end; or (2) the date you are given written notice of the right to continue coverage. In no event may you elect continuation more than 60 days after the date of termination of coverage.

EXHIBIT ___B___

Page 41 of 51

3/92

**B. (1)** CONTINUATION OF COVERAGE AFTER DEATH OR RETIREMENT OF INSURED OR DISSOLUTION OF MARRIAGE

Your Employer will offer to continue any Comprehensive Medical Coverage in force for your Dependents on the date of your death, retirement or on the date of dissolution of your marriage if:

1. the Dependents make timely request for continuation as explained below; and
2. the Dependents remain, other than due to your death, retirement or dissolution of your marriage, eligible for coverage; and
3. premium for the continued coverage is paid when due.

Continuation upon your retirement is available only if your spouse is at least 55 years old on the date of such retirement.

A Dependent who chooses to continue coverage shall give the employer written notice of the dissolution of marriage or death or retirement within 30 days. The employer will send written notice to Starmark of the dissolution, death or retirement and will send a copy of the notice to the Dependent. Within 30 days after receipt of written notice, Trustmark or Starmark shall notify the Dependent, by certified mail, return receipt requested, that the coverage may be continued. The notice shall include:

1. a form for election to continue coverage;
2. the amount of premium for continued coverage and the method and place of payment;
3. instructions to return the election form by certified mail, return receipt requested, within 30 days of the date it was mailed to Dependent.

Failure to return the election form and pay the initial premium within 30 days after receipt of the notice shall terminate the continuation of coverage and the right to continuation.

Failure of Trustmark or Starmark to notify the Dependent within 30 days as outlined above will result in premiums being waived from the date the notice was required until it was sent. Coverage will continue in force during that period of time.

The premium for continued coverage will be the same as a current Insured's charge, if any, for coverage plus the employer's contribution. For a former spouse who has attained age 55 at the time continuation begins, the premium after two years of continued coverage may also include an additional amount, not to exceed 20% of the above charge, for costs of administration.

Coverage will be continued until the earliest of:

1. the date the coverage would otherwise end under the terms of the Contract, but at least 120 days, unless the Contract is terminated;
2. for a surviving spouse, the date the spouse remarries;
3. for a spouse who has not reached age 55 at the time continued coverage begins, and for a child, the end of two years from the date continuation began; and for a spouse who has reached age 55 at the time continued coverage begins, the date the spouse reaches the qualifying age for, or otherwise establishes eligibility for, Medicare;
4. the date a person becomes covered under any other group health plan; or
5. the end of the grace period for any unpaid premium.

Upon termination of continued coverage, a Dependent will be entitled to exercise the conversion privilege, unless the Dependent's termination is due to termination of the Contract and another group coverage replaces it.

EXHIBIT
Page __ of __

4/92

**B. (2)** CONTINUATION OF COVERAGE FOLLOWING TERMINATION OF DEPENDENT CHILD STATUS

This continuation of coverage applies only after a Dependent has been continuously covered under the Comprehensive Medical Benefit, and any similar group coverage provided by your employer which it replaced, for 3 months.

Your employer will offer to continue any Comprehensive Medical coverage in force for your Dependent child on the date such child is no longer eligible as a Dependent because of the limiting age or student status requirement for Dependent coverage.

Coverage will not be continued for a Dependent child who:

1. is covered by a comparable group plan; or
2. exercises the conversion privilege.

Coverage may be continued for 6 months. Premium charged shall be the same as the rate applicable to a current Insured. Premium must be paid to the employer on a monthly basis.

Continued coverage will end at the earliest of:

1. the end of a 6-month period;
2. the end of the period for which premium is paid;
3. the date the employer terminates coverage herein;
4. the date the Benefit terminates;
5. the date the Dependent becomes covered by a comparable group plan; or
6. the date the Dependent marries.

To elect continuation coverage, the Dependent must make a written request to Starmark within 10 days of: (a) reaching the limiting age; or (2) ceasing to be a full-time student, whichever applies. The Dependent must pay the initial premium within 30 days after receipt of a notice of premium due. Failure to submit a written request or pay the initial premium within the times provided shall terminate this continuation privilege.

