# ╫LSC

ALASKA LEGAL SERVICES CORPORATION
KETCHIKAN OFFICE

306 MAIN STREET, SUITE 218
KETCHIKAN, ALASKA 99901-6483
TELEPHONE (907) 225-6420
FAX (907) 225-6896

November 7, 2002

Bethel Group Home
Box 385
Bethel, Alaska 99559

Starmark
400 Field Drive
Lake Forest, Illinois 60045-2581

Re: Melissa Virtue, SSN 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

Dear Bethel Group Home and Starmark:

This letter is to ask for your assistance in paying Melissa Virtue's medical bills. These bills should have been, but have not been, covered by the Bethel Group Home's group medical policy.

According to records we have received from the Bethel Group Home, Ms. Virtue was to be eligible for group health coverage once she had been employed for three months. She began work in January, 2002, and a letter from Kenneth Alexander of the Bethel Group Home to Starmark, dated April 17, 2002, enclosed her application for coverage. We are not certain that Starmark got the letter and application in a timely fashion, and we do not have a record of any decision actually being made on the application. A release form signed by Ms. Virtue is attached; if there was a decision on the application, please send me a copy.

Shortly after April 17, 2002, and continuing through to this fall, Ms. Virtue needed treatment for various medical problems. Relevant bills are attached, preceded by a summary. If you need any more information about Ms. Virtue's medical treatment, we would be glad to supply it. Let me particularly call your attention to the bills for the treatment she needed in April and May, while she was still working for the Bethel Group Home.

EXHIBIT NO. 13
ADMITTED ☐
4BE-02-15 C.I. (CASE NUMBER)

EXHIBIT E
Page 1 of 2

Ms. Virtue ended her employment with the Bethel Group Home on May 17, 2002. We have no record of any COBRA notices or other documents through which the Bethel Group Home or Starmark notified her of any way to maintain medical coverage.

It's Ms. Virtue's position that the group medical coverage the Bethel Group Home offered to her should have covered, and still should cover, the medical expenses she has incurred since April 17. It is not clear whether the mistake happened at the Group Home's end or at Starmark's end, but whatever the truth may be, Ms. Virtue would like either the Group Home or Starmark to take responsibility for bills. If it is necessary to recapitulate what should have happened under COBRA, Ms. Virtue is ready to do her part.

If you have documents showing why neither the Bethel Group Home nor Starmark should be responsible for the insurance share of Ms. Virtue's medical bills, please send them to me.

Thank you very much.

Sincerely,

Mark Regan
Attorney at Law


Enclosures: release (to Starmark), summary, copies of bills

cc: client; file


Melissa Virtue letter to
Bethel Group Home and
Starmark
November 7, 2002
Page 2 of 2

EXHIBIT
Page __ of __