# Starmark
Star Marketing and Administration, Inc.

400 Field Drive
Lake Forest, IL 60045-2500
(847) 615-1313 • (800) 522-1246
Fax (847) 615-3955

## STATUS ON NEW EMPLOYEE ADDITION

DATE: May 15, 2002

TO: Melissa A. Virtue
Employee Name

Participating Employer

Address: 427 Napaskiak

City: Bethel   State: AK   Zip: 99559

RE: Request to add new employee to group insurance

Group Number: _____

Employee Social Security Number: _____

The processing of your request has been delayed. **Please correct and return.**

☒ Employee Enrollment Form returned for:

☐ Completion of highlighted areas

☐ Completion of signature on the back of the form where highlighted

☐ Date of birth; height and weight

☐ Completion/correction of question no. _____; please provide details, if any, in appropriate area and initial answer/change. **Section B must be completed by all new enrollees.**

☒ Name of company or group number.

☐ Social Security Number

☐ Number of hours worked per week; occupation/job title; date employed full-time

☐ We do not accept applications over 60 days old.

☐ Complete proof of prior coverage section.

☐ We do not accept applications completed in pencil.

☐ Please complete enclosed questionnaires.

☐ Other _____

Comments: Please respond within 10 days for consideration.

EXHIBIT ___
Page __ of __

CC: _____

DEFENDANT'S EXHIBIT

_Melissa Virtue_
Group Administration Department