# Bethel Group Home Inc.

*Bethel Group Home*
*Bethel Receiving Home*
*Recovery Resource Center*

Mail: PO Box 385 Bethel, AK 99559 Location: 142 Atsaq St. Bethel Tel: 907 543-2846 Fax: 907 543-1912 e-mail: contactbgh@www.bethelgrouphome.org

We are committed to working with families and children by providing a range of services, designed to address each family and child's emotional, educational, physical, social and behavioral needs. We strive to be sensitive, responsive, innovative and culturally appropriate in meeting the changing needs of Alaskan children, families and communities.

April 17, 2002

MAY 1 3 2002

Starmark
400 Field Drive
Lake Forest, IL 60045-2581

In re:    New Enrollment

Please enroll Ms. Melissa Virtue, as per the enclosed application, on Bethel Group Home health plan.

Kenneth Alexander

ministered by



**Starmark**
Star Marketing and Administration, Inc.

Insured by



**Trustmark**
INSURANCE COMPANY

G Field Drive • Lake Forest, IL 60045-2581

# EMPLOYEE ENROLLMENT FORM
To be completed by the employee only
**Type or print with ink**
Note: If you make a mistake when completing an answer, please correct and initial

OTICE: A person who knowingly and with intent to defraud an insurer files an application or statement of claim containing any false, incomplete or misleading information may be guilty of insurance fraud which is a crime.

☒ New Hire   ☐ Family Addition   ☐ Late Enrollment   ☐ Reinstatement   ☐ Plan Change

## MPLOYER INFORMATION

| Group Name | Group No. |
|---|---|
| | |

## MPLOYEE INFORMATION

|  | First | M.I. | Last |
|---|---|---|---|
| Name | Melissa | Anne | Virtue |

| | Street | City | State | Zip Code |
|---|---|---|---|---|
| Address | 427 Napaskiak / P.O. Box 2643 | Bethel | AK | 99559 |

| Sex | Social Security Number | Birthdate | Marital Status |
|---|---|---|---|
| ☐ Male  ☒ Female | 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 | 11\|15\|72 | ☒ Single  ☐ Married |

Work Phone (907) 543-2846          Home Phone (907) 543-5825

ate Employed Full-Time January 21, 2002        Job Title Youth Counselor

ours worked per week 40 hours          Annual Salary $ _____

f no longer employed, but on COBRA/Continuation, enter employment termination date No Applicable

| Beneficiary | First | M.I. | Last | Relationship |
|---|---|---|---|---|
| Name | Richard | Allen | Virtue | Brother |

**EPENDENTS TO BE COVERED**

| (First)   NAME   (Last) | BIRTHDATE | SEX M | F |
|---|---|---|---|
| Not Applicable | | ☐ | ☐ |
| pouse        Occupation | | ☐ | ☐ |
| ild | | ☐ | ☐ |
| ild | | ☐ | ☐ |
| ild | | ☐ | ☐ |
| ild | | | |

Have you or your spouse used any tobacco products in the past 12 months?
  Employee   ☒ Yes  ☐ No
  Spouse     ☐ Yes  ☐ No

Deductible $ _____
Network _____
(When choice is available)

ote: A dependent child is an unmarried child to age 19 or a full-time student to age 25.

## ROOF OF PRIOR COVERAGE

id you or your dependent(s) have major medical coverage with another carrier(s) within the past 12 months?  ☐ Yes  ☒ No
yes, complete the following (If insured with more than one carrier in the past 12 months, please attach certificate(s) of creditable overage from prior plan(s)):

mployer Name Bethel Police Department ___ Phone (907) 543-3781

rior Carrier Name ~~Ettie~~ Etna _____ Phone ( ) (unknown)

olicy No. unknown _____ Effective Date March 1, 02 _____ Termination Date 11/26/02

overed Members (check all that apply)  ☒ Self  ☐ Spouse  ☐ Child(ren)

EXHIBIT
Page 2 of 5
Virtue v. Bethel Group Home
11344

**OFFICE USE ONLY**

EFF ___         SUB ___

ame  Melissa                    Anne                    City        State       Zip Code
                                                                                Virtue
                                                                    AK          99559
ddress  427 Napaskiak / P.O. Box 2643     Bethel

ex                    Social Security Number          Birthdate          Marital Status
) Male  ☒ Female      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                     11|15|72           ☒ Single  ☐ Married

ork Phone (907 ) 543-2846          Home Phone (907 ) 543-5825

te Employed Full-Time  January 21, 2002    Job Title  Youth Counselor

urs worked per week  40 hours              Annual Salary $

no longer employed, but on COBRA/Continuation, enter employment termination date  No Applicable.

