IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT COURT AT BETHEL

MELISSA VIRTUE,                )
                               )
        Plaintiff,             )
                               )
v.                             )
                               )
BETHEL GROUP HOME, INC.,       )
                               )
        Defendant,             )
_____) Case No. 4BE-04-19 Civil

FILE COPY

### NOTICE OF RULE 30(b)(6) DEPOSITION OF STARMARK/TRUSTMARK INSURANCE, INC.

PLEASE TAKE NOTICE that defendant BETHEL GROUP HOME, INC., (hereinafter "BGH") pursuant to Alaska Rules of Civil Procedure, herein notices the **Rule 30(b)(6)** deposition of STARMARK/TRUSTMARK INSURANCE COMPANY Designee, Penny Gregory, on January 7, 2005 at 1:30 P.M. (C.S.T.) (10:30 a.m., Alaska Standard Time) at the following location:

STARMARK / TRUSTMARK INSURANCE COMPANY
146 Industrial Park Drive
Jackson, Minnesota 56143
(507) 847.6000

- OR - *in the alternative, the deposition will be held at:*

ECONO LODGE
(Banquet Room / Hotel Room)
2007 Highway 71 North
Jackson, MN 56143
(507) 847-3110
Contact: Cindy

EXHIBIT H
Page 1 of 6

The person(s) to be deposed who are most knowledgeable from STARMARK on the following subjects, including the identity and custodian of previously disclosed STARMARK documents:

1. Produce and provide explanation for records of any claims submitted under a group health insurance policy or certificates of insurance issued under Starmark group number SM 46761E, to former BGH employee "Melissa A. Virtue; SSN 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; dob: 11/15/72".

2. Explanation of claims handling procedures and guidelines under policy number SM 46761E regarding pre-existing conditions, pre-existing conditions limitations, claims handling for late enrollees, any written Starmark procedures and guidelines on: a) what constitutes a pre-existing condition and how such claims are evaluated, processed, and determined; and b) the effective dates of coverage for enrollees, including enrollees whose application contains errors.

3. Identification, authentication, and explanation of any and all other documents, whether electronic or written, mentioning "Melissa A. Virtue; SSN 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; dob: 11/15/72" in the possession of Trustmark/Starmark insurance, including three letters to Starmark from Mark Regan dated 11/7/02 and 11/26/02 attached hereto as Exhibits A, B, and C.

LANEY, WILES, YES, GERETY, S & YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
ANCHORAGE, ALASKA
(07) 279-3581

Notice of 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.
Virtue v. Bethel Group Home, Inc., Case No. 4BE-04-19-Civil

EXHIBIT H
Page 2 of 6

4. Explanation of claims handling procedures and guidelines, and evaluation, processing and determination of claims under Policy SM 46761E, if an enrollee, because of clerical or enrolling error, fails to complete fully an application for enrollment or erroneously marks boxes in the waiver of coverage form, explanation of claims handling procedure, processing and determination of claims made when the waiver of coverage box is not fully completed.

The deponent is also requested to produce the documents listed in the attached SUBPOENA DUCES TECUM (**Exhibit 1**).

The deposition will be taken before PROFESSIONAL REPORTERS, or some other agent with the authority to administer oaths. The examination will continue from day to day until completed. You are invited to attend and cross-examine if you so desire.

James J. Fayette and/or Cynthia L. Ducey, counsel for defendant, will attend the deposition telephonically from Anchorage, Alaska. The court reporter is asked to call Mr. Fayette at 1 (888) 955-3581.

DATED this 5 day of January, 2005, at Anchorage, Alaska.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant
BETHEL GROUP HOME, INC.

*Cynthia Ducey*
Cynthia L. Ducey    ASBA #8310161

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice of 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.
*Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19-Civil

EXHIBIT
Page 3 of 6

**CERTIFICATE OF SERVICE**

This certifies that I am an authorized agent of Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., for service of papers pursuant to Civil Rule 5, that the typeface of this document is Times Roman 13 and that on this ___5___ day of **January, 2005** a copy of the foregoing document was served by ___ fax/ ___ mail upon:

Jim J. Valcarce
COOKE, ROOSA & VALCARCE
900 3rd Avenue, Box 409
Bethel, AK 99559

Steve McDaniel, Asst. Gen. Counsel
TRUSTMARK INSURANCE
Law Department
400 Field Drive
Lake Forest, IL 60045-2581
 (847)283.4136
 (847) 615.3872 – fax & Email

Stacey Nilson
JOHNSON & CONDON, PA.
7401 Metro Boulevard, Suite 600,
Minneapolis, MN 55439-3034.
(952) 806-0420
(Def, BGH's Local counsel re: deposition)

Lori Meixell
PROFESSIONAL REPORTERS
Spencer, IA (MN sworn)
(507)625.3691
(507)546.3756
(507) 546.3998 - fax

_____
Julie Kelley 96117

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice of 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.
*Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19-Civil

EXHIBIT H
Page 4 of 6
Page ___ of ___

# EXHIBIT 1

## SUBPOENA DUCES TECUM

The deponent is requested to bring to the deposition all documents or tangible items referencing, reflecting, or responsive to the following items, whether stored electronically or by hard copy.

1. True copies of records of any claims or any document or tangible item submitted under a group health insurance policy or certificates of insurance issued under Starmark group number SM 46761E, to former BGH employee "Melissa A. Virtue; SSN 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; dob: 11/15/72".

2. Any written Starmark claims handling procedures and guidelines under policy number SM 46761E regarding pre-existing conditions, pre-existing conditions limitations, claims handling for late enrollees, any written Starmark procedures and guidelines on: a) what constitutes a pre-existing condition and how such claims are evaluated, processed, and determined; and b) the effective dates of coverage for enrollees, including enrollees whose application contains errors.

3. Identification, authentication, and explanation of any and all other documents, whether electronic or written, mentioning "Melissa A. Virtue; SSN 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; dob: 11/15/72" in the possession of

Notice of 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.
*Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19-Civil

EXHIBIT 1
Page 5 of 6

Trustmark/Starmark insurance, including three letters to Starmark from Mark Regan dated 11/7/02 and 11/26/02 attached hereto as Exhibits A, B and C.

4. Claims handling procedures and guidelines, and evaluation, processing and determination of claims under Policy SM 46761E, if an enrollee, because of clerical or enrolling error, fails to complete fully an application for enrollment or erroneously marks boxes in the waiver of coverage form, explanation of claims handling procedure, processing and determination of claims made when the waiver of coverage box is not fully completed.

.ANEY, WILES,
YES, GERETY,
& YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
ORAGE, ALASKA
07) 279-3581

Notice of 30(b)(6) Deposition of Starmark/Trustmark Insurance, Inc.
*Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19-Civil

EXHIBIT
Page   Page 6 of 6