

# GROUP PREMIUM

## SPECIAL ENROLLEE FORM

Special Enrollees are employees or dependents who previously waived coverage but may now be eligible because they have lost their other coverage, or they have added a dependent through the birth or adoption of a child. If you qualify as a Special Enrollee, please complete this form and return it with your completed Employee Enrollment Form within 31 days of the special enrollment event.

Group Name **The Bethel Group** Group Number **SM 46761E**

Applicant's Name **Melissa Virtue** Social Security Number _____

Employee's Name **Melissa Virtue** Social Security Number **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**

☐ Loss of other coverage — Termination Date _____
"Please provide Certificate of Creditable Coverage from prior carrier"

**Reason Coverage Terminated:**

☒ Job Termination

☐ Divorce

☐ No longer eligible (i.e., beyond limiting age, company policy change, etc.)

☐ Marriage — Date of Marriage _____

☐ Newborn — Date of Birth _____

☐ Adoption — Date of Placement _____
"Please provide copy of adoption documentation"

☐ Full-Time Student — Date of Enrollment in School _____

☒ Other Reason — Provide Detailed Explanation
**Employee resigned for personal reasons**

TMRDate: 06/14/2002 VCN: 216501491001





03

NOV-01-2004  14:24         847 615 3872              96%              P.03