Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

Attorneys for Bethel Group Home, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BETHEL GROUP HOME, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| BETHEL GROUP HOME, INC., | ) |
| | ) |
| Third Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TRUSTMARK GROUP HEALTH BENEFITS PLAN, through TRUSTMARK INSURANCE CO., plan underwriter and insurer, STARMARKETING AND ADMINISTRATION, INC., aka STARMARK, d/b/a Plan Sponsor/ Administrator, | ) ) ) ) ) ) ) |
| | ) |
| Third Party Defendants. | ) |
| | ) Case No. F05-0021 CV (RRB) |

## PROPOSED ORDER GRANTING
## BETHEL GROUP HOME'S MOTION FOR A CONTINUANCE TO CONDUCT DISCOVERY TO RESPOND TO STARMARK'S MOTION FOR SUMMARY JUDGMENT

Having considered Third-Party Plaintiff Bethel Group Home, Inc.'s, (hereinafter "BGH"), motion for a continuance to conduct discovery to respond to Third-Party Defendant Starmark Insurance Company's motion for summary judgment, the Court finds good cause to grant the continuance for the reasons stated in BGH's motion. To permit BGH sufficient time to oppose BGH's motion, any response to Starmark's motion for summary judgment will be stayed until the close of discovery on June 22, 2007.

[Alternatively, any opposition to Starmark's motion for summary judgment will be due 15 days after the termination of the state court trial.]

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
United States District Court Judge
Ralph R. Beistline

**CERTIFICATE OF SERVICE:**
This certifies that an electronic copy of this document was served upon:

William Earnhart

Cynthia L. Ducey
121844

ᴅELANEY WILES, INC.
SUITE 400
007 WEST 3ʀᴅ AVENUE
NCHORAGE, ALASKA
(907) 279-3581