```
 1            IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 2               FOURTH JUDICIAL DISTRICT COURT AT BETHEL
 3   MELISSA VIRTUE,                 )
                                     )
 4               Plaintiff,          )
                                     )
 5        vs.                        )
                                     )
 6   BETHEL GROUP HOME, INC.         )
                                     )
 7               Defendant.          )
                                     ) Case No. 4BE-04-19 CI
 8                                   )
                        VIDEOTAPED DEPOSITION
 9
                                 OF
10
                           MELISSA VIRTUE
11
                            9:07 a.m.
12                        April 7, 2006
                   SEAK Professional Services, LLC
13                 2415 Hemlock Street Suite 104
                      Ketchikan, Alaska 99901
14
```

SEAK Professional Services, LLC

EXHIBIT K
Page 1 of 2

-1-

                                                    Virtue Direct

1         deprive you of coverage?
2   A     I can't say how those checkmarks got there.
3   Q     Okay.
4   A     I have -- I have no.....
5   Q     So, it may have been simply an error by somebody?
6   A     Yes.
7   Q     Okay.
8   A     It would have had to be somebody that had access to
9         this paperwork, though. I don't know who.
10  11:52:57
11  Q     Okay. So, the possibilities are anybody in the BGH
12        office, right?
13  A     It would only be the business director and Paul.
14  Q     Right, was Mr......
15  A     The executive director, I am sorry.
16  Q     Okay, and Mr. Alexander was working there at the time
17        too, right?
18  A     The business office -- he worked in the business
19        office.....
20  Q     Yes.
21  A     .....correct.
22  Q     Well, he in fact forwarded your application, right?
23  A     I believe there was this note.
24  Q     Okay.
25        MR. EARNHART: I am going to object on foundation.

                                                            -114-