Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

Attorneys for Bethel Group Home, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BETHEL GROUP HOME, INC.,<br><br>　　　　Defendant,<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| BETHEL GROUP HOME, INC.,<br><br>Third-party plaintiff<br><br>　　　vs.<br><br>TRUSTMARK GROUP HEALTH<br>BENEFITS PLAN, through<br>TRUSTMARK INSURANCE CO.,<br>plan underwriter and insurer,<br>and STARMARKETING AND<br>ADMINISTRATION, INC., AKA<br>STARMARK, d/b/a Plan Sponsor/<br>Administrator,<br><br>Third-party defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 4:05-cv-0021 (RRB)

## NOTICE OF SETTLEMENT

Defendant, Bethel Group Home, Inc. ("BGH") by and through its counsel, Delaney Wiles,

herein files a notice of settlement of the above captioned matter. The stipulation for dismissal

should be filed with this court within the next few weeks.

DELANEY WILES, INC.
Attorneys for Defendant and
Third Party Plaintiff Bethel Group Home

Dated:  10/2/06

s/Cynthia L. Ducey
Cynthia L. Ducey #8310161
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and
correct copy of this document was electronically
served on upon:

William Earnhart
Lane Powell, LLC
301 West Northern Lights Blvd. Suite 301
Anchorage, AK 99503-2648

Cynthia L. Ducey
122439

Notice of Settlement
*Virtue v. Bethel Group Home, Inc.*
Case No. 4:05-cv-0021 (RRB)