UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  MELISSA VIRTUE   v.   BETHEL GROUP HOME, INC, et al  

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                              CASE NO.  4:05-cv-00021-RRB 

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: December 1, 2006

    The court received a report on the status of settlement in this case October 2, 2006 by defendant Bethel Group Home, Incorporated.  Nothing further has been received since that date.

    Counsel for plaintiff shall submit appropriate closing papers within fifteen (15) days from the date of this minute order or a further report on the status of settlement.

    If the court receives neither appropriate closing papers nor a report within fifteen (15) days from the date of this order, the court will assume that the parties have settled the case and it will be dismissed with prejudice.

[]{IL3.WPD*Rev.12/96}