Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

Attorneys for Bethel Group Home, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,<br><br>    Plaintiff,<br><br>vs.<br><br>BETHEL GROUP HOME, INC.,<br><br>    Defendant.<br><br>BETHEL GROUP HOME, INC.,<br><br>    Third Party<br>    Plaintiff,<br><br>vs.<br><br>TRUSTMARK GROUP HEALTH BENEFITS PLAN, through TRUSTMARK INSURANCE CO., plan underwriter and insurer, and STARMARKETING AND ADMINISTRATION, INC., aka STARMARK, d/b/a Plan Sponsor/ Administrator,<br><br>    Third Party<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **RESPONSE TO COURT ORDER**<br>) **DATED 12-1-06**<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:05-cv-00021 (RRB) |

Following mediation on August 25, 2006, there was a global resolution of this case, as well as the companion state court case. Trustmark Insurance Company agreed to contribute a total of $5,000 to Melissa Virtue's settlement, in exchange for a stipulation to release the instant case with prejudice, will each side to bear its own costs and fees, and a release of claims. Trustmark's attorney advised on December 13, 2006 that the check and release are in transit. Accordingly, Bethel Group Home requests an additional thirty days in which to finalize the settlement.

DATED this 15 day of December, 2006.

DELANEY WILES, INC.
Attorneys for Bethel Group Home

*Cynthia Ducey* #8310161
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15th, 2006,
a copy of the foregoing
was served electronically on:

William Earnhart, Esq.
Lane Powell, LLC
301 West Northern Lights Blvd. Suite 301
Anchorage, AK 99503-2648
(Attorneys for Third Party Defendants)

/S/ Cynthia L. Ducey

125455

LANEY WILES, INC.
SUITE 400
07 WEST 3RD AVENUE
CHORAGE, ALASKA
(907) 279-3581

Response to Court Order dated 12-1-06                                          Page 2 of 2
Virtue v. Bethel Group Home, et al., Case No. 4:05-00021 CV (RRB)