Cynthia L. Ducey
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

Attorneys for Bethel Group Home, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BETHEL GROUP HOME, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| BETHEL GROUP HOME, INC., | ) |
| | ) |
| Third Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TRUSTMARK GROUP HEALTH BENEFITS PLAN, through TRUSTMARK INSURANCE CO., plan underwriter and insurer, and STARMARKETING AND ADMINISTRATION, INC., aka STARMARK, d/b/a Plan Sponsor/ Administrator, | ) |
| | ) |
| Third Party Defendants. | ) |
| | ) Case No. F05-0021 CV (RRB) |

**STIPULATION TO DISMISS
WITH PREJUDICE**

Bethel Group Home, Trustmark Group Health Benefits Plan, Trustmark Insurance Company, Starmarketing and Administration Company, by and through their respective counsel, stipulate and agree that the above-referenced action can be dismissed in its entirety with prejudice, with each side to bear its own costs and fees.

DATED at Anchorage, Alaska, this 9 day of Jan, 2006 7.

DELANEY WILES, INC.
Attorneys for Bethel Group Home, Inc.

s/Cynthia L. Ducey (CONSENT)
Alaska Bar No.: 8310161
DELANEY WILES, INC.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 279-3581
Fax: (907) 277-1331
E-mail: cld@delaneywiles.com

RICHMOND & QUINN
Attorneys for Trustmark Group
Health Benefits Plan, et al.

s/William A. Earnhart (CONSENT)
Alaska Bar No.: 9411099
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Fax: (907) 276-2953
E-mail: wearnhart@richmondquinn.com

Stipulation to Dismiss with Prejudice
Page 2 of 3
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 9th day of Jan_____, 2007, a copy of the foregoing STIPULATION TO DISMISS WITH PREJUDICE was served electronically on:

William A. Earnhart
Richmond & Quinn
360 "K" Street, Suite 200
Anchorage, Alaska 99501

s/ Cynthia L. Ducey
(122402)

Delaney Wiles, Inc.
Suite 400
1007 West 3rd Avenue
Anchorage, Alaska
(907) 279-3581

Stipulation to Dismiss with Prejudice
Page 3 of 3
Virtue v. Bethel Group Home, et al.
Case No. F05-0021 CV (RRB)