IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,<br><br>    Plaintiff,<br><br>vs.<br><br>BETHEL GROUP HOME, INC., <u>et al.</u>,<br><br>    Defendants. | Case No. 4:05-CV-0021-RRB<br><br>**JUDGMENT OF DISMISSAL** |

Based upon the Stipulation for Dismissal With Prejudice filed at Docket 53, IT IS HEREBY ORDERED that the above-entitled matter is **DISMISSED WITH PREJUDICE** in its entirety, each party to bear its own costs and fees.

ENTERED this 10th day of January, 2007.

                            s/RALPH R. BEISTLINE
                            UNITED STATES DISTRICT JUDGE

JUDGMENT OF DISMISSAL