At the end of any continuation period, the Dependent may exercise the conversion privilege unless the continuation period ended because the employer terminated coverage or the Dependent became covered under a comparable group plan.

EXHIBIT ___
Page 42 of 5

## C. CONTINUATION OF COVERAGE FOLLOWING TERMINATION OF EMPLOYMENT OR REDUCTION IN WORK HOURS

This continuation of coverage applies only if your employer has 20 or more full-time employees.

This continuation applies only if you are covered under the Comprehensive Medical and/or Dental Benefit. When this continuation applies, no other continuation of coverage applies.

Your employer will offer to continue any Comprehensive Medical or Dental coverage for you and your Dependents when it would otherwise end because you are no longer his employee or because of a reduction in your work hours. But, coverage will not be continued: (1) for a person who is eligible for Medicare; (2) for a person who is covered by a similar group coverage and who has met any pre-existing condition limitation under such coverage; or (3) if you have committed a felony in connection with your work and have admitted to, or been convicted of, the crime.

Coverage may be continued if the first premium for the continued coverage is paid within 45 days after the date you chose to continue coverage. Your former employer may require that you pay the entire premium for the coverage in advance, but not more often than once a month. After 9 months of continued coverage, your premium may include an additional amount, not to exceed 2%, for costs of administration.

Continued coverage will terminate at the earliest of: (1) the end of an 18 month period, or a 29-month period if termination of work was due to your being disabled as determined by the Social Security Administration; (2) with respect to your Dependents, the end of a 36-month period if you become eligible for Medicare before your employment terminates; (3) the end of the period for which premium has been paid, if you fail to pay the premium when due; (4) the date the Benefit terminates; (5) the date your former employer ceases to participate under the Contract; (6) the date a person is eligible to be covered for similar group benefits, including being covered for pre-existing conditions; or (7) the date a person becomes eligible for Medicare. When continued coverage ends, the conversion privilege may apply.

Your employer must give you notice of the right to continue at the time your coverage becomes effective; and at the time you qualify for continuation.

If you are disabled, as determined by the Social Security Administration, you must notify your employer within 60 days after the date of such determination.

If you choose to continue coverage you must make written request within a 60 day period following the later of: (1) the date coverage would otherwise end; or (2) the date you are given written notice of the right to continue coverage.

EXHIBIT B
Page 4 of 5

3/92

## D. CONTINUATION OF COVERAGE FOR DEPENDENTS

This continuation of coverage applies only if your employer has 20 or more full time employees.

This continuation applies only if your Dependents are covered under the Comprehensive Medical and/or Dental Benefit. When this continuation applies, no other continuation of coverage applies. If the Dependent's coverage is being continued under the continuation described in C. (on the previous page of this Certificate) on the date he qualifies for this continuation, this continuation can apply instead. But, the maximum number of months the Dependent can continue in total under both will not exceed the number of months he can continue under this continuation.

Your Employer will offer to continue any Comprehensive Medical or Dental coverage in force for your Dependents on the date of your death, legal separation or dissolution of your marriage, or the date a covered child reaches the limiting age for coverage if:

1. the Dependents make timely request for continuation as explained below; and
2. premium for the continued coverage is paid when due.

Coverage will not be continued:

1. for a person who is covered by another similar group coverage; or
2. for a person who is eligible for Medicare.

A Dependent who chooses to continue coverage must give the employer written notice of the legal separation, dissolution of marriage, death or non-dependency within 60 days. The employer must send written notice to Starmark of the event within 15 days and send a copy of the notice to the Dependent. Within 14 days after receipt of written notice, Trustmark or Starmark shall notify the Dependent, by certified mail, return receipt requested, to the last known address of the Dependent, that the coverage may be continued. The notice shall include:

1. a form for election to continue coverage;
2. the amount of premium for continued coverage and the method and place of payment;
3. instructions to return the election form by certified mail, return receipt requested, within 60 days of the date it was mailed to Dependent.

The election form must be returned within 60 days after the later of: the date of receipt of the notice; or the date the coverage would otherwise end. The first premium for the continued coverage must be paid within 45 days after the date the Dependent elects to continue. Failure to return the form and pay the premium within these time periods shall terminate the continuation of coverage and the right to continuation.