| eneficiary | First | M.I. | Last | Relationship |
|---|---|---|---|---|
| lame | Richard | Allen | Virtue | Brother |

**PENDENTS TO BE COVERED**

| st) NAME (Last) | BIRTHDATE | SEX M | F | Have you or your spouse used any tobacco products in the past 12 months? |
|---|---|---|---|---|
| lot Applicable. |  | ☐ | ☐ | Employee  ☒ Yes  ☐ No |
| Occupation |  | ☐ | ☐ | Spouse  ☐ Yes  ☐ No |
| d |  | ☐ | ☐ | Deductible  $ |
| d |  | ☐ | ☐ | Network |
| d |  | ☐ | ☐ | (When choice is available) |

d

te: A dependent child is an unmarried child to age 19 or a full-time student to age 25.

**OOF OF PRIOR COVERAGE**

l you or your dependent(s) have major medical coverage with another carrier(s) within the past 12 months?  ☐ Yes  ☒ No
es, complete the following.(If insured with more than one carrier in the past 12 months, please attach certificate(s) of creditable
verage from prior plan(s)):

nployer Name  Bethel Police Department          Phone (907 ) 543-3781

ior Carrier Name  Etna  Etna                    Phone ( ) (unknown)

licy No.  unknown          Effective Date  March 1, 02          Termination Date  11/26/02

ivered Members (check all that apply)  ☒ Self  ☐ Spouse  ☐ Child(ren)

**OFFICE USE ONLY**

)                    EFF                    SUB

(R2)                                                                        (6-00)

Virtue v. Bethel Group Home
11345

**IMPORTANT NOTICE: PLEASE DETACH AND READ**
**NOTICE UNDER THE FAIR CREDIT REPORTING ACT**

ompliance with Public Law 91-50B, an investigative consumer report may be made which will provide applicable and relevant material concerning
racter, general reputation, personal characteristics and mode of living of any persons to be covered. This report will be obtained through personal
rviews with friends, neighbors, and associates. Upon written request to the Company, a complete and accurate disclosure of the nature and scope
he investigation consumer report, if one is made, will be provided.

rder to properly underwrite and administer your insurance coverage, we must collect a certain amount of information. You are our main source of
rmation, but we may also collect or verify information by contacting: (1) medical professionals and institutions (which have provided care to you
members of your family proposed for coverage); (2) employers and business associates; (3) friends and neighbors; and (4) insurance companies
have applied to.

ome cases, disclosure of personal or privileged information may be made (without your authorization) to third parties. For example, we may dis-
e such information to: (1) persons or organizations which perform professional, business or insurance functions for us (such as independent claim
niners or group plan administrators); or (2) other insurance companies to which you have applied for coverage or benefits.

have a right to access, correct, and amend personal information about you appearing in our files. (including information contained in investigative
sumer reports). A more complete description of our information practices and your rights will be sent to your upon request.

may request to be interviewed if an investigative consumer report is prepared, and you are entitled, upon request, to receive a copy         h report.

ake these requests, please write to:          Trustmark Insurance Company                    Page  3  of  5    (6-00)

## MEDICAL INFORMATION

Employee's    Height __5"2__ Weight __115 lbs__
Spouse's (if applicable)    Height _____ Weight _____

**SECTION A:** The following questions apply to ALL individuals for whom insurance coverage is requested.

. Within the last 4 years, have you or any dependent received or been recommended to have treatment for, consulted a physician or other medical professional or had any test performed for any disorders or conditions of the following? ☐ Yes ☒ No
Please check all that apply.

☐ back    ☐ stroke    ☐ intestinal    ☐ reproductive organs
☐ colon    ☐ kidney    ☐ muscular    ☐ mental or emotional
☐ tumor/cancer    ☐ diabetes    ☐ respiratory    ☐ systemic
☐ liver    ☐ arthritis    ☐ neurological    ☐ heart or circulatory
       ☐ seizures    (other than high blood pressure)

. Within the last 4 years, have you or any dependent used drugs not prescribed by a physician, been advised to have treatment or been treated for drug abuse, alcoholism or been a member of Alcoholics Anonymous? ☐ Yes ☒ No

. Have you or any dependent ever had a positive blood test indicating HIV antibodies or been treated and/or advised by a medical practitioner as having Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC) or any other immune system deficiency? ☐ Yes ☒ No

. Have you or any dependent been hospitalized, had surgery, had more than $5000 in medical expenses in the last 12 months or been advised that hospitalization or surgery is necessary? ☐ Yes ☒ No

. Are you or any dependent pregnant? ☐ Yes - Pregnancy due date _____ ☒ No

**SECTION B:** The following questions apply to all individuals for new groups with LESS THAN 10 medical lives and to ALL NEW ENROLLEES FOR INFORCE GROUPS.