Failure of Trustmark or Starmark to notify the Dependent as outlined above will result in premiums being waived from the date the notice was required until it was sent. Coverage will continue in force during that period of time.

The premium for continued coverage will be the same as a current Insured's charge, if any, for coverage plus the employer's contribution. For a former spouse who has attained age 55 at the time continuation begins, the premium after two years of continued coverage may also include an additional amount, not to exceed 2%, for costs of administration. Premiums will be due monthly and in advance.

Coverage will be continued until the earliest of the following:

1. the date the coverage or your employer's participation under it ends;
2. for a spouse who has not reached age 55 at the time continued coverage begins, and for a child, the end of 36 months from the date continuation began;
3. the date a person reaches the qualifying age for, or otherwise establishes eligibility for, Medicare;
4. the date a person becomes covered under any other group health plan; or
5. the end of the grace period for any unpaid premium.

Upon termination of continued coverage, the conversion privilege may apply.

SP88C/46

## MEDICAL CONVERSION PRIVILEGE

Conversion applies only after you or your Dependents have been continuously covered under the Comprehensive Medical Benefit, and any similar group coverage provided by your employer which it replaces, for three months.

1. Except as explained in 2. below, conversion to an individual health insurance policy may be made if any of the following occur.

   a. Your coverage ends for any reason. You and your Dependents may convert.
   b. A person's coverage ends because he is no longer your Dependent. That person may convert.
   c. Your Dependent ceases to be eligible under any Insurance Class and the Benefit remains in force. All such Dependents may convert.
   d. You die while your coverage is in force. Your Dependents may convert.

Conversion may be made after any of the above occur, or after any continuation of coverage.

2. Conversion may not be made if any of the following occur.

   a. The person is, or is eligible to be, covered for similar benefits by: (1) another group plan, medical service subscriber contract, medical practice or other prepayment plan; or (2) any government program including Medicare; and (3) the benefits under such other coverage plus the benefits of the conversion policy would result in overinsurance according to our then current standards.
   b. Coverage ends because contributory premium due is not paid.
   c. The Benefit or the Contract is terminated and replaced by similar group coverage within 31 days.
   d. Your employer ceases to be a Participating Employer under the Benefit and replaces it with similar group coverage within 31 days.

3. The policy will be issued as follows.

   a. It will be one that Trustmark then has available for this conversion privilege in the state in which the person resides.
   b. Evidence of insurability will not be required.
   c. The policy will generally provide basic hospital and surgical benefits which are less than those provided by this coverage.
   d. The policy may exclude any condition excluded by this coverage.
   e. The effective date of the policy will be the day after this coverage ends.

4. To convert

   a. make written application to Starmark or Trustmark, within 31 days after the date coverage ends; and
   b. pay, within these 31 days, the first premium for the policy.

5. You will be given notice of the right to convert at least 15 days before the end of the 31-day period allowed for conversion. If notice is not given within this time, you will have an additional period of time to apply for conversion. This additional period of time will be 15 days after notice is given, but not longer than 60 days after the 31 days otherwise allowed.

Benefits of the conversion policy will be reduced by any amount payable under this coverage for the same expense. Amounts "payable" include amounts that would have been paid if you made claim.

During the first year benefits of the conversion policy will not exceed the amount that would have been paid under this policy had it remained in force.

Trustmark or Starmark will provide you with information about available conversion policies upon request.

## LIMITED RIGHT OF REIMBURSEMENT

If you or your Dependent incur hospital, medical or dental expense due to Sickness or Injury, and if that expense occurs due to the negligence of a third party, Trustmark will not pay benefits unless you (and the Dependent, if applicable) agree in writing:

1. to pay to Trustmark, from any damages collected, whether by action at law, settlement or otherwise, all benefits it pays for the same hospital or medical expenses as a result of that Sickness or Injury; and

2. to provide Trustmark with a lien to the extent of benefits it pays. The lien may be filed with the third party, his agent or a court having jurisdiction in the matter.

EXHIBIT
Page ___ of ___

## AMENDMENT TO CERTIFICATE

This Amendment makes the following changes to the Certificate to which it is attached, but only when the Participating Employer has chosen this optional benefit in its application.