. Within the last 4 years, have you or any dependent received or been recommended to have treatment for, consulted a physician or other medical professional or had any test performed for any disorders or conditions of the following? ☐ Yes ☒ No
Please check all that apply.

☐ ear    ☐ hernia    ☐ thyroid    ☐ urinary tract
☐ eye    ☐ allergy    ☐ prostate    ☐ digestive system
☐ ulcer    ☐ asthma    ☐ headache    ☐ high blood pressure
☐ rectal    ☐ breast

. Within the last 4 years, have you or any dependent received treatment or been advised to receive treatment for any reason not already mentioned? ☐ Yes ☒ No

**IMPORTANT!**
Please provide complete details to all medical questions that have been checked or answered yes. Include names, dates, diagnosis, treatment, physician's name, address and phone number. Please indicate if complete recovery. (If additional space is necessary, attach a separate sheet, sign and date it.)

NOTE: As part of our routine underwriting procedure, you may receive a phone call from the Home Office. The purpose of this call is to obtain information needed to evaluate and help speed the processing of your enrollment form. Your answers will be strictly confidential.

## WAIVER OF COVERAGE

This is to certify that I have been given the opportunity to apply for group medical, dental and/or any other coverages offered by my employer and I have decided not to apply. I understand that if I choose to apply for this coverage in the future, my application may be subject to individual medical underwriting, and I may be required to furnish evidence of insurability at my own expense. I also understand that additional limitations and waiting periods may apply.

☐ Waiving all group coverage offered by my employer at this time.

☐ Medical coverage waived for:   ☒ Employee   ☐ Spouse   ☐ Child(ren)
☐ Dental coverage, if available, waived for:   ☒ Employee   ☐ Spouse   ☐ Child(ren)    Virtue v. Bethel Group Home
Reason for waiving coverage:   ☐ Covered by spouse's insurance   ☐ Other (explain) _____    11346

## AGREEMENT AND AUTHORIZATION

Unless waived above, I request insurance under my employer's insurance plan as it is now or as it may be amended in the future. I authorize my employer to make deductions from my earnings for my share of the cost, if any, for the benefits to which I may become entitled. I represent that all statements and answers made in this application or any medical questionnaires are complete and true, and I understand that answers will be the basis of any coverage issued. I also understand that all statements and answers made in this application will be valid for 60 days from the date signed.

I hereby authorize any licensed physician; medical practitioner; hospital; clinic; any medical or medically related facility; insurance company; employer; Veteran's Administration; or consumer reporting agency to give Trustmark Insurance Company (Trustmark) and Star Marketing and Administration, Inc. (Starmark), or its authorized representatives, any information regarding me or my family as to employment, other insurance coverage, personal information, and medical care, advice, or treatment upon presentation of this authorization or photocopy thereof.

Trustmark or Starmark may release any information obtained to reinsuring companies, or other persons or organizations performing business or legal services in connection with this application, any claim, or as may be otherwise lawfully required or as I may further authorize.

I agree this authorization will be valid for thirty (30) days from the date signed. I have read this ____ization and have received a copy of the "Notice Under the Fair Credit Reporting Act".

Employee Signature _____    Page __4__ of __5__    Date __4/1/02__

en a member of Alcoholics Anonymous?
ave you or any dependent ever had a positive blood test indicating HIV antibodies or
en treated and/or advised by a medical practitioner as having Acquired Immune
eficiency Syndrome (AIDS), AIDS Related Complex (ARC) or any other immune system
ficiency? ☐ Yes  ☒ No
ave you or any dependent been hospitalized, had surgery, had more than $5000 in
edical expenses in the last 12 months or been advised that hospitalization or surgery
necessary? ☐ Yes  ☒ No
re you or any dependent pregnant? ☐ Yes - Pregnancy due date _____ ☒ No

**CTION B:** The following questions apply to all individuals for new groups with
S THAN 10 medical lives and to **ALL NEW ENROLLEES FOR INFORCE GROUPS.**
/ithin the last 4 years, have you or any dependent received or been recommended to
ave treatment for, consulted a physician or other medical professional or had any test
erformed for any disorders or conditions of the following? ☐ Yes  ☒ No

lease check all that apply.

| ) ear | ☐ hernia | ☐ thyroid | ☐ urinary tract |
| ) eye | ☐ allergy | ☐ prostate | ☐ digestive system |
| ) ulcer | ☐ asthma | ☐ headache | ☐ high blood pressure |
| ) rectal | ☐ breast | | |

/ithin the last 4 years, have you or any dependent received treatment or been advised
) receive treatment for any reason not already mentioned? ☐ Yes  ☒ No

NOTE: As part of our routine underwriting procedure, you may receive a phone call from the Home Office. The purpose of this call is to obtain information needed to evaluate and help speed the processing of your enrollment form. Your answers will be strictly confidential.