This following benefit rider is added:

### OPTIONAL PREVENTIVE CARE BENEFIT RIDER

This Rider applies only if the Schedule of Benefits shows that you have Optional Preventive Care Benefits.

### BENEFITS

Benefits will be provided for the following specific preventive care procedures:

1. Physician office visits for routine physical. Limited to 1 visit per Calendar Year, except for children under age 2 for whom visits are covered at the following age intervals; birth, 2, 4, 6, 9, 12, 15, and 18 months
2. C.B.C. (complete blood count).
3. Chemistry panel.
4. Hemocult.
5. Urinalysis.
6. Pap test.
7. A baseline mammogram for each female age 35 to 39. A screening mammogram every one to two years for each such person age 40 to 49. A screening mammogram for each such person 50 years of age or older.
8. P.S.A. (prostate specific antigen) test for males age 40 and older.
9. Immunizations (including flu and pneumonia shots).
10. Screening E.C.G. (electrocardiogram) for persons over age 40 who have 2 or more cardiac risk factors.

Benefits under this rider are payable as shown in the Schedule of Benefits, and thereafter such services are subject to the Comprehensive Medical Benefit Section of the Certificate.

All other terms and conditions of the Certificate remain unchanged except as stated above.

c8d26-03

## AMENDMENT TO CERTIFICATE

This Amendment makes the following changes, in accordance with the Health Insurance Portability and Accountability Act, to the Certificate to which it is attached.

### COMPREHENSIVE MEDICAL BENEFIT SECTION

Under **A. Definitions** Section, the definitions of Late Enrollee, Pre-existing Condition and Qualifying Previous Coverage are deleted and replaced with the following:

**Late Enrollee:** A person who enrolls under a group health plan other than during the initial enrollment period. A person who is a Special Enrollee shall not be considered a Late Enrollee. An 18 month postponement period will apply to all Late Enrollees.

**Pre-existing Condition:** A Sickness or Injury for which a person has during the 6 months just prior to his enrollment date under this plan, (1) received medical care, advice, or treatment; (2) had drugs or medicines prescribed whether taken or not; or had diagnostic tests ordered whether performed or not. Such condition will be deemed to be pre-existing whether or not a final diagnosis has been made. Pregnancy is not a Pre-existing Condition. Genetic information shall not be treated as a Pre-existing Condition in the absence of a diagnosis of the condition related to such information.

**Creditable Coverage:** Means coverage under any of the following:
1. a group health plan;
2. an individual health plan;
3. Part A and Part B of Medicare (Title XVIII of Social Security Act);
4. Medicaid (Title XIX of Social Security Act);
5. health plans for the uniformed services (Chapter 55 of Title 10, United States Code);
6. a medical care program of the Indian Health Service or of a tribal organization;
7. state health benefits risk pool;
8. a health plan offered under Federal Employees Health Benefit Program (Chapter 89 of Title 5, United States Code);
9. a public health plan (as defined in regulations); or
10. a health benefit plan under Section 5(e) of the Peace Corps Act (U.S.C. 2504(e)).

Under **E. EXTENDED BENEFITS,** item 3., the following is added:

d. the date the person becomes eligible under any other group medical benefit or service plan.

Under **F. BENEFIT LIMITATION FOR PRE-EXISTING CONDITIONS,** items 1, 2 and 3 are deleted and replaced with the following:

1. No benefits will be paid for expenses that result from care or treatment of any Pre-existing Condition until the end of a 12-month period, 18 months, in the case of a Late Enrollee, during which the person with the Pre-existing Condition is continuously covered under this benefit.

2. This limitation shall not apply to:
   a. a newborn if coverage is applied for within 30 days of birth;
   b. a child adopted prior to age 18 years if coverage is applied for within 30 days of the date of adoption of placement for adoption; and
   c. a Late Enrollee who has already satisfied an 18-month postponement period.

3. The time a person was covered under Creditable Coverage will be credited against the limitation in 1. above if such Creditable Coverage:
   a. was continuous and there was no break in coverage of more than 90 days before the effective date of this coverage, exclusive of any applicable waiting period, and
   b. provided the same or greater benefits as those provided herein.