**IVER OF COVERAGE**

is to certify that I have been given the opportunity to apply for group medical, dental and/or any other coverages offered by my employer and I have
ded not to apply. I understand that if I choose to apply for this coverage in the future, my application may be subject to individual medical
erwriting, and I may be required to furnish evidence of insurability at my own expense. I also understand that additional limitations and waiting periods
apply.

/aiving all group coverage offered by my employer at this time.

Medical coverage waived for:  ☒ Employee  ☐ Spouse  ☐ Child(ren)
Dental coverage, if available, waived for:  ☒ Employee  ☐ Spouse  ☐ Child(ren)
son for waiving coverage:  ☐ Covered by spouse's insurance  ☐ Other (explain) _____

**REEMENT AND AUTHORIZATION**

ess waived above, I request insurance under my employer's insurance plan as it is now or as it may be amended in the future. I authorize my employer
nake deductions from my earnings for my share of the cost, if any, for the benefits to which I may become entitled. I represent that all statements
answers made in this application or any medical questionnaires are complete and true, and I understand that answers will be the basis of any
erage issued. I also understand that all statements and answers made in this application will be valid for 60 days from the date signed.

reby authorize any licensed physician; medical practitioner; hospital; clinic; any medical or medically related facility; insurance company; employer;
eran's Administration; or consumer reporting agency to give Trustmark Insurance Company (Trustmark) and Star Marketing and Administration, Inc.
irmark), or its authorized representatives, any information regarding me or my family as to employment, other insurance coverage, personal
irmation, and medical care, advice, or treatment upon presentation of this authorization or photocopy thereof.
stmark or Starmark may release any information obtained to reinsuring companies, or other persons or organizations performing business or legal
vices in connection with this application, any claim, or as may be otherwise lawfully required or as I may further authorize.
ree this authorization will be valid for thirty (30) months from the date signed. I have read this authorization and have received a copy of the "Notice
ler the Fair Credit Reporting Act".

ployee Signature _[signature]_    Date 4/17/02

(R2)

Virtue v. Bethel Group Home
11347

EXHIBIT

**SPECIAL ENROLLMENT RIGHTS and PRE-EXISTING CONDITION LIMITATIONS**
**Special Enrollments**
ou are declining enrollment for yourself or your dependents (including your spouse) because of health insurance coverage, you may, in the future, be able
enroll yourself or your dependents in this plan, provided that you request enrollment within 30 days after your other coverage ends. In addition, if you have
ew dependent as a result of marriage, birth, adoption or placement for adoption, you may be able to enroll yourself and your dependents, provided that
request enrollment within 30 days after the marriage, birth, adoption or placement for adoption.
**Pre-existing Condition Limitation**
s group health plan contains a pre-existing condition exclusion that is limited to a maximum of 12 months (18 months for late enrollees). This exclusion
iod can be reduced by the number of days of your prior creditable coverage. When applying creditable coverage to the pre-existing condition limitation,
plan is not required to take into account any days of creditable coverage that precede a break in coverage of 63 days or more. To determine if any pre-
sting condition limitation will apply to you, you may present your certificate or certificates of prior creditable coverage.
ditable coverage can include coverage under another group health plan, an individual health policy, Medicare, Medicaid, CHAMPUS, a medical health care
gram of the Indian Health Service or tribal organization, a state health benefits risk pool, any public health plan, or a health plan issued under the Peace
ps Act. You may request a certificate of creditable coverage from a previous employer, insurance company or Health Maintenance Organization (HMO). If
essary, we will assist you in obtaining a certificate from any of these entities.
s Pre-existing Condition Limitation notice is being issued to you pursuant to the Federal Health Insurance Portability and Accountability Act of 1996 (HIPAA)
reflects the protections afforded under federal law. If the state law applicable to your plan is more beneficial to covered individuals as to the length of the
existing condition limitation and permissible break in coverage, the relevant state law provisions will apply to and be part of your plan.