Under **G. EXCLUSIONS AND LIMITATIONS,** item 1.g. has been revised by deleting the phrase "that occurs while covered by this benefit".

## CONDITIONS OF INSURANCE

Under A. ELIGIBILITY, the following is added to item 1:

If you are not actively at work due to hospital confinement or disability, this provision will not will not apply to Comprehensive Medical coverage.

Under A. ELIGIBILITY, following is added:

**Special Enrollees**

An Eligible Employee who declined enrollment for himself or his Eligible Dependents because of other health insurance coverage, may be able to enroll himself or his Eligible Dependents in this plan at a later date.

You will be eligible to enroll as a special enrollee if you previously declined coverage because:
a. You had other group health insurance coverage, which was terminated because you were no longer eligible due to death, divorce or termination of employment;
b. You had other group health insurance coverage, which was terminated because your Participating Employer stopped contributing to the plan; or
c. You were covered under COBRA benefits, which have expired.

Special enrollees must enroll within 30 days after termination or expiration of coverage.

You and/or your Eligible Dependents will be eligible to enroll as special enrollees upon the occurrence of one of the following events:
a. marriage of the Eligible Employee;
b. the birth of his child or a child's adoption by an Eligible Employee; or
c. a child's placement for adoption with the Eligible Employee.

You and/or Eligible Dependent(s) must enroll within 30 days after the occurrence of the event.

Under item 1 of B. EFFECTIVE DATE OF COVERAGE, following is added:

If You are not at work due to hospital confinement or disability, this provision will not apply to Comprehensive Medical coverage.

Under item 2 of B. EFFECTIVE DATE OF COVERAGE, the following is added:

This provision will not apply to Comprehensive Medical coverage.

Under B. EFFECTIVE DATE OF COVERAGE, the following is added:

4. If you or your Dependent applies for coverage as a special enrollee, during the first 30 days after the date you are eligible, your effective date shall be the first day of the month coinciding with or next following the date he applies.

Under subsection D. RESUMPTION OF COVERAGE, the second and third sentences of the paragraph are deleted and replaced the following:

For coverages other than Comprehensive Medical, if you are not at work, or are disabled, on the date coverage would resume, the resumption of coverage will be delayed until you are at work. For coverages other than Comprehensive Medical, if a Dependent is confined in a hospital or unable to do his normal activities on the date coverage would resume, the resumption of his coverage will be delayed.

EXHIBIT

4/01

# AMENDMENT

EFFECTIVE DATE OF AMENDMENT: January 1, 1999

This Amendment is attached to and made a part of the Certificate. It is issued in consideration of the payment of the required premium. Except as herein stated, it will not change any of the terms or provisions of the Certificate.

Benefits will be paid according to the terms and conditions of the Certificate, including determinations of medical necessity and reasonable and customary charges. Coinsurance and deductibles will also continue to apply as permitted by state law. Benefits under this amendment will not duplicate any benefits under any other provision of the Certificate, including any other amendment thereto.

## Reconstructive Surgery Following Mastectomy

When medical and surgical benefits are provided under the Certificate with respect to a mastectomy, coverage will include:

1. Reconstruction of the breast on which the mastectomy has been performed;
2. Surgery and reconstruction of the other breast to produce a symmetrical appearance; and
3. Prostheses and physical complications of all stages of mastectomy, including lymphedemas.

## Maternity Length of Stay

When maternity benefits are provided under the Certificate, coverage will include a hospital length of stay for the woman and newborn following childbirth of at least 48 hours for a vaginal delivery and 96 hours for a cesarean delivery. The length of stay begins at the time of delivery if the delivery takes place in a hospital. If the delivery does not take place in a hospital, the length of stay begins once the woman and newborn are admitted to the hospital as inpatients.

Pre-certification procedures for maternity hospital stays will be required as described in your Certificate.

This Amendment will automatically terminate on the date the Certificate terminates.

TRUSTMARK INSURANCE COMPANY


J. Grover Thomas Jr.
President & Chief Operating Officer

Frank G. Gramm
Corporate Secretary & General Counsel

EXHIBIT B

WH-